IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | | |
|---|---|---|
| LEAPERS, INC.<br>(A Michigan Corporation),<br><br>　　　　　　Plaintiff<br><br>v.<br><br>SMTS, LLC d/b/a TUFF ZONE<br>(A Michigan Corporation);<br>TRARMS, INC.<br>(A California Corporation); and<br>SUN OPTICS USA,<br>(A Texas Corporation),<br><br>　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. 2:14-cv-12290-RHC-DRG<br><br><br>Judge Robert H. Cleland<br><br>Magistrate Judge David R. Grand<br><br>**JURY DEMAND**<br><br>**[FILED UNDER SEAL]** |

## DEFENDANTS' FACT APPENDIX TO ITS MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

Come now Defendants, Sun Optics USA ("Sun Optics"), SMTS, LLC d/b/a

Tuff Zone ("SMTS"), TRARMS, Inc. ("TRARMS") and Counter-Plaintiff

Chuanwen Shi ("Shi") (collectively "Defendants") and files this Fact Appendix in

support of their Motion for Summary Judgment.

　　　　　　　　　　　　Respectfully submitted,


　/s/*Joseph F. Cleveland, Jr.*　　　　　　
Joseph F. Cleveland, Jr.
Texas Bar No. 04378900
jcleveland@belaw.com
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, Texas  76102-3090
Telephone:  (817) 338-1700
Facsimile:   (817) 870-2265

1

/s/*James K. Thome*
James K. Thome
P25629
jthome@VGpcLAW.com
VANDEVEER GARZIA, PC
1450 Long Lake Road, Suite 100
Troy, Michigan  48098
Telephone:  (248) 312-2800
Facsimile:   (248) 267-1242

ATTORNEYS FOR DEFENDANT
SUN OPTICS USA

/s/ *Douglas P. Lalone*
Douglas P. LaLone (P45751)
Barbara Mandell (P36437)
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dpl@raderfishman.com
blm@raderfishman.com

ATTORNEYS FOR DEFENDANTS
SMTC, LLC, TRARMS, INC. AND
CHUANWEN SHI

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a Notice of Electronic Filing to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means and on counsel for Plaintiff as follows:

Brian D. Wassom
Honigman Miller Schwarz & Cohn LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304

Via E-mail (bdw@honigman.com)
and First Class Mail

/s/*Joseph F. Cleveland, Jr.*
Joseph F. Cleveland, Jr.
100 Main Street
Fort Worth, TX  76102-3090
Telephone:  (817) 338-1700
Facsimile:   (817) 870-2265
jcleveland@belaw.com

494776-v1/13988-002000