IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| LEAPERS, INC.<br>(A Michigan Corporation),<br><br>    Plaintiff<br><br>v.<br><br>SMTS, LLC d/b/a TUFF ZONE<br>(A Michigan Corporation);<br>TRARMS, INC.<br>(A California Corporation); and<br>SUN OPTICS USA,<br>(A Texas Corporation),<br><br>    Defendants | CIVIL ACTION<br><br>NO. 2:14-cv-12290-RHC-DRG<br><br><br>Judge Robert H. Cleland<br><br>Magistrate Judge David R. Grand<br><br>**JURY DEMAND**<br><br>**[FILED UNDER SEAL]** |

## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** | **APP.** |
|---|---|---|
| A | Excerpts and Exhibits from David Ding's Deposition on March 30, 2015 (exhibits 118-122, 125, 132, 134, 136, 140) | 1-2; 14-16, 26, 29-32, 45-262 |
| B | Excerpts from Dung-Ju Ding a/k/a Tina Ding's Deposition on March 17, 2015 (exhibits 17-18 and 27-28) | 263-266, 327-339, 351-358, 501-539 |
| C | Exhibit 46 from Lisa Wang's Deposition on March 19, 2015 | 603-608, 683-686 |
| D | Exhibits 75 and 82-83 from Duane Sorensen's Deposition on March 25, 2015 | 1286-1290, 1337-1358, 1360-1390 |

489579-v1/13988-002000

| E | Excerpts from John Xie's Deposition on March 31, 2015 including exhibits 157, 160 and 162 | 1771-1833 |