# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                        SOUTHERN DIVISION
LEAPERS, INC., a Michigan
 3 corporation,
          Plaintiff,
 4        -vs-                        No. 2:14-CV-12290-RHC-DRG
SMTS, LLC, d/b/a TUFF ZONE, a
 5 Michigan corporation; TRARMS, INC.,
a California corporation; and SUN
 6 OPTICS USA, a Texas corporation,
          Defendants.
 7        and
SMTS, LLC, d/b/a TUFF ZONE, a Michigan
 8 corporation, TRARMS, INC., a California
corporation, and CHUANWEN SHI, a citizen
 9 of China,
          Counter-Plaintiffs,
10        -vs-
LEAPERS, INC., a Michigan corporation,
11 and CONTINENTAL INCORPORATED, INC.,
d/b/a CONTINENTAL ENTERPRISES, an Indiana
12 corporation,
          Counter-Defendants.
13 _____/

14

15           CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17      DEPONENT:  DAVID DING

18      DATE:      Monday, March 30, 2015

19      TIME:      11:00 a.m.

20      LOCATION:  HONGIMAN, MILLER, SCHWARTZ & COHN, LLP

21                 39400 Woodward Avenue, Suite 101

22                 Bloomfield Hills, Michigan

23      REPORTER:  Karen Fortna, CRR/RMR/RPR/CSR-5067

24      JOB NO:    239113

25
```

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

```
                                                        Page 2
 1    APPEARANCES:

 2          HONIGMAN, MILLER, SCHWARTZ & COHN, LLP
            By:  Mr. Jeremy D. Lockhart
 3               Mr. Brian D. Wassom
            39400 Woodward Avenue, Suite 101
 4          Bloomfield Hills, Michigan  48304
            248.594.0600
 5          jlockhart@honigman.com
            bdw@honigman.com
 6                  Appearing on behalf of
                       Plaintiff/Counter-Defendant
 7
            FISHMAN, STEWART, YAMAGUCHI, PLLC
 8          By:  Mr. Douglas P. LaLone
            39533 Woodward Avenue, Suite 250
 9          Bloomfield Hills, Michigan  48304
            248.594.0650
10          dpl@raderfishman.com
                 Appearing on behalf of
11                  Defendant/Counter-Plaintiff TRARMS, Tuff Zone

12          BRACKET & ELLIS, PC
            By:  Mr. Joseph F. Cleveland, Jr.
13          100 Main Street
            Fort Worth, Texas  76102
14          817.339.2454
            jcleveland@belaw.com
15               Appearing on behalf of
                    Defendant/Counter-Plaintiff Sun Optics
16
     ALSO PRESENT:  Ms. Christina Chyn, interpreter
17

18

19

20

21

22

23

24

25
```

App. 2

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 86

 1  Q.    You're sure about that?

 2  A.    Yes.

 3  Q.    Okay.  So what are these CAD drawings of, this

 4        Exhibit 121?

 5  A.    These are a collection of scope drawings.

 6  Q.    Scopes that your company sells?

 7  A.    Yes.

 8  Q.    Okay.  Let me ask you a question.  I understand in

 9        this case we've learned that some of the scopes

10        with scallops Leapers no longer sells, is that

11        correct, they've kind of phased the models out and

12        added some models in?

13  A.    And also there's work in progress.  You have

14        engineer who design things, then they have work in

15        progress, and then they change configurations.

16  Q.    Like shapes, you mean?

17  A.    No, even the model.

18  Q.    Okay.

19  A.    And that's all possible.

20  Q.    Okay.  Okay.  So these drawings on Exhibit 121 show

21        the change of the design as time progressed?

22  A.    It shows a collection of drawings.

23  Q.    Has the trade dress changed also over time?

24  A.    Well, we have to look at detail if there is any

25        discrepancies.  There's no -- no way to validate

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 104

