

dential Information Subject to Protective Order

LEAPERS014736

App. 87



| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |
|---|---|---|---|---|---|---|---|
| 20 | 0-9/U3-1CX44A | 充氮密封塞 | | 10 | 0-2/U3-10X44A | 装饰圈 | 1 |
| 19 | 0-8/U3-1CX44A | 充氮螺钉 | 1 | 9 | 0-8/U3-10X44A | 半缘比圈 | 1 |
| 18 | 0-17/U3-10X44A | 灯座 | 1 | 8 | 0-1 | 镜体 | 1 |
| 17 | 0-15/U5-10X44A | 后盖反圈 | 1 | 7 | EA01 | 发光钮 | 1 |
| 16 | 0-14/U3-10X44A | 后盖圈 | 1 | 6 | 0-05 | 目镜组 | 1 |
| 15 | 0-16/U3-10X44A | 定位销 | 1 | 5 | 0-04 | 分划板座组 | 1 |
| 14 | 0-13 | 目镜筒 | 1 | 4 | 0-05 | 转像镜组 | 1 |
| 13 | 0-11/E3-10X44A | 定位螺钉 | 1 | 3 | TJB027 | 调节手轮组 | 2 |
| 12 | 0-10 | 变倍手轮 | 1 | 2 | 0-08 | 正像镜组 | 1 |
| 11 | 8-4/U3-10X44A | 片簧 | 1 | 1 | 0-01 | 物镜组 | 1 |

U1.5-6X44A 0

装配总图

| 25 | GB71-76 | 螺钉 M2×3 | 1 | | | | |
| 24 | GB73-76 | 螺钉 M2×2 | 1 | | | | |
| 23 | 外D3X2 | O形密封圈 | 1 | | | | |
| 22 | 外D4X1 | O形密封圈 | 1 | | | | |
| 21 | 外D30X1.8 | O形密封圈 | 2 | | | | |
| 序号 | 代 号 | 名 称 | 数量 | 年 算 | | | |

审 许   郑立生   28/06/11

S    1:1

江 苏 U T G

Confidential Information Subject to Protective Order

LEAPERS014

App. 88



Confidential Information Subject to Protective Order

LEAPERS014



B-B

| 序号 | 代    号 | 名    称 | 数量 | 序号 | 代    号 | 名    称 | 数量 |
|------|---------|---------|------|------|---------|---------|------|
|  |  |  |  | 10 | TSC1 | 调焦组 | 1 |
| 19 | GB71-76 | 螺钉M2x3 | 1 | 9 | 0-12 | 目镜筒 | 1 |
| 18 | GB73-76 | 螺钉M2x2 | 1 | 8 | 0-3 | 平部压盖 | 1 |
| 17 | EA01 | 反光罩 | 1 | 7 | 0-2 | 装饰圈 | 1 |
| 16 | ?-15/R0-18x4M | 定位钉 | 1 | 6 | 0-1 | 镜体 | 1 |
| 15 | ?-15/R0-10x6M | 后筒压圈 | 1 | 5 | C-05 | 转像透镜组 | 1 |
| 14 | ?-14/R0-2x6M | 后盖帽 | 1 | 4 | 0-00/R0-10x4M | 目镜组 | 1 |
| 13 | 0-9/R0-2x6M | 充氮丙封塞 | 1 | 3 | 0-04A/R0-4x24M | 分划丝筒 | 1 |
| 12 | 0-8/R0-2x6M | 充氮螺钉 | 1 | 2 | TJB022 | 调节手轮组 | 2 |
| 11 | 0-6/R0-2x6M | 片簧 | 1 | 1 | 0-01 | 物镜组 | 1 |

