

技术要求

1. 倒角到R0.2.

2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | |
|---|---|---|---|---|---|---|---|
| | | | | 锁紧外圈 | 所 属 装配号 | 01 | |
| | | | | | 图 样 标 记 | 重 量 | 比 例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设 计 | 郑立生 | 7/08/09 | | 铝管 | 江 苏 U T G | | |
| 审 批 | | | | LD 31 cs GB6892-86 | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014829

App. 130



技术要求
1. 倒角到R0.2.
2. 喷砂黑色阳极氧化W WJ463-75.

| | | | | TJA | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 7/08/09 | | 铝管 | | | | |
| 审批 | | | | LD 31 cs GB6892-86 | 江苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014830



技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 03-8 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | |
| | | | | 锁紧外圈 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 |
| 设 计 | 郑立生 | 3/07/12 | | 铝型材 | | | |
| 审 批 | | | | I.D 31 cs GB6892-86 | 江 苏 U T G | | |

Confidential Attomey Eyes Only Information Subject to Protective Order

LEAPERS014831

App. 132



技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.

| | | | | TJB | | 03-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 锁紧外圈 | 图件标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 3/07/12 | 铝型材 | | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014832

App. 133



技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.

| | | | | TJB | | 03-8 | |
|---|---|---|---|---|---|---|---|
| | | | | 锁紧外圈 | 所属装配号 | 03 | |
| | | | | | 图样标记 | 重量 | 比例 |
| | | | | | S | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设 计 | 郑立生 | 3/07/12 | | 铝型材 | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014833

**App. 134**



技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化▼ WJ463-75.

| | | | | TJB | | 03-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 03 | |
| | | | | 锁紧外圈 | 图件标记 | | 套量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 片 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 3/07/12 | 铝型材 | | | | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江苏 UTG | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014834

App. 135



技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化₩ ₩J463-75.

| | | | | TJB | | 03-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 03 | | |
| | | | | 锁紧外圈 | 图样标记 | | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | S | | | 4:1 |
| 设 计 | | 郑立生 | 3/07/12 | 铝型材 | 共 1 张 | | 第 1 张 | |
| 审 批 | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014835

App. 136



技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图件标记 | 重量 | | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 16/11/09 | 铝管 | | | | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014836

App. 137



技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图 样 标 记 | | 重 量 | 比 例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 郑立生 | 16/11/09 | 铝管 | | | | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014837



技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图作标记 | | 毛坯 | 比例 |
| 标记 | 处数 | 签字 | 日期 | | S | | | 4:1 |
| 设 计 | 郑立生 | 16/11/09 | | 铝管 | 共 1 张 | | 第 1 张 | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014838



技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化₩ ₩J463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 01 | | |
| | | | | 锁紧外圈 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设 计 | 郑立生 | 16/11/09 | | 铝管 LD 31 cs GB6892-86 | 江 苏 U T G | | | |
| 审 批 | | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014839

App. 140



技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化W  WJ463-75.

| | | | | TJB | | 01-8 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属<br>装配号 | 01 | | |
| | | | | 锁紧外圈 | 图样标记 | 重量 | 比例 | |
| | | | | | S | | 4:1 | |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 | | |
| 设 计 | 郑立生 | 16/11/09 | | 铝管 | · | | | |
| 审 批 | | | | LD 31 cs  GB6892-86 | 江 苏 U T G | | | |

Confidential Attorney Eyes Only Information Subject to Protective
Order

LEAPERS014840

**App. 141**



技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.

| | | | | TJB | | | 01-8 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 01 | |
| | | | | 锁紧外圈 | 阶 径 标 记 | | 重 量 | 比 例 |
| | | | | | S | | | 4:1 |
| 标记 | 处数 | 签 字 | 日期 | | 片 1 张 | | 第 1 张 | |
| 设 计 | 郑立生 | 16/11/09 | | 铝管 LD 31 cs GB6892-86 | | 江 苏 U T G | | |
| 审 批 | | | | | | | | |

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014841

App. 142



| | | | | U3-9x32B | | 0-6 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 原属 装配号 | | 0 | |
| | | | | 距离标志圈 | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处题 | 签 字 | 日期 | | | | | |
| 设 计 | | 郑立生 | 18/06/12 | | 共 2 张 | | 第 1 张 | |
| 审 批 | | | | 铝管 LD 31 cs GB6892-86 | 江 苏 U T G | | | |

技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 ▼.



技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 ▼.

| | | | | U3-9x32B | | 0-6 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属装配号 | 0 | |
| | | | | 距离标志圈 | | 图样标记 | 重量 | 比例 |
| | | | | | | S | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | | 共 2 张 | 第 1 张 | |
| 设 计 | | 郑立生 | 18/06/12 | 铝管 LD 31 cs GB6892-86 | | 江 苏 U T G | | |
| 审 批 | | | | | | | | |

dential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014843

App. 144



| | | | | U3-9x32B | | 0-6 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | |
| | | | | 距离标志圈 | 图样标记 | 重量 | 比例 |
| 标记 | 处数 | 签字 | 日期 | | S | | 1:1 |
| 设计 | 郑立生 | | 18/06/12 | | 共 2 张 | 第 1 张 | |
| 审批 | | | | 铝管 LD 31 cs GB6892-86 | 江苏 UTG | | |

技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化.

dential Attorney Eyes Only Information Subject to Protective Order

LEAPERS014844

App. 145



Confidential Information Subject to Protective Order

EXHIBIT
121
KF 33-15

LEAPERS014636

App. 146



Confidential Information Subject to Protective Order

LEAPFRS014637

**App. 147**



技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 Ⅳ.

