

idential Information Subject to Protective Order

LEAPERS014665



Confidential Information Subject to Protective Order

LEAPERS01466



R1
(2处)
M4-6H
沉孔Ø5.2深6
R0.4
13.5
B
12.5±0.1
8°
18°
5.5
0.4X45°
Ø41.2
Ø35.8
3.2
Ø38
Ø41.2
5.8
25.8±0.1
Ø0.05
A
R27
7.5
20°
R1(26处)
Ø13.3
1.6
Ø41.4
R8.5
(11处300° 均布)
3.2
其余
H3
GB9925-88
B向柱面展开
螺孔中心
1
2
3
4
5
6
7
8
6°
14.8°
33.4°
41.2°
48.2°
65°
100°
100°
1.3
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.
3. 以孔M4的中心线为零点,刻线和数字按要求刻制.角度偏差±30′.
4. 流转及运输过程中不能损伤外表面.
U1828
0-10
变倍手轮
0
S
1:1
设计
郑立生
23/09/13
审批
铝型材
LD 31 csGB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS01466

App. 177



技术要求
1. 锐角倒R0.2;
2. 必须保证图中 与C-C的对应位置关系;
3. 黑色阳极氧化Ⅱ WJ463-75;
4. 按图示B向D向要求刻字.
U3-12X44D
镜体
锻铝LD31(6063)
GB3190-82
江苏UTG
郑立生
2:1
C-C
34.5±0.1
2-M16X1-6H
M22X1-6H
M2-6H
沉孔φ3.3深2
223.7±0.1
81±0.1
69.5±0.1
91.2
52.5
R53
R50
R10
其余 6.3

ntial Information Subject to Protective Order

LEAPERS014668

App. 178



其余 3.2
D
ϕ0.05 A
ϕ0.05 A
12
2-R0.7x45°
2-0.8x45°
8°
8°
R3
(16处均布)
R26
2-R0.5x45°
7
2-R2
R21.95
ϕ40
12°
0.5x45°
0.4X45°
ϕ40
ϕ35.2
ϕ33.6
ϕ38
ϕ40
ϕ41.6
R0.2
2.2±0.1
M4-6H
沉孔ϕ6.5
1.6
5
10.2±0.05
18±0.1
D向旋转展开(局部)
H3
GB9925-88
ϕ0.7
0
91.5° 116.5° 141.5° 167° 190° 208° 224° 240° 255° 268.5°
3 4 5 6 7 8 9 10 12
1.5
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.
3. 以M4-6H孔的中心线为零点，数字按图示要求刻字，角度偏差±30′.
4. 流转及运输过程中不得损伤外表面.
U3-12X44D
0-10
变倍手轮
所属装配号
0
图样标记
重量
比例
S
2:1
标记
处数
签字
日期
设计
郑立生
15/08/11
审批
铝管
LD31 cs GB6892-86
共 1 张
第 1 张
江苏UTG

Confidential Information Subject to Protective Order

App. 179



其余 6.3
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.
U3-12X44D
0-12
目镜筒
1:1
设计
审批
铝型材LD 31 cs GB6892-86
江苏UTG
两尖点
M24x0.75-6H
M33.5X0.75-8H
M36X3/4-5H
M2-6H
SR36.2
SR31.7
R13.5
φ16.5
27.8±0.1
47
37
33
10.7
13.4

Confidential Information Subject to Protective Order

LEAPERS01467

App. 180



技术要求
1. 倒角到R0.2.
3. 黑色阳极氧化W WJ463-75;
4. 按图示E向要求刻字。
U1.5-6X44A
镜体
铝型材
LD 31 cs GB6892-86
江 苏 U T G
郑立生 28/09/11
ACCUSHOT
C-C
E向
B向
34.5±0.1
17.25±0.05
2-M16X1-6H
互成90° ±15'
3-0.5x45°
M2-6H
沉孔Ø3.3 深2
273±0.2
123±0.15
R100

fidential Information Subject to Protective Order

LEAPERS014671

App. 181



dential Information Subject to Protective Order

LEAPERS014672



C-C
其余 6.3
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.
U1.5-6X44A
0-12
目镜筒
设 计
郑立生
6/09/11
审 核
铝型材LD 31 cs
GB6892-86
1:1
江 苏 U T G
两尖点
字高2
白色激光刻

