| From: | Eric Wang <ewang@leapers.com> |
|---|---|
| Sent: | Wednesday, November 12, 2014 8:23 AM |
| To: | 'Tina Ding' |
| Cc: | dding@leapers.com; 'Adam Yan'; gc01@utg-china.com |
| Subject: | FW: RE: Drawings or Documents related to Leapers' optics and the trade dress |
| Attachments: | 变倍手.pdf; 01-9.pdf; JM36x44B.pdf; 手轮盖041011.pdf |

Hello, Tina,

Please see below Mr. Yi's response and the attachment for your reference.

Thanks.

 Click to see UTG New Products!
THE BEST NEVER REST

*Eric Wang*
Leapers, Inc
32700 Capitol Street
Livonia, MI 48150
T: 734-542-1500; Ext.212
F: 734-542-7095

**From:** gc01@utg-china.com [mailto:gc01@utg-china.com]
**Sent:** Tuesday, November 11, 2014 7:20 PM
**To:** 'Eric Wang'
**Cc:** Tina Ding; Leapers-Mr David; Liuh Ming Trading Co.; michael.ting; 'Adam Yan'
**Subject:** 回复: RE: Drawings or Documents related to Leapers' optics and the trade dress

Eric：您好！

　　Leapers 及 UTG 的瞄具，其调节手轮，变倍环，目镜调节环等部分的防滑花纹均为圆弧状齿形。这是自 2002-2003 年以来已内订成系列的要求（战术性特别要求除外）。没有单独针对性的图纸，只有具体产品的零件图。（见附图）

谢谢！
开发部　　易经纬/yijingwei
江苏优特集体育器材制造有限公司
电话：0513-81503888-8065
传真：0513-81503688
手机：13585223848
Skype ID：yigong9



Confidential Information Subject to Protective Order

发件人: Eric Wang
发送时间: 2014-11-11 21:24
收件人: gc01@utg-china.com
抄送: 'Tina Ding'; dding@leapers.com; 'Liuh Ming Trading Co.'; 'michael.ting'; 'Adam Yan'
主题: RE: Drawings or Documents related to Leapers' optics and the trade dress
易工您好,

请问工厂是否有自 2002 或 2003 年以来开始应用的瞄具外形装饰（防滑）纹之类的图纸？
此类图纸不是传统意义上具体的技术工程图，只是体现、说明产品外观的说明图。

谢谢！


UTG

Click to see UTG New Products! <http://www.leapers.com/newproduct.php>

THE BEST NEVER REST


Eric Wang

Leapers, Inc

32700 Capitol Street

Livonia, MI 48150

T: 734-542-1500; Ext.212

F: 734-542-7095


From: Tina Ding [mailto:tding@leapers.com]
Sent: Monday, November 10, 2014 7:10 PM
To: 'Eric Wang'; dding@leapers.com
Cc: 'Adam Yan'
Subject: Drawings or Documents related to Leapers' optics and the trade
dress

onfidential Information Subject to Protective Order

Eric and David,

Do we have any "optics drawings" that would show the trade dress we have been using since 2002-2003? This is not for function, just for the look. Anything?

David, what about Mr. Yi? Would there be anything of this nature at the factory?

Tina Ding

<mailto:tding@leapers.com> tding@leapers.com

Leapers, Inc.

32700 Capitol Street

Livonia, MI 48150

T: 734-542-1500 X201; F: 734-542-7095

<http://www.leapers.com/newproduct.php> Click to see UTG New Products!

onfidential Information Subject to Protective Order

其余 6.3
0.2x45°
4-0.1
3
1x45°
0.5x45°
R1
(24处均布)
3.5+0.07
R8.5(12处均布)
φ43.3
φ41.4
A
φ41.4
φ38.5
φ37.3
φ34.5
φ37.3
15
21
0.04
A
A向锥面展开
直槽中心
82°
82°
1.3
字高3
按样品刻字及填漆
44°
25°
40°
29°
34°

技术要求

1. 倒角到R0.2.
2. 黑色阳极氧化BWJ463-75.
3. 1.6 面按客户要求处理.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 标记 | 处数 | 签字 | 日期 | JM3--9x50C | 0-6 | | | |
| | | | | 变倍手轮 | 所属装配号 | 0 | | |
| | | | | | 图样标记 | | 重量 | 比例 |
| | | | | | S | | | 1:1 |
| 设计 | | 杨骐榕 | 3/10/04 | 铝 LD 31 cs GB6892-86 | 共 1 张 | | 第 1 张 | |
| 审批 | | | | | 深圳市金凯进光电仪器有限公司 | | | |

