# EXHIBIT B

```
 1                 THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF MICHIGAN

 3                       SOUTHERN DIVISION

 4  LEAPERS, INC.,

 5  (A Michigan  Corporation),        CIVIL ACTION NO.:

 6         Plaintiff,                  2:14-CV-12290-RHC-DRG

 7  vs.                               JUDGE ROBERT H. CLELAND

 8  SMTS, LLC d/b/a TUFF ZONE,        MAG. JUDGE DAVID GRAND

 9  (A Michigan Corporation);

10  TRARMS INC.(A California

11  Corporation); and SUN OPTICS USA,

12  (A Texas Corporation),

13         Defendants.

14  SMTS, LLC d/b/a TUFF ZONE, (A

15  Michigan Corporation), TRARMS,

16  INC., (A California Corporation) and

17  CHUANWEN SHI, a citizen of China,

18            Counter-Plaintiffs,

19  vs.

20  LEAPERS, INC.,(A Michigan Corporation)

21  and CONTINENTAL INCORPORATED, INC.,

22  d/b/a CONTINENTAL ENTERPRISES,

23  (an Indiana Corporation),          - CONFIDENTIAL -

24         Counter-Defendants.        ATTORNEYS' EYES ONLY

25  _____/
```

```
 1
 2                        DEPOSITION OF
 3            DUNG-JU DING, a/k/a TINA DING
 4
 5   DATE:              March 17, 2015
 6   TIME:              10:06 a.m.
 7   LOCATION:          Honigman Miller Schwartz & Cohn, LLP
 8                      39400 Woodward Avenue, Suite 101
 9                      Bloomfield Hills, Michigan
10   REPORTED BY:       Anne E. Vosburgh, CSR-6804, RPR, CRR
11                      LITIGATION SERVICES, 800.330.1112
12                      Reference No. 239768
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    A P P E A R A N C E S:

2

3

4    FOR THE PLAINTIFF AND COUNTER-DEFENDANT LEAPERS:

5

6            HONIGMAN MILLER SCHWARTZ & COHN, LLP

7                BY:   BRIAN D. WASSOM

8            39400 Woodward Avenue, Suite 101

9            Bloomfield Hills, Michigan   48304

10               248.566.8440

11               bwassom@honigman.com

12

13

14    FOR THE DEFENDANTS AND COUNTER-PLAINTIFFS TRARMS

15    AND TUFF ZONE:

16

17            RADER FISHMAN & GRAUER

18                BY:   DOUGLAS P. LALONE

19            39533 Woodward Avenue, Suite 140

20            Bloomfield Hills, Michigan   48304

21               248.594.0600

22               dpl@raderfishman.com

23

24

25

```
 1    APPEARANCES, CONTINUED:

 2

 3    FOR THE DEFENDANT AND COUNTER-PLAINTIFF SUN OPTICS:

 4

 5            BRACKET & ELLIS, PC

 6              BY:   JOSEPH F. CLEVELAND, JR.

 7            100 Main Street

 8            Fort Worth, Texas   76102-3090

 9               817.339.2454

10               jcleveland@belaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              Exhibit 19.

 2                        What is this document, please?

 3      A       It's a quick guide we put together to help our

 4              clients distinguish counterfeits from our

 5              genuine products -- from products that

 6              infringe on our trade dress, for them to use

 7              these features to identify what is made by us.

 8      Q       And who is the recipient of this document?

 9      A       Clients that purchased our products.  I do not

10              know the exact population that actually

11              received this.

12                        We put this together as a customer

13              service tool to help clients who are --

14              encountered counterfeit issues and asked us

15              for this.

16      Q       Did you create Exhibit 19?

17      A       Me personally, no.

18      Q       Someone at your company did?

19      A       Yes.

20      Q       What caused your company to create this

21              document?

22      A       Because clients run into scopes on the market

23              that were sold at unreasonably low prices to

24              create vicious competition.

25                        So I believe we probably asked for
```

```
1              samples to inspect to understand what's going

2              on, and we put together this quick guide to

3              help them and to teach their consumers to look

4              out for counterfeits.

5      Q       I see that the section under the heading

6              "Illustration" appears to have three separate

7              brands that this is pertaining to?

8      A       Yes.

9      Q       UTG, AccuShot, and Leapers?

10     A       Yes.

11     Q       Why does this not have your trade dress that's

12             at issue in this lawsuit on this guide?

13     A       Why does it not have the trade dress -- what

14             does not have the trade dress in this guide?

15     Q       Does this guide represent the trade dress in

16             this lawsuit?

17     A       The basis for this guide is our trade dress

18             has been infringed, and counterfeits look

19             similar in appearance.

20     Q       That's the purpose of this guide?

21     A       That's part of the purpose, for our clients to

22             be able to distinguish genuine products from

23             counterfeits and infringement products.

24     Q       And can you point to any words in Exhibit 19

25             referencing the trade dress at issue in this
```

1        lawsuit?

2    A   Again, this guide is because the trade dress

3        has been infringed.

4            So -- the counterfeit products use

5        our trade dress.  So the intent is for people

6        to be able to tell one from the other.

7    Q   So where in this document do you discuss the

8        trade dress?

9    A   I'll read the text again, because it's been

10       some time.

11           So, specifically in words, we do not

12       mention it.  The assumption is that they look

13       alike, so we're going to help you distinguish

14       one from the other.  And we did not mention

15       anything in words.

16   Q   In this guide?

17   A   In this guide.

18   Q   Prior to March 21, 2014, had Leapers ever come

19       out with a similar guide?

20   A   I don't recall any because -- yeah.  I don't

21       recall any.

22   Q   Since March 21st, 2014, has Leapers come out

23       with another Quick Guide?

24   A   Probably not in this form.

25   Q   What form?

Page 173

```
 1    A    Not in this particular form as a guide, but we

 2         have website newsroom alert telling people to

 3         watch out for counterfeits.

 4    Q    Does this Exhibit 19 illustrate Leapers trade

 5         dress anywhere?

 6              MR. WASSOM:   Asked and answered a

 7         couple of times.

 8              THE WITNESS:   This guide is intended

 9         as a quick help page.  It does not even show a

10         complete product.  So it's for our known

11         clients.  It's not for general consumers.

12   BY MR. LALONE:

13    Q    So the purpose of this was to tell your own

14         clients about what is a Leapers general

15         product and what is not?

16    A    It's to help them understand how to tell their

17         consumers, their purchasing public.

18    Q    Did you tell the person who made this document

19         that they should exclude the Leapers trade

20         dress from this document?

21    A    No.

22    Q    Why didn't they include the Leapers trade

23         dress in this document?

24    A    It's not the purpose of the quick guide.

25    Q    As of March 21, 2014, was Leapers concerned
```

Page 174

1          about anyone infringing the Leapers trade

2          dress that is at issue in this lawsuit?

3    A    Could you repeat the question, please.

4               (Reporter read back as indicated.)

5               Question:  "As of March 21, 2014, was

6               Leapers concerned about anyone

7               infringing the Leapers trade dress

8               that is at issue in this lawsuit?"

9               THE WITNESS:  To me the quick guide

10         is a clear indication that there's already

11         infringing behavior out there that is brought

12         to our attention, and we try to address it as

13         the initial phase.

14   BY MR. LALONE:

15   Q    Let's look at the picture of the UTG design

16        under illustrations on Exhibit 19.  Do you see

17        that?

18   A    UTG design, yes.

19   Q    Do you see that?  Is that your registered

20        logo?

21   A    Yes.

22   Q    Have any of the defendants in this lawsuit put

23        UTG's design logo on the accused parts?

24               MR. WASSOM:  Foundation.

25               THE WITNESS:  I would not know.

```
1    BY MR. LALONE:

2    Q     Have any of the -- strike that.  Let me

3          restate that question.

4                  Have any of the defendants, to your

5          knowledge, put the AccuShot name on any of the

6          accused products?

7                  MR. WASSOM:  Objection, foundation.

8                  THE WITNESS:  I would not know.

9    BY MR. LALONE:

10   Q     Have any of the defendants put the "Leapers"

11         name on any of the accused products?

12                 MR. WASSOM:  Foundation.

13                 THE WITNESS:  I would not know for

14         certain.  But based on the cases we

15         encountered, I believe so.

16   BY MR. LALONE:

17   Q     I'm sorry?

18   A     I believe so.

19   Q     So you believe the defendants have put the

20         name "Leapers" on scopes?

21   A     At some point in time.

22   Q     What evidence of that do you have?

23   A     We have cases where there were Leapers scopes

24         found on the marketplace with serial numbers

25         that were obviously not ours.
```

Page 176

```
1   Q      And did you trace those scopes to Sun Optics?

2   A      I would not know who made them.

3   Q      How about Sniper?

4   A      I could only guess.

5   Q      And how about Tuff Zone?  Did you trace them

6          to Tuff Zone?

7   A      I do not know.

8   Q      These illustrations on Exhibit 19, do they

9          illustrate the scallops that your company is

10         claiming trade dress in?

11  A      The design is part of our trade dress.

12  Q      I'm focusing on the turrets in the top

13         illustration.

14                Is it your testimony that those

15         turrets contain your trade dress design?

16  A      Yes.

17  Q      Isn't it true that this document does not

18         direct the reader of this document to that

19         trade dress?

20                MR. WASSOM:  Asked and answered

21         again.

22                THE WITNESS:  The topics discussed

23         here are not related to a trade dress.

24  BY MR. LALONE:

25  Q      Have you ever created a document that you sent
```

```
1              supporting the summary numbers on page 1.
2                        MR. WASSOM:  Do we have the same
3              thing, Doug?  Mine says 1 of 11.
4                        MR. LALONE:  Mine says 1 of 9.  Time
5              out.
6                        (Discussion held off the record.)
7    BY MR. LALONE:
8    Q    Can you identify for us the back 11 pages, as
9         to where that document came from?
10   A    Where the 11 pages come from?  Our accounting
11        system.
12   Q    And you believe that to be an accurate record
13        from your accounting section?
14   A    Yes.
15   Q    I just want to focus on what appears to be a
16        summary of the information from '03 to 2014 --
17        is that fair to say?
18   A    Yes.
19   Q    Can you tell me what the headings across the
20        top represent?
21             It appears to be for magazine ad,
22        trade show, TV show, website.
23   A    So the first column is year.  The second one,
24        spending on catalog production, and third
25        column is magazine ad.  Fourth column is
```

```
 1              spending for trade shows.  Fifth column is TV

 2              show.  Sixth is website.  And then total.

 3    Q    Are these all the advertising expenditures for

 4         your company for this time period?

 5    A    As far as I know.

 6    Q    Are these ad expenditures for rifle scopes for

 7         that time period?

 8    A    I would think so, because our advertisement

 9         usually includes optics.

10    Q    So the ad spend on -- I'll call it optics, is

11         a subcomponent of, you think, these numbers we

12         see on Exhibit 20?

13    A    What does that mean?

14    Q    For example, your company sells more than just

15         optics, right?

16    A    Right.

17    Q    It could be soft apparel; it could be mounts,

18         on and on and on, right?

19              Do these numbers represent the ad

20         spend for all of your company's products from

21         2003 to 2014?

22    A    That's probably a good characterization.

23         However, like the ad you showed me, optics is

24         our primary category.  So I cannot think of an

25         example where we don't include optics in that.
```

1    Q    Do you break down your advertising spend based

2         upon the product that you sell?

3    A    Based on channels.

4    Q    Based on channels?

5    A    Yes.

6    Q    Okay.  So if I wanted to find out how much you

7         spend on advertising the trade dress at issue

8         in this lawsuit, could you do that?

9    A    It would be less than -- unless -- if you

10        say -- if I spend $3,000 on this ad, do you

11        consider one-third of it only for this ad?  I

12        cannot break that out.

13   Q    The grand total is $2,402,572 for the period

14        of '03 through 2014 for all ads spent for your

15        company company-wide; is that correct?

16   A    Correct.

17   Q    So I just have a few questions with respect to

18        the headings.

19             For magazine ads, who are the

20        magazine ads directed towards?  Is it to the

21        end consumer or is it to the reseller or to

22        both?

23   A    I cannot be certain that it's one or the

24        other.  It's probably both, but the majority

25        of the ads will be for consumers.  So I can't

1            think of a trade only magazine off the top of

2            my head.

3    Q       For example, you provided some ads in Shotgun

4            News, I see.

5                    MR. WASSOM:  Are you looking at

6            Exhibit 17?

7                    MR. LALONE:  No.  This is a different

8            batch of documents I have here.

9    BY MR. LALONE:

10   Q       Would your placement of ads under Shotgun News

11           fall under the magazine ad category?

12   A       Yes.

13   Q       With respect to the key areas in which you

14           sell, the key areas that you advertise in, for

15           the grand totals down below in Exhibit 20, it

16           appears as though your largest spend is at

17           trade shows; is that correct, at 1.5 million?

18   A       It looks like that.

19   Q       At your trade shows, do you have any signage

20           or any information that you display to

21           potential customers directing them to your

22           assorted trade dress?

23   A       Again, it's all the products that are

24           displayed there that speak for themselves, and

25           posters and images put up in the booth for

Page 183

```
 1            consumers to recognize, or products -- to

 2            recognize our products.

 3      Q     So if I went to your trade show booth, would I

 4            actually find something that said, "Here's

 5            Leapers trade dress"?

 6      A     A sign, no.

 7      Q     So this ad spend of $1.5 million is not spent

 8            at all towards directing consumers to your

 9            trade dress, correct?

10                  MR. WASSOM:  Asked and answered.

11                  THE WITNESS:  I disagree.

12   BY MR. LALONE:

13      Q     How much of the $1.5 million that your company

14            spent on trade shows was spent towards

15            promoting and directing consumers to your

16            trade dress?

17      A     The trade show's main purpose is for consumers

18            to see, look -- have a good look and feel of

19            the products, for them to see our display in

20            person.