```
 1  A.    Yes, based on the subsequent pages' format, if we
 2        follow the format in subsequent pages.
 3  Q.    Okay.  All right.  So the earliest date in
 4        Exhibit 122 is March 10, 2004; is that correct?
 5  A.    Yes.
 6  Q.    Okay.  And just looking backwards, if I could have
 7        you look at Exhibit 121, the earliest date on
 8        Exhibit 121 is October 22, 2009; is that correct?
 9        Found on Leapers Bates No. 14672.
10  A.    Yes.
11  Q.    Okay.  And then just to recap, on Exhibit 120,
12        earliest date appears to be August 6, 2009, which
13        is found on LEAPERS14719; is that correct, sir?
14  A.    Yes.
15  Q.    And looking at Exhibit 119, the earliest date we
16        found there was August 30, 2009; is that correct,
17        sir?
18  A.    August 30, yes.
19  Q.    And then I believe we said on Exhibit 118, there
20        were no dates?
21  A.    That's correct.
22  Q.    Okay.  Now I'll represent to you, to the best of my
23        knowledge, these documents we've just gone through,
24        118, 119, 120, 121 and 122, are the drawings your
25        company has provided to us in this case?
```

LITIGATION SERVICES - 800-330-1112

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

```
                                                    Page 106
1                    MR. LALONE:  Let's take a short break.

2                    (Whereupon a break was taken

3                     from 1:43 p.m. to 1:51 p.m.)

4    BY MR. LALONE:

5    Q.    We took a short break and I just want to follow up

6          with respect to Exhibits 118, 119, 120 and 121 and

7          122, which were the drawings we just went through.

8    A.    Yes.

9    Q.    I want to confirm that your name does not appear on

10         any of those drawings; is that correct?

11   A.    My name is not there, but my influence is

12         everywhere.

13   Q.    Okay.  In fact, Leapers' name is not on the CAD

14         drawings; is that correct?

15   A.    Jin Kai Jing is an extension of Leapers.

16   Q.    But I'm talking about the name itself, Leapers,

17         Inc., the company at issue in this lawsuit.  Its

18         name is not on those drawings; is that correct?

19   A.    That's correct.

20   Q.    Okay.  Could I point to you something in

21         Exhibit 122?

22   A.    Yes.

23   Q.    If you recall when we went through that, I asked

24         you to read for me that sentence there at the

25         bottom of the first page of Exhibit 122.
```

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 169

```
 1          we'll treat it as AEO.  I'll take an answer.
 2                    THE WITNESS:  We have over 1,500 BtoB
 3          customers.
 4   BY MR. LALONE:
 5   Q.     Business-to-business customers?
 6   A.     Yes.
 7   Q.     What does that mean, business-to-business
 8          customers?
 9   A.     That we only do wholesale, we don't do retail.
10   Q.     You couldn't sell to brick and mortar; is that
11          correct?
12   A.     We don't sell to retail end customers.
13   Q.     Okay.  All right.  Of those 1,500 customers that
14          you have, how many are in the optics space?
15                    MR. LOCKHART:  Foundation.
16                    THE WITNESS:  I have to look it up, but
17          it's quite a percentage.
18   BY MR. LALONE:
19   Q.     Over half?
20   A.     It's possible.
21   Q.     As you sit here today, can you give us a percentage
22          of how many of your customers -- of your customer
23          base buy optics products?
24                    MR. LOCKHART:  Foundation.
25                    THE WITNESS:  It's substantial.
```

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 187

```
 1        order.
 2   A.   Yes.
 3   Q.   And this purchase order is signed by you and it's
 4        dated February 6, 2005, correct?
 5   A.   2005, February 6, right.
 6   Q.   Okay.  And it's between Leapers and Wuyang Sporting
 7        Goods, Limited, correct?
 8   A.   Yes.
 9   Q.   You understand that's the company Mr. Shi owns?
10   A.   Shi did not own the company.
11   Q.   Did you understand Wuyang was the company that was
12        supplying you scopes in 2005?
13   A.   Yes.
14   Q.   Okay.  The same scopes that are at issue in this
15        lawsuit, correct?
16   A.   Same scope -- I would not categorize as same scope.
17        It's evolution, remember.
18   Q.   Okay.  I'm sorry, let me rephrase.  I apologize.
19   A.   Okay.  No problem.
20   Q.   So this purchase order represents scopes that you
21        were purchasing from Wuyang back in 2005; is that
22        correct?
23   A.   Yes.
24   Q.   Okay.  And did those scopes have the trade dress on
25        them that's at issue in this lawsuit today?
```

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 188

1              MR. LOCKHART:  Foundation.

2              THE WITNESS:  It has some basic elements

3        of our scopes.

4   BY MR. LALONE:

5   Q.   Is it the same elements that were identified in the

6        stipulation, Exhibit 10 that we looked at this

7        morning, or is it different elements?

8              While your counsel is looking for the

9        trade dress elements there, Exhibit 10, can you

10       identify for me Exhibit 10 there, which is the list

11       of the three stipulated trade dress elements are

12       those --

13  A.   Yeah, it is a good portion of that.

14  Q.   What's missing?

15  A.   I have to go back to look at the scope at that

16       time.  As you can see, at this time, the PO shows

17       much less volume.  That means they haven't got up

18       to that level yet.  So the PO is the quantity of

19       500, less than 1,000, due to the competency, their

20       capacity.

21  Q.   Okay.

22  A.   Their ability.

23  Q.   I have to show you what's been marked as

24       Exhibit No. -- before I do that, on the top of

25       page -- Exhibit 132, under, "Description," the

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 195