U10X50A    0

装配总图

设计  张立生  28/12/11

江苏 U T G

审 核

Confidential Information Subject to Protective Order

LEAPERS014739

App. 90



Confidential Information Subject to Protective Order

LEAPERS01474



| 20 | 0-17/13-12x448 | | 光柱 | 1 | | 10 | 2-1 | 镜体 | 1 |
| 19 | GB71-85 | 螺钉 M2X3 | 1 | (0) | 9 | 0-3/13-12X443 | 平面压圈 | 1 | |
| 18 | G-373-85 | 螺钉 M2X2 | 1 | (0) | 8 | 0-2/13-12X448 | 装饰圈 | 1 | |
| 17 | 0-16/13-12x440 | 后弧压圈 | 1 | | 7 | C-03/13-1214AC | 目镜组 | 1 | |
| 16 | 0-14/13-12x440 | 异弧圈 | 1 | | 6 | EA01 | 发光组 | 1 | |
| 15 | 0-16/13-10X44A | 定位销 | 1 | | 5 | 0-04/13-12x44E | 分划组 | 1 | |
| 14 | C-9/13-10X44A | 密封塞 | 1 | | 4 | 0-05 | 内镜管组 | 1 | |
| 13 | 0-8/13-10X44A | 充氮螺钉 | 1 | (0) | 3 | YSC1 | 调焦组 | 1 | |
| 12 | 0-12 | 目镜筒 | 1 | | 2 | TJB021 | 调节组 | 2 | |
| 11 | 0-4/13-10X44A | 片簧 | 1 | | 1 | 0-01/13-1214AB | 物镜组 | 1 | |
| 序号 | 代 号 | | 名 称 | 数量 备 注 | 序号 | 代 号 | 名 称 | 数量 备 注 | |

U10X44A   D

装配总图

江苏 UTG

设计   陈立生  2/01/12

比例 1:1



B-B

Confidential Information Subject to Protective Order

LEAPERS0147

App. 93



A-A

| 18 | GB73-76 | 锥钉M2x2 | | 7 | 9 | 0-58/U3-9x32B | 调距轮 | 1 |
| 17 | 0-11/U3-9x32B | 细位螺钉 | 1 | 8 | | 0-1 | 镜体 | 1 |
| 16 | 0-12 | 目境组 | 1 | 7 | | 0-03 | 目镜座 | 1 |
| 15 | 0-10 | 穿信手轮 | 1 | 6 | | EA02 | 充电组 | 1 |
| 14 | 0-4/U4-16x40A | 片簧 | 1 | 5 | | 0-04/U1x32B | 全属垫圈 | 1 |
| 13 | 0-16/L4-16X40A | 星安钉 | 1 | 4 | | 0-05/U3-9x32B | 聚焦调焦座 | 1 |
| 12 | 0-7/U4x32C | 物镜调焦座圈 | 1 | 3 | | JJB031 | 调节手轮座 | 2 |
| 11 | 0-13/U4x32C | 物镜调焦定位缺片 | 1 | 2 | | 0-02/U3-9x32B | 马蹄座 | 1 |
| 10 | 0-6/U3-9x32B | 星衣标志圈 | 1 | 1 | | 0-01/U3-9x32B | 物镜座 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | | 代 号 | 名 称 | 数量 |

| 26 | GB71 76 | 螺钉M2x2 | 2 | | | | | | | | |
| 25 | 红靠生三色 | 片状发光二级管3.5x2.8 | 1 | | U3-9x32B2 | | | 0 | | | |
| 24 | 外02TX1.8 | O形密封圈 | 1 | | | | | | 毛 具 | | |
| 23 | 外02BX2 | O形密封圈 | 1 | | | | | | 图样号 | | |
| 22 | 0-15/U4x32B | 后固生圈 | 1 | | 装配总图 | | | 质 量 标 记 | 重 量 | 比 例 | |
| 21 | 外02GX1.5 | O形密封圈 | 1 | | | | | | | | |
| 20 | 0-9/U3-10X5'A | 右属固封螺 | 1 | | | | | S | | | 1:1 |
| 19 | 0-8/U3-10X14A | 长螺螺钉 | 1 | 标记 处数 | 更 改 | 3母 | | | 张 第 张 | 第 张 | |
| 序号 | 代 号 | 名 称 | 数量 | 设 计 | 郑立生 | 24/08/10 | | 江 苏 U T G | | | |