| | | | | | U3-9x40B | | 0-6 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 距离标志圈 | 所属装配号 | | 0 | |
| | | | | | | 图样标记 | | 重量 | 比例 |
| 标记 | 处数 | 签 字 | 日期 | | | S | | | 1:1 |
| 设 计 | | 郑立生 | 3/01/12 | | 铝管 | 共 2 张 | | 第 1 张 | |
| 审 批 | | | | | LD 31 cs GB6892-86 | 江 苏 U T G | | | |

LEAPERS014638

App. 148



Confidential Information Subject to Protective Order

LEAPERS014639



Confidential Information Subject to Protective Order

LEAPERS014640

App. 150



Confidential Information Subject to Protective Order

LEAPERS014641



Confidential Information Subject to Protective Order

LEAPERS01464

App. 152

Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

LEAPERS014644

App. 154



Confidential Information Subject to Protective Order

LEAPERS014645



Confidential Information Subject to Protective Order

LEAPERS014646

**App. 156**



Confidential Information Subject to Protective Order

LEAPERS014647



Confidential Information Subject to Protective Order

LEAPERS01454



Confidential Information Subject to Protective Order

LEAPERS014649

App. 159



LEAPERS014650

Confidential Information Subject to Protective Order



D向旋转展开（局 部）

技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化W  WJ463-75.
3. 以M4-6H孔的中心线为零点，数字按图示
   要求刻字，角度偏差±30°。
4. 流转及运输过程中不得损伤外表面。

| | | | | U2-7X44A | | 0-10 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 所 属 装 配 号 | 0 | | |
| | | | | 变倍手轮 | 图 样 标 记 | 重 量 | 比 例 | |
| | | | | | S | | 2:1 | |
| 标记 | 处数 | 签 字 | 日期 | 铝型材 | 共 1 张 | 第 1 张 | | |
| 设 计 | | 郑立生 | 10/05/12 | | 江 苏 U T G | | | |
| 审 批 | | | | LD31 cs      GB6892-86 | | | | |

Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

LEAPERS014652

App. 162



nfidential Information Subject to Protective Order

LEAPERS014653

App. 163



其余 $\sqrt{\dfrac{6.3}{}}$

锥面展开

字高2.7
按样品刻字

**技术要求**

1. 黑色阳极氧化W.
2. 以孔M2.5 的中心线为零点, 数字
   按图示要求刻制.角度偏差±30′.
3. 流转及运输过程中不能损伤外表面.

M2.5螺孔中心

| | | | U3-9X32B | | 0-10 | |
|---|---|---|---|---|---|---|
| | | | | 所属 装配号 | 0 | |
| | | | 变倍手轮 | 图 样 标 记 | 重 量 | 比 例 |
| | | | | S | | 1:1 |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | 第 1 张 |
| 设 计 | | 郑立生 | 12/07/10 | 型材 | 江苏 UTG | |
| 审 批 | | | | LD 31 cs    GB6892-86 | | |

Confidential Information Subject to Protective Order

LEAPERS014654

App. 164





dential Information Subject to Protective Order

LEAPERS014656



Confidential Information Subject to Protective Order

LEAPERS014657

**App. 167**



技术要求

1. 低角到R0.2;

2. 黑色阳极氧化№ WJ463-75.

| | | | | U3-10X44A | 0-12 | | |
|---|---|---|---|---|---|---|---|
| | | | | 目镜筒 | | | 0 |
| | | | | | | S | 1:1 |
| 标记 | 处数 | 更 改 | 日期 | 铝型材 LD 31 cs | | | |
| 设 计 | 郑立生 | 7/10/10 | | GB6892-86 | | | 江苏 UTG |
| 审 批 | | | | | | | |

技术要求

LEAPERS014658

App. 168



lential Information Subject to Protective Order

LEAPERS014659



B向锥面展开

字高3
按样品刻字及填漆

沉孔中心

### 技术要求

1. 此另件机加尺寸要求与0-10/U3
   -10X44A完全相同.
2. 黑色阳极氧化 W WJ463-75.
3. 以孔M4的中心线为零点, 数字按图示要
   求刻制. 角度偏差 ±30′.
4. 流转及运输过程中不能损伤外表面.

| | | | | U4-16X44A | | 0-10 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | 0 | |
| | | | | 变倍手轮 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | 第 1 张 | |
| 设计 | 郑立生 | 20/12/10 | | | | | |
| 审批 | | | | | 江苏 U T G | | |

Confidential Information Subject to Protective Order

LEAPERS014660

App. 170



Confidential Information Subject to Protective Order

LEAPERS01466



Confidential Information Subject to Protective Order

LEAPERS014662



技术要求

1. 倒角到R0.2.

2. 黑色阳极氧化 W WJ463-75.

3. 以直槽的中心线为零点,数字按图示要求刻制,角度偏差±30′.

4. 流转及运输过程中不能损伤外表面.

| | | | | U8-32x56A | | 0-10 | |
|---|---|---|---|---|---|---|---|
| | | | | | 所属装配号 | | 0 |
| | | | | 变倍手轮 | 图样标记 | 重量 | 比例 |
| | | | | | S | | 1: 1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | 第 1 页 | |
| 设计 | 郑立生 | 27/11/12 | | 铝型材 | | | |
| 审批 | | | | LD 31 cs GB6892-86 | 江苏UTG | | |

Confidential Information Subject to Protective Order

LEADERS011689



ential Information Subject to Protective Order

LEAPERS014664