Confidential Information Subject to Protective Order LEAPERS014673



| 序号 | 代号 | 名称 | 数量 | 备注 | 序号 | 代号 | 名称 | 数量 | 备注 |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 0-17/U3-12X44C | 灯座 | 1 | | 12 | 0-10 | 变倍手轮 | 1 | |
| 23 | GB73-85 | 螺钉 M2X2 | 1 | (0) | 11 | 0-4/U3-10X44A | 片簧 | 1 | |
| 22 | 0-15/U3-10X44A | 定位钉 | 1 | | 10 | 0-1 | 镜体 | 1 | |
| 21 | 0-9/U3-10X44A | 密封垫 | 1 | | 9 | 0-3/U3-12X44B | [illegible] | 1 | |
| 20 | 0-6/U3-10X44A | [illegible] | 1 | (0) | 8 | 0-2/U3-12X44B | 装饰圈 | 1 | |
| 19 | 外φ3X12 | O形密封圈 | 1 | | 7 | 0-03/U3-12X44C | 目镜组 | 1 | |
| 18 | 外φ4X1 | O形密封圈 | 1 | | 6 | EA01 | 发光组 | 1 | |
| 17 | 外φ30X1.3 | O形密封圈 | 1 | | 5 | 0-04 | 分划组 | 1 | |
| 16 | 0-11/U3-12X44B | 轴位螺钉 | 1 | | 4 | 0-05 | 转向透镜组 | 1 | |
| 15 | 0-15 | [illegible] | 1 | | 3 | TS01 | 调焦组 | 1 | |
| 14 | 0-14 | [illegible] | 1 | | 2 | TJB021 | 调节手轮组 | 2 | |
| 13 | 0-12 | 目镜筒 | 1 | | 1 | 0-01/U3-12X44B | 物镜组 | 1 | |

Confidential Information Subject to Protective Order



技术要求
1. 倒角到R0.2;
2. 必须保证图中与C-C的对应位置关系;
3. 黑色阳极氧化W WJ463-75;
4. 按图示B向, D向要求刻字。
U3-9X40A
镜体
0-1
江苏UTG
铝管
LD 31 cs GB6892-86
设计
郑立生
23/11/11
审批
C-C
D向旋转
用Arial字体
B1向
R2向
UTG商标
1:1

onfidential Information Subject to Protective Order

LEAPERS014675

App. 185



其余 6.3
11.4
10°
8°
4-C.5x45°
0.4X45°
0.4x45°
2-R0.4
2-R1
R25
R8(11处均布)
105°
7
B
Ø32
Ø38
Ø40
0.3x45°
6
12.4±0.05
23
M4-6H
沉孔Ø6.5
Ø0.05 A
B向锥面展开
27.5°
28°
29°
26.5°
25°
字高3
按样品刻字及填漆
97°30'
沉孔中心
0°
技术要求
1.黑色阳极氧化W WJ463-75.
2.以孔M4的中心线为零点，数字按图示要求刻制.角度偏差±30'.
3.流转及运输过程中不能损伤外表面.
U3-9X40A
0-10
所属装配号
0
变倍手轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
郑立生
12/01/10
型材
审批
LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014676

App. 186



其余 6.3
0.04 A
25.2 -0.1
13 +0.1
B
1.6
1.6
3.2
9.5
8
10°
10
M52.5x0.6(小径Ø52.5 -0.1)
Ø50.5 +0.13
Ø52
Ø54.4 -0.1
A
Ø0.05 A
18' 18'
120°
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 W .
U3-9x40B
0-6
所属装配号
0
距离标志圈
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
设计
郑立生
3/01/12
审批
铝管
LD 31 cs GB6892-86
共 2 张
第 1 张
江苏UTG