Confidential Information Subject to Protective Order



技术要求
1. 倒角到R0.2.
2. 黑色阳极氧化BWJ463-75.
3. 面按客户要求处理；

A向圆柱展开图

44条线均布 字高2
(33线短线，11条长线)

| | | | TJD | | | | 01-9 | |
| | | | | | 所屬裝配号 | | 0 | |
| | | | 上下调节手轮 | | 图样标记 | 已 | 要量 | 比例 |
| | | | | | S | | | 1:1 |
| 标记 | 处数 | 签字 | 日期 | | 共 1 张 | | 第 1 张 | |
| 设计 | 郑立生 | 1/24/05 | | 铝管 1 cs GB6892-86 | 深圳市 | | | |
| 审批 | 杨镁梧 | 1/24/05 | | | 金凯进光电仪器有限公司 | | | |

Confidential Information Subject to Protective Order

LEAPERS013969

App. 222



技 术 要 求

1. 气角到R0.2.
2. 黑色阳极氧化BWJ463-75.
3. 面按客户要求处理.

| | | | | JM36x44B | | | 0-73 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属 装配号 | | 0-02 | |
| | | | | 上下调节手轮 | | 图样标记 | | 重量 | 比例 |
| | | | | | | S | | | 1 : 1 |
| 标记 | 共数 | 签 字 | 日期 | | | 共 1 张 | | 第 1 张 | |
| 设 计 | | 费文波 | 7/25/04 | 铝　LD 31 cs  GB6892-86 | | 深 圳 市 金 凯 进 光 电 仪 器 有 限 公 司 | | | |
| 审 批 | | 杨琪榕 | 7/25/04 | | | | | | |

nfidential Information Subject to Protective Order



其余 6.3

2件

临时图纸有效期至2004.11.1

技术要求
1. 倒角到R0.2;
2. 黑色阳极氧化BWJ463-75;
3. 面按客户要求处理;

| 标记 | 处数 | 签 字 | 日期 | | 所 属 装配号 | | | 0 | |
|------|------|-------|------|--|--------|--|--|--|--|
| | | | | 手轮盖 | 图样标记 | | 质量 | 比例 | |
| | | | | | S | | | 2:1 | |
| 标记 | 处数 | 签 字 | 日期 | | 共 1 张 | | 第 | 1 张 | |
| 设 计 | | 陈 亮 | 10/12/04 | 铝型材 LD 31 cs GB6892-86 | 深圳市 | | | | |
| 审 批 | | 杨银宿 | 10/12/04 | | 金凯进光电仪器有限公司 | | | | |

onfidential Information Subject to Protective Order



其余 ∛

齿型放大图

BULLET

UP

IMPKET

其面刻字

盘面刻字图

0　5　2　1

技术要求
1 去毛刺
2 黑色阳极氧化.
3 刻线宽0.2深0.4.刻字美
观、无断笔等不良现象；
4 盘面刻线48等份.

刻度盘

| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年月日 | | | | LD31 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 设计 | | | | | | 阶段标记 | 重量 | 比例 | | 10254310 | |
| | 2003.8.29 | | | | | | | 11 | | | |
| 审核 | | | | | | 共 张 第 张 | | | | 沈通爱阳光学仪 | |
| 工艺 | | | 批准 | | | | | | | 器有限公司 | |

"Confidential Attorney Eyes Only"


EXHIBIT
125

Sun Optics-000375



"Confidential Attorney Eyes Only"

Sun Optics-000376



其余 $\frac{3.2}{\sqrt{}}$

技术要求
1 所有回转表面的同轴度为φ0.05.
2 去毛刺.
3 黑色阳极氧化.

|  |  |  |  |  |  | 护圈 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
| 标记 | 处数 | 分区 | 更改文件号 | 签字 | 年月日 |  |  |  | 1009234.0 |
| 设计 |  |  |  |  |  | 阶段标记 | 重量 | 比例 |  |
| 审核 | 2004. 1.10 |  |  |  |  |  |  |  | 南通舜阳光学仪 |
| 工艺 |  |  | 批准 |  |  | 共  张 第  张 |  |  | 器有限公司 |