21                  So the trade dress is actually much

22            more evident when they see all the products

23            displayed, complete product lines in series

24            for different applications.  And they will

25            look at the distinctive design and recognize
```

Page 184

```
 1          our products.

 2    Q     But you have no signs directing them to that,

 3          do you?

 4    A     No signs.  And we don't think it's necessary.

 5    Q     Are retail consumers at your trade shows?

 6    A     It depends on the show.

 7    Q     How about Shot Show?

 8    A     Shot Show I believe is the trade only?

 9    Q     How many trade shows a year do you attend?

10    A     Me personally?  Four minor ones, plus other

11          regional local shows.

12    Q     At any of the trade shows you attended does it

13          have any signage directing consumers to look

14          at your trade dress?

15    A     No signage with words to that effect.

16    Q     Of the $2.4 million in advertising spend, can

17          you identify any of the ad spend that

18          specifically went to tell consumers that

19          you're claiming rights in scallops on the

20          scope?

21               MR. WASSOM:  Objection to the

22          terminology.  It's vague.

23               THE WITNESS:  All of the advertising,

24          whether it's print media or online or physical

25          trade shows, we use clear product images with
```

Page 185

```
 1          thoughtful display to illustrate our trade

 2          dress without words, and yet still very

 3          powerful.

 4                    MR. LALONE:  Can I have my question

 5          read back, please?

 6                    (Reporter read back as indicated.)

 7                    Question:  "Of the $2.4 million in

 8                    advertising spend, can you identify

 9                    any of the ad spend that specifically

10                    went to tell consumers that you're

11                    claiming rights in scallops on the

12                    scope?"

13                    THE WITNESS:  Yes.  We claim rights

14          to our unique design through our consistent

15          advertising display.  Not in specific words,

16          but in the display and product images and

17          signage showing the consistent look throughout

18          our products.

19     BY MR. LALONE:

20     Q    How many dollars did your company spend to

21          date telling consumers you're claiming rights

22          on the scallop on the scope?

23                    MR. WASSOM:  You're going to keep

24          getting the same answer.

25                    THE WITNESS:  We spend a significant
```

Page 224

```
 1   BY MR. LALONE:

 2   Q    Sure.  When did Leapers first own the trade

 3        dress rights asserted in this case in the

 4        State of Michigan?

 5             MR. WASSOM:  Asked and answered.  Do

 6        you want to go off the AEO record at this

 7        point?

 8             MR. LALONE:  Sure.

 9             THE WITNESS:  Are you talking about

10        registration or no?

11   BY MR. LALONE:

12   Q    No.  This is the trade dress at issue, the

13        subject of the lawsuit, right?

14   A    Yes.

15   Q    There's not a federal trade dress at issue in

16        this lawsuit, correct?

17             MR. WASSOM:  Objection,

18        mischaracterizes the record.

19             THE WITNESS:  I don't understand the

20        question.

21   BY MR. LALONE:

22   Q    Does Leapers own a federal trademark

23        registration for the trade dress in this

24        lawsuit?

25   A    Not at this point.  Not yet.
```

```
 1          about 2 million?

 2     A    No.

 3     Q    What's your understanding of the overall sales

 4          generated revenue per year by Leapers?

 5     A    Again, this is not just optics?

 6     Q    No.  This is overall.

 7     A    Annual revenue?

 8     Q    Correct.

 9     A    Why is that relevant?

10     Q    Well, just take it to optics.  And if you know

11          the number for optics, I would be happy to

12          visit that with you, too.

13               So what's the annual sales revenue

14          for optics products?

15               MR. WASSOM:  We are on the AEO

16          record, right?

17               MR. CLEVELAND:  Yes.

18               THE WITNESS:  On the optics side,

19          annually, right now, it's probably between 5

20          to 7 million for optics.

21     BY MR. CLEVELAND:

22     Q    Five to seven million.  Okay.

23               Where would I find that figure in

24          your documents?  How do I back that figure up

25          in your documents?
```

Page 228

```
 1    A     I believe we have revenue.

 2                  MR. WASSOM:  I believe we have, too.

 3          But we've provided 15,000 pages of documents.

 4          If you want to ask her about a particular

 5          document --

 6                  MR. CLEVELAND:  Sure.  But I didn't

 7          see that in there.  We can talk about that

 8          later, and we can keep on going.

 9   BY MR. CLEVELAND:

10    Q     Based on Exhibit 20, I understand that your

11          average per year expenditures for advertising

12          expenditures is approximately $350,000; is

13          that correct?

14    A     Yeah, up and down.

15    Q     So 5 to 7 million dollars, that's a big swing

16          for optics.  But do you know exactly what the

17          number is per year in optics revenue

18          generation?

19    A     Well, the market changes from year to year, so

20          5 to 7 was like the last time I looked at one

21          of the documents submitted to you.

22    Q     What was Leapers annual sales generated for

23          optics in 2014?

24    A     2014 wasn't a good year.

25    Q     What was the amount?
```

```
 1    A    Honestly, I think it's probably -- I cannot
 2         say for sure, but it would not be -- maybe
 3         5 million.
 4    Q    And what was it in 2013?
 5    A    2013 was probably higher.  So I would say, if
 6         I committed to my memory, it's between five to
 7         seven.  2003 would be higher.
 8    Q    Do you know what Leapers' market share is in
 9         the rifle scope optics market?
10    A    I do not know.
11    Q    Isn't it true that the rifle scope market is
12         fragmented and highly competitive with a lot
13         of different players?
14              MR. WASSOM:  Objection to the
15         vagueness.
16              THE WITNESS:  It depends on how you
17         look at it.  Market -- the products come with
18         different features and price ranges.  So I
19         believe that we have a very prominent place in
20         the segment that we focus on.
21    BY MR. CLEVELAND:
22    Q    How many competitors does Leapers have in the
23         rifle scope market?
24    A    I cannot tell you.
25    Q    Over 20?
```

```
 1              MR. WASSOM:  I would just ask you to
 2         give her a chance to finish her answer, Joe.
 3              MR. CLEVELAND:  I'm sorry.
 4              THE WITNESS:  I cannot count 20,
 5         because I cannot count all the people selling
 6         scopes as my competitors.  It's in the right
 7         segment with right features that can be
 8         considered a competitor.
 9    BY MR. CLEVELAND:
10    Q    Would you agree with me that there's not one
11         single rifle player in the rifle market that
12         has a majority share of the market?
13    A    That I do not know.
14    Q    You don't know that?
15    A    Yeah.  But certainly brands are -- there are
16         recognizable brands in the marketplace that
17         consumers know.
18    Q    Who do you think has the largest share of the
19         market?
20    A    I have no --
21              MR. WASSOM:  Objection to the
22         vagueness of "the market."
23    BY MR. CLEVELAND:
24    Q    Do you think competition is good or bad for
25         consumers --
```

Page 272

```
 1          have it in discovery.

 2                  THE WITNESS:  I would like to add, if

 3          I may --

 4   BY MR. CLEVELAND:

 5   Q      Sure.

 6   A      Discontinuation does not mean that we no

 7          longer offer customers similar scopes with

 8          that type of configuration with our trade

 9          dress.

10   Q      Can you turn to the product on page ID No. 49,

11          which is 29 in this document?

12   A      Yes.

13   Q      Can you confirm whether or not Leapers

14          SCP-6245AOMDLTS, whether or not that scope has

15          been discontinued?

16   A      Discontinued.

17   Q      Do you know when that was discontinued?

18   A      I have to look it up.

19   Q      Now, I would like to hand you another exhibit.

20          We'll mark that as the next exhibit number.

21                  (Marked Deposition Exhibit 27;

22                  Leapers Ad, Multiple LEAPERS005621.)

23   BY MR. CLEVELAND:

24   Q      I'm handing you what's been marked as

25          Exhibit 27.
```

Page 273

```
 1                      And this appears to be some
 2           advertising information put out by Leapers,
 3           correct?
 4    A      It looks like it.
 5    Q      Do you see where it says "Most User Friendly
 6           Target Turrets"?
 7    A      Yes.
 8    Q      And it's pointing to the user friendly
 9           turrets, is that right, the box?
10    A      Yes.
11    Q      Can you turn to the next page?  Do you see the
12           highlighted version from the first column on
13           the next page.  Do you see where it says:
14                      "True Hunter turrets are manufactured
15                      in brass with easy-to-grip rings
16                      making adjustments simple even whilst
17                      wearing gloves." Do you see that?
18    A      You're talking about this?
19    Q      Yes, ma'am.
20    A      Yes.
21    Q      Do you see that?
22    A      Yes.
23    Q      So Leapers is touting the easy grip of the
24           adjustment knobs, even while a person is
25           wearing gloves, correct?
```

```
1    A    This particular adjustment.

2    Q    True?

3    A    This particular adjustment knob.

4    Q    Is that right?

5    A    Yeah.  But that is -- that has no relationship

6         to this.

7    Q    Right.  So this is a different type of

8         adjustment knob that Leapers is touting on

9         this page than on this page, correct?

10             MR. WASSOM:  And by "this" we're

11        talking about pages 1 and 2 of this exhibit,

12        which I will also note parenthetically is

13        marked AEO.

14             THE WITNESS:  Right.

15   BY MR. CLEVELAND:

16   Q    So would you turn to the next page of this

17        exhibit on the highlighted column.  Do you see

18        where it says:

19             "Finger adjustable turrets are

20             manufactured with easy-to-grip

21             design;" correct?

22   A    That's what it reads.

23   Q    And so Leapers is touting the fact that their

24        turrets, the adjustment on the turrets, is

25        easy to grip, correct?
```

Page 275

```
 1    A      No.   Both these pages that you're referring to

 2           are related to finger-adjustable turret.

 3    Q      What is that?

 4    A      That means you can turn and get click, click,

 5           click, by using your fingers.

 6                  MR. LALONE:   (Demonstrating.)

 7    BY MR. CLEVELAND:

 8    Q      Is that the clicking noise you're referring

 9           to?

10    A      These are -- these are related to --

11           obviously, I should really ask you to say,

12           what is this user manual related to?   Where

13           did you access this particular document?

14    Q      You gave it to us.

15    A      So this is the user manual related to specific

16           products.   And these specific products are --

17           the instruction is explaining about the

18           specific turrets.   And these turrets are

19           finger adjustable, at that time, as an

20           advancement versus coin adjustable or

21           screwdriver adjustable.   None of these are.

22                  So the finger-adjusting feature is a

23           new advancement at that time for these scope

24           models.

25                  And all the adjustment turrets have
```

```
 1          you just make adjustments.

 2     Q    Everything that we have before us are all

 3          target knobs; is that right?

 4     A    Yes.

 5     Q    We have no --

 6     A    Oh, that one isn't.

 7     Q    This one has a cap on it?

 8     A    Right.

 9     Q    So if you take off the cap, you can see the

10          brass adjustment part?

11     A    Right.

12     Q    And is it the brass adjustment that you're

13          speaking of that is talking about this

14          easy-to-grip design?

15     A    In this context, yes.

16               MR. LALONE:  Let the record reflect

17          the witness is pointing to Exhibit No. 8.

18               MR. CLEVELAND:  Which has the cap on

19          it.

20               (Marked Deposition Exhibit 28; User

21               Manual Leapers - Confidential.)

22     BY MR. CLEVELAND:

23     Q    I'm handing you what's been marked Exhibit

24          No. 28.

25               MR. WASSOM:  This is also AEO.
```

```
 1    BY MR. CLEVELAND:

 2    Q     So if you turn to the second interior page of

 3          28 with highlighting on it.  Do you see that?

 4    A     Yes.

 5    Q     This is in a user manual which Leapers says:

 6                "The turrets are manufactured with

 7                this easy-to-grip finger adjusting

 8                design making adjustments simple even

 9                whilst wearing gloves."

10                And that's the cap design with the

11          copper inside; is that correct?

12    A     Yes.

13                (Marked Deposition Exhibit 29;

14                Leapers Catalog Spring 2005.)

15    BY MR. LALONE:

16    Q     I'm handing you a catalog marked as

17          Exhibit 29.  And it's a Spring 2005 Leapers

18          catalog, right?