```
 1  BY MR. LALONE:
 2  Q.    Can you recall the earliest date when Wuyang
 3        provided or sold scopes to you that had the trade
 4        dress features embodied therein?
 5              MR. LOCKHART:  Foundation.
 6              THE WITNESS:  I believe I've answered
 7        earlier.
 8  BY MR. LALONE:
 9  Q.    What was that date, please?
10  A.    By the end of 2006 is close.  It was close.
11  Q.    All right.  But you have in front of you an invoice
12        dated March 2005, right?  That's Exhibit 134?
13  A.    That's PO.
14  Q.    Yeah, I'm sorry, a PO in front of you dated
15        March 2005.
16  A.    Right, yes.
17  Q.    Is it your testimony that this purchase order is
18        not for scopes that have the trade dress on it?
19  A.    I have to verify that.
20  Q.    Do you have an understanding either way whether
21        it's likely to be --
22              MR. LOCKHART:  Asked and answered.
23              MR. LALONE:  -- products having the
24        scopes with scallops or not?
25              MR. LOCKHART:  Asked and answered.
```

LITIGATION SERVICES - 800-330-1112

DAVID DING (CONFIDENTIAL - ATTORNEYS EYES ONLY) - 03/30/2015

Page 201

1  Q.    Well, your trademark application says roughly 2003

2        your company was selling the trade dress product in

3        the United States, right?

4  A.    Exactly.

5  Q.    Who was supplying you those products?

6  A.    Jin Kai Jing.  Wuyang has no role when we started

7        trade dress.  I already said that from very

8        beginning.

9  Q.    You didn't produce any drawings today from Jin Kai

10       Jing that go back to 2002, did you?

11              MR. WASSOM:  Mischaracterizes the

12       testimony.

13              THE WITNESS:  I was the person that

14       motivated and come up with the idea working with

15       the engineering team to have the trade dress and it

16       is substantial with worldwide efforts pushing this

17       trade dress and mobilize all my customers with

18       substantial advertising.

19 BY MR. LALONE:

20 Q.    How much did you spend on advertising in the

21       scallops on the scope?

22 A.    Well, we have to look it up, but in the early days

23       it's that personal connection, persuasion, champion

24       to motivate our customers.

25 Q.    Well, you don't sell directly to the end hunter,

| | | | |
|---|---|---|---|
| SCP3-UGM104AOIEW | UTG 10X44 30mm Compact Scope, AO, 36-color Glass Mil-dot | | |
| SCP3-UM416AOIEW | UTG 4-16X44 30mm Compact Scope, AO, 36-color Mil-dot, Rings | | |
| SCP-M392AOIEWQ | UTG 3-9X32 1" BugBuster Scope, AO, 36-color Mil-dot, Rings | | |
| SCP-M392AOLWQ | UTG 3-9X32 1" BugBuster Scope, AO, RGB Mil-dot, QD Rings | | |
| SCP-M432AOIEWQ | UTG 4X32 1" BugBuster Scope, AO, 36-color Mil-dot, QD Rings | | |
| SCP-M432IEWQ | UTG 4X32 1" Compact CQB Scope, 36-color Mil-dot, QD Rings | | |
| SCP-M632AOIEWQ | UTG 6X32 1" BugBuster Scope, AO, 36-color Mil-dot, QD Rings | | |
| SCP-U312AOIEW | UTG 3-12X40 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings | | |
| SCP-U392AODT2 | UTG 3-9X32 1" Hunter Scope, AO, TF2+, Mil-dot, Airgun Rings | | |
| SCP-U394AOIED | UTG 3-9X40 1" Hunter Scope, AO,36-color Mil-dot, Airgun Rings | | |