Confidential Information Subject to Protective Order

LEAPERS01474



A-A

| 18 | 0-9/U3-10X44A | 充氮密封塞 | 1 | 9 | 0 - 5 | 调距轮 | 1 |
| 17 | 0-8/U0-10X44A | 充氮螺钉 | 1 | 8 | 0-1/U6x32A2 | 镜体 | 1 |
| 16 | GB73-76 | 螺钉 M2 x 3 | 1 | 7 | 0-03/U3-9x3282 | 目镜组 | 1 |
| 15 | 0-12/U4x32E | 目镜管 | 1 | 6 | 0-04/U4x3282 | 分划丝组 | 1 |
| 14 | C-4/U4-16x40A | 片簧 | 1 | 5 | 0-05/U1x3082 | 调像透镜组 | 1 |
| 13 | 0-16/U4-16X40A | 限位钉 | 1 | 4 | 3A02 | 双色�5位器 | 1 |
| 12 | 0-7/U3-9x3286 | 物镜调焦弹簧 | 1 | 3 | T1B03 | 调节手轮组 | 2 |
| 11 | 0-13/U3x32C | 物镜调焦定位垫片 | 1 | 2 | 0-02/U4x3288 | 易镜组 | 1 |
| 10 | 0-6/U3-9x3286 | 固定标志圈 | 1 | 1 | 0-01/U3-5x3288 | 物镜组 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |
| | | | | U4x3202 | | 0 | |

| 24 | GB71-76 | 螺钉 M2 x 4 | 1 |
| 23 | GB71-76 | 螺钉 M2 x 2 | 2 |
| 22 | GB73-76 | 螺钉 M2 x 2 | 1 |
| 21 | 打磨兰三色 | 片状发光二极管3.5x2.8 | 1 |
| 20 | 0-15/U4x32B | 后盖压圈 | 1 |
| 19 | ф-026x1.5 | 0形密封圈 | 1 |
| 序号 | 代 号 | 名 称 | 数量 |

装 配 总 图

设计 郑立生 1/07/12

S

1 : 1

江 苏 U T G

Confidential Information Subject to Protective Order

LEAPERS0147

App. 95



A-A

| 序号 | 代    号 | 名    称 | 数量 | 序号 | 代    号 | 名    称 | 数量 |
|---|---|---|---|---|---|---|---|
| | | | | 10 | 0-12 | 目镜筒 | 1 |
| 19 | GB71-85 | 螺钉 M2x4 | 1 | 9 | 0-4/04-16x434 | 片簧 | 1 |
| 18 | GB73-85 | 螺钉 M2x3 | 1 | 8 | 0-2/04x32B | 装消簧 | 1 |
| 17 | 0-02/04x32B | 先视镜组 | 1 | 7 | 0-1 | 镜体 | 1 |
| 16 | 红绿二三色 | 片状变片二档环R3.5x2.9 | 1 | 6 | 0-00/03-9x0252 | 目镜组 | 1 |
| 15 | 0-9/03-10X44A | 充氮密封塞 | 1 | 5 | 0-04/64x323 | 分划丝组 | 1 |
| 14 | 0-8/03-10X44A | 充氮螺钉 | 1 | 4 | 0-05 | 转像活镜组 | 1 |
| 13 | GB73-85 | 螺钉 M2x2 | 1 | 3 | 5A02 | 双色电位器 | 1 |
| 12 | 0-15/04x32B | 后氮压盖 | 1 | 2 | 7JB03 | 调节手轮组 | 2 |
| 11 | 55-02651.5 | 0形密封塞 | 1 | 1 | 0-31/04x32B | 物镜组 | 1 |

U4x32B2                                          0

装配总图

U4x32B2

| | | | | | | 开    具 设配号 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 阶 段 标 记 | 重 量 | 比 例 |
| | | | | | | | S | | 1:1 |
| 标记 | 处数 | 更 改 | 3 张 | | | | | | |
| 设 计 | | 郑立生 | 19/07/12 | | | 共 1 张 | | 第 1 张 |
| 审 批 | | | | | | 江 苏 U T G | | | |