dential Information Subject to Protective Order

LEAPERS014677

App. 187



其余
6.3
Ø0.05 A
B
0.4X45°
1.6
26.2
45°
1X45°
1.6
A
Ø56.4
Ø54.4
0.5X45°
Ø52.5-0.05
Ø46
M50X4.5/4-6H
M53x0.6(底径Ø52.6)
3.2
0.3X45°
6xØ50.3
15.2
33.5
35.4
Ø0.05 A
0.04 A
22-R3.8
均布
H=2.4
B向圆柱局部
180°
5.2
3-9X40 AO Mil-dot
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75;
3. 按图示B向要求刻字.
U3-9X40B
0-5
所属装配号
0
调距轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
设计
郑立生
10/05/10
审批
铝管 LD 31 cs GB6892-86
共 1 张
第 1 张
江苏UTG

Confidential Information Subject to Protective Order LEAPERS014678

App. 188



Confidential Information Subject to Protective Order



其余
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 W.
U3-9x50A
0-6
距离标志圈
所属装配号
0
图样标记
重量
比例
S
1:1
共 2 张
第 1 张
标记
处数
签字
日期
设计
郑立生
审批
铝管
LD 31 cs GB6892-86
江苏UTG

ntial Information Subject to Protective Order

LEAPERS014680

App. 190



其余 6.3
Ø0.05 A
8
B
1.6
45°
Ø62.6
1.6
Ø61
A
0.5X45°
Ø60-0.05
M57x0.75-6H
Ø54.2
M58X5/4-6H
Ø60
0.3X45°
0.4X45°
7xØ58.2
18.5
1.6
0.8xØ57.2
36.5
4
41.5
Ø0.05 A
0.04 A
20-R5
均布
1.6
H=2.4
B向圆柱局部
180°
2.5
3-9X50 Red/Green Mil-dot AO
3-9X50 Red/Green Mil-dot AO
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75;
3. 按图示B向要求刻字.
U3-9x50A
0-5
所属装配号
0
调距轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
郑立生
19/10/11
审批
型材 LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014681

App. 191



其余 6.3
11.4
10°
8°
4-0.5x45°
0.4X45°
0.4x45°
2-R0.4
R25
2-R1
R8(11处均布)
105°
B
Ø32
Ø38
0.3x45°
6
12.4±0.05
M4-6H
沉孔Ø6.5
23
Ø0.05 A
Ø38
Ø40
B向锥面展开
27.5°
28°
29°
26.5°
25°
字高3
按样品刻字及填漆
97°30'
0°
沉孔中心
技术要求
1.黑色阳极氧化W WJ463-75.
2.以孔M4的中心线为零点，数字按图示要求刻制，角度偏差±30′.
3.流转及运输过程中不能损伤外表面.
U3-9X40A
0-10
变倍手轮
所属装配号
图样标记
重量
比例
S
1:1
共 1 张
第 1 张
标记
处数
签字
日期
设计
郑立生
12/01/10
审批
型材
LD 31 cs
GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014682

App. 192



ential Information Subject to Protective Order

C-C
其余 6.3
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.
U4-16X40A2
0-12
目镜筒
设计 郑立牛 20/08/12
铝型材LD 31 cs
GB6892-86
1:1
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS01468



φ0.05 A
1X45°
1.6
6.3
其余
B
0.4X45°
30.3
45°
φ56.4
φ54.4
1.6
0.5X45°
φ52.5
φ46
M50X7.5/6-6H
M53x0.6(底径φ52.6)
3.2
0.3X45°
6xφ50.3
17
37.9
39.8
22-R3.8
均布
0.04 A
H=2.4
B向圆柱局部
180°
5.2
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75;
3. 按图示B向要求刻字.
U4-16X40A
0-5
所属装配号
0
调距轮
图样标记
重量
比例
S
1: 1
标记
处数
签字
日期
设计
郑立生
22/11/09
审批
共 1 张
第 1 张
铝管 LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014685