"Confidential Attorney Eyes Only"

Sun Optics-000377



技术要求

轴上所有回转表面的同轴度为0.05;
2去毛刺: 黑色阳极氧化

目镜框

"Confidential Attorney Eyes Only"

Sun Optics-000378



其余 $\sqrt{}$

技术要求
1 去毛刺;
2 黑色阳极氧化;

防尘盖

| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年月日 | | | | |
|---|---|---|---|---|---|---|---|---|
| 设计 | | | | | | 阶段标记 | 重量 | 比例 |
| | | 2003.12.15 | | | | | | 11 |
| 审核 | | | | | | | | |
| 工艺 | | | 批准 | | | 共 张 第 张 | | |

南通旭阳光学仪器有限公司

"Confidential Attorney Eyes Only"

Sun Optics-000379



"Confidential Attorney Eyes Only"

Sun Optics-000380



其余 ▽

技术要求
1. 内圆和内螺纹的同轴度为φ0.05
2. 表面不能有各种伤痕及色斑
3. 去毛刺
4. 黑色阳极氧化

"Confidential Attorney Eyes Only"

Sun Optics-000381



"Confidential Attorney Eyes Only"

Sun Optics-000382



其余 <sup>3.2</sup>/

技术要求
1 从 "0.11" 共2个字，内有12槽，在径向一一对应，
  误差不超过15，字高≥6，宽≥5，间隔≥2，线宽0.3，
  深0.25，字体端正，笔画均匀，字面光滑。
2 加工中不得有影响外观缺陷存在。
3 去毛刺；黑色阳极氧化。
4 未注公差按 712级

| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年月日 | 电位座 | | | |
|------|------|------|-----------|------|--------|--------|--|--|--|
| 设计 | | | | | | LD 31 | | | 10123310 |
| 审核 | | | | | | 阶段标记 | 重量 | 比例 | |
| | | | | | | | | 11 | 青岛舜阳光学仪 |
| 工艺 | | | 批准 | | | 共 张 第 张 | | | 器有限公司 |

"Confidential Attorney Eyes Only"

Sun Optics-000383



其余 ⌃⌃

齿型放大图

侧面刻字图

技术要求

1 去毛刺
2 黑色阳极氧化
3 刻线宽0.2,深0.1,刻字关
座，无断笔等不良现象；
4 侧面刻线=8等份

刻度盘(UP)

"Confidential Attorney Eyes Only"

Sun Optics-000384

App. 234



其余 $\sqrt{}$

型材截面图

A - A

技术要求
1 去毛刺
2 黑色阳极氧化
3 未注公差按IT12级

调倍扭圈

"Confidential Attorney Eyes Only"

Sun Optics-000385

其余 3.2

Φ40
C0.5
Φ39.2
小径为Φ37.7

## 技术要求

1 轴上所有回转表面的同轴度为Φ0.05；
2 去毛刺；黑色阳极氧化

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 目镜框 | |
| | | | | | | LD 31 | |
| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年月日 | | 10052320 |
| 设计 | [illegible] 2004.3.5 | 标准化 | | | | 阶段标记 / 重量 / 比例 | |
| | | | | | | 1:1 | 南通舞阳光学仪器有限公司 |
| 审核 | | | | | | | |
| 工艺 | | 批准 | | | | 共 张 第 张 | |

"Confidential Attorney Eyes Only"

Sun Optics-000387

其余 $\overset{3.2}{\sqrt{}}$

技术要求
1 去毛刺;
2 黑色阳极氧化;

防尘盖

-59

| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年大日 | | | |
|---|---|---|---|---|---|---|---|---|
| 设计 | | | | | | 阶段标记 | 重量 | 比例 |
| 审核 | | | | | | | | 1:1 |
| 工艺 | | | 批准 | | | 共 张 第 张 | | |

1005/4310

南通舜阳光学仪
器有限公司

"Confidential Attorney Eyes Only"

Sun Optics-000388



"Confidential Attorney Eyes Only"

Sun Optics-000389



其余 ▽

技术要求
1 内圆和内螺纹的同轴度为φ0.05
2 表面不能有各种伤痕及色斑
3 去毛刺
4 黑色阳极氧化

"Confidential Attorney Eyes Only"