19    A     Yes.

20    Q     And so I'm just going to read this and get

21          your comments on it.  It says:

22                "The Most User Friendly Feature:  Side

23                Wheel parallax Adjustment ...

24                providing close reach and precise

25                objective adjustment."
```

Page 281

```
 1                    And then it also says:
 2                    "Larger and consistent
 3                    windage/elevation adjustment range."
 4                    Is that the range or the size of the
 5          adjustment knobs?
 6     A    The crosshair moving range.
 7     Q    And then if you go into this -- I'm sorry, I
 8          don't have another copy of this.
 9                    On this interior page, this is the
10          copper -- this is on the second page of
11          Exhibit 29, page 4.  Is this the copper design
12          you're talking about, the easy-to-grip copper
13          design that's depicted in the picture?
14     A    That's brass.  That's the design where there's
15          a cover you remove before you can use your
16          finger to grip the base for adjustment.
17     Q    Isn't it true that the scallop design serves a
18          purpose of allowing the user to get a better
19          grip on the part that's moveable on the scope?
20     A    Our scallop design is intended for a pleasing
21          attractive visual effect.
22     Q    But doesn't it also serve another purpose,
23          that is, allowing somebody to get a grip on a
24          part that is moveable on the scope?
25     A    The part that's moveable would have been
```

1          engineered to be moveable.

2     Q    Right.  But I'm saying, doesn't the scallop

3          design allow somebody to get a firmer grip on

4          the part that is moveable on the scope?

5     A    Our particular design is not necessarily going

6          to give you a firmer grip.  So it's just a

7          surface created with our unique look.

8     Q    But doesn't the surface of the scalloping

9          design allow somebody to hold it in a tighter

10         fashion than on a slick surface like this?

11              If this is slick, like this surface

12         on Exhibit No. 8, is it harder to turn that,

13         as opposed to something that has a surface

14         that's rough or rigid, like this Exhibit

15         No. 7?

16              MR. WASSOM:  Objection to

17         mischaracterization of the specimen.

18              THE WITNESS:  A surface of a moving

19         part can be smooth and still that can be

20         turned, depending on the engineering design.

21         There are plenty of products on the market

22         that can be used as examples.

23    BY MR. CLEVELAND:

24    Q    Does the scalloping design make it easier for

25         a user of your product to turn the parts?



Confidential Information Subject to Protective Order



LEAPERS011353

App. 502





LEAPERS011403

App. 503





LEAPERS011415



LEAPERS011420





Confidential Information Subject to Protective Order





Confidential Information Subject to Protective Order

FLAGSHIP LINE

5TH GEN™

Most Solid, Versatile Features
Complete Upgrade from Foundation
Best Value for the Money
Must-have for Hunting and Shooting

LEADERSHIP LINE

ACCUSHOT®

Top of the Line
Capturing Global Trends
Most Current Design
Most Advanced Technology

FOUNDATION LINE

GOLDEN IMAGE™

Most Rugged, Practical
Mature and Field Proven
Unique Features for
Unique Requirements

# Elite Signature Brands

**Leapers passion and commitment**

PRACTICAL TACTICAL TG ULTIMATE SOLUTION

Ultimate Tactical Gear UTG™ UNDER THE GUN™

NeonFire

UHC HFC

~ TOTAL SOLUTION TO YOUR NEEDS ~

~ ABSOLUTE COMMITMENT TO YOUR SATISFACTION ~

**VALUE QUALITY**

BRILLIANT PRODUCTS AT AMAZING PRICES!! Solid features for the money. We offer you what you want, at the price you love.

Strive for excellence, year after year! YOUR VALUABLE FEEDBACK sets the bar for us. Come and enjoy the superb quality in our brands!

Our badge of honor. We pay attention to each and every detail, FROM DESIGN TO DELIVERY, to give you the quality product you want, at the time you want it

GIFTWARE

# WWII METAL VEHICLES

Authentically accurate models of combat vehicles from the World War II era. Equipped with all the military gear. The vehicles are all assembled and painted by hand with amazing details, making each of them more than just a toy. They can be nostalgic memorabilia for yourself, mantle displays to honor a precious and memorable past, or simply great story pieces for you to reminisce with your buddies and family.

**REPLICA WWII MILITARY JEEP**
GIF-WW2JP1

Replica of the famous WWII Military Jeep with familiar details, even including shovel, spare tire and "jerrycan". Overall measurements: 11 ¼" long, 5 ¾" high and 4 ¾" wide. Weighs 1 ¾ lbs.

**REPLICA WWII HALF TRACK**
GIF-WW2HT1

Replica of the famous WWII Military Half Track. Featuring four heavy caliber swivel mounted machine guns. Overall measurements: 13" long, 7 ½" high and 5 ½" wide. Weighs 2 ¾ lbs.

**REPLICA WWII MOTORCYCLE**
GIF-WW2MT1

Replica of the famous WWII Military Motorcycle. Packed with details like footboards, brake and shift pedals, suspensions, saddlebags, firearms and more. Overall measurements: 15 ½" long, 8 ½" high and 6" wide. Weighs 3 ½ lbs.

# SOLDIER FIGURES

HOSTAGE RESCUE TEAM
FIG-8341

WWI TOMMY SOLDIER
FIG-8342

WWII AIRBORNE RANGER
FIG-8345

WWII MP
FIG-8343

VIETNAM SPECIAL FORCE
FIG-8344

Introducing the most incredible
**MILITARY AND LAW ENFORCEMENT**
**COLLECTIBLE ACTION FIGURES**
you have ever seen. These authentically accurate models of combat soldiers and S.W.A.T. Team commanders from different eras are in battle dress uniforms and equipped with all the essential weapon sets. Figurine body constructed with total joint capability, amazing facial details, and the comprehensive accessories make each of these figurines more than just a toy. They are not only nostalgic memorabilia for yourself, but also great story pieces for you to reminisce with your buddies and family.

Confidential Information Subject to Protective Order



SURVIVAL KNIVES

CAMP-SF1 **Sterno Folding Stove**



The ultimate lightweight folding stove to use with canned heat like Sterno. Holds flat for easy backpacking. Sturdy enough to hold heavy pots. Holds a seven ounce can of Sterno or other canned heat products.

CAMP-S02 **Personal Stove**




Perfect packers or emergency stove. Ultra-lightweight and folds to card deck size. Uses Trioxane fuel bars. Great to cook, heat, warm or sterilize. Fits in your shirt pocket and ensures your survival.

LT-TL020 **Strobe Light**




Two "AA" battery operated bright flashing strobe light visible for over 3 miles. Great safety device to have for emergencies in car or boat. Adds safety while making road side repairs. Includes three lenses: clear, amber and red. Attaches with magnet or belt holder. Water resistant.

## Dear Customer,

Surprised to see the new look of our catalog? Hope you love it the same way we do! In the past, we used every available space in the catalog to speak directly to you about our products - the very products we feel so passionate about. This year, we decided to broaden our appeal by adding a new chapter to our "storybook". We would like to take this opportunity to share some memories with old friends as well as to introduce ourselves to those that are just getting to know us. We extend our warmest welcome to all of you to become part of the Leapers' family!

This company started as a family business in 1992 run by a husband and wife team in none other than a garage. Our first Signature Product was a 4X28 Mini Scope which later became a very popular item among hunters and target shooters. This humble start always remains in our hearts, reminding us what we are about and whom we want to serve. Over the years, we have grown in so many ways. We now have a great office and warehouse building as our headquarters in Michigan. We have a world-class virtual staff network, providing us with nimble and cost effective support in anything you can think of, from design to delivery, from sourcing to logistical support. Most importantly, we have our devoted and hard-working employees with whom many of you have interfaced. Last but not least, our product offerings have increased from 1 compact scope to over 10 major product lines, encompassing close to a thousand items. The brands we proudly showcase on page 2 represent our years of effort and investment. While feeling great about our achievement, we owe our sincerest appreciation to you, our loyal customers, for your encouragement and continuous support.

Enough of our history! We hope you enjoy the rest of the read! Take your time to check out our new items. Drop us a note to let us know what you think and what you'd like to see for the future. Below we leave you with our mottos, the very business principles that have led us to this date. Please be assured that these will continue to guide us in all of our future endeavors to serve you.

- Listen to the voice of the customer.
- Offer the best quality product with the most competitive pricing, and back it up with the most efficient and customer oriented service.
- Provide a total solution and complete services to answer customer needs.
- Say what we do; do what we say - Deliver!

**LEAPERS, INC.**
37250 Plymouth Road, Livonia, MI 48150, U.S.A.
Tel: 734-542-1500    Fax: 734-542-7095
www.leapers.com    office@leapers.com



# INDEX

**OPTICS** ....................... 4 - 9
Mil-Dot Scopes ..................... 4 - 5
Illuminated Scope ..................... 6 - 7
5th Gen Series ..................... 8
Golden Image Series ..................... 8
Oximetch Series ..................... 9
AccuShot Series ..................... 5 - 7

**..............................** ....................... 10 - 17
Tri-Rail Ring ..................... 10
Tri-Rail Mount ..................... 11
AR-15 ..................... 12 - 13
AK/SKS - M1 Carbine ..................... 
M14 - Mini 14 - 10/22 - Gold ..................... 14
FN/PAL - H&K ..................... 15
Scope Rings ..................... 16 - 17

**AIRGUN SPORT** ....................... 18 - 19

**GUN CASES** ....................... 20 - 21
Tactical Gun Case ..................... 20
Floatable and Specialty Gun Case ..................... 21

**..............................** ....................... 22 - 25
Vest - Backpack ..................... 22
Holster ..................... 23
Mag Pouch - Harness - Bag ..................... 24
Belt - Bag - Sling ..................... 25

**AIRSOFT SPORT** ....................... 26 - 31
Airsoft Rifle ..................... 26
Airsoft Sub-Machine Gun ..................... 27
Airsoft Pistol ..................... 28 - 29
Airsoft Equipment ..................... 30 - 31

**BI-PODS AND LIGHTS** ....................... 32 - 33
Bipod ..................... 32
Light ..................... 33

**PARTS AND TOOLS** ....................... 34 - 37
AR-15 ..................... 34 - 35
FN/PAL ..................... 36
AK/SKS - Tokar - Galil - 10/22 ..................... 36
M1 Carbine - M1 Garand ..................... 
M14 - Mini-14 - Custom Part ..................... 37

**OUTDOOR GEAR AND GIFTWARE** ....................... 38 - 39
Outdoor Gear ..................... 38
Giftware ..................... 39

Confidential Information Subject to Protective Order

## MIL-DOT SCOPE

*MIL-DOT SPECIALIST*



EASY-GRIP ADJUSTMENT

ERGONOMIC DESIGN

EMERALD LENS COATING

ONE PIECE TUBE

FLIP OPEN LENS COVER

  

9" Full Body Length    40" Full Body Length

- One Piece Tube Precision Machined. Robust and Durable Construction. Completely Sealed and Nitrogen Filled. Perfect for All Terrains/Weather.

- One Piece Internal Tube to Provide Solid Lens Element Housing for Consistent and Reliable Shooting.

- Integral Windage/Elevation Housing, Dual O-Rings and Easy-to-grip Tactical Finger Adjustment to Enhance Tube Integrity and Accurate Shooting.

- Multi-layer High-tech Emerald Coatings for Most Light, Resolution and Clarity.

- Excellent Field of View and Long Eye Relief for Shooting Comfort.

- Proven Tactical Mil-Dot Reticle to Provide Range Estimates and Enhance Accurate Shooting.

- Ergonomic Design, High Quality Precision Machined Power Ring, Focus Ring and Eyepiece to Guarantee Smooth and Accurate Adjustments.