| SCP-U394AOIEW | UTG 3-9X40 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings | | |
| SCP-U394FDT2 | UTG 3-9X40 1" TF2+ Scope, Mil-dot, Airgun Rings, Adj@35Yds | | |
| SCP-U394FWT2 | UTG 3-9X40 1" TF2+ Scope, Mil-dot, QD Rings, Adj@100Yds | | |
| SCP-U395AOIEW | UTG 3-9X50 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings | | |

**EXHIBIT**
118
KF 3-30-15

| | | | |
|---|---|---|---|
| SCP-U4164AOIEW | UTG 4-16X40 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings |  |  |
| SCP-U4165AOIEW | UTG 4-16X50 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings |  |  |
| SCP-U432AOD | UTG 4X32 1" Hunter Scope, AO, Mil-dot, Airgun Rings |  |  |
| SCP-U432AOW | UTG 4X32 1" Hunter Scope, AO, Mil-dot, QD Rings | | |
| SCP-U432FD | UTG 4X32 1" Hunter Scope, Mil-dot, Airgun Rings, Adj@35 Yds |  |  |
| SCP-U432FW | UTG 4X32 1" Hunter Scope, Mil-dot, QD Rings, Adj@100 Yds | | |
| SCP-U6245AOIEW | UTG 6-24X50 1" Hunter Scope, AO, 36-color Mil-dot, QD Rings |  |  |

LEADERS014626

产品外形图纸



| 变倍手轮 | 日镜筒 | 日镜框/日镜调节圈 | 调距轮 | 距离标志圈 | 调节手轮 | 顿紧外圈 |
|---|---|---|---|---|---|---|
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| 无 | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |
| | | | 无 | 无 | | |

Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

Confidential Information Subject to Protective Order



**EXHIBIT**
119
KF 3-30-15

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS004120





Confidential Attorney Eyes Only Information Subject to Protective
Order

LEAPERS004121



Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS004123



Confidential Attorney Eyes Only Information
Subject to Protective Order

LEAPERS004132



Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS004133



onfidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS004134

**App. 57**



Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS004135



技术要求
1. 倒角到 R 0.2;
2. 黑色阳极氧化 W WJ463-75;
3. 按图示 B 向要求刻字.

| | | | | U6-24x50A | | 0-5 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 0 | | |
| | | | | 调距轮 | 图样标记 | | 重量 | | 比例 |
| | | | | | S | | | | 1：1 |
| 标记 | 处数 | 签 字 | 日期 | | | | | | |
| 设 计 | | 郑立生 | 7/07/11 | 铝管 LD 31 cs GB6892-86 | 共 1 张 | | 第 1 张 | | |
| 审 批 | | | | | 江 苏 U T G | | | | |

EXHIBIT
120
KF 3-30-15

App. 59



技术要求

1. 用0-6/U3-9x50A表面处理后的白件按图刻字。

| | | | | | U6-24x50A | | 0-6 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 所 属<br>装 配 号 | | 0 | |
| | | | | | 距离标志圈 | 图 样 标 记 | | 重 量 | 比 例 |
| 标记 | 处数 | 签 字 | 日期 | | | S | | | 1:1 |
| 设 计 | | 郑立生 | 7/07/11 | | 铝管 | 共 | 2 张 | 第 | 1 张 |
| 审 批 | | | | | LD 31 cs GB6892-86 | | 江 苏 U T G | | |

nfidential Information Subject to Protective Order

LEAPERS014709



idential Information Subject to Protective Order

LEAPERS014710



Confidential Information Subject to Protective Order

LEAPERS014711

App. 62



其余 $\sqrt{\dfrac{3.2}{}}$

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化W  WJ463-75

| | | | | U1-4.5x28B | | 0-39 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 目镜调节圈 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 24/07/12 | 铝管LD 31 cs GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014712

App. 63



技术要求

1.倒角到R0.2.
2.黑色阳极氧化W  WJ463-75.

| | | | TJB | | 03-8 | | |
|---|---|---|---|---|---|---|---|
| | | | | 所属 装配号 | 03 | | |
| | | | 锁紧外圈 | 图 件 标 记 | | 连 张 | 比 例 |
| | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设 计 | | 郑立生 | 3/07/12 | 铝型材 | | 江 苏 U T G | |
| 审 批 | | | | LD 31 cs  GB6892-86 | | | |

Confidential Information Subject to Protective Order

LEAPERS014713



B向圆柱展开图

72条线均布　字高1.8
(54线短线，18条长线)

1.倒角到R0.2.
2.黑色阳极氧化 ▼ WJ463-75.

| | | | | TJB | | 03-5 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 上下调节手轮 | 图样标记 | 重量 | 比例 | |
| | | | | | S | | 1：1 | |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 26/01/11 | 铝型材 LD 31 cs GB6892-86 | 江苏 U T G | | | |
| 审 批 | | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014714

App. 65



onfidential Information Subject to Protective Order

LEAPERS014715

App. 66



其余 6.3 ▽

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化W  WJ463-75

| | | | | U1-4x28B | | 0-39 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属<br>装配号 | 03 | |
| | | | | 目镜调节圈 | 附注标记 | 重量 | 比例 |
| | | | | | S | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 |
| 设计 | | 郑立生 | 13/09/12 | 铝管LD 31 cs GB6892-86 | 江苏 U T G | | |
| 审批 | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014716

App. 67



技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.

| | | | | | U1828 | | 0-12 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 旧装 法配号 | 0 | |
| | | | | 目镜筒 | 医拆拆定 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | | 页 张 | 第 张 | |
| 设 计 | 郑立生 | 23/09/13 | | 轴型材LD 31 cs GB | | | | |
| 审 批 | | | | 6892-86 | 江 苏 U T G | | | |

字高2
白色激光刻

LEAPERS014717

App. 68



其余 3.2

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化 ＷJ463-75

| | | | | U1828 | 0-35 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 目镜框 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 12/03/13 | 铝管LD 31 cs GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014718

App. 69



技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化W   WJ163-75;

| | | | | U3-10X44A | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 0-03 | |
| | | | | 目镜框 | 附件标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 6/08/09 | | 型材 | | | | |
| 审批 | | | | LD 31 cs  GB6892-86 | 江苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS014719

App. 70



其余 3.2 ▽

技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化 WJ463-75;

| | | | | U8-32x56A | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属 装配号 | 0-03 | | |
| | | | | 目镜框 | 图 样 标 记 | | 重 量 | 比 例 |
| | | | | | S | | | 2:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 21/08/11 | 铝管 | | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS014720

App. 71



技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化▽  ▼J463-75.

| | | | | U3-12X44C | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | | |
| | | | | 目镜框 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 2:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 15/01/14 | | 型材 | | | | |
| 审批 | | | | LD31 cs GB5892-86 | 江 苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS014721

App. 72



技术要求

1. 倒角到R0.2；
2. 黑色阳极氧化▼  ▼J463-75.

| | | | | U3-12X44C | | 0-35 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | 2：1 |
| 设 计 | | 郑立生 | 15/01/14 | 型材 | 共 1 张 | | 第 1 张 |
| 审 批 | | | | LD31 cs GB6892-86 | 江 苏 U T G | | |

Confidential Information Subject to Protective Order

LEAPERS014722

App. 73



技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化▽  ▼J463-75.