dential Information Subject to Protective Order
LEAPERS014745

App. 96



A-A

| 18 | 0-9/U3-10X44A | 荒紧密封垫 | 1 | 9 | 0-5 | 调距轮 | 1 |
| 17 | 0-8/U3-10X44A | 尤氯螺钉 | 1 | 8 | 0 | 镜体 | 1 |
| 16 | GB73-85 | 螺钉 M2x3 | 1 | 7 | 0-03/U3-9x32B2 | 目镜筒 | 1 |
| 15 | 0-12/U4x32B2 | 目镜筒 | 1 | 6 | 0-04/U4x32B2 | 分划丝组 | 1 |
| 14 | 0-4/U4-16x40A | 片簧 | 1 | 5 | 0-0-5 | 转像透镜组 | 1 |
| 13 | 0 16/U4 16X40A | 限位钉 | 1 | 4 | EA02 | 双色云发器 | 1 |
| 12 | 0-7/U3-9x32B | 物镜调焦外簧 | 1 | 3 | TJB03 | 调节手轮组 | 2 |
| 11 | 0-15/U4x32C | 物镜调焦尼龙垫片 | 1 | 2 | 0-02/U4x32B | 弯镜筒 | 1 |
| 10 | 0-6/U3-9x32B | 荒点标志圈 | 1 | 1 | 0-01/U3-9x32B | 物镜筒 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |

U6x32A2                         0

| 24 | GB71-85 | 螺钉 M2x5 | 1 |
| 23 | GB71-85 | 螺钉 M2x2 | 2 |
| 22 | GB73-85 | 螺钉 M2x2 | 1 |
| 21 | 红铜三色 | 片状荧光二极管3.5x2.8 | 1 |
| 20 | 0-15/U4x32B | 后狐压圈 | 1 |
| 19 | 内φ28X1.5 | O形密封圈 | 1 |
| 序号 | 尺 号 | 名 称 | 数量 |

装配总图

| 标记 | 处数 | 更 改 | 日期 |
| 设 计 | | 邦立生 | 19/07/12 |

阶段标记 / 重量 / 比例

S                                   1:1

江苏 UTG



B-B

| 序号 | 代号 | 名称 | 数量 | 序号 | 代号 | 名称 | 数量 |
|---|---|---|---|---|---|---|---|
| 22 | 外Ø28X2 | O形密封圈 | 1 | 11 | 0-13/U4-16X40A | 物镜调焦尼龙垫片 | 1 |
| 21 | 0-9/U3-10x44A | 充氮密封垫 | 1 | 10 | 0-7/U4-16X40A | 物镜调焦弹簧 | 1 |
| 20 | 0-8/U3-10x44A | 充氮螺钉 | 1 | 9 | 0-6/U3-9x40B | 距离标志圈 | 1 |
| 19 | 0-15/U4-16x40A | 后弧压圈 | 1 | 8 | 0-5/U3-12x40A | 调距轮 | 1 |
| 18 | 0-14/U4-16x40A | 后弧圈 | 1 | 7 | 0-1 | 镜体 | 1 |
| 17 | 0-16/U3-12x44A | 定位销 | 1 | 6 | EA01 | 双色电位器 | 1 |
| 16 | 0-11/U3-12x44B | 球位螺钉 | 1 | 5 | 0-03/U3-16x44A | 目镜组 | 1 |
| 15 | 0-12/U4-16x40A | 目镜筒 | 1 | 4 | 0-04/U3-9x40B | 分划丝组 | 1 |
| 14 | 0-10/U3-12X40A | 变倍手轮 | 1 | 3 | 0-06/U3-12x40A | 转像透镜组 | 1 |
| 13 | 0-4/U4-16x40A | 片簧 | 1 | 2 | TJB011 | 调节手轮组 | 2 |
| 12 | 0-16/U4-16X40A | 限位钉 | 1 | 1 | 0-01/U3-9x40B | 物镜组 | 1 |

| 序号 | 代号 | 名称 | 数量 |
|---|---|---|---|
| 25 | GB73-76 | 螺钉M2x2 | 1 |
| 24 | 外Ø4X1 | O形密封圈 | 1 |
| 23 | 外Ø30X1.8 | O形密封圈 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 标记 | 处数 | 签字 | 日期 | U3-12X40A2 | 0 |
| 设计 | | 郑立生 | 27/07/12 | 装配总图 | 所属装配号 |
| 审批 | | | | | 图样标记: S; 重量; 比例: 1:1 |
| | | | | | 共 1 张 第 1 张 |
| | | | | | 江苏UTG |