App. 195



C-C
其余 6.3
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.
U10X50A
0-12
目镜筒
铝型材LD 31 cs
GB6892-86
江苏UTG
设计 郑立生 11/05/12
1:1

onfidential Information Subject to Protective Order

LEAPERS014686



Confidential Information Subject to Protective Order

LEAPERS01468



B
B向锥面展开
H3
GB9925-88
槽中心
Ø0.7
6
8
10
12
14
16
18
20
24
90°
130°
180°
222°
0
110°
155°
202°
240°
270°
255°
2
技术要求
1. 此另件机加尺寸要求与0-10/
U8-32x56A 完全相同.
2. 黑色阳极氧化W WJ463-75.
3. 以直槽的中心线为零点，数字按
图示要求刻制. 角度偏差±30′.
4. 流转及运输过程中不能损伤外表面.
U6-24x56A
0-10
变倍手轮
所属
装配号
0
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
设计
郑立生
24/08/11
审批
共 1 张
第 1 张
铝型材
LD 31 cs GB6892-86
江苏UTG
Confidential Information Subject to Protective Order
LEAPERS014688



idential Information Subject to Protective Order

LEAPERS014689



其余 6.3
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75.
U10X44A
0-12
目镜筒
1:1
设计 郑立生 4/01/12
铝型材LD 31 cs GB6892-86
江苏UTG
两尖点
M24x0.75-6H
M2-6H
Ø0.05 A

Confidential Information Subject to Protective Order

LEAPERS014690

App. 200



Confidential Information Subject to Protective Order

LEAPERS01469



B
3.2
其余
Ø0.05 A
12
5.8
2-R0.7x45°
R3
(16处均布)
R26
2-R0.5x45°
2-R2
Ø40
8°
1.6
A
Ø40
Ø35.2
Ø33.6 +0.1 0
0.4X45°
Ø38 +0.1 0
Ø40 0 -0.1
12°
0.8x45°
R0.2
Ø41.6
2.2 0 -0.1
M4-6H
沉孔Ø6.5
4.2
12.5±0.1
23 0 -0.1
B向柱面展开
126.8°
21°
12.7°
25.1°
16.8°
16°
36.7°
11.2°
2.5
Ø0.8
95°
字高3
沉孔中心
0°
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.
3. 以M4-6H孔的中心线为零点，数字按图示要求刻字，角度偏差±30′。
4. 流转及运输过程中不得损伤外表面。
U4-16X44M
0-10
变倍手轮
所属装配号
0
图样标记
重量
比例
S
2:1
标记
处数
签字
日期
设计
郑立生
23/12/12
审批
铝管
LD31 cs GB6892-86
共 1 张
第 1 张
江苏UTG

Confidential Information Subject to Protective Order LEAPERS014692

App. 202



dential Information Subject to Protective Order

LEAPERS014693



其余 6.3
11.8
5°
2-0.8x45°
20°
0.4x45°
0.4x45°
Ø30.7
Ø29 +0.12 -0.06
Ø34.5 +0.1 0
Ø35.8
0.4x45°
M2.5-6H
6.9
11.4±0.05
17.8
Ø0.05 A
7
2-R0.6
R24
2-R1
30.2°
Ø36
Ø38
14-8.7°
13-16°
22-R0.3
锥面展开
24° 18'
20° 24'
27° 54'
12° 36'
18°
29° 24'
字高2.7
按样品刻字
3
113° 42'
113° 42'
0°
M2.5螺孔中心
技术要求
1. 黑色阳极氧化W.
2. 以孔M2.5 的中心线为零点，数字按图示要求刻制.角度偏差±30′.
3. 流转及运输过程中不能损伤外表面.
U3-9x32B2
0-10
所属装配号
0
变倍手轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
郑立生
12/07/10
型材
LD 31 cs GB6892-86
审批
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014694