Sun Optics-000390



"Confidential Attorney Eyes Only"

Sun Optics-000391



技术要求
1 从 "0 11" 共12个字，内有12槽，在径向——对应，
  误差不超过15，字高2.4，宽1.5，间隔17，线宽0.3，
  深0.35，字体端正，笔画均匀，字面光滑
2 加工中不得有影响外观缺陷存在
3 去毛刺；黑色阳极氧化
4 未注公差按 1J12级

| | | | | | | | 电位座 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 标记 | 处数 | 分区 | 更改文件号 | 签名 | 年月日 | | LD 31 | | | 10123310 |
| 设计 | | | | | | | 阶段标记 | 重量 | 比例 | |
| | | | | | | | | | 1:1 | 青岛崂阳光学仪 |
| 审核 | | | | | | | | | | 器有限公司 |
| 工艺 | | | 批准 | | | | 共 张 第 张 | | | |

其余 ▽

I
6

"Confidential Attorney Eyes Only"

Sun Optics-000392



技术要求
1. 其余倒角R0.2;
2. 氧化Al/EtASCl (BK) WJ463-95.

| | | | | | M30940V AO/AE | | 0-101 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 所属装配号 | | |
| 标记 | 处数 | 文件号 | 签字 | 日期 | 调距轮 | 图样标记 | 重量 | 比例 |
| 设计 | | | 戴玉涛 | 03.9.11 | | | | 1:1 |
| 校对 | | | | | | S | | |
| 审查 | | | | | | | | |
| 工艺检查 | | | | | 铝管 6063-T5 | 共 1 张 | 第 1 张 | |
| 标准检查 | | | | | | | | |
| 审定 | | | | | GB/T6892-2000 | 武汉千湖光学仪器有限公司 | | |
| 批准 | | | | | | | | |

"Confidential Attorney Eyes Only"



"Confidential Attorney Eyes Only"

Sun Optics-000394



"Confidential Attorney Eyes Only"

Sun Optics-000395



"Confidential Attorney Eyes Only"

Sun Optics-000396



"Confidential Attorney Eyes Only"

Sun Optics-000397



"Confidential Attorney Eyes Only"

Sun Optics-000398

App. 248



L-0

其余 5.3/ ∨

技术要求

1. 倒角到R0.2;

2. 氧化A1/Et.A(S)s.C1(BK)WJ463-95。

| | | | | | M30940V AO/AE | | 0-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| 标记 | 处数 | 文件号 | 签字 | 日期 | | 所属装配号 | | | |
| 设 计 | | | 戴玉涛 | 03.9.10 | 前镜管 | 图样标记 | | 重量 | 比例 |
| 校 对 | | | | | | S | | | 1:1 |
| 审 查 | | | | | | | | | |
| 工艺检查 | | | | | 铝管 6063 T5 | 共 1 张 | | 第 1 张 | |
| 标准检查 | | | | | | | | | |
| 审 定 | | | | | GB/T6892-2000 | 武汉千湖光学仪器有限公司 | | | |
| 批 准 | | | | | | | | | |

"Confidential Attorney Eyes Only"

Sun Optics-000399



技术要求
1. 倒角到R0.2;
2. 氧化A1/Et. A(S)s. C1(BK)WJ463-95。

| 标记 | 处数 | 文件号 | 签字 | 日期 | M30940V A0/AE | | | 0-7 | |
|---|---|---|---|---|---|---|---|---|---|
| 设 计 | | | 戴玉海 | 03.9.10 | | 所属装配号 | | | |
| 校 对 | | | | | 前镜管 | 图样标记 | | 重 量 | 比 例 |
| 审 查 | | | | | | S | | | 1:1 |
| 工艺检查 | | | | | 铝管 6063 T5 | 共 1 张 | | 第 1 张 | |
| 标准检查 | | | | | GB/T6892-2000 | | | | |
| 审 定 | | | | | | | 武汉千湖光学仪器有限公司 | | |
| 批 准 | | | | | | | | | |

"Confidential Attorney Eyes Only"