### MIL-DOT RANGE ESTIMATING:

- Range estimating requires common knowledge/experience about your target's actual width or height.
- 1 mil in a scope reticle is the distance from the center of one dot to the center of the next dot.
- Set scope at the highest power. View the target through the scope. Place the center of the dot against one edge of the target and measure to the opposite edge of the target.



|-2 mils -|    |-2.6 mils -|

- Once the target has been measured in mils, use one of the fomules below to estimate the distance of the target: (Refer to the specs table on page 5 for correct formula of each model.)

Formula A -

$$\frac{(Height\ or\ Width\ of\ Target\ in\ Meters) \times 1,000}{2 \times (Height\ or\ Width\ of\ Target\ in\ Mils)}$$
= Range in Meters (1 M = 1.0936 Yards)

Formula B -

$$\frac{(Height\ or\ Width\ of\ Target\ in\ Meters) \times 1,000}{Height\ or\ Width\ of\ Target\ in\ Mils}$$
= Range in Meters (1 M = 1.0936 Yards)

Formula C -

$$\frac{(Height\ or\ Width\ of\ Target\ in\ Meters) \times .223}{Height\ or\ Width\ of\ Target\ in\ Mils}$$
= Range in Meters (1 M = 1.0936 Yards)

For example, based on past experience, the length of a known animal from shoulder to tail is 40 inches (1.016 meters), and we see through our mil-dot scope to find that it occupies 5 mils. Therefore, the distance using Formula A =
$(1,016 \times 1,000) / (2 \times 5) = 101.6$ meters (110 yds)

- Scopes come with range estimate tables for easy reference.

---

## M1 CARBINE · M1 GARAND · M14 · MINI-14 · CUSTOM PARTS

### M1 CARBINE · M1 GARAND · M14 · MINI-14 APPLICATIONS

   

**M1 Garand Clip** *TL-MG10*
M1 Garand 8 round magazine clip. New production.

**Deluxe M1 Carbine Mount with 1" Rings** *MNT-M1C* [Page 14]

**Deluxe M14/M1A Scope Mount** *MNT-M14* [Page 14]

**Mini-14 Weaver Style Mount with 1" Rings** *MNT-214* [Page 14]

   

**M1 Carbine Magazine Clamp** *TL-MC120*
Magazine clamp for M-1 carbine. Holds two mags; 10, 15 or 30 round.

**M1 Carbine Butt Pad** *RB-MCQ40*
Adds 1" of length to all versions of M-1/30 carbine. Prevents slip and softens recoil. No drilling or tapping required.

**M14 Butt Pad** *RB-MGR220*
Adds 1" to the length of M14 rifle. Prevents slip and softens recoil. Easy to install. No drilling or tapping required.

**Mini-14 Stripper Clip Guide** *TL-RGR445*
Speed load your Mini-14 .223 mags. Requires .223 stripper clips.

---

### MAGAZINE LOADERS · MOSIN NAGANT · M10/M11 · SPECIAL TOOLS

   

**AK/MAK Speed Loader** *TL-N060*
Magazine loader fits on top of AK or MAK-90 magazines allowing you to speed load using 7.62x39 stripper clips.

U.S. Distribution - TAPCO
**Mosin Nagant Stripper Clip** *TL-MS01/TL-MG02*
New production Mosin-Nagant Stripper Clips made with spring steel, can be used for model 91, 91/30, and M44 Carbines chambered for the 7.62x54R.

**Mag Loader for 45 or 9mm Pistol** *TL-RA170*
Magazine loader for 9mm single or double stacked mags and single stack .45 auto mags.

**Mag Loader for .22 Pistol** *TL-RA169*
Hooks over thumb lever when loading .22 pistol mags

   

**Expandable Cleaning Kit Cable and Spring System** *TL-CL59*
Cleverly designed. Can roll up and fit into your pocket. Snap down the end and it becomes a rigid 29" cleaning rod.

**Brass Driving Mallet** *TL-ZA335*
A great gunsmith brass mallet has a non-marring brass head and a metal handle. Use it to perform delicate work without jeopardizing the finish.

**Zytel Sticker Knife** *KNF-ZA355*
Space age black Zytel plastic cutlery.

**M119 Extended Bolt Handle** *TL-M119*
Increases performance and easy cocking! Deep slot gives perfect sight picture.

---

### NEW  CUSTOM PARTS
~ We Deliver to Your Specifications ~

     

Connector Bar    Knurled Nut    Mounting Column    Sang Swivel Stud    Scope Sun Shade    Flip-open Scope Covers

PARTS AND TOOLS





# AK/SKS - TRILUX - GALIL - 10/22 SHOWROOM

## AK/SKS APPLICATIONS

**AK/MAK Speed Loader** *TL-R069*
Magazine loader fits on top of AK or MAK-90 magazines allowing you to speed load using 7.62x39 stripper caps.

**SKS Broken Shell Extractor** *TL-9001*
Works on any 7.62x39 shell lodged in the chamber. A must have tool for removing broken shell.

**New Gen. AK/SKS Sight Tool** *SGP-W6A*
An essential tool to make the necessary fine windage and elevation adjustments to the front sight of your SKS, AK, MAK and SLR95 types rifles.

**SKS Synthetic Handguard** *RB-H031*
An SKS replacement handguard you can be proud of. Constructed with black Zytel material and is stronger with attractive rib patterns to prevent slipping and enhance cooling and accuracy.

**SKS Butt Pad** *RB-9080*
Adds a full 1" to standard rifles with wood stock. Ported black rubber allows access to the cleaning kit. Prevents slip and softens recoil. Easy to install using existing buttplate screws.

**SKS Trigger Group** *TRG-SKS*

**SKS Stripper Clip** *STP-SKS*

**SKS Hi-profile Integral See-thru Mount** *MNT-540* [Page 14]

**Deluxe SKS Tri-Rail Mount** *MNT-641TR1* [Page 11]

**5th Gen. AK Tactical Tri-Rail Mount** *MNT-970TR* [Page 11]

**Deluxe AK Weaver Side Rail Mount** *MNT-971* [Page 14]

**SKS Weaver Type Mount Plate** *MNT-541* [Page 14]

**SKS Low-profile See-thru Mount** *MNT-541* [Page 14]

**New Gen. Weaver Style AK/MAK-90 Mount with 1" Tactical Rings** *MNT-970* [Page 14]

**Deluxe AK Side Rail Integral Mount** *MNT-971* [Page 14]

## TRILUX - GALIL - 10/22 APPLICATIONS

**Deluxe Weaver Trilux Mount** *MNT-TL01* [Page 13]

**Galil Blank Firing Adaptor** *MNT-GLA01*

**Trilux Mount for Carry Handle** *MNT-TL10* [Page 14]

**10/22 Mini-14/30 Butt Pad** *RB-R060*
Adds a full one inch to the rifle. Prevents slip, softens recoil and makes your shooting more comfortable and enjoyable. Easy to install. No drilling or tapping required.

**Galil Rifle Scope Mount** *MNT-GL01* [Page 14]

**10/22 Extended Magazine Release** *RB-R0R150*
Quick to install and a big help with fast magazine changes.

# 30MM TACTICAL MIL-DOT SCOPE

- 30mm Tube for Maximum Light Transmission and Wider Windage/Elevation Adjustment
- Larger and Consistent Windage/Elevation Adjustment Range –
  4-16x56 exceeds 35 MOA, 16x56 and 3-12x56 exceed 40 MOA in each direction.

## Adjustable Objective
Side Wheel Parallax Adjustment - New, convenient and user friendly feature, allowing for easy and precise objective adjustment - FROM 10 YARDS TO INFINITY

**4-16X56 FULL SIZE MIL-DOT SCOPE** *SCP-4160MD*

**16X56 FULL SIZE MIL-DOT SCOPE** *SCP-1656AMD*

**3-12X56 FULL SIZE MIL-DOT SCOPE** *SCP3-312MD*

**Unique Dual View Design**, providing 12% more Field of View(FOV) at high powers than other similar products on the market. Most scopes use one common FOV Definition between low and high powers, resulting in a smaller compromised FOV under high powers. Our unique Dual View System adjusts its optical definition to create an optimally enlarged FOV as power changes to above 6X.

Parallax adjusts from "True 10 Yards" - An Airgunner's Must-have.

Dollar for dollar feature to feature, you have an absolute winner!

# 1 INCH TACTICAL MIL-DOT SCOPE

**3-9X40 MINI MIL-DOT SCOPE** *SCP-394ME1* *SCP-394MEB2*

**6X40 MINI MIL-DOT SCOPE** *SCP-640ME1* *SCP-640ME2*
Best buy for all your tactical rifles

**4X32 MINI MIL-DOT ILLUMINATED SCOPE** *SCP-432MEBL1(R)* *SCP-432MEBL2(R)*
A great choice for all your compact rifles

The new and most exciting scope for your SKS, AK and Mini-14 (Sectional internal tube)

**3-9X40 FULL SIZE MIL-DOT SCOPE** *SCP-394MD1* *SCP-394MD2*
- Field proven and well received by hunters and target shooters
- Best value for the most scope

| Model | Magnification | Tube Dia. | Objective Dia. | Field of View @100 yards | Eye Relief | Exit Pupil | Click Value @100 yards | Length | Weight | Parallax Setting | Range Estimating Formula |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-9X40 Full Size | 3X-9X | 1" | 40mm | 39.0'-13' | 4.5"-3.1" | 13.5-4.5mm | ¼" | 12.3" | 15.0oz | MD1@100yds MD2@50yds | A |
| 3-9X40 Mini | 3X-9X | 1" | 40mm | 40.0'-14.5' | 3"-2.5" | 13.5-4.5mm | ¼" | 7.8" | 11.6oz | MD1@100yds MD2@50yds | A |
| 6X40 Mini | 6X | 1" | 40mm | 18.0' | 3" | 7.0mm | ¼" | 8.0" | 10.5oz | MD1@100yds MD2@50yds | A |
| 4X32 Mini | 4X | 1" | 32mm | 26.0' | 3.5" | 8.0mm | ¼" | 7.7" | 10.6oz | MD1@100yds MD2@50yds | C |
| 4-16X56 Full Size | 4X-16X | 30mm | 56mm | 23.6'-7.3' | 3.5"-3.0" | 14.0-3.5mm | 1/8" | 15.0" | 22.0oz | 10yds - infinity | B |
| 16X56 Full Size | 16X | 30mm | 56mm | 7.3' | 3.1" | 3.5mm | 1/8" | 15.0" | 20.9oz | 10yds - infinity | B |
| 3-12X56 Full Size | 3X-12X | 30mm | 56mm | 34.6'-9.6' | 3.6"-3.0" | 18.6-4.7mm | 1/8" | 14.1" | 21.2oz | MD1@100yds MD2@50yds | B |

Confidential Information Subject to Protective Order

Confidential Information Subject to Protective Order

## ILLUMINATED SCOPE

### T28 RETICLE INTENSIFIED TACTICAL SCOPE

**NEW**

Range Estimating ■ Integral STANAG Mount ■ External LED Light

U.S. Distribution - TAPCO



ACCUSHOT

USER FRIENDLY ADJUSTMENT KNOBS

INTEGRAL LIGHT HOUSING

LED LIGHT MOUNTED

EMERALD COATING

SPECIAL ILLUMINATION CANCEL SWITCH

INTEGRAL STANAG MOUNTING DECK

REFLECTS THE SAME COLOR AS THE LED LIGHT!

- ◆ Objective-to-Ocular Entirely One Piece Tube with Integral STANAG Mounting Deck - 6061 T6 Aluminum
- ◆ Molded Integral Precision Windage/Elevation Adjustment - Range > 30 MOA
- ◆ Integral Light Housing with Rail for Utilizing External LED Light of ANY Color You Desire
- ◆ Etched Glass with Special Illumination Coating Reflects the Same Color as the LED Light
- ◆ Ergonomic Eye Piece for Precision Adjustment with Excellent Clarity

**Model:**
**Magnification:** 4X
**Objective Dia.:** 28 mm
**Field of View:** 26' @ 100 yards
**Eye Relief:** 3 inches
**Exit Pupil:** 7 mm
**Click Value:** ¼ inch (1 click @ 100 yards)
**Length:** 6.6 inches
**Weight:** 8.2 oz
**Battery:** CR2032 3V Lithium

| | Object View In Cross-Hairs | Object Width @ 100 m |
|---|---|---|
| ❶ | Line Width | 1 cm |
| ❷ | 1 Row | 5 cm |
| ❸ | 2 Rows | 10 cm |
| ❸ | 3 Rows | 15 cm |
| ❹ | Short Vertical Line | 25 cm |
| ❺ | Long Vertical Line | 40 cm |
| ❻ | 1 Gap | 50 cm |
| ❻ | 2 Gaps | 100 cm |
| ❼ | Center Pt. to Adjacent Line on Either Side | 100 cm |

### T168 RETICLE INTENSIFIED TACTICAL SCOPE

**NEW**

Carry Handle and Flat Top Mount ■ Illuminated Reticle



EMERALD COATING

ACCUSHOT

Illuminated Reticle

FLEXIBLE ILLUMINATION ADJUSTMENT

- ◆ Objective-to-Ocular One Piece Tube with Integral Carry Handle Mounting Deck - 6061 T6 Aluminum
- ◆ Molded Integral Precision Windage/Elevation Adjustment - Range > 30 MOA
- ◆ Reticle Intensified with Flexible Illumination Adjustment
- ◆ See-thru Carry Handle Mounting Deck with 2 Mounting Positions for Additional Eye Relief Adjustment. Designed with Proper Height for See-thru Without Interfering with Rear Sight Adjustment
- ◆ Ergonomic Eye Piece for Precision Adjustment with Excellent Clarity
- ◆ Complete with Superior Quality Flat Top Adaptor with Retention Thumb Nuts to Fit on any Picatinny or Weaver Rails

**Model:** SCP-T168
**Magnification:** 6X
**Objective Dia.:** 32 mm
**Field of View:** 17.8' @ 100 yards
**Eye Relief:** 3 inches
**Exit Pupil:** 5.8 mm
**Click Value:** ¼ inch (1 click @ 100 yards)
**Length:** 8 inches
**Weight:** 10.2 oz
**Battery:** CR2032 3V Lithium




INTEGRAL CARRY HANDLE MOUNTING DECK


FLAT TOP ADAPTOR


FLAT TOP APPLICATION

www.leapers.com

**6**

LEAPERS000007

## AR-15 SHOWROOM





AR-15 5th Gen. Carry Handle MNT-950 [Page 12]

AR-15 Multi-Functional Tactical Mount MNT-990 [Page 12]



AR-15 Weaver Style Bar Mount MNT-951 [Page 12]

AR-15 Weaver Style Mount MNT-952 [Page 13]

**NEW**





AR-15 Military Tactical Mount MNT-953 [Page 13]

AR-15 Deluxe See-Thru Riser Mount MNT-958 [Page 13]



Also works for Weaver Rail for AN/PVS4 Night Vision

AR-15 Flat Top Mount MNT-956 [Page 13]

Trilux Mount for Carry Handle MNT-TL16 [Page 13]

Leapers creative Tri-Rail mounting systems offer you endless possibilities you would find anywhere else. Now, you can mount scope, flashlight, laser and more, on these Tri-Rail Mounts!!! [Page 10-11] Patent Pending

**NEW**



Deluxe See-Thru Carry Handle Mount with Picatinny Tri-Rails and STANAG Dimension MNT-CR12

Deluxe See-Thru Riser with Picatinny Tri-Rail Mount and STANAG Dimension MNT-RS12

AR-15 Carry Handle Mount with Integral Tactical Rings and Picatinny Tri-Rails, Complete with Flat Top Adaptor MNT-166RD6

## FN/FAL SHOWROOM

**FN/FAL Multi-Functional Tool** TL-F901

- ● Perfect for the FN/FAL grip nut