| | | | | U3-9x32B2 | | | | 0-35 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 所属<br>装配号 | | 0 | | |
| | | | | | 图 样 标 记 | | 重 量 | | 比 例 |
| | | | | 目镜框 | S | | | | 2:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | | 第 1 张 | |
| 设 计 | 郑立生 | 27/2/12 | | 型材 | | | | | |
| 审 批 | | | | LD31 cs GB6892-86 | 江 苏 U T G | | | | |

Confidential Information Subject to Protective Order

LEAPERS014723

App. 74



其余 $\sqrt{\dfrac{3.2}{}}$

⊚ ⌀0.05 A

22.2

0.3×45°

⌀31.4
⌀30.2
M30×0.75-6H

⌀35.7
M36.5×3/4-6H
⌀37$_{-0.1}^{0}$
⌀40$_{-0.1}^{0}$

0.3x45°
M2-6H

8
2.5
14.5
31.5
40.5
59.5±0.1

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化W WJ463-75

| 标记 | 处数 | 签 字 | 日期 | U4x32A | | 0-12 | |
|---|---|---|---|---|---|---|---|
| | | | | 目镜筒 | 所属装配号 | 0 | |
| | | | | | 阶段标记 | 重量 | 比例 |
| | | | | | S | | 1:1 |
| 设 计 | | 陆虎成 | 04/01/10 | 铝管I.D 31 cs GB6892-86 | 共 1 张 | | 第 1 张 |
| 审 批 | | 郑立生 | 04/01/10 | | 江 苏 U T G | | |

Confidential Information Subject to Protective Order

LEAPERS014724

App. 75



其余 $\sqrt{\dfrac{3.2}{}}$

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化W　WJ463-75

| | | | | U4x32A | | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属装配号 | 03 | | |
| | | | | 目镜框 | | 图样标记 | | 重量 | 比例 |
| | | | | | | S | | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | | 16/12/11 | 型材LD 31 cs GB6892-86 | | 江 苏 U T G | | | |
| 审批 | | | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014725

App. 76



其余 $\sqrt{\dfrac{3.2}{}}$

技 术 要 求

1. 倒角到R0.2
2. 黑色阳极氧化W  WJ463-75

| | | | | U4x32B | | 0-39 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 目镜调节圈 | 图样标记 | 重量 | | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 13/07/10 | 型材LD 31 cs GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | |



其余 $\sqrt{\dfrac{6.3}{}}$

B向圆柱展开图

60条线均布　字高2
(45条短线，15条长线)

技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化 ₩ WJ463-75.

按样品刻

| | | | | TJB | | 01-5 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 上下调节手轮 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 16/11/09 | | | | | |
| 审 批 | | | | 铝 LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS014727

App. 78



技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 附件标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 16/11/09 | 铝管 | | | | |
| 审 批 | | | | I.D 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS014728

App. 79



其余 6.3

R3.5
16处均布
1.6

Ø28
1.6
Ø29.5

按样品刻

A

A向圆柱展开图

72条线均布　字高2
(54线短线，18条长线)

技术要求

1. 倒角到R0.2
2. 黑色阳极氧化W WJ463-75

| | | | | TJB | | | 02-5 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属装配号 | 02 | | |
| | | | | 上下调节手轮 | | 图样标记 | | 重量 | 比例 |
| | | | | | | S | | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 26/02/10 | | 铝 LD 31 cs   GB6892-86 | | 江苏 U T G | | | |
| 审批 | | | | | | | | | |

Confidential Information Subject to Protective Order

LEAPERS014729

App. 80



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | |
| | | | | 锁紧外圈 | 阶行标记 | 更 监 | 比 例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 |
| 设 计 | 郑立生 | 7/08/09 | | 铝管 | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | |

Confidential Information Subject to Protective Order

LEAPERS014730

App. 81



其余 $\frac{3.2}{\nabla}$

TF2+

B向圆柱展开图

60条线均布 字高2

(45条短线, 15条长线)

技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化W WJ463-75.