Confidential Information Subject to Protective Order

LEAPERS01474



ential Information Subject to Protective Order



| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |
|---|---|---|---|---|---|---|---|
| | | | | 11 | 0-12/34-16x404 | 目镜罩 | 1 |
| 21 | GBT3-76 | 螺钉 M2×2 | 1 | 10 | 0-10 | 变倍手轮 | 1 |
| 20 | 外引Y | 0形密封圈 | 1 | 9 | 1-4/13-10x441 | 片簧 | 1 |
| 19 | 外径0X1.8 | 0形密封圈 | 1 | 8 | 0-3 | 平面压圈 | 1 |
| 18 | 外径2X2 | 0形密封圈 | 1 | 7 | 0-2 | 装饰圈 | 1 |
| 17 | 1-6/10-10x44A | 充氮密封塞 | 1 | 6 | 0-1 | 镜体 | 1 |
| 16 | 0-6/10-.6x44A | 充氮螺钉 | 1 | 5 | 0-03/13-12x46a | 目镜组 | 1 |
| 15 | 0-15/04-16x40A | 后盖压圈 | 1 | 4 | 2-04/13-10x46a | 分划丝组 | 1 |
| 14 | 0-14/04-16x40A | 后盖圈 | 1 | 3 | 0-05 | 物像遮值组 | 1 |
| 13 | 0-16/00-12x0X | 定位钉 | 1 | 2 | TJC01A | 调节手轮组 | 2 |
| 12 | 0-11/13-12x44B | 销位螺钉 | 1 | 1 | 0-01 | 物镜组 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | 序号 | 代 号 | 名 称 | 数量 |

| | U3-9X40A | 0 |
|---|---|---|
| | 装 配 总 图 | |

| | | | | |
|---|---|---|---|---|
| | | S | | 1:1 |

设 计   郑立生   18/12/09

江 苏 U T G

Confidential Information Subject to Protective Order

LEAPERS014'

App. 101



| 22 | 件0882 | 0形密封圈 | 1 | | 11 | 0-13/03-9x00A | 快速调位尼定卷列 | 1 |
| 21 | 0-6/03-10x44A | 充氮密封塞 | 1 | | 10 | 0-7/03-5x9A | 地板调地板盘 | 1 |
| 20 | 0-6/03- 0x44 | 充氮螺钉 | 1 | | 9 | 0-8/03-5x00A | 更换标志器 | 1 |
| 19 | 0-13/04-15x60A | 后盖压圈 | 1 | | 8 | 0-5/03-5x80A | 调距栓 | 1 |
| 18 | 0-14/04-15x60A | 钉帽罩 | 1 | | 7 | 0-1 | 镜体 | 1 |
| 17 | 0-16/03-10x44A | 定位针 | 1 | | 6 | R x 0 1 | 36色电位器 | 1 |
| 16 | C-11/03-12x44B | 贴位螺钉 | 1 | | 5 | 0-03/03-10x44A | 目镜组 | 1 |
| 15 | 0 12/03 15x60A2 | 目镜罩 | 1 | | 4 | 0-04/03-9x60A | 分划丝组 | 1 |
| 14 | C-10/03-9X43A | 变倍手轮 | 1 | | 3 | 0-05/03-9x6A | 新位透镜组 | 1 |
| 13 | 0-4/04-18x4CA | 户簧 | 1 | | 2 | TJB013 | 调节手轮组 | 2 |
| 12 | C-15/03-9x53A | 限位订 | 1 | | 1 | 0-01/03-9x90A | 物镜组 | 1 |
| 序号 | 代 号 | 名 称 | 数量 | | 序号 | 代 号 | 名 称 | 数量 |