App. 204



其余 3.2
5.9
4.3
2.2xØ31.7±0.05
2-Ø1.6
2-Ø10
30
26.5
SR60
1.6
2.4
0.6
3.6
2-0.8
2-0.6
10°
3.8
3
Ø36
Ø34.3
M29x0.75-6H
M2-6H
Ø32
21.2
M35.5x3/4-6H
Ø36
23.5
Ø39
0.4x45°
2.5
0.025 A
A
0.5x45°
4xØ35.7
13.6
28
8.6
33.5
41.9
M2-6H
SR26
1.6
R12
2-锥R5.5
9.7
15±0.1
M21x0.75-6H
H1.8
Ø20.2
6±0.1
Ø18.6
Ø15
12
21.5
22±0.1
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.
3. 按图示要求刻字。
4. 流转及运输过程中不得损伤外表面。
U3-9x32B2
0-12
目镜筒
所属装配号 0
图样标记 重量 比例
S 1:1
标记 处数 签字 日期
设计 郑立生 11/12/12
审批
共 1 张 第 1 张
铝材LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order LEAPERS014695

App. 205



技术要求
1. 倒角到R0.2;
2. 必须保证图中M2-6H与C-C的对应位置关系;
3. 黑色阳极氧化W WJ463-75;
4. 按图示B,D向要求刻字。
U4x32B2
镜体
铝管
LD 31 cs GB6892-86
江苏UTG
郑立生 18/07/12
C-C
E向
D向旋转
B向
F向
商标（刻制）
其余 6.3

Confidential Information Subject to Protective Order LEAPERS014696

App. 206



其余 3.2
(9.11)
2-Ø1.6
2-Ø10 +0.1 0
30
26.5
SR26.6
1.6
3.8
3
2.4
0.6
3.6
2-0.8
2-0.6
10°
1.6
9°
23.5
21.5
Ø39
Ø30.5
Ø29 +0.10 +0.05
M29x0.75-6H
8
0.4x45°
M35.5x3/4-6H
Ø36 +0.1 0
Ø39
1.6
2.5
A
12xØ35.7
13.6
0.025
A
0.5x45°
M2-6H
12
34
48.7 0 -0.1
M2-6H
R12.2
2-锥R5.5
M21x0.75-6H
1.6
9.7
14.4
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化W WJ463-75.
3. 按图示要求刻字。
4. 流转及运输过程中不得损伤外表面。
Ø20
Ø18
Ø15
6±0.1
12
22.6±0.1
U4x32B2
0-12
目镜筒
所属装配号
0
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
郑立牛
28/06/12
铝材LD 31 cs GB6892-86
审批
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014697

App. 207



其余 6.3
12.4
10°
8°
4-0.5x45°
0.4X45°
0.4x45°
2-R0.4
2-R1
R25
R8(11处均布)
105°
7
B
Ø31.5
Ø30.1
Ø35
Ø38
0.3x45°
6
2.4
M4-6H
沉孔Ø6.5
13.4±0.05
24
Ø0.05
A
Ø38
Ø40
B向锥面展开
18° 30'
19°
20°
20°
21°
20°
27°
27°
25° 30'
81°
81°
0°
2
字高3
按样品刻字及填漆
沉孔中心
技术要求
1.倒角到R0.2.
2.黑色阳极氧化W WJ463-75.
3.以孔M4的中心线为零点，数字按图示要求刻制.角度偏差±30'.
4.流转及运输过程中不能损伤外表面.
U4-16X40A
0-10
变倍手轮
所属装配号
0
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
郑立生
3/12/11
审批
型材
LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014698

App. 208



其余 6.3
0.05 A
3.8
2.2Ø32.2
1.2xØ38.6
0.4x45°
60°
3.2
1.6
Ø38.5±0.05
Ø30.2
M30xC.75-8H
1.2
Ø36
Ø37.2
M38X3/4-6H
Ø41.8
A
5
2.5
M2-6H
16
29.5
31.4
44
55
技术要求
1.倒角到R0.2.
2.黑色阳极氧化 W WJ463-75.
U4-16X40A
0-12
所属装配号
0
目镜筒
图样标记
重量
比例
S
2:1
标记
处数
签字
日期
设计
郑立生
30/03/12
铝管
审批
LD 31 cs GB6892-86
共 1 张
第 1 张
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014699