Sun Optics-000400

 **PURCHASE ORDER** 

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

| Shipper: | Wuyang Sporting Goods, LTD | PO#: | LP250206-B | Date: 2/6/2005 |
|---|---|---|---|---|
| Consignee: | Leapers, Inc. | Notify Party: | FTS International | |

| 貨號<br>Item No. | 品名<br>Description | 數量<br>Qty | 單价<br>Unit Prc | 金額<br>Amount |
|---|---|---|---|---|
| RGWM-25M4 | AccuShot Premium 1" Weaver Style See-Thru Medium Profile Rings, Fits Scopes upto 50mm Obj, 4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 1.82 | 1092 |
| RGWM-25H4 | AccuShot Premium 1" Weaver Style See-Thru High-Pro Rings, Fits Scopes upto 56mm Obj, 4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 1.85 | 1110 |
| RGWM-30M4 | AccuShot Premium 30mm Weaver Style See-Thru Medium Porfile Rings, Fits Scopes upto 50mm Obj, 4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 1.9 | 1140 |
| RGWM-30H4 | AccuShot Premium 30mm Weaver Style See-Thru High-Profile Rings, Fits Scopes upto 56mm Obj, 4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 1.93 | 1158 |
| RGWM2PA-25M2 | AccuShot Premium 1" Weaver Style Shorty (75mm Long) Integral See-Thru Med-Pro Mount, Fits Scopes upto 50mm Obj, 2 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 1000 | 1.98 | 1980 |
| RGWM2PA-25M4 | AccuShot Premium 1" Weaver Style Full Length (100mm Long) Integral See-Thru High Pro Mount, Fits Scopes upto 56mm Obj, 4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 1000 | 2.21 | 2210 |
| RGWM2PA-30M4 | AccuShot Premium 30mm Weaver Style Full Size (100mm Long) Integral See-Thru Medium Profile Mount, Fits Scopes upto 50mm Obj,4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 2.25 | 1350 |
| RGWM2PA-30H4 | AccuShot Premium 30mm Weaver Style Full Size (100mm Long) Integral See-Thru High Profile Mount, Fits Scopes upto 56mm Obj,4 Top Screws<br>Note: 用 LEAPERS 之 AccuShot 吸塑包裝 | 600 | 2.38 | 1428 |



Confidential Attorney Eyes Only Information Subject to Protective Order

Confidential Information

LEAPERS009473

**App. 251**

 **PURCHASE ORDER** 

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA  Tel: 734-542-1500, Fax: 734-542-7095

| | | | | |
|---|---|---|---|---|
| SCP-394FDRL3 | New Gen. Golden Image 3-9X40 Full Size Rubber Armor Scope with Mil-Dot, F/B Emerald Lens Coating, Red/Green Dual Illumination, Adjusted@100Yds, Complete with Rings and Flip-open Lens Cover<br>Note:<br>a. 包膠紅綠發光瞄具, 前后綠膜, 100 碼設訂<br>b. 高檔全黑彈蓋<br>c. 用 LEAPERS 之 Golden Image 彩盒包裝 | 900 | 19.04 | 17136 |
| SCP-416AOMDL | 5th Gen4-16X50 Full Size Adjustable Objective Scope, Red/Green Dual Illumination, Mil-Dot Range Estimating Reticle, F/B Emerald Lens, Flip-open Lens Cover<br>Note:<br>a. 紅綠發光帶 AO 瞄具, 前后綠膜<br>b. 高檔全黑彈蓋<br>a. 用 LEAPERS 之 5th Gen 彩盒包裝 | 500 | 26.7 | 13350 |
| SCP-6245AOMDL | 5th Gen 6-24X50 Full Size Adjustable Objective Scope, Red/Green Dual Illumination, Mil-Dot Range Estimating Reticle, F/B Emerald Lens, Flip-open Lens Cover<br>Note:<br>a. 紅綠發光帶 AO 瞄具, 前后綠膜<br>b. 高檔全黑彈蓋<br>b. 用 LEAPERS 之 5th Gen 彩盒包裝 | 500 | 33 | 16500 |
| | | | | |

| 裝運港<br>Port of Shipment: | ShangHai | 目的地<br>Port of Destination: | | Chicago |
|---|---|---|---|---|
| 交貨期 -<br>Shipping: | 03/31/05 | | | |