- ● Required for installing FAL/L1A1 return spring
- ● Required for FAL/L1A1 stock removal/ installation
- ● Rod is threaded to accept chamber brushes and cleaning rods
- ● Fits FAL para stock blocks
- ● Fits CETME stock to receiver bolts
- ● All steel, black oxide finish



U.S. Distribution - TAPCO

**FAL Metric Mag. Dust Cover** RB-MCF1
Rubberized cover to keep the mag clean. Fits metric mags. Leaves out the grit and protects those feed lips.

U.S. Distribution - TAPCO

**7.62 NATO Stripper Clip (.308)** TL-3202
Great to help you get ready for a speedy reload! They are made of steel black oxide finish, and are lightly oiled. They hold five rounds of 7.62 NATO or .308 ammo.

U.S. Distribution - TAPCO

**.308 Magazine Clamp** TL-2A180
Durable steel construction. Holds two FN, H&K, or other mags together.



**4th Gen. Deluxe FAL Mount with Integral Sliding Rail** MNT-961C [Page 13]

**NEW**



U.S. Distribution - TAPCO

**4th Gen. Deluxe FAL Stripper Clip Mount with Integral Sliding Rail** MNT-962 [Page 13]



U.S. Distribution - TAPCO

**Deluxe FAL Mount with Integral Sliding Rail and STANAG Dimension** MNT-163 [Page 13]

**NEW**





U.S. Distribution - TAPCO

PARTS AND TOOLS

App. 513

Confidential Information Subject to Protective Order

## AR-15 SHOWROOM



**T168 Scope**
[Page 6]

---





**AR-15 Carbine Cheekpiece** *RB-A487*
Adds height to your cheekrest with this soft rubber rest. Snaps on collapsible carbine extension tube.

**AR-15 Handguard with Liners** *RB-16FDL/RB-16FDS*
Fits most AR-15/M-16 rifles. Constructed of high density and durable polymer. Complete with aluminum heat shield to dissipate heat.

**AR-15 Shorty Carbine Butt Pad** *RB-A030*
Adds 1" to the length of shorty carbines. Prevents slip and softens recoil. Easy to install. No drilling or tapping required.

**AR-15 Cleaning Kit** *TL-A061*
Includes nylon pouch, 6 pieces rod assembly (with adaptor), oil bottle, and Alico clip to attach to web gear.

**.223 Shell Extractor** *TL-RX213*
Remove broken cartridges from the chamber of your M16 and AR-15 rifles. Fits the buttstock cleaning kit.

---

**AR-15/M16 Blank Firing Adaptor** *MXT-16A01*
Install at the tip of barrel. Allows you to fire blanks semi auto.

**AR-15 Magazine Follower** *RB-AP01*
Designed to reduce mag failure and jams. Provides the reliability that you require. Simply replaces existing follower.

**AR-15 Dual Front Sight Tool** *SCP-A1245*
Two-in-One tool with dual functions to adjust both 4-prong and 5-prong front sights.

**AR-15 Buffer** *RB-A005*
Fits near your takedown pin and keeps the upper section snug and tight against the lower. Increases accuracy, decreases vibration and prevents wear.

**AR-15 Magazine Clamp** *TL-A050*
Holds two 20 or 30 round magazines with steel spring tension.

---



### ⬛ COLLAPSIBLE AR-15/M4 CARBINE STOCK
**For Pre-ban Guns, Target Sport and Non-U.S. Market Only**



M4 Stock - 6 Adjustable Positions
RB-M6T

**NEW GENERATION FEATURES**
- Precision Machined Parts for Maximum Strength
- Superior Quality Molded and Injected Synthetic Stock
- Excellent Quality Aluminum Buffer
- Available in Black(B) and OD Green(G)

**AR-15 Stock - 4 Adjustable Positions** *RB-A130*
Stock is made of durable synthetic plastic, complete with spring and GI quality buffer. New gen. features include a superior quality synthetic stock, a much sturdier, premium aluminum buffer to withstand recoil, and precision machined aluminum tube with extra strength and density. Works on AR-15 rifles & clones. Replaces your current target gun stock or to upgrade an older gun to a collapsible stock.

34

---

### ⬛ One Piece Outer Body
Robust and Durable Construction
- Precision machined from aircraft-grade aluminum alloy
- Completely sealed and nitrogen filled
- Perfect for all terrains and all weather conditions

### ⬛ One Piece Internal Tube For Solid Lens Housing
- Surpasses common sectioned design
- Provides strong and solid housing to guarantees consistent and reliable shooting

### ⬛ Integral Windage and Elevation Housing
- Integral housing to eliminate potential leak and improve tube integrity
- Easy-to-grip high quality finger/target adjustment knobs
- Precise ¼ or 1/8 minute click for accurate shooting
- Guarantees adjustment with precision and consistency

### ⬛ Multi-layer High-tech Emerald Coatings on Lens Elements
- Top quality high-tech Emerald coatings applied on all lens elements
- Conducive to the most light transmission, highest resolution and clarity
- Reduces reflection

### ⬛ Finest Electronic Reticle Design and Comfortable Eye Relief
- Reticle etched on lens element to guarantee durability (AccuShot models)
- Fine reticle design providing the most view and fast target acquisition
- Adjustable electronic reticle to provide clear aiming during the day and twilight

### ⬛ High Quality Ergonomic, Precision Machined Power Ring, Focus Ring and Eyepiece
- Guarantees smooth and accurate adjustments
- Enhances shooting accuracy






---



## WE DO ILLUMINATION RIGHT AND BRIGHT!

| Model | Magnification | Objective Dia. | Field of View @100 yards | Eye Relief | Exit Pupil | Click Value @100 yards | Length | Weight | Battery |
|---|---|---|---|---|---|---|---|---|---|
| 4x32 Mini* | 4X | 32mm | 28' | 3.5" | 6.0mm | 0.4mm | 7.1" | 10.7 oz | CR2302 3V Lithium |
| 3-9X40 Full Size | 3X-9X | 40mm | 40'-14.7' | 3.6"-3.1" | 12-5mm | ¼" | 12.4" | 18.0 oz | CR2302 3V Lithium |
| 4-16X50 Full Size AO | 4X-16X | 50mm | 25.1'-6.3' | 3.6"-3.3" | 12-3.1mm | 1/8" | 14.6" | 27.8 oz | CR2302 3V Lithium |
| 6-24X50 Full Size AO | 6X-24X | 50mm | 25'-35' | 3.7"-2.8" | 8.3-2.1mm | 1/8" | 16.4" | 24.0 oz | CR2302 3V Lithium |

* See Reticle:   SCP-433MEDL01 - Adjusted @ 100 yards.   SCP-433MEDL3 - Adjusted @ 25 yards
RedDot Reticle: SCP-432MEDL3 - Adjusted @ 100 yards.   SCP-432MEDL4 - Adjusted @ 35 yards

7

I-FAPFRS0N1590R

Confidential Information Subject to Protective Order



## 5TH GEN SERIES

- One Piece Tube
- Integral Housing
- Easy-to-grip Adjustment
- Emerald Coatings
- Ergonomic Design
- Flip-open Lens

**One Piece Tube Precision Machined, Robust and Durable Construction, Perfect for All Terrains/Weather**
- Precision machined to exact tolerances from aircraft-grade aluminum alloy
- Completely sealed and nitrogen filled

**One Piece Internal Tube to Provide Solid Lens Element Housing**
- Surpasses common sectioned internal tubes
- Provides strong and solid housing to guarantee consistent and reliable shooting

**Integral Windage/Elevation Housing, Dual O-Rings and Easy-to-grip Tactical Finger Adjustment**
- Integral housing with dual sealing O-rings to eliminate potential leak and improve tube integrity
- Easy-to-grip tactical-style finger adjustment to provide precise ¼ min./at click for accurate shooting
- Guarantees precise and consistent adjustment

**Multi-layer High-tech Emerald Coatings for Most Light, Resolution and Clarity**
- Top quality high-tech emerald coatings applied on all lens elements
- Conducive to the most light transmission, highest resolution and clarity

**Great Field of View and Comfortable Eye Relief**
- Great field of view and excellent eye relief providing the most view and fast target acquisition

**High Quality Precision Machined Parts and Eyepiece with Creative Ergonomic Design**
- Guarantees smooth and accurate adjustment
- Enhances shooting accuracy

**High Quality Flip-open Lens Covers**

Long Eye Relief



### 3-9X40 FULL SIZE SCOPE
Model: SCP-399FS
Magnification: 3X - 9X
Objective Dia.: 40mm
Field of View: 40' - 14.3' @ 100 yards
Eye Relief: 3.3 - 7.1 inches
Exit Pupil: 13.5 - 4.5 mm
Click Value: ¼ inch (1 click @ 100 yards)
Length: 12 inches
Weight: 19.2 oz

A BEST BUY VARIABLE POWER full size scope. This 3-9X40 full size scope surpasses competitors by providing a true 3 to 9 power zoom with minimum variations in point-of-impact change between power settings. Its unique one piece tube construction provides much better shockproof, fogproof and waterproof capabilities. Wordwide most popular and most versatile of all rifles.

### 3-9X40 MINI SCOPE
Model: SCP-394MZ
Magnification: 3X - 9X
Objective Dia.: 40 mm
Field of View: 40' - 14.5' @ 100 yards
Eye Relief: 3 - 2.3 inches
Exit Pupil: 13.5 - 4.5 mm
Click Value: ¼ inch (1 click @ 100 yards)
Length: 7.8 inches
Weight: 11.6 oz

STATE OF THE ART - The Ultimate Mini Variable Scope. This 3-9X40 mini scope features the finest airtight design, highest quality lenses and coatings, and shockproof locking and sealing mechanisms to sustain any recoil and hard use of the scope. BEST in class zero-tolerance machining offers virtually no movement of the point-of-impact between power settings. Most versatile for AR-15/M-16, Mini-14, M1 Carbine, .22 and other sporting rifles.

### 6X40 MINI SCOPE
Model: SCP-646MF
Magnification: 6X
Objective Dia.: 40 mm
Field of View: 18 feet @ 100 yards
Eye Relief: 3 inches
Exit Pupil: 7 mm
Click Value: ¼ inch (1 click @ 100 yards)
Length: 8 inches
Weight: 10.1 oz

In addition to the same great features of this 6X32 Mini, the 6X40 Mini has BIGGER OBJECTIVE LENS providing wide field of view, fast target acquisition and more light gathering capability. It delivers the best overall performance for fixed powered mini scope. A MUST BUY for hunting/target shooting enthusiasts who love power, speed and accuracy. Most recommended for AK, AR-15, .22 and other sporting rifles.

### 6X32 MINI SCOPE
Model: SCP-632MS
Magnification: 6X
Objective Dia.: 32 mm
Field of View: 17.5' @ 100 yards
Eye Relief: 3 inches
Exit Pupil: 5.6 mm
Click Value: ¼ inch (1 click @ 100 yards)
Length: 7 7/8 inches
Weight: 9.4 oz

DREAM FOR FIRST TIME MINI SCOPE BUYERS! Unmatchable in quality/value by any other competitor, this mini scope has gained tremendous popularity over the years. The 5th Gen Version offers a redesigned one piece tube, enhanced adjustable elements and strengthened locking and sealing systems. Excellent upgrade for AK and 5X mini scope owners. Works with sporting rifles, military rifles, .22 rifles or shotguns.

Also Available with Sapphire Lens Coating

8    www.leapers.com

---

### FLASHLIGHT SYSTEM
Multi-functional Flashlight Package

LT-TL099PR1 · PR2    **NEW**

Available in 5th Gen Products on [Page 5]

- 1" durable aluminum tube
- Patterned surface for easy gripping
- Only 4 3/4 inches long and 4 oz in weight
- Adjustable focusable beam
- Tail push-button momentary switch and end-cap (twist-on switch)
- Complete with remote pressure switch and tactical ring mount (2 styles: LT-TL099PR1 with Space Age Ring, LT-TL099PR2 with Tactical Flashlight Ring)
- Two 3-volt Lithium batteries included

### FLASHLIGHT
Integral Mount

- Durable and compact - a mere 4 5/8 inches and 6.5 oz
- Precision machined 1 piece aircraft-grade aluminum tube
- Anodized black matte finish
- Integral Picatinny/Weaver style mounting deck
- Tool free attachment with knurled nut and locking plate
- Adjustable focusable beam
- Complete with remote pressure switch
- Two 3-volt Lithium batteries included

BIPODS AND LIGHTS



### RS-500/1000 SUPER BRIGHT RECHARGEABLE SPOTLIGHT
- Compact, hand-held, providing up to 10 times the power of most automobile headlights
- Bright, 500,000/1,000,000 candle power beam carries up to 1 mile
- Recharge in vehicle (12 hours) with AC adaptor (both included)
- Impact and weather resistant housing
- One touch switch design, up to 60 minutes of continuous operation
- Built-in sealed lead-acid rechargeable battery
- Available in 4 popular colors - Camo, Yellow, Blue, Black

www.leapers.com    33

Confidential Information Subject to Protective Order



# DELUXE UNIVERSAL METAL BI-POD  TL-BP69
[ Mount on Swivel Stud or Clamp on Barrel ]

**NEW**

Universal
- Features all precision machined parts for extra strength and density.
- Fully adjustable with fold-up legs.
- Tilts and pans.
- Lockable legs to prevent tipping for additional stability.
- Includes all the features shooters want at a great price.

Adjustable Height

Tilts and Pans

### Deluxe Universal Aluminum Bi-Pod TL-BP68

**NEW**  New Generation
- Robust and durable aluminum construction.
- Fully adjustable with fold-up legs.
- Tilts and pans.

Lock to Prevent Tipping

Mount on a Sling Swivel Stud

Swivel Stud / Barrel Mounting

Fold Up Legs

Adjustable Leg Height Legs Collapse to 9" and Extend to 13"