3. 按B向图要求刻字.

| | | | TJC | | 01-5 | | |
|---|---|---|---|---|---|---|---|
| | | | | 所属装配号 | 01 | | |
| | | | 上下调节手轮 | 附样标记 | 重量 | 比例 | |
| | | | | S | | 1.5:1 | |
| 标记 | 处数 | 签字 | 日期 | 共 1 条 | | 第 1 张 | |
| 设 计 | | 郑立生 | 13/07/11 | | | | |
| 审 批 | | | | 铝 I.D 31 cs GB6892-86 | | 江苏 U T G | |

Confidential Information Subject to Protective Order



其余 $\sqrt{\dfrac{6.3}{}}$

技术要求
1. 倒角到 R0.2;
2. 黑色阳极氧化▼   VJ463-75;

| | | | | TJD | | 01-17 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 手轮盖 | 所属装配号 | | | | |
| | | | | | 图样标记 | | 重量 | | 比例 |
| 标记 | 处数 | 签字 | 日期 | | S | | | | 2:1 |
| 设 计 | | 郑立生 | 12/08/11 | 铝型材 LD 31 cs GB6892-86 | 共 1 张 | | 第 1 张 | | |
| 审 批 | | | | | 江 苏 U T G | | | | |

Confidential Information Subject to Protective Order

LEAPERS014732

App. 83



技术要求

1. 倒角到 R0.2;

2. 黑色阳极氧化 W      WJ463-75;

| | | | | | TJG | | | 01-17 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 手 轮 盖 | 所 属<br>装配号 | | | |
| | | | | | | 图 样 标 记 | 重 量 | 比 例 | |
| | | | | | | S | | 2:1 | |
| 标记 | 处数 | 签 字 | 日期 | | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 8/12/11 | | 铝型材 LD 31 cs GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | | |

Confidential Information Subject to Protective Order



| 24 | GB71-85 | 螺钉M2x3 | | 1 | 12 | C-4/01-4x24A | 压簧 | 1 |
| 23 | 外0TX1 | 0形紧封圈 | | 1 | 11 | 0-12 | 目镜罩 | 1 |
| 22 | 外05X1 | 0形密封圈 | | 1 | 10 | 0-10 | 变倍手轮 | 1 |
| 21 | 外030X1.8 | 0形密封圈 | | 2 | 9 | 0-3 | 物镜座 | 1 |
| 20 | 2-16/03-103X4A | 定位销 | | 1 | 8 | 0-2 | 装饰圈 | 1 |
| 19 | 0-15/03-103X4A | 后压圈 | | 1 | 7 | 0-1 | 镜体 | 1 |
| 18 | 0-14/03-103X4A | 后罩圈 | | 1 | 6 | BA01 | 发光组 | 1 |
| 17 | 0-11 | 锁紧螺钉 | | 1 | 5 | 0-03 | 目镜组 | 1 |
| 16 | 0-9/03-103X4A | 充氮密封垫 | | 1 | 4 | C-04/0-4x24A | 分划板圈 | 1 |
| 15 | 0-8/03-103X4A | 充氮螺钉 | | 1 | 3 | 0-05 | 转像透镜组 | 1 |
| 14 | 0-7/01-4x24A | 后景窗 | | 1 | 2 | TJB016 | 调节手轮组 | 2 |
| 13 | 0-6/01-4x24A | 压簧座 | | 1 | 1 | 0-01 | 物镜组 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |

| | | | | | U:-4.5x28B | | D |
| | | | | | | 质量 标记 | |
| | | | 装配总图 | 材料标记 | | 重量 | 比例 |
| 标记 | 处数 | 更 改 | 日期 | S | | | 1:1 |
| 设 计 | 郑立生 | 5/01/12 | | 张 第 页 | | | |
| 审 核 | | | | 江 苏 U T G | | | |

LEAPERS0147



| 20 | 0-16/03-10X4AA | 定位环 | 1 | 10 | 0-10 | 变倍手轮 | 1 |
| 19 | 0-15/03-13X4AA | 后风压圈 | 1 | 9 | 0-3/01-4.5x288 | 平面压圈 | 1 |
| 18 | 0-14 | 后风圈 | 1 | 8 | 3-2/1-4x288 | 装饰圈 | 1 |
| 17 | 0-9/03-10X4AA | 充氮密封垫 | 1 | 7 | 0-1 | 镜体 | 1 |
| 16 | 0-8/03-10X4AA | 充氮螺钉 | 1 | 6 | EA01 | 发光组 | 1 |
| 15 | 0-7/01-4x2AA | 后夏柱 | 1 | 5 | 0-03 | 目标组 | 1 |
| 14 | 0-5/01-4x2AA | 压复座 | 1 | 4 | 0-04 | 分划座组 | 1 |
| 13 | 0-4/01-4x2AA | 压帽 | 1 | 3 | 0 05 | 影像调焦组 | 1 |
| 12 | 0-12 | 目镜筒 | 1 | 2 | TJ6042 | 调节手轮组 | 2 |
| 11 | 0-1/01-4.5X2B1 | 锌复螺钉 | 1 | 1 | 0-01 | 物镜组 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |

U1828

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 0 |

装配总图

| | | | | 系属<br>进图号 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 原材料记 | | 重量 | 比例 |
| | | | | S | | | 1:1 |
| | | | | 共 张 | | 第 张 | |

江苏 U T G

| 24 | GB71-85 | 螺钉M2x4 | 1 | | | | |
| 23 | 外-07X1 | O形密封圈 | 1 | | | | |
| 22 | 外-05X1 | O形密封圈 | 1 | 制记 更改 | 更 正 | 日期 | |
| 21 | 外030X1.8 | O形密封圈 | 5 | 设 计 | 郑立生 | 14/05/13 | |
| 序号 | 代 号 | 名 称 | 数量 | 审 核 | | | |

Confidential Information Subject to Protective Order

LEAPERS0147