<table>
<tr><td colspan="4">U3-9X50A2</td><td>D</td></tr>
<tr><td colspan="4" rowspan="2">装配总图</td><td>质量 总标号</td></tr>
<tr><td>图 号</td><td>比 例</td></tr>
<tr><td>更改 记录</td><td>字 字</td><td>日 期</td><td>S</td><td>1:1</td></tr>
</table>

| 26 | C-3/03-9x60A | 密封圈 | 1 |
| 25 | R873-B3 | 螺钉 M2 x 2 | 1 |
| 24 | 外包CL1 | 0形密封圈 | 1 |
| 23 | 件0041 B | 0形密封圈 | 1 |
| 序号 | 代 号 | 名 称 | 数量 |

| 设计 | 校核 | 主 管 | 日期 |
| 审 核 | | 邦立生 | 27/08/12 |

江苏 UTG

B—B

Confidential Information Subject to Protective Order

LEAPERS01475

App. 102



dential Information Subject to Protective Order

LEAPERS014752



| 序号 | 代号 | 名称 | 数量 |
|---|---|---|---|
| 26 | 0-2/U3-9X50A | 装饰圈 | 1 |
| 25 | 外34X1 | O形密封圈 | 1 |
| 24 | GB73-85 | 螺钉M2x2 | 1 |
| 23 | 外Ø30X1.8 | O形密封圈 | 1 |
| 22 | 外Ø28X2 | O形密封圈 | 1 |
| 21 | 0-12/U4-16X40A2 | 目镜垫 | 1 |
| 20 | 0-18/U3-12X44B | 定位销 | 1 |
| 19 | 0-15/U4-16X40A | 后弧压盖 | 1 |
| 18 | 0-14/U4-16X40A | 后弧圈 | 1 |
| 17 | 0-11/U3-12X44B | 轴位螺钉 | 1 |
| 16 | 0-10/U4-16X40A | 变倍手轮 | 1 |
| 15 | 0-9/U3-10X44A | 充氮密封垫 | 1 |
| 14 | 0-8/U3-10X44A | 充氮螺钉 | 1 |
| 13 | 0-16/U3-9X50A | 限位钉 | 1 |
| 12 | 0-13/U3-9X50A | 物镜调焦尼龙垫片 | 1 |
| 11 | 0-7/U3-9X50A | 物镜调焦弹簧 | 1 |
| 10 | 0-6/U4-16X50B | 距离标志圈 | 1 |
| 9 | C-5/U4-16X50B | 调距轮 | 1 |
| 8 | 0-4/U4-16X40A | 片簧 | 1 |
| 7 | 0-1 | 镜体 | 1 |
| 6 | EA01 | 双色电位器 | 1 |
| 5 | C-04/U4-16X40A | 分划丝组 | 1 |
| 4 | C-03/U3-10X44A | 目镜组 | 1 |
| 3 | C-05/U4-16X50B | 转像透镜组 | 1 |
| 2 | TJ301 | 调节手轮组 | 2 |
| 1 | C-01/U4-16X50B | 物镜组 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 标记 | 处数 | 签字 | 日期 | U4-16X50B2 | 0 |
| 设计 | | 郑立生 | 27/08/12 | 装配总图 | 所属装配号 |
| 审批 | | | | | 图样标记: S / 重量: / 比例: 1:1 |
| | | | | | 共 1 张 第 1 张 |
| | | | | | 江苏UTG |

Confidential Information Subject to Protective Order



技术要求
1. 黑色阳极氧化Ⅲ WJ463-75.
2. 以孔M4的中心线为零点, 数字按
   图示要求刻制. 角度偏差±30′.
3. 流转及运输过程中不能损伤外表面.

字高3
按样品刻字及填漆

R向锥面展开

沉孔中心

| | | | | U3-9X40A | 0-10 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属<br>装配号 | 0 | | |
| | | | | 变倍手轮 | 图 样 标 记 | | 重 量 | 比 例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 12/01/10 | 型材 | | | | |
| 审 批 | | | | LD 31 cs   GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014804

App. 105



其余 ▽ 6.3

| | | | U3-9X40A | | | 0-10 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属 装配号 | | 0 | |
| | | | 变倍手轮 | | 图样标记 | | 重 量 | 比 例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | | 1:1 |
| 设 计 | | 郑立生 | 12/01/10 | 型材 | 共 1 张 | | 第 1 张 | |
| 审 批 | | | | LD 31 cs    GB6892-86 | | 江 苏 U T G | | |

技术要求
1.黑色阳极氧化□ WJ463-75.
2.以孔M4的中心线为零点,数字按 图示要求刻制.角度偏差±30'.
3.滚转及运输过程中不能损伤外表面.