App. 209



其余 6.3
0.05 A
3.8
2.2Ø32.2
0.4x45°
1.2xØ38.6
60°
3.2
1.6
0.4x45°
Ø38.5±0.05
Ø30.2
M30x0.75-8H
1.2
Ø36
Ø37.2
M38X3/4-6H
Ø41.8
A
5
2.5
M2-6H
16
29.5
31.4
44
55
技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化 W WJ463-75.
U4-16X40A
0-12
目镜筒
所属装配号
0
图样标记
重量
比例
S
2:1
共 1 张
第 1 张
标记
处数
签字
日期
设计
郑立生
30/03/12
铝管
审批
LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014700

App. 210



Ø0.05 A
8
B
1.6
45°
6.3
其余
Ø0.05 A
Ø62.6-0.1
Ø61
A
1.6
0.5X45°
Ø60-0.05
M57x0.75-6H
Ø54.2
M58X7.5/6-6H
Ø50+0.1
0.3X45°
0.4X45°
7xØ58.2
18.5
0.8xØ57.2
36.5
4
41.5
Ø0.05 A
0.04 A
20-R5
均布
H=2.4
B向圆柱局部
180°
2.5
4-16X50 Red/Green Mil-dot A0
4-16X50 Red/Green Mil-dot A0
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75;
3. 按图示B向要求刻字.
U4-16X50B
0-5
所属装配号
0
调距轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
设计
郑立生
22/05/12
审批
铝管 LD 31 cs GB6892-86
共 1 张
第 1 张
江苏UTG



其余 6.3
0.04 A
30 0 -0.1
B
17 +0.1 0
1.6
1.5
1.6
3.2
13.5
M60x0.6
Ø58.5 +0.1 0
Ø59.7
Ø62.6 0 -0.1
10°
12
10.6
A
Ø0.05 A
36.5°
100°
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化 W .
U4-16x50B
0-6
所属装配号
0
距离标志圈
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
设计
郑立生
7/07/11
审批
铝管
LD 31 cs GB6892-86
共 2 张
第 1 张
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014702

App. 212



Confidential Information Subject to Protective Order

LEAPERS014703



其余 6.3
Ø0.05 A
21.5
1×45°
0.4×45°
B
1.6
45°
A
Ø48.4
Ø46.4
0.5×45°
Ø44.5
Ø38
M42×4.5/4-6H
M45x0.6(底径Ø44.5)
0.3×45°
5.6×Ø42.3
13.8
27.3
29.7
Ø0.04 A
16-R4.25
均布
H=2
B向圆柱局部
5.2
180°
UTG 4x32 AO Mil-dot
UTG 4x32 AO Mil-dot
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化W WJ463-75;
3. 按图示B向要求刻字。
U4×32C
0-5
所属装配号
0
调距轮
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 1 张
第 1 张
设计
陆虎成
26/05/10
审批
郑立生
27/05/10
铝管 LD 31 cs GB6892-86
江苏UTG



23.5-0.1
13.3
0.04 A
B
1.6
3.2
118.39°
6.3
其余
M44.5x0.6(外径Ø44.4-0.1)
Ø42.4
Ø43.5
Ø46.3-0.1
9
A
1.6
9.4
1.6
Ø0.05 A
技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化
U4×32C
0-6
所属装配号
0
距离标志圈
图样标记
重量
比例
S
1:1
标记
处数
签字
日期
共 2 张
第 1 张
设计
陆虎成
26/05/10
审批
郑立生
27/05/10
铝管 LD 31 cs GB6892-86
江苏UTG

Confidential Information Subject to Protective Order

LEAPERS014

App. 215



技术要求
1. 倒角到R0.2;
2. 必须保证图中 与C-C的对应位置关系;
3. 黑色阳极氧化W WJ463-75;
4. 按图示B向要求刻字
C-C
D向旋转
U4x32C
镜体
铝管
LD 31 cs GB6892-86
江 苏 U T G
郑立生
24/05/13
238.4
其余

Confidential Information Subject to Protective Order

LEAPERS01470

App. 216



onfidential Information Subject to Protective Order

LEAPERS014707