注意事項 NOTE:   Ob Board by 2005-03-31

包裝 - Packing:   **All items shall be packed in cartons suitable for ocean and inland transportation.**

| 正嘜頭<br>Marking – Front: | LP<br>LP250206-B<br>C/No:<br>Item No.:<br>Made in | 側嘜頭<br>Marking – Side: | Item No:<br>Desc: (空白，不註明)<br>Q'ty:<br>N.W.:<br>G.W.:<br>Meas.: |
|---|---|---|---|

**Leapers, Inc.**

2/6/2005

Confidential Attorney Eyes Only Information Subject to Protective Order
Confidential Information

LEAPERS009474

 

# PURCHASE ORDER

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

<signed>
David Ding                    Date

Confidential Attorney Eyes Only Information Subject to Protective Order

Confidential Information

LEAPERS009475

**App. 253**



**PURCHASE ORDER**



**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

| Shipper: | Wuyang Sporting Goods, LTD | PO#: | LP250325E | Date: 3/25/2005 |
|---|---|---|---|---|
| Consignee: | Leapers, Inc. | Notify Party: | FTS International | |
| | | | | |

| 貨號<br>Item No. | 品名<br>Description | 數量<br>Qty | 單价<br>Unit Prc | 金額<br>Amount |
|---|---|---|---|---|
| RGWM-30M4 | AccuShot Premium 30mm Weaver Style See-Thru Medium Porfile Rings, Fits Scopes upto 50mm Obj, 4 Top Screws<br>Note: LEAPERS 吸塑包裝 | 1200 | 1.9 | 2280 |
| SCP-394FMD1 | 5th Gen 3-9X40 Full Size Mil-Dot Scope with Sapphire Lens Coating, Flip-Open Lens Cover, Adjusted @ 100 Yards<br>1). 3-9X40 密爾點, 藍膜瞄具, 不帶發光, 100 碼設訂<br>2). 高檔全黑彈蓋<br>3). 用第五代 RANGE ESTIMATE SCOPE 彩盒包裝, 型號品名:<br>SCP-394FMD1<br>3-9X40 Mil-Dot<br>Flip-Open Lens Cover | 600 | 14 | 8400 |
| SCP-416AOMDL | 5th Gen4-16X50 Full Size Adjustable Objective Scope, Red/Green Dual Illumination, Mil-Dot Range Estimating Reticle, F/B Emerald Lens, Flip-open Lens Cover<br>1). 紅綠發光帶 AO 瞄具, 前后綠膜<br>2). 高檔全黑彈蓋, 含遮光罩<br>3). 用第五代 RETICLE INTENSIFIED SCOPE 彩盒包裝 | 500 | 26.7 | 13350 |
| SCP-432AO | Golden Image 4X32 Full Size Adjustable Objective Scope with Mil-Dot, F/B Emerald Coasting<br>1). 432 AO 密爾點長瞄具, 前后綠膜<br>2). 用 GOLDEN IMAGE 彩盒包裝 | 500 | 12.13 | 6065 |
| SCP-632MD1 | 5th Gen 6X32 Mini w/All 5th Gen Features, Mil-Dot, F/B Emerald Coating and Flip-open Lens Cover<br>1). 6X32 密爾點, 前后綠膜, 不帶發光, 100 碼設訂<br>2). 高檔全黑彈蓋<br>3). 用第五代 RANGE ESTIMATE SCOPE 彩盒包裝 | 500 | 9.8 | 4900 |

Confidential Attorney Eyes Only Information Subject to Protective Order
Confidential Information


EXHIBIT
134
3-30-15

LEAPERS009482

App. 254

 **PURCHASE ORDER** 

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

| | | | | | |
|---|---|---|---|---|---|
| SCP-RD40RGW | NEW GEN Golden Image Quick Aim Electronic Dot Sight with Red/Green Dual Illumination and Integral Weaver Mounting Deck – Complete with Flip-open Lens Cover<br>1). 紅綠點 - 寬軌底座<br>2). 用 SWATFORCE 紅綠點彩盒包裝, 帶高檔新說明書 | | 600 | 9.9 | 5940 |
| | | | | | |

| 裝運港<br>Port of Shipment: | TBD | 目的地<br>Port of Destination: | Chicago |
|---|---|---|---|

| 交貨期 -<br>Shipping: | 2005-5-14 |
|---|---|

| 注意事項 NOTE: | 1.  保質保量正常交貨<br>2.  請提供最具競爭力价格 |
|---|---|

| 包裝 - Packing: | All items shall be packed in cartons suitable for ocean and inland transportation. |
|---|---|

| 正嘜頭<br>Marking – Front: | LP<br>LP250325E<br>C/No:<br>Item No.:<br>Made in | 側嘜頭<br>Marking – Side: | Item No:<br>Desc: （空白，不註明）<br>Q'ty:<br>N.W.:<br>G.W.:<br>Meas.: |
|---|---|---|---|