**Universal Metal Clamp-on Bi-pod** TL-BP08
This unit designed bipod fits most standard barrel rifles. Each leg is extendable and can be extended from 9" to 13" with ¼" increments. It is specially designed with soft plastic feet to keep the firearm in place and protect the arms a sitting on. Folds with snap-on clip to be carried in your pocket or bag.
U.S. Distribution - TAPCO

**Zytel Clamp-on Bi-pod** TL-BP70
Made of durable Zytel. Extremely light weight - only 6oz. Clamps around barrel and fits most guns. Folds to be carried in your pocket or bag. Very sturdy and affordable. Best value economic solution for your practical need.

**Multi-Functional Clamp-on Bi-pod** TL-BP16
Metal bipod with wire cutting and can opening tools. Clamps on barrel. Complete with CO Green pouch and Alice clip.

**Universal Swivel Mount Bi-pod** TL-BP02
Non-U.S. Market Only

---

# GOLDEN IMAGE SERIES



**3-9X40 RUBBER ARMORED SCOPE**
Model: SCP-394R
Magnification: 3X - 9X
Objective Dia.: 40 mm
Tube Dia.: 1 inch
Field of View: 40' - 14.5' @100 yards
Eye Relief: 3.3 - 2.7 inches
Exit Pupil: 13.5 - 4.5 mm
Click Value: 1/4 inch (1 click @ 100 yards)
Length: 12.2 inches
Weight: 17.2 oz

Exceptionally rugged, perfect for all terrains and all weather conditions! The black rubber armor makes the outside tube non-reflective, absorbs recoil, resists harsh weather and shields the finish from damage. Custom fitted rings are included to fit any standard Weaver bases (rails). Fully coated high quality lenses provide an excellent sight, bright and full of detail and contrast. A BEST SELLER well received by all buyers. Additional Weaver Style Rings with Higher Clearance Available. [Page 16]

**G 5X26 MINI AR-15 SCOPE W/BDC**
Model: SCP-39?P
Magnification: 5X
Objective Dia.: 24 mm
Tube Dia.: 34 mm
Field of View: 49' - 14.5' @100 yards
Eye Relief: 5 - 2.8 inches
Exit Pupil: 9.1 - 3.1 mm
Click Value: 1/4 inch (1 click @ 100 yards)
Length: 7.9 inches
Weight: 12.8 oz

WORLDWIDE FIRST 3X-9X variable AR-15 scope with bullet drop compensator for 100 to 900 meters usage. Designed with the tightest tolerance and finest multi-coated clear optics that deliver reliable and consistent performance. Features an integrated see-thru mount base and a separate flat top adaptor for AR-15/M-16 rifles with carry handle and/or flat top Weaver rail. CREATIVE power ring design for sensitive power changes and ease of use.

**4X20 / 4X28 MINI AR-15 SCOPE W/BDC**
Model: SCP-420M / SCP-428P
Magnification: 4X
Objective Dia.: 20 mm / 28 mm
Tube Dia.: 34 mm
Field of View: 22 @ 100 yards
Eye Relief: 2.8 inches / 3 inches
Exit Pupil: 5 mm / 7 mm
Click Value: 1/4 inch (1 click @ 100 yards)
Length: 7.2 inches / 8.3 inches
Weight: 13.5 oz / 13.9 oz

DESIGNED FOR AR-16/M-16 RIFLES. One piece aircraft-grade aluminum with scratch resistant hard-coat anodized black matte finish. Features integral see-through mount for carry handle (4X28 comes with additional flat top adaptor for flat top AR-15/M16), and built-in Bullet Drop Compensator for 100 to 900 meters usage. Precise 1/4" click in windage and elevation adjustment for easy and exact zeroing. Installed in seconds without tools.



**G-24X50 FULL SIZE AO ILLUMINATED SCOPE**
[Page 7]

**4X32 MINI ILLUMINATED MIL-DOT SCOPE**
[Page 7]

**SWATFORCE RED DOT SCOPE**
(SPOT RED SPOT, FLIP OPEN LENS COVERS)
Model: SCP-RD25R + SOP-RD25D
Magnification: 1X
Objective Dia.: 1 inch
Field of View: 45' @ 100 yards
Eye Relief: Flexible
Exit Pupil: Flexible
Click Value: 1/2 inch (1 click @ 100 yards)
Length: 7 inches
Weight: 6.8 oz
Battery Type: 2xAA Button Batteries

Introducing the 3" Gen Tactical Red Dot, complete with Space-Age Tactical Rings and Flip-open Lens Covers! Designed with great tactical look and most durable low enforcement quality. Engineered on the cutting edge of technology with clear red dot and flexible brightness settings. Offers wide field of view and precise windage/elevation adjustment. Allows aiming from any distance with both eyes open and gives you immediate target acquisition. Excellent for pistols, rifles and shotguns.

---

# OUTREACH SERIES


Duplex Reticle



**4X28 MINI SCOPE**
Model: SCP-428M
Magnification: 4X
Objective Dia.: 28 mm
Tube Dia.: 20" @ 100 yards
Field of View: 3 inches
Eye Relief: 1 inch
Exit Pupil: 1/2 inch (1 click @ 100 yards)
Click Value: 6.7 inches
Length: 6.7 inches
Weight: 7 oz

This 4X28 is the trail-blazer of subsequent compact scopes. Many nostalgic customers have fond memories of this scope and repeatedly asked us to offer the item. Do not miss out!



**4X32 FULL SIZE AO SCOPE**
Model: SCP-432AO
Magnification: 4X
Objective Dia.: 32mm
Tube Dia.: 34' @160 yards
Eye Relief: 3.2 inches
Exit Pupil: 8 mm
Click Value: 1/4 inch (1 click @ 100 yards)
Length: 11.9 inches
Weight: 12.8 oz
Parallax Adjusts from 10 yds up.

The most economical and best value fixed power scope for sporting rifles and air guns. A practical scope giving close-in and normal range shooting

**NEW**

**3X9-32 FULL SIZE SCOPE**
Model: SCP-39?F
Magnification: 3X-9X
Objective Dia.: 32 mm
Field of View: 33.7-11.5' @100 yards
Eye Relief: 3.7 - 3.1 inches
Exit Pupil: 10.6 - 3.5 mm
Click Value: 1/4 inch (1 click @ 100 yards)
Length: 12.2 inches
Weight: 14.1 oz

One of the most popular scopes. A universal scope giving close-in (brush) shooting at 3X, normal range at 4-6X and 7-9X for big games. Best deal anywhere!

**NEW**



**40MM RED DOT WITH INTEGRAL WEAVER RAIL**
Model: SCP-RD40mmF
Magnification: 1X
Objective Dia.: 40mm
Tube Dia.: 60' @ 100 yards
Eye Relief: Flexible
Exit Pupil: Flexible
Click Value: 3/8 inch (1 click @ 100 yards)
Length: 3.9 inches
Weight: 5.6 oz
Battery Type: 2xAPB Button Batteries

U.S. Distribution - Clearview Investments

**App. 516**

Confidential Information Subject to Protective Order

LEAPERS002001

## TRI-RAIL RING — New Invention From Leapers' Creative Lab

### DELUXE TACTICAL TRI-RAIL RINGS
**PATENT PENDING**

NEW — Beyond the Limit of Your Imagination

- Deluxe Tactical Rings to Provide Solid Housing for any One Inch Tube Scope
- Picatinny Tri-Rails for Flashlight, Laser and Additional Accessory Applications
- Unique Horizontal Ring Assembly to Guarantee Complete Fit and Levelness
- Creative Deflectable Leaf Design to Achieve Total Stability as well as Easy Adjustment of Scope in Ring Housing
- Ideal Height, Length and Spacing of Tri-Rails to Accommodate Most Versatile Applications
- Complete with a Matching Tactical Ring without Rails
- Great Add-on's for All Rifles with Carry Handle, Weaver/Picatinny Rails, Airgun Rails

PICATINNY TRI-RAILS     DEFLECTABLE LEAF DESIGN     FLEXIBLE RAIL PLACEMENT

AR-15 FLAT TOP APPLICATION

AR-15 CARRY HANDLE APPLICATION

- See-Thru Carry Handle Mounting Deck with 3 Positions for Additional Eye Relief Adjustment
- Super Quality Flat Top Adaptor with Retention Thumb Nuts to Fit on any Picatinny and Weaver Rails

DELUXE WEAVER RINGS WITH PICATINNY TRI-RAILS - LOW PROFILE RG178-25WL

DELUXE WEAVER RINGS WITH PICATINNY TRI-RAILS - MID PROFILE RG178-25WM

AR-15 CARRY HANDLE MOUNT WITH INTEGRAL TACTICAL RINGS & PICATINNY TRI-RAILS, COMPLETE WITH FLAT TOP ADAPTOR MNT-188RS

DELUXE .22 RINGS WITH PICATINNY TRI-RAILS - MID PROFILE RG171-25DM

DELUXE .22 RINGS WITH PICATINNY TRI-RAILS - LOW PROFILE RG171-25DL



### Endless Possibilities For Your Airsoft Sport

- SwatForce Red Dot Scope with Rings and Flip open Lens Covers SCP-RD26R [Page 8]
- Deluxe See-thru Tri-Rail Carry Handle Mount MNT-2570 [Page 11]
- Flashlight and Pressure Switch Package LT-TD99PR1 [Page 33]
- Laser Ring RS-LS801 [Page 17]
- SwatForce 4X20 AO Scope SCP-CAR0 [Page 8]
- Space Age Low Profile .22 Rings RG140-26 [Page 10]
- Zytel Clamp-on Bipod T-207V [Page 32]



### LASER SIGHT NEW
Deluxe Laser Sight SCP-AGS131
- Complete with Picatinny Mounting Deck
- 2 Caps Cord Pressure Switches (Pulse/Stable)
- 3 Button Batteries
- Deluxe Tin Metal Case

### FAKE SILENCER NEW
4 Different Thread Adaptors
Aluminum Fake Silencer with 4 threaded Adaptor Heads - SCP-SH001
Plastic Fake Silencer Heavy Weight with Multi-Heads - MAG-H625SS
Plastic Fake Silencer Regular Weight - MAG-H625SA

### SPARE MAGAZINES
MAG-RU4 - UK001
MAG-R94 - UN86
MAG-M3K - M8 Models
MAG-R2X - S87 Models
MAG-H94 - 958 Models
MAG-H8A - G48A
MAG-702X - UK92 Models
MAG-314A - UK94
MAG-3AW - M98 - M99 Models
MAG-H12A - H10 Models
MAG-H19U - H12 Models
MAG-H28M - H29 Models
MAG-608W - H20 Models

### CLEANING SPRAY NEW
High Grade Silicon Lubricating Oil SOFT-H565

### QUICK AIM ELEC. CROSS-HAIR SIGHT(WEAVER BASE) NEW
SCP-EDS41+

### SPARE MAGAZINE FOR 366STGL RIFLE
MAG-366 NEW

### PRECISION GROUND PREMIUM BB PELLETS
**Assorted Packaging**

2K .12g Bottle......SOFT-PP2001
5K .12g Bag......SOFT-PP99P1
1Kg .12g Bag......SOFT-PPK001
1K .12g Bottle......SOFT-PP2061
2K .2g Bottle......SOFT-PP2002
5K .2g Bag......SOFT-PP99P3
288 Count .12g Bottle
Paintball......SOFT-PP001
2K .12g Bottle......SOFT-PP2002

### PELLET COLLECTING TARGETS

Sticky Target     Foldable Target with Zippered Mesh Pellet Trap SOFT-T92

### QUICK AIM ELECTRONIC DOT SIGHT
SCP-DS511 for .22 Airguns and Paintball
SCP-DS521 for Weaver/Picatinny Rails NEW
Wide field of view with quick aiming electronic red dot system, allowing you to pinpoint your target with both eyes open at great speed. The red dot is adjustable for windage and elevation with a simple twist of the external adjustment knobs. Complete with .22/airgun or Weaver/Picatinny mounting deck



Confidential Information Subject to Protective Order

# AIRSOFT EQUIPMENT

## VEST

Deluxe Tactical Vest with Quick Draw Holster & Pouch/Belt PVC-V547 (Black, Woodland Camo, Desert Camo, OD Green) [Page 22]

Deluxe Multi-Functional Tactical Vest - AR-15/M16 Style PVC-546 (Black, Camo) [Page 22]

## HOLSTER

Special Ops Universal Tactical Leg Holster Non-slip Design PVC-H178 (Black, OD Green, Woodland Camo, Desert Camo) [Page 23]

New Gen Elite Tactical Leg Holster PVC-H168ET (Right Hand) [Page 23]

PVC-H169ET (Left Hand)

MAC 11 Holster PVC-HM11 (Black, OD Green) [Page 23]

Elite Belt Holster for Beretta 92/98 RB-TH08281

Deluxe Universal Horizontal Shoulder Holster Complete w/ 2 Mag Pouches PVC-H170 [Page 23] (Black, OD Green)

Universal Tactical Belt Holster PVC-H17B (Black, Camo) [Page 23]

## BELT AND POUCH

Heavy Duty Elite Law Enforcement Pistol Belt with Dual Mag Pouches PVC-B950 [Page 25]

Deluxe Triple Drop-leg Mag Pouch w/ Non-slip Strap - "SIX" Mags Max PVC-LP603 (Black, OD Green, Woodland Camo, Desert Camo) [Page 24]

Deluxe Double Drop-leg Mag Pouch w/ Non-slip Strap - "SIX" Mags Max PVC-LP604 (Black, OD Green, Woodland Camo, Desert Camo) [Page 24]

## GUN CASE

28" - PVC-DC28, 38" - PVC-DC38, 42" - PVC-DC42 (Black, OD Green, Woodland Camo) [Page 20]

# TRI-RAIL MOUNT

>> Clever Picatinny Tri-Rails for Flashlight, Laser and Additional Accessory Applications

>> Additional Dimension for STANAG Applications

NEW Something You've Wanted for a Long Time

## DELUXE TACTICAL TRI-RAIL MOUNT

PATENT PENDING

>> Ideal Height, Length and Spacing of Tri-Rails for Most Versatile Applications

>> Greatest Add-on's for AR-15/M16, FAL and Other Rifles with Carry Handle or Flat Top Rails

**MNT-993TR**

**DELUXE SEE-THRU CARRY HANDLE MOUNT WITH PICATINNY TRI-RAILS AND STANAG DIMENSION.** Creative Mounting Base with Thumb Nut to Sit and Lock Tight onto any Carry Handle

**MNT-995TR**

**DELUXE SEE-THRU RISER WITH PICATINNY TRI-RAIL MOUNT AND STANAG DIMENSION.** Creative Mounting Base and Locking Plate to Fit on any Picatinny and Weaver Rail

**MNT-970TR**

**5TH GEN AK TACTICAL TRI-RAIL MOUNT**

- One-piece Integral Picatinny Tri-Rails Attached to Receiver Cover
- Accepts All Varieties of Scope, Tactical Flashlight, and Laser
- Additional STANAG Dimension for Most Versatile Applications
- Most Exciting AK Mount Ever Made - Ideal Height, Length and Spacing to Accommodate Most Versatile Applications

**MNT-840TR1**

**DELUXE SKS TRI-RAIL MOUNT**

- One-piece Integral Picatinny Tri-Rails Attached to Receiver Cover
- Accepts All Varieties of Scope, Tactical Flashlight, and Laser
- Most Exciting SKS Mount Ever Made - Ideal Height, Length and Spacing to Accommodate Most Versatile Applications

LEAPERS002002

App. 518

Confidential Information Subject to Protective Order





**MNT-188R25**
**AR-15 CARRY HANDLE MOUNT WITH INTEGRAL TACTICAL RINGS AND PICATINNY TRI-RAILS, COMPLETE WITH FLAT TOP ADAPTOR**

➤ See-Thru Carry Handle Mounting Deck with 3-Positions for Additional Eye-Relief Adjustment
➤ Integral Deluxe Tactical Rings to Provide Solid Housing for any 1" Tube Scope