字高3
按样品刻字及填漆

B向锥面展开



其余 √ 6.3

技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化▼   WJ463-75.

| | | | | U3-9x32B2 | 0-35 | |
|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 2:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张   第 1 张 | |
| 设 计 | 郑立生 | 27/2/12 | | 型材 | 江 苏 U T G | |
| 审 批 | | | | LD31 cs GB6892-86 | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014806

App. 107



技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化V  WJ463-75.

| | | | | U3-9x32B2 | | | 0-35 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 0 | |
| | | | | 日镜框 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 2:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 27/2/12 | 型材 | | 江 苏 U T G | | | |
| 审批 | | | | LD31 cs GB6892-86 | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014807

App. 108



其余 8.3

技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化▼  WJ463-75.

| | | | | U3-9x32B2 | | 0-35 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 2:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设计 | 郑立生 | | 27/2/12 | 型材 | | | |
| 审批 | | | | LD31 cs GB6892-86 | 江苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014808



其余 6.3

技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化W   WJ463-75;

| | | | | U3-10X44A | | 0-35 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0-03 | |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | 4:1 |
| 设 计 | | 郑立生 | 6/08/09 | 型材 | 共 1 张 | 第 1 张 | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order     LEAPERS014809

App. 110



其余 6.3 ▽

⌖ ∅0.05 A

技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化▼　WJ463-75;

| | | | U3-10X44A | | 0-35 | |
|---|---|---|---|---|---|---|
| | | | | 所属装配号 | 0-03 | |
| | | | 目镜框 | 图样标记 | 重量 | 比例 |
| | | | | S | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | 第 1 张 |
| 设 计 | 郑立生 | 6/08/09 | 型材 | | | |
| 审 批 | | | LD 31 cs GB6892-86 | 江苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014810

App. 111



技术要求

1.倒角到R0.2;

2.黑色阳极氧化▽  WJ463-75.

| | | | | U3-10X44A | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 0-03 | |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 | |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | | | | |
| 设计 | | 郑立生 | 6/08/09 | 型材 | 共 1 张 | 第 1 张 | | |
| 审批 | | | | LD 31 cs  GB6892-86 | 江苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014811

App. 112



其余 6.3
Ø0.05 A
15
14
1
4.5
3xØ36±0.05
0.3x45°
1x45°
45°
R1
1.6
R1
(24处均布)
R8.5
(12处均布)
R20.7
R21.65
R4
30
17.2-0.1
M38x3/4-6h
M35x0.75-6H
Ø33.2-0.15 -0.05
Ø36.5
Ø31
Ø38
Ø38.3
Ø41.4
3.2
11
A
4.5
0.03 A
36.5
42
1.6

技术要求

1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 标记 | 处数 | 签字 | 日期 | U3-10X44A | 0-35 | | |
| | | | | 目镜框 | 所属装配号 | 0-03 | |
| | | | | | 图样标记 S | 重量 | 比例 4:1 |
| 设计 | | 郑立生 | 6/08/09 | 型材 | 共 1 张 | 第 1 张 | |
| 审批 | | | | LD 31 cs GB6892-86 | 江苏UTG | | |

技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化▼  WJ463-75;

| | | | | U3-10X44A | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 目镜框 | 所属装配号 | 0-03 | | |
| | | | | | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | 郑立生 | | 6/08/09 | 型材 | | | | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014813



技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化 WJ463-75:

| U3-10X44A | | 0-35 | |
|---|---|---|---|
| 目镜框 | 所属装配号 | 0-03 | |
| | 图件标记 | 重量 | 比例 |
| | S | | 4:1 |
| 标记 处数 签字 日期 | | 共 1 张 | 第 1 张 |
| 设计 郑立生 6/08/09 | 型材 | | |
| 审批 | LD 31 cs GB6892-86 | 江苏 U T G | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014814

App. 115



Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014815



技 术 要 求

1. 倒角到R0.2
2. 黑色阳极氧化W  WJ463-75

| | | | | U4x32A | | 0－35 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | |
| | | | | 目镜框 | 图样标记 | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | 1:1 |
| 设 计 | 郑立生 | 16/12/11 | | 型材LD 31 cs GB6892-86 | 共 1 张 | 第 1 张 | |
| 审 批 | | | | | 江 苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014816