**Leapers, Inc.**

| <signed> | 3/25/2005 | | 3/26/2005 |
|---|---|---|---|
| David Ding | Date | Huhe Yang | |

Confidential Attorney Eyes Only Information Subject to Protective Order
Confidential Information

 **PURCHASE ORDER** 

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

| Shipper: | Wuyang Sporting Goods, LTD | PO#: | LP250805D | Date: 8/5/2005 |
|---|---|---|---|---|
| Consignee: | Leapers, Inc. | Notify Party: | FTS International | |
| | | | | |

| 貨號<br>Item No. | 品名<br>Description | 數量<br>Qty | 單价<br>Unit Prc | 金額<br>Amount |
|---|---|---|---|---|
| SCP-432AOMDTS | Golden Image 4X32 Full Size Adjustable Objective Master Sniper Scope w/ TS Platform, Mil-Dot, Sapphire Lens Coating, 5th Gen Square Knob Housing, Finger Adjustment Knobs, Complete w/ Flip-open Lens Cover, 2" Sun Shade and RGWM-25L2 AccuShot Tactical Rings<br>Note:<br>1. Golden Image 系列, 彩盒, 說明書<br>2. 4X32 AO, TS 平台, 密爾點, 藍膜, 質优全黑彈蓋<br>3. 手調紐 (非銅紐), 快調 Focus<br>4. 第五代方型轉輪座, 2" 遮光罩, RGWM-25L2 AccuShot 支架環<br>5. 請交樣 3 具供確認 - 提報交樣日期 | 1200 | 13.48 | 16171 |
| SCP-392AOMDTS | Golden Image 3-9X32 Full Size Adjustable Objective Scope with TS Platform, Mil-Dot, Sapphire Lens Coating, 5th Gen Square Knob Housing, Finger Adjustment Knobs, Complete with Flip-open Lens Cover<br>Note:<br>1. Golden Image 系列, 彩盒, 說明書<br>2. 3-9X32 AO, TS 平台, 密爾點, 藍膜, 質优全黑彈蓋<br>3. 手調紐 (非銅紐), 快調 Focus<br>4. 第五代方型轉輪座<br>5. 請交樣 3 具供確認 - 提報交樣日期 | 500 | 14.5 | 7250 |
| | | | | |

| 裝運港<br>Port of Shipment: | TBD | 目的地<br>Port of Destination: | Chicago |
|---|---|---|---|
| 交貨期 -<br>Shipping: | 2005-9-20 | | |

注意事項 NOTE:


EXHIBIT
136
KF 3-30-15

Confidential Attorney Eyes Only Information Subject to Protective Order
Confidential Information

LEAPERS009448

App. 256

 **PURCHASE ORDER** 

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

包裝 - Packing:   **All items shall be packed in cartons suitable for ocean and inland transportation.**

| 正麥頭<br>Marking – Front: | LP<br>LP250805-D<br>C/No:<br>Item No.:<br>Made in | 側麥頭<br>Marking – Side: | Item No:<br>Desc: (空白，不註明)<br>Q'ty:<br>N.W.:<br>G.W.:<br>Meas.: |
|---|---|---|---|

**Leapers, Inc.**

&lt;signed&gt;                8/5/2005
David Ding            Date

Confidential Attorney Eyes Only Information Subject to Protective Order

Confidential Information

LEAPERS009449

**App. 257**

 