➤ Picatinny Tri-Rails for Flashlight, Laser and Additional Accessory Applications
➤ Unique Horizontal Ring Assembly to Guarantee Complete Fit and Levelness
➤ Creative Deflectable Leaf Design to Achieve Total Stability as well as Easy Adjustment of Scope in Ring Housing
➤ Ideal Height, Length and Spacing of Tri-Rails to Accommodate Most Versatile Applications
➤ Superior Quality Flat Top Adaptor with Retention Thumb Nuts to Fit on any Picatinny and Weaver Rails

**MNT-993TR**
**DELUXE SEE-THRU CARRY HANDLE MOUNT WITH PICATINNY TRI-RAILS AND STANAG DIMENSION**

➤ Creative Mounting Base with Thumb Nut to Sit and Lock Tight onto Any Carry Handle
➤ Clever Picatinny Tri-Rails for Flashlight, Laser and Additional Accessory Applications
➤ Additional STANAG Dimension for Most Versatile Applications
➤ Ideal Height, Length and Spacing to Accommodate Most Versatile Applications

**MNT-985TR**
**DELUXE SEE-THRU RISER WITH PICATINNY TRI-RAIL MOUNT AND STANAG DIMENSION**

➤ Creative Mounting Base and Locking Plate to Fit on any Picatinny and Weaver Rail
➤ Clever Picatinny Tri-Rails for Flashlight, Laser and Additional Accessory Applications
➤ Additional STANAG Dimension for Most Versatile Applications
➤ Ideal Height, Length and Spacing to Accommodate Most Versatile Applications



**ELITE LONG BARREL**

The Raider - U style          The Raider - H style

U956BH                          U1126BL

U958H                           U1126BL

ELITE H52                       WWII SPECIAL        BIG COP SPECIAL     STREET FIGHTER
INTEGRATED RAIL SYSTEM          REDFIRE 966         REDFIRE 965BL       REDFIRE 6230
U1166HS                                             (Scope sold separately)
                                                    SCP-RD25D (Page 9)

**SECRET AGENT SPECIAL**

NEW                             NEW

HPS HEAVY WEIGHT                HPS HEAVY WEIGHT    UP7M13
U1126                           U1126              U953

NEW                                                NEW

SECRET AGENT 92                 UP8                UP8
REDFIRE 9757                    U958               U956S

NEW                                                NEW

SECRET AGENT H99    SECRET AGENT 7B               SECRET AGENT H6B
HEAVY WEIGHT        REDFIRE 9660                    REDFIRE 935
U1266



**New Style Upper Rail System**

**4 Accessory Mounting Positions**

**MNT-990 (AR-15 MULTI-FUNCTIONAL MOUNT)**
Weaver style mount complete with deluxe tactical Weaver style rings. One piece body, with upper/lower sections, fits on carry handle with plenty ring slots to mount scope, laser and flash light.



**Precise Fit    Long Range Rear Sight    Quality Locking Plate    Retention Design Thumb Nut**

Version 5.5

➤ Exact Precision/Tolerances to Fit ALL M-16/AR-15 Variants
➤ Superior Quality Locking Plate
➤ Excellent Quality Thumb Nuts with Retention Design
➤ Long Range Rear Sight Adjustment
➤ Unmatchable Quality and Pricing

**MNT-950 (AR-15 CARRY HANDLE)**
Complete carry handle for AR type rifles. Fits on flat top guns and acts both as a carry handle and a rear sight system. Fully adjustable rear sight with windage and elevation clicks. Can be used with a variety of scopes, lasers and lights.



LEAPERS002003

AIRSOFT SPORT

29

**App. 519**

Confidential Information Subject to Protective Order



### AIRSOFT PISTOL

## GAS SPECIAL

Most Affordable
Quality Gas Airsoft with
Slide Action

UG161 **NEW**

## TACTICAL SOLUTIONS **NEW**

- Integrated Quad-Rail System with Scope and Laser
- Protective Eyewear

NEONFIRE 120TS
(Laser sold separately)

NEONFIRE 168TSL

### MILITARY AND LAW ENFORCEMENT ISSUES

**PRECISION 92 HEAVY WEIGHT**

**PRECISION 92 REGULAR WEIGHT**

**H STYLE 92 HEAVY WEIGHT** **NEW**

UG588H

UG58

H1188

UG588SH

UG588

H1188

UG588SH **NEW**

H1888

SMALL ARMS - H28 HEAVY WEIGHT **NEW**

MODEL 75
UG67

SMALL ARMS - H26 HEAVY WEIGHT **NEW**

H1099

H1095

THE OFFICIAL 11
UG04

H1138

H1138

28
www.leapers.com

---

### MNT-991 (AR-15 WEAVER STYLE BAR MOUNT)



Attaches to the carry handle of
AR-15 rifles and clones. One-
piece machined construction
with see-through design. Takes
standard Weaver type rings and
has many slots (16 slots) for
scope or accessory placement.
Black anodized aluminum fits
your guns and matches the
finish well.

5th Generation
New Style Upper Rail System

### MNT-992 (AR-15 WEAVER STYLE TACTICAL MOUNT)



This strong and sturdy mount
attaches to the carry handle of
AR type rifles. One-piece
machined construction with see-
through design. Takes standard
Weaver type rings and has 11
slots for scope or accessory
placement. Black anodized
aluminum fits your guns and
matches the finish well.

5th Generation
New Style Upper Rail System

### MNT-993 (AR-15 MILITARY TATICAL MOUNT)

Superior mil-spec quality and
design for serious use at a
fraction of the cost. Solid
machined construction with black
matte finish. Takes standard
Weaver rings or STANAG rings.
See-thru mount seats neatly
inside the upper receiver handle
and is cured with a knurled
thumbnut.

### MNT-995 (DELUXE SEE-THRU RISER MOUNT WITH PICATINNY AND STANAG DIMENSION) **NEW**



New Gen. Picatinny style riser
mount with see-thru design and
STANAG dimension for flat top
AR-15s, FALs and other rifles.
Precision machined to exact
tolerances from aircraft-grade
aluminum alloy. Clever retention
thumb nuts and locking plate for
easy and quick installation.
Anodized black matte finish. Has
plenty of slots for maximum scope
ring adjustments.

U.S Distribution - TAPCO

### MNT-996 (AR-15 FLAT TOP ADAPTOR MOUNT)



Excellently designed AR-15 flat
top mount system that attaches to
any Weaver rail on the latest
match rifles. User friendly thumb
nuts and locking plate for easy
and quick installation. Top mount
allows for AR-15 style scopes,
night vision installation.

### MNT-TL01 (DELUXE WEAVER TRILUX MOUNT)

The most versatile mount for
use with Trilux scopes and flat
top AR-15s, FALs and other
rifles utilizing a Weaver base.
Improved design secures using
side screws and locking
plate so that you do not
have to remove your scope
to remove the mount. The
top mount has the inch type
"ear" tabs for easy
installation of the Trilux
scopes. All steel
construction.

### TRILUX SCOPE MOUNT
### MNT-TL16 (TRILUX MOUNT FOR CARRY HANDLE)



Special mount for use with Trilux scopes and rifles
with AR-15 style carry handle. One piece body, all
steel construction, fits on top of a carry handle and
secured by mil-type knurled knob. Quick detach
through handle hole, no gun-smithing required.
The top mount has the inch type "ear" tabs for
easy installation of the Trilux scopes.

LEAPERS002004

**App. 520**

Confidential Information Subject to Protective Order

LEAPERS002005

## AK MOUNTS



**NEW**

**MNT-970TR**
[New Gen AK Tact'cal Tri-Rail Mount]
One-piece integral Picatinny tri-rails attached to receiver cover. Accepts all variety of scopes, tactical flashlights and lasers. Most exciting AK mount ever made.



**MNT-972**
[Deluxe AK Weaver Side Rail Mount]
Fits all AK-style side rail mounts. Allows use of open sights. Takes standard Weaver type rings and has 11 slots for scope or accessory placement.

*U.S. Distribution - Clearview Investments*



**MNT-971**
[Deluxe AK Integral Side Rail Mount]
Built-in integral 1-inch rings. One piece machined from aircraft-grade aluminum alloy. Accepts full or compact rifle scopes. Fits all AK-style side rail mounts. Allows use of open sights.

**MNT-976**
[New Gen. Weaver Style AK/MAK-90 Mount With 1" Tactical Rings]
Stabilizer design of receiver cover to ensure locking and prevent rocking. Longer Weaver see-thru rail for additional mounting positions. Optimum height/width clearance for all popular scopes.

## SKS MOUNTS

**NEW**



**MNT-848TR1**
[SKS Tri-Rail Mount]
One-piece integral tri-rails attached to receiver cover. Accepts all variety of scopes, tactical flashlights and lasers. Most exciting SKS mount ever made.

**MNT-848**
[SKS Hi-profile Integral Scot-thru Mount]
Very user friendly. Easy to install. No drilling or tapping required. Simply replace existing receiver cover with this mount and install one of our popular scopes to enjoy instant zero-in with no rocking. See-thru design. No. 1 best selling SKS mount worldwide.



**MNT-841**
[SKS Weaver Type Mount Plate]
Weaver style accepts rubber armored and 30mm tube scopes on SKS. To use with the base receiver cover of our 840 Mount and get the flexibility of mounting all kinds of scopes on your SKS.

**MNT-842**
[SKS Low-profile See-thru Mount]
For those who are seeking a lower profile scope mount. Still see-through. Has a raised Weaver style base and even includes 1" rings. All steel construction. Easy to install. Simply replaces the receiver cover. Scope returns to zero when reinstalled.

*U.S. Distribution - Clearview Investments*

## M1 CARBINE, M14, MINI-14, 10/22 and GALIL MOUNTS



**MNT-M1C**
[Deluxe M1 Carbine Mount Complete with 1" Rings]
Deluxe, durable M1 Carbine Scope Mount fits all models. Precision machined. Easy to install. No gunsmithing required. Complete with our high quality 1" Weaver Tactical Rings.



**MNF-614**
[New Gen. Deluxe M14/M1A Scope Mount]
Mil-spec quality deluxe sniper mount for use with M14/M1A rifles. One piece machined from aircraft-grade aluminum alloy. Top rail locks into the charger guide dovetail. Adjustable side screw provides a rock solid foundation for any high power sniper scopes. Accepts Weaver style rings and allows use of iron sight. Installs easily, no gun-smithing required.



**MNT-214**
[Mini-14 Weaver Style Mount with 1" Rings]
Constructed of aircraft aluminum and built to last. Complete with well made 1" Weaver style rings. Allows no gunsmithing. Does not mar the gun's surface and detaches quickly. Allows adjustments for elevation.

*U.S. Distribution - Clearview Investments*



**MNT-R222**
[Ruger 22 Weaver Mount Rail]
A great Weaver adaptor mount for Ruger 10/22. 3 7/8" long Picatinny/Weaver rail. 2 screw holes with recess housing. 7 slots on rail - Most mounting positions to allow for flexible eye relief adjustments. Complete with 3 screws. Excellent quality.



**MNT-GL91**
[Quick Lock/Release Galil Scope Mount]
Military spec side rail design to fit on Israel Galil rifle. Accepts M-16 military style scope rings. Quick release lever latch to firmly secure mount.

www.leapers.com

## AIRSOFT SUB-MACHINE GUN
## MINI ELECTRIC



U607

U601    U602    U603

U604    U605    U606

H601    H602    H604

**HM11G GAS GUN**



**HM11A SPRING GUN**



**WARNING:**
Airsoft Guns are NOT toys. They are target guns with varying projectiles and accuracies. Must be 18 years or older to purchase. Check local ordinances prior to purchasing. Must wear protective eye wear and use the same safety measures you would with any firearms. Leapers is not responsible for any property damage or personal injury resulted from inappropriate or unintended use of airsoft products, or inadequate protective equipment or safety measures.

**AIRSOFT SPORT**

www.leapers.com

**App. 521**

Confidential Information Subject to Protective Order

# AIRSOFT RIFLE
## COMMANDO SERIES



**NEONFIRE 357TSL** NEW
- Integrated Tri- or Quad-Rail System with Scope and Laser
- Protective Eyewear

**NEONFIRE 355TSL** NEW

**U312**
Worldwide Best Selling Rifle

**H210BTL**
H Style Rifle Complete w/1K BB's
NEW

COMPLETE TACTICAL SOLUTION

## ULTIMATE ELITE

**U314**
Worldwide Best Selling Sniper Rifle

**NEONFIRE 366TSL - HEAVY WEIGHT** NEW
New Gen. Tactical Rifle with Red Cross-Sight/Laser

**H207**
Worldwide Best Selling AR-15 Rifle

## BATTLE RIFLES

**H202L**
Scope Included

**H202**

**H205**

**NEONFIRE 217** NEW
Heavy Weight w/ Integral Rail, Laser, Tool Box

**H211B**

**NEONFIRE 366H**

**NEONFIRE 365** Integral Rail, Laser, Tool Box

**NEONFIRE 216** NEW

**NEONFIRE 322**

**NEONFIRE 358** NEW

**NEONFIRE 568L** NEW

Unless otherwise noted, scope, mount, rings, bipod or other accessories are not included, but available for sale separately.

26

---

FN/FAL - H&K

## FN/FAL MOUNTS    *Improved Year After Year*

- Larger ejection port for optimum performance
- Inch and metric compatible
- Accommodates aftermarket T-Bars for SUITS
- Lower Weaver base allows the use of iron sights

One piece body, machined from aircraft-grade aluminum alloy. Mount replaces the dust cover. Superior design with integral sliding rail system allows for quick and friendly installation and does not require locking plates. Takes standard Weaver type rings and has plenty of slots for scope or accessory placement. Optimum height/width clearance for all popular scopes.