App. 117



技术要求

1. 倒角到R0.2;

2. 黑色阳极氧化 WJ463-75.

| | | | | | U3-10X44A | | 0-35 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属装配号 | 0-03 | | |
| | | | | 目镜框 | 图件标记 | 重量 | 比例 | |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | | 共 1 张 | 第 1 张 | |
| 设计 | 郑立生 | 6/08/09 | | 型材 | | | | |
| 审批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014817



其余 6.3 ∇

技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化▼ WJ463-75;
3. 按图示B向要求刻字。

| | | | | U3-9x32B | | 0-5B | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | |
| | | | | 调距轮 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 |
| 设计 | 郑立生 | | 16/08/12 | 铝型材 LD 31 cs GB6892-86 | 江苏 U T G | | |
| 审批 | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014818

App. 119



技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化▼ WJ463-75;
3. 按图示B向要求刻字.

| | | | | U3-9x32B | | 0-5B | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属 装配号 | 0 | |
| | | | | 调距轮 | 图 材 标 记 | 重 量 | 比 例 |
| | | | | | S | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 |
| 设 计 | | 郑立生 | 16/08/12 | 铝型材 LD 31 cs GB6892-86 | 江 苏 U T G | | |
| 审 批 | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014819



技术要求
1. 倒角到 R0.2;
2. 黑色阳极氧化 ▼ WJ463-75;
3. 按图示 B 向要求刻字.

| | | | | | U3-9x32B | | 0-5B | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属<br>装配号 | 0 | |
| | | | | | 调距轮 | 图材标记 | 重量 | 比例 |
| | | | | | | S | | 1:1 |
| 标记 | 失数 | 签字 | 日期 | | | 共 1 张 | | 第 1 张 |
| 设计 | 郑立生 | 16/08/12 | | 铝型材 LD 31 cs GB6892-86 | | 江苏 UTG | | |
| 审批 | | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective

LEAPERS014820



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| 标记 | 处数 | 签 字 | 日期 | TJA | | 01-8 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | |
| | | | | 锁紧外圈 | 图 件 标 记 | 重 量 | 比 例 |
| | | | | | S | | 4:1 |
| 设 计 | 郑立生 | | 7/08/09 | 铝管 | 片 1 张 | 第 1 张 | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014821

App. 122



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属 装配号 | 01 | | |
| | | | | 锁紧外圈 | 图样标记 | 重量 | | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 7/08/09 | | 铝管 | | | | |
| 审批 | | | | LD 31 cs GB6892-86 | 江苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014822

App. 123



技术要求

1. 倒角到R0.2.

2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属 装配号 | 01 | | |
| | | | | 锁紧外圈 | 图 件 标 记 | | 重 量 | 比 例 |
| | | | | | S | | · | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | 铝管 | 共 1 张 | | 第 1 张 | |
| 设 计 | 郑立生 | 7/08/09 | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014823



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 锁紧外圈 | 所属装配号 | 01 | | |
| | | | | | 图存标记 | | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | | 4:1 |
| 设 计 | | 郑立生 | 7/08/09 | 铝管 | 共 1 张 | | 第 1 张 | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014824



技术要求

1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属<br>装配号 | 01 | | |
| | | | | 锁紧外圈 | 图件标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 7/08/09 | 铝管 | | | | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective
Order

LEAPERS014825



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化▼ WJ463-75.

| | | | | TJA | | 01-8 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | |
| | | | | 锁紧外圈 | 图作标记 | 重破 | 比例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 片 1 张 | 第 1 张 | |
| 设 计 | 郑立生 | 7/08/09 | | 铝管 | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014826



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所 属 装配号 | 01 | |
| | | | | 锁紧外圈 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设 计 | 郑立生 | | 7/08/09 | 铝管 | | 江 苏 U T G | |
| 审 批 | | | | LD 31 cs  GB6892-86 | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014827

App. 128



技术要求

1. 倒角到R0.2.

2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图样标记 | | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | | 4:1 |
| 设 计 | 郑立生 | 7/08/09 | | 铝管 | 共 1 张 | | 第 1 张 | |
| 审 批 | | | | LD 31 cs  GB6892~86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014828