## PURCHASE ORDER

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

| Shipper: | Wuyang Sporting Goods, LTD | PO#: | LP250805D | Date: 8/5/2005 |
|---|---|---|---|---|
| Consignee: | Leapers, Inc. | Notify Party: | FTS International | |

| 貨號<br>Item No. | 品名<br>Description | 數量<br>Qty | 單价<br>Unit Prc | 金額<br>Amount |
|---|---|---|---|---|
| SCP-432AOMDTS | Golden Image 4X32 Full Size Adjustable Objective Master Sniper Scope w/ TS Platform, Mil-Dot, Sapphire Lens Coating, 5th Gen Square Knob Housing, Finger Adjustment Knobs, Complete w/ Flip-open Lens Cover, 2" Sun Shade and RGWM-25L2 AccuShot Tactical Rings<br>Note:<br>1. Golden Image 系列, 彩盒, 說明書<br>2. 4X32 AO, TS 平台, 密爾點, 藍膜, 質优全黑彈蓋<br>3. 手調組 (非銅組), 快調 Focus<br>4. 第五代方型轉輪座, 2" 遮光罩, RGWM-25L2 AccuShot 支架環<br>5. 請交樣 3 具供確認 - 提報交樣日期 | 1200 | 13.48 | 16171 |
| SCP-392AOMDTS | Golden Image 3-9X32 Full Size Adjustable Objective Scope with TS Platform, Mil-Dot, Sapphire Lens Coating, 5th Gen Square Knob Housing, Finger Adjustment Knobs, Complete with Flip-open Lens Cover<br>Note:<br>1. Golden Image 系列, 彩盒, 說明書<br>2. 3-9X32 AO, TS 平台, 密爾點, 藍膜, 質优全黑彈蓋<br>3. 手調組 (非銅組), 快調 Focus<br>4. 第五代方型轉輪座<br>5. 請交樣 3 具供確認 - 提報交樣日期 | 500 | 14.5 | 7250 |

| 裝運港<br>Port of Shipment: | TBD | 目的地<br>Port of Destination: | Chicago |
|---|---|---|---|

交貨期 -
Shipping:        2005-9-20

注意事項 NOTE:

Confidential Attorney Eyes Only Information Subject to Protective Order

Confidential Information

LEAPERS009490





# PURCHASE ORDER

**LEAPERS, INC.** 37250 Plymouth Road, Livonia, MI 48150, USA   Tel: 734-542-1500, Fax: 734-542-7095

包装 - **Packing:**   **All items shall be packed in cartons suitable for ocean and inland transportation.**

| 正麥頭<br>**Marking – Front:** | LP<br>LP250805-D<br>C/No:<br>Item No.:<br>Made in | 側麥頭<br>**Marking – Side:** | Item No:<br>Desc: （空白，不註明）<br>Q'ty:<br>N.W.:<br>G.W.:<br>Meas.: |

**Leapers, Inc.**

| \<signed\> | 8/5/2005 |
| David Ding | Date |

Confidential Attorney Eyes Only Information Subject to Protective Order

Confidential Information

LEAPERS009491

**App. 259**

**From:** "Shi Chuanwen" <wuyang_optics@pub.nt.jsinfo.net>
**To:** "David Ding" <dding@leapers.com>
**Cc:** "Peter Ting" <imtc@ms17.hinet.net>; "Tina Ding" <tding@leapers.com>; "YangHui"
<yh5811@pub.nt.jsinfo.net>; "John" <lixie@leapers.com>
**Sent:** Tuesday, September 05, 2006 7:51 AM
**Attach:** oledata.mso
**Subject:** RD30RGWL/S造型



丁先生,您好!

此为三种造型的对照.第一排,波浪型斜面;第二排,直斜面;第三排,平面.

从造型上看,第一排最悲看,但成本肯定会增加一些,我明天了解一下再给您回复增加部分.

谢谢!

史传稳



EXHIBIT
140
KF 3·30·15

Confidential Information

TRARMS000011

App. 260

丁先生,您好!

以下两图为cx40的外观图,T5结构,阳光,红绿发光,剑口,阻击组(可对零但不锁定),总长330mm,出瞳距离4",视场5°,可以从7y-60y的地方都可以看到.

第一图为:直剑口,30管径,侧视图
第二图为:缺席剑口,30管径,斜视图
如三图为:30管径,俯视图
如四图为:直剑口,1"管径,侧视图
第五图为:缺席剑口,1"管径,斜视图
第六图为:1"管径,俯视图

波浪型剑口比直剑口耐候,但是不利于生产,生产效率比直剑口更低,而且很废率更高.

请您审阅.

谢谢!

史传德



30管4x40

Confidential Information

TRARMS000013



Confidential Information