**MNT-991C** [4th Gen. Deluxe FAL Mount with Integral Sliding Rail]
21 slots on mount

NEW

U.S. Distribution - TAPCO

Integral Rail

**MNT-992** [4" Gen. Deluxe FAL Stripper Clip Mount with Integral Sliding Rail]
Accepts .308 stripper clip without removing mount and scope.  13 slots on mount.

Integral Stripper Clip Mount

U.S. Distribution - TAPCO

**MNT-983** [Deluxe FAL Mount with Integral Sliding Rail and STANAG Rail]
Flat both inch and metric receivers. Made of aircraft-grade aluminum alloy with superior quality. One-piece integral sliding rails. One-piece integral STANAG mounting deck to accommodate any STANAG scope or rings. Also can be used with Picatinny adaptor for all other scope applications. Maintains the use of your iron-sights. Installs in seconds

NEW

U.S. Distribution - TAPCO

JUST SLIDE IN

STANAG DIMENSION

**MNT-989** [FN/FAL Receiver Cover Mount Complete with Rings]
Designed for FN/FAL with longer Weaver see-thru rail for additional mounting positions. Easy to install. Mount replaces the dust cover.  Tactical rings with optimum height/width clearance to fit all popular scopes.

---

## H&K MOUNTS

U.S. Distribution - TAPCO    NEW

U.S. Distribution - TAPCO    NEW

U.S. Distribution - TAPCO    NEW

NEW

**MNT-HK01**
[H&K Claw Mount]
Superbly designed and precision machined claw mount for use with G3, MP5 and Cetme rifles. Specially designed to accept STANAG ringscope applications. Also can be used with Weaver adaptor for all scope applications.

**MNT-996H** [New Gen. H&K Claw Mount with Double Picatinny Rails and STANAG Dimension]
Creative one-piece integral Picatinny double rails. Accepts all varieties of scope, tactical flashlight and laser. Additional STANAG dimension for most versatile applications. Great new gun look at the most affordable price.

**MNT-HKA01**
[2nd Gen. STANAG to Picatinny Adaptor Complete w/ Screws]
True Picatinny rail.  Slits on top of the STANAG mount - Most useful mount to covert from STANAG rail dimension to Picatinny rail dimension.  Complete with screws to attach the STANAG mount.

**MNT-PS01**
[G36 Handguard Picatinny/Weaver Rail]
3 7/8" long Picatinny/Weaver rail.  Two screw holes with recess housing.  Seven slots on rail.  Complete with 3 Screws.  Excellent quality and pricing.

LEAPERS0002006

Confidential Information Subject to Protective Order



## SPACE AGE Rings

**Many solutions, One source.**
**- Ring Leapers**

* High quality aircraft aluminum material
* Creative locking plate designed with spring retention for easy use
* Threaded stop-pin for airgun models

**Special Grid**
For Rubber Armored Scopes Only

**Synthetic Tape**
Tape On Inner Ring Surface to Protect Scope

**Integral Secure Bar**
Firmly Secure to Weaver/Picatinny Rail

**Locking Plate with Spring**
Creative Retention Spring Allows for Real Easy Use



**Weaver Rings**

1" diameter, 18mm width. Fits standard Weaver mounts.

**RG18W-25L**
Low Profile. Fits Up to 40mm Scope.

**RG18W-25M**
Medium Profile. Fits Up to 50mm Scope. (See-Thru)

**RG18W-25H**
High Profile. Fits Up to 56mm Scope. (See-Thru)

**Weaver Rings for Rings**

1" diameter, 18mm width. Fits standard Weaver mounts. For Rubber Armored Scope SCP-394R [Page 9]

**RG18W-25LA**
Low Profile. Fits Leapers Golden Image Rubber Armored Scope.

**RG18W-25MA**
Medium Profile. Fits Leapers Golden Image Rubber Armored Scope. (See-Thru)

**RG18W-25HA**
High Profile. Fits Leapers Golden Image Rubber Armored Scope. (See-Thru)

**.22/Airgun Rings**

1" diameter, 18mm width. Fits standard .22/airgun mounts.

**RG18D-25L**
Low Profile. Fits Up to 40mm Scope.

**NEW**

**RG18D-25M**
Medium Profile. Fits Up to 50mm Scope. (See-Thru)

**NEW**

**RG18D-25H**
High Profile. Fits Up to 56mm Scope. (See-Thru)

**NEW**

**NEW 30mm Rings**

30mm diameter, 18mm width. 2 styles to fit standard Weaver or .22/airgun mounts.

**RG18W-30H**
30mm diameter. High Profile. Fits Up to 56mm Scope. (See-Thru)

**NEW**

Weaver Ring

**RG18D-30H**
30mm diameter. High Profile. Fits Up to 56mm Scope. (See-Thru)

**NEW**

.22/Airgun Ring

www.leapers.com

---

## BELT · BAG · SLING



**NYL-ZA050 Heavy Duty Web Belt** - Heavy 2" black belt with Velcro system fits up to 55" waist. Adjustable with quick release snap. (Black)

**PVC-DB50 Heavy Duty Elite Law Enforcement Pistol Belt with Dual Mag Pouches** - Durably designed for use by elite force, law enforcement, and web enthusiasts with a modern and cool look. 2" wide with flexible and high quality adjustable Quick Release Buckle System. Sewn with reinforced threads and double-edge stitches for extra durability. Two extra modern style horizontal magazine pouches with buckle snap closures. (Black)



**PVC-542 Military Dress Belt**
Made of heavy nylon weave for size up to 42". Nickel buckle and metal tab end dress up your uniform or slacks. Fully adjustable to fit you even if you missed a meal on the hike; or just loaded up at the all you can eat buffet. (Black, OD Green, Khaki, Navy Blue, Camo)

**PVB-B571 Marine Style Quick Release Pistol Belt** - Durable Marine Style Pistol Belt. Ideal for carrying firearms, magazines, shovels, knives and other tools. Use belt keepers (not included) to hang all your gear from your belt. Constructed of heavy PVC with metal rivets and very well made quick release buckle. (Black, OD Green)

---

## UTG - Ultimate Tactical Gear

**PVC-GB101**
Deluxe Adjustable Universal Tactical Rifle Sling with Non-slip Grip & Metal Snap Hook(1.5")

**NEW**

**PVC-GB005**
Deluxe Universal Rifle Sling with Non-slip Grip(2")

**NEW**



**PVC-N3200**
**Tactical Shooter's Bag**
Tough synthetic material makes up our best quality shooters bag. Water resistant and more durable than canvas bags. Six exterior mag pouches with snap flap closure to hold up to 30 round magazine. Two full-size Velcro pockets neatly tucked behind the magazine pockets. Center pocket has a heavy duty zipper to contain ammo. Carrying handle and adjustable shoulder strap. Fully protect your range gear from any outside elements. (Black)



**PVC-301**
**Deluxe Tactical Mag Chest Pouch**
Deluxe tactical mag chest harness with three main pockets for two FAL, CETME, G3 or similar sized mags each. It can also hold 3 of the AR/M-16 mags each. A small document pocket with snaps rests against the chest. Whole system has quick release snaps that secure chest and waist. Pouches secured by Velcro closure. Excellent quality. (Black)

**PVC-MP2**
**Dual Pistol Mag Pouch, Velcro Closure** - Very sturdily made dual magazine pouch uses ALICE clips, making it easy to attach to any belt. The Velcro closure allows easy access, yet keeps those mags close where you need them. Roomy pockets can even handle the large Desert Eagle 357 9rd mag. (Black)

LEAPERS002007

**App. 523**

Confidential Information Subject to Protective Order

LEAPERS0022008

# MAG POUCH • HARNESS • BAG UTG

### DELUXE ADJUSTABLE RIFLE MAG POUCHES

- Features Velcro closure, drain holes and quick-open pulls
- Fully adjustable and removable belt hanger
- 2 non-slip, fully adjustable and removable leg straps



**TRIPLE DROP-LEG MAG POUCH - "SIX" MAGS MAX**
**PVC-LP003** (Black, Woodland Camo, Desert Camo, OD Green)
3 Deluxe Adjustable Rifle Mag Pouches. Universal design, each holding 1 to 2 most popular mags.

**DOUBLE DROP-LEG MAG POUCH - "SIX" MAGS MAX**
**PVC-LP004** (Black, Woodland Camo, Desert Camo, OD Green)
2 Deluxe Adjustable Rifle Mag Pouches. Universal design, each holding 2 to 3 most popular mags.

**PVC-P807B** *NATO Special Operation Commando Bag*
Constructed of heavy duty PVC with waterproof inner lining. Two zippered end pockets. 2 side pockets with Velcro closure. Inside major document pocket and Velcro protected clear ID pocket. Includes an extra wide 2" heavy duty wrap-around carry handle in the middle for comfortable carry and two reinforced wrap-around end cap carry handles. Numour 10 heavy-duty zipper with 3 pairs of double securing systems on top, and properly sealed by all around Storm flap and Velcro lock-down zip-ties. Designed to be barricade-friendly with padded/adjustable shoulder straps, even providing a lightfoot keeper. Additional padding on top of bag allows for comfortable carry on the back the a field. Great situation bag for hands-free operations when you are out in the field. 20x17x12"



### AK CHEST POUCH



**PVC-314** *New Gen. AK Mag Chest Pouch -* Great user friendly features. Made of iron-tough PVC and polyester to last thru loads of heavy-duty actions. This excellent chest harness comes with three main pockets comfortably holding one AK or similar sized mags each. In addition, there are 4 utility pockets. Each pouch/pocket features quick-open pulls, drain holes, snap and Velcro closure. Fully adjustable with waist and shoulder strap. (Camo, OD Green)

[24] www.leapers.com

### AK BELT POUCH



**PVC-915** *New Gen. AK Belt Pouch -* A lot of user friendly features. Made of iron-tough PVC and polyester to last thru loads of heavy-duty actions. This excellent belt pouch can comfortably hold 8 AK or similar sized mags. The main pocket features quick-open pulls, drain holes, snap and Velcro closure. Extra magazine pouch attached. Fits most medium to large frame pistol magazines. (Camo, OD Green)

### DELUXE RIFLE CHEST HARNESS

**PVC-918** *Deluxe Rifle Chest Harness -* Superbly designed with many user friendly features. Made of iron-tough PVC and polyester to last thru loads of heavy-duty actions. This new generation rifle chest harness has 10 large pockets to hold your rifle ammo. Each pocket can hold up to 2 SKS detachable 5 round mags or 2 10-round stripper clips, or one 10-18 rounds of rifle ammo. All pockets feature quick-open pulls, drain holes, snap and Velcro closure. Fully adjustable with waist and shoulder strap. (Camo, OD Green)

## Deluxe Tactical Tri-Rail Rings

**NEW**



RG178-25WM
[Page 10]

RG178-25DM
[Page 10]

MNT-168R25
[Page 10]

AND MORE ...
[Page 10]

## Deluxe Tactical Rings
28mm width, 4 hex screws per ring. Fits up to 45mm scope.



| RG28W-30C 30mm | RG28W-25C 1 inch | RG28D-25C 1 inch |
| Weaver Style | Weaver Style | .22/Airgun Style |

### Standard Tactical Rings
14mm width, 2 hex screws per ring. Fits up to 45mm scope.

| RG14W-30C 30mm | RG14W-25C 1 inch | RG14D-25C 1 inch |
| Weaver Style | Weaver Style | .22/Airgun Style |

## Laser and Flashlight Rings

✓ Light weight, precision machined aluminum with anodized black matte finish
✓ Mounting base designed with 3 locking Hex screws to fit on mounts with Picatinny/Weaver dimensions
✓ Simply slide onto rail and lock with supplied Allen wrench
✓ Great quality for tactical applications

**NEW**



**RG-FL680** Premium Tactical Flashlight Ring Complete with Adaptor. Takes any flashlight with diameter between 7/8" and 1"

**RG-LS861** Premium Tactical Laser Ring. Takes laser with diameter about ½"

## AccuShot Premium Airgun Rings

**PREMIUM AIRGUN/.22 RINGS COMPLETE WITH STOP-PIN**

✓ Precision machined from aircraft-grade aluminum alloy with anodized black matte finish
✓ Complete with Stop-Pin for rock solid application
✓ Ring base designed with locking Hex screws to tightly fit on mounts with airgun/.22 dove-tail dimensions
✓ Reversible locking plate to fit full range of airgun/.22 rails
✓ Great quality at most affordable price

**NEW**




RGPM-25M2    RGPM-25M4    RGPM2PA-25M4    RGPM2PA-25M4

**RGPM-25M2** Medium Profile Airgun/.22 Rings 1" diameter, 16mm width, fits scope with objective up to 45mm. 2 Hex screws on top to tightly secure the scope.

**RGPM-25M4** Medium Profile Airgun/.22 Rings 1" diameter, 21mm width, fits scope with objective up to 45mm. 4 Hex screws on top to tightly secure the scope.



**RGPM-25H4** High Profile Airgun/.22 Rings 1" diameter, 21mm width, fits scope with objective up to 56mm. 4 Hex screws on top to tightly secure the scope.

**RGPM2PA-25M4** Medium Profile Airgun/.22 Full Length Integral Mount 1" diameter, 21mm width, 120mm base length, fits scope with objective up to 45mm. Integral base provides added security and stability, reducing recoil and increasing performance.

**RGPM2PA-25H4** High Profile Airgun/.22 Full Length Integral Mount 1" diameter, 21mm width, 120mm base length, fits scope with objective up to 56mm. Integral base provides added security and stability, reducing recoil and increasing performance.

App. 524