Confidential Information Subject to Protective Order

# AIRGUN SCOPE AND RINGS

### Our Mission –
- To team up with world class airgun specialists to address forward trends and requirements for the airgun sport.
- To design, manufacture and supply creative, practical and user friendly products for airgunners.

### Our Work –
- We established our own product manufacturing and sourcing specifications based on valuable input from airgun experts and customers worldwide.
- Exciting product ideas were conceived and prototyped. They got worked and re-worked with iterative refinement until we felt that we had achieved the most dependable quality products for our airgun sportsmen, and until we felt that we had perfected such items at the most affordable prices for our loyal customers.

### Our Results –
The reception of our airgun sport items has been extraordinary since we started this endeavor. We have successfully launched a number of unique scopes and mounts in the U.S. as well as Europe.

### Our Commitment –
Leapers will keep a strong focus on AIRGUN SPORT and continue to introduce items tailored for airgunners. We promise that there will be more exciting items to come. Stay tuned!



## Airgun Scopes

Frustrated by "hunting" for the right airgun scope? Don't settle on just another regular, run-of-the-mill scope! LEAPERS knows your needs and concerns, above and beyond the regular shooting requirements. Our scopes are constructed specifically to address –

- Air Rifle Recoil
- Target Distance
- User Friendliness
- Light Transmission
- Adjustment Precision and MORE........

Looking for new features and upgrades? Check out what we've developed for you, the airgunners. Guaranteed to surprise and delight, not to mention making you the envy among your shooting pals!

- Our Newly Designed 30mm Scopes
- Latest Mil-Dot Range Estimating Reticle
- Exciting Side Wheel Parallax Adjustment, Truly Adjustable from 10 Yards up

## Airgun Rings

- A wide variety to fit a full range of airgun/.22 rails
- All made from aircraft aluminum
- Designed to reduce recoil, protect your scope and increase accuracy and performance
- Designed with optimal heights and clearances for different scopes


**< Standard Model >**
Smooth Curved Design
Easy to Use Thumb Screw


**< Space Age Model >**
Solid Locking Plate
with Spring Retention


**< AccuShot Model >**
Complete with Stop-Pin and Solid Locking Device


**< AccuShot Model >**
Reversible Locking Plate to Fit Most Rails


**< AccuShot Model >**
Full Length Integral Mount


ONE PIECE ALUMINUM TUBE   EMERALD LENS COATING   NEW 30MM TUBE   SIDE WHEEL PARALLAX ADJUSTMENT


EASY-TO-GRIP KNOBS   ERGONOMIC DESIGN   MIL-DOT RANGE ESTIMATING SCP-384M32

[18]

# HOLSTER


UTG

## DELUXE UNIVERSAL HORIZONTAL SHOULDER HOLSTER



**PVC-H170 (BLACK, OD GREEN)**
High quality and very cleverly designed shoulder holster with loaded features. Universal design to fit most popular auto pistols and revolvers. Modular design allows for both left and right handed use. Each rig includes a padded shoulder harness, and a holster with soft lining to protect guns and two mag pouches. All components are fully adjustable with Velcro straps attached to web belt for holster/pouch tension. Tactical design to keep gun in ready position and still out of the way.

### NEW GEN. ELITE TACTICAL LEG HOLSTER


**PVC-H168ET (RIGHT HAND, BLACK)**
**PVC-H169ET (LEFT HAND, BLACK)**
- Super strong coated PVC outer shell with soft lining to protect guns.
- Tactical design to keep gun in ready position. Velcro strap adjusts to legs, keepers for height and tension and snap for holster tension.
- High quality Quick Release Buckle System.
- Extra magazine pouch attached.
- Fits most medium to large frame autos, Glock, Beretta, Taurus, Ruger, Sig, M-1911 and others.

### SPECIAL OPS UNIVERSAL TACTICAL LEG HOLSTER


**PVC-H179 (BLACK, WOODLAND CAMO, DESERT CAMO, OD GREEN)**
- Fully adjustable and removable belt hanger
- Deluxe non-slip holster pad, and non-slip, fully adjustable and removable leg strap – For maximum comfort and provide additional retention for your handgun during extreme operations, rappelling, swimming and jumping.
- Extra mag pouch
- Thumb break security
- Universal design – For most medium to large frame pistols.
- Adjustable closure – For a tight pistol barrel fit.

### MAC11 HOLSTER


**PVC-HM11 (BLACK, OD GREEN)**
- Constructed with superior quality Cordura to provide additional retention for your handgun in the field.
- Drop leg design allows for a quick draw from any position.
- Double elastic straps with quick release buckle, fully adjustable, and secure tightly to legs.
- Designed to hold medium to large frame pistol and MAC11 with extra mag pouch to hold MAC11 magazine.

### DELUXE TACTICAL BELT HOLSTER





**PVC-H178 (BLACK, WOODLAND CAMO)**
- Works on any belt up to 2" wide and fits most popular auto pistols and revolvers.
- Constructed of super strong coated PVC outer shell with soft lining to protect guns, and with fully adjustable thumb break.
- Designed for maximum security, absolute comfort and quick draw.

LEAPERS002009




Confidential Information Subject to Protective Order

VEST · BACKPACK

**DESERT CAMO**

NEW

# UTG - Ultimate Tactical Gear

## DELUXE TACTICAL VEST WITH QUICK DRAW HOLSTER, POUCH & BELT

**PVC-V547 (Black-BT, Woodland Camo-CT, Desert Camo-DT, OD Green-GT)**

- 4 Deluxe Adjustable Rifle Mag Pouches – Universal design, each holding 1 - 2 most popular mags. Features Velcro closure, drain holes and elastic to hold *mags tight*
- 1 Deluxe Universal Holster – Adjustable position, extra mag pouch
- 2 Large Internal Zippered Map/Document Pouches
- 3 Deluxe Universal Pistol Mag/Flashlight Pouches – Adjustable height
- 1 Radio Pouch, 1 Large ID Pouch, Sniper Shoulder
- Heavy Duty Back Loop System – To carry additional gear/tools
- Fully Adjustable in Girth and Length – One size fits most
- Complete with Great Quality Pistol Belt with Pouches
- High Quality Zippers

**WOODLAND CAMO**

**OD GREEN**

***PVC-546* Multi-Functional Tactical Vest**

Most versatile design for use with all AR-15/M16 variants, Mini-14/30, H&K, M14/M1A, FAL, M-1 Carbine and other applications. Made of iron-tough PVC and polyester to last thru loads of heavy-duty actions. Fully adjustable and thickly padded shoulder straps with snap tops to secure flashlight or other gear. *Quick release chest and waist buckle systems.* Four ***oversized*** mag pouches with quick-open pulls to hold up to 10 of the AR-15 magazines, drain holes, snap and Velcro closure. Two grenade pockets with quick-open pulls, drain holes and snap closure. Snap and Velcro belt loops attach to pistol belt. (Black, Camo)

***PVC-524* Deluxe AK Style Tactical Vest/Pouch**

Most versatile design for use with the famed AK and similar applications. Made of iron-tough PVC and polyester to last thru loads of heavy-duty actions. Fully adjustable and thickly padded shoulder straps and Velcro adjustable chest strap. 2" wide Nylon waist with heavy duty quick release buckle system. Four AK style *mag pouches with Velcro flap closure, each holding up to 2 mags.* Two smaller mag/ammo pouches with Velcro flap closure. Two 3 ½ x 2 ½ x 1" utility pouches with Velcro flap closure. One 6 ½ x 5 ½ x 1 ¾" large rear utility pouch with Velcro and zippered flap closure. One 28" x 5" heavy duty "secret" hidden compartment on the inside with double zipper heads. (Black, Camo)

***PVC-523* Deluxe Tactical Backpack**

Deluxe tactical backpack for police/military. Perfect for all outdoor activities. Constructed of heavy duty PVC exterior, teamed up with a touch nylon lined interior, a whopping 2,411 cu. in. of storage, *adjustable waist strap and fully padded* shoulder straps. Extra top document pouch and two spacious side pockets measure 8¼ x 2 x 4" with strap closure. (Black, Camo, OD Green)

**1" TUBE SCOPE** (PAGE 5)

3-9X40 FULL SIZE MIL-DOT @35 YDS SCP-394MD2

3-9X40 MINI MIL-DOT @35 YDS SCP-394MED2

6X40 MINI MIL-DOT @35 YDS SCP-640MED2

4X32 MINI MIL-DOT ILLUMINATED @35 YDS SCP-432MEDL2 / L4

**30MM TUBE SCOPE** (PAGE 5)

4-16X56 FULL SIZE MIL-DOT SIDE WHEEL ADJUSTABLE OBJECTIVE 30MM TUBE SCP3-416AOMD

18X56 FULL SIZE MIL-DOT SIDE WHEEL ADJUSTABLE OBJECTIVE 30MM TUBE SCP3-1856AOMD

3-12X56 FULL SIZE MIL-DOT @35 YDS 30MM TUBE SCP3-312MD2

- Complete with Stop-Pin
- *Precision Machined from Aircraft-Grade Aluminum Alloy with Anodized Black Matte Finish*
- Great Quality at Most Affordable Price
- Ring Base Designed with Locking Hex Screw(s) to Tightly Fit on Airgun/.22 Dovetail Mounts
- Reversible Locking Plate to Fit Full Range of Airgun/.22 Rails

| Model | Profile | Diameter | Width | Height | Optical Scope Objective | Ring Screws | Locking Device | Integral Mount |
|---|---|---|---|---|---|---|---|---|
| RG14D-25C | Medium | 1" | 14mm | 15mm | 45mm | 2 Hex | Plate/Thumb Screw | |
| RG18D-25L | Low | 1" | 18mm | 13.5mm | 40mm | 4 Hex | Retention Plate/Hex Screw | |
| RG18D-25M | Medium | 1" | 18mm | 20mm | 50mm | 4 Hex | Retention Plate/Hex Screw | |
| RG18D-25H | High | 1" | 18mm | 26mm | 56mm | 4 Hex | Retention Plate/Hex Screw | |
| RG18D-30H | High | 30mm | 18mm | 26mm | 56mm | 4 Hex | Retention Plate/Hex Screw | |
| RGPM-25M2 | Medium | 1" | 15mm | 14.5mm | 45mm | 2 Hex | Reversible Plate/Hex Screw | |
| RGPM-25M4 | Medium | 1" | 21mm | 14.5mm | 45mm | 4 Hex | Reversible Plate/Hex Screw | |
| RGPM-25H4 | High | 1" | 21mm | 21.5mm | 56mm | 4 Hex | Reversible Plate/Hex Screw | |
| RGPM2PA-25M4 | Medium | 1" | 21mm | 14mm | 45mm | 4 Hex | Reversible Plate/Hex Screw | ✓ Length 120mm |
| RGPM2PA-25H4 | High | 1" | 21mm | 21.5mm | 56mm | 4 Hex | Reversible Plate/Hex Screw | ✓ Length 120mm |

# DELUXE TACTICAL GUN CASE

**MOST DURABLE AND ATTRACTIVE CASES FOR YOUR FAVORITE FIREARMS**

UNDER THE GUN™



**Water Resistant Heavy Duty Shell**
Constructed with super durable water-resistant 1680 or 1200 Denier PVC for the outer shell.

**Ultimate Protection - Over 2" Padding**
Well padded with 2" thick finest, high-density foam. Soft interior linings sewn and glued for added strength. Provides maximum protection from bumps and scrapes against the weapon.

**Reinforced Thread/Stitching & Edging**
Entire case is sewn with reinforced threads, about 6 stitches per inch and double-edge stitched for extra durability.

**Tough Nose/Back Support & D-Ring**
Reinforced tip and tough back support for long lasting wear with attached D-ring for hanging in storage.

**Lockable Zipper/Name Tag**
#10 super quality zipper with two heavy duty zipper heads to resist clogging and snagging, and prevent scratching guns. Name/weapon tag pocket included. Case is fully lockable.

**Carry Handle/Shoulder Strap** Includes a 1.5" reinforced one-piece wrap around carry handle, and a 1.5" adjustable shoulder strap sewn to the case.

    



### DC SERIES

**BLACK, CAMO, OD GREEN**

**PVC-DC38** - 38"X12". Fits Scoped AKM, MAK-90, HK-94, Retractable Stock AR-15, Collapsible Mini-14, and others.

**PVC-DC42** - 42" X 12". Fits Scoped AR-15, M-16, Mini-14, HK-91, HK-93, and others.

**PVC-DC46** - 46" X 12". Fits Scoped FN-LAR, FN-FAL, FN-49, Sig, M1-A, M14, M1 Garand, and others.

**Accessory Pocket:** Five magazine pockets with Velcro closure for storing mags, ammo, cleaning supplies and other accessories.

### GENERAL PURPOSE RIFLE CASE - PVC-SK44

**PVC-SK44 (BLACK, CAMO, OD GREEN)** - 44"X11". Fits SKS, MAK-90, AK-47, M1 Carbine, Ruger 10/22 and others. Includes a 10"X8" pocket with Velcro closure for storing mags, ammo, cleaning supplies and other accessories. 1.5" reinforced one-piece wrap around carry handle. No shoulder strap.

### MULTI FUNCTIONAL CASE - PVC-DC26

**PVC-DC26 (BLACK, CAMO, OD GREEN)** - 26" X 11". Fits MP5, UZI with retractable stocks or three pistols, and others. Includes 2 MP5/UZI type mag pockets, 2 pistol mag pouches, 1 bottle pouch and one 11"x9" pocket w/ Velcro closure for storing magazines, ammo, cleaning supplies and other accessories. 1.5" reinforced one-piece wrap around carry handle, and a 1.5" padded, adjustable shoulder strap.

---

# DELUXE FLOATABLE AND SPECIALTY GUN CASE

UNDER THE GUN™



### SIGNATURE FEATURES



TOUGH NOSE


**Water Resistant Heavy Duty Outer Shell**
Constructed with super durable water-resistant 1680 or 1200 Denier PVC for the outer shell.

**Dual Foam - Protection and Floating**
Total thickness over 2". Quilted to the lining is an inner pad layer with finest, high-density open-cell foam to provide maximum protection against bumps and scrapes on the weapon. The top layer features the floating closed-cell foam that wraps the case to float your gun and provide strong protection against penetrating impact.

**Waterproof Storm Flap Closure** Properly seal the zipper area to reinforce the waterproof feature.

**Reinforced Thread/Stitching & Edging** Entire case is sewn with reinforced threads, about 6 stitches per inch and double-edge stitched for extra durability.

**Carry Handle/Padded Shoulder Strap** Includes a 2"(1 1/2" for Shotgun Case) reinforced one-piece wrap-around carry handle, and a 1-1/2" padded and adjustable shoulder strap.

**Tough Nose/Back Support & D-Ring** Reinforced tip and tough back support for long lasting wear with attached D-ring for hanging in storage.

**Lockable Zipper/Name Tag** #10 Super quality zipper with two heavy duty zipper heads to resist clogging and snagging, and prevent scratching guns. Name/weapon tag pocket included. Case is fully lockable.




**PVC-SR44 / SR46 (BLACK, CAMO, OD GREEN)** - 44"/46" X 12". Fits scoped firearms up to 44"/46" in length.
**Accessory Pocket:** Features 10" x 7.5" pocket with Velcro closure for storing magazines, ammo, cleaning supplies and other accessories.

**PVC-SG48 / SG52 (BLACK, CAMO, OD GREEN)** - 48"/52" X 9 1/2". Fits shotgun up to 48"/52" in length.
**Accessory Pocket:** Features 8.5" x 6" pocket with zipper closure for storing extra choke tubes, ammo, cleaning supplies and other accessories.

## ADVANTAGE SERIES
**OVER-SIZE, MULTI-FUNCTIONAL FOR MULTIPLE APPLICATIONS**
**(BLACK, CAMO, OD GREEN)**

Other than the regular cases made for a wide variety of firearms, we also custom-make cases for gun manufacturers, air rifle distributors and others. Just as our regular items, these specialty cases are generously cut and made with superior quality material and workmanship. They meet unique user requirements and sometimes are even match-dyed to present a distinctive appearance. If you have a unique requirement, trust us to offer you the best value product you can get under the sun!



### Deluxe Covert Ninja Case - PVC-MC42


**PVC-MC42 (BLACK, CAMO, OD GREEN)**
- Great Quality PU/EVA Made Outer Shell with Over 2 3/4 " Thick High-Density Foam
- Concealed Dual Rifle Storage – 42" X 14 ½" X 2 ¾"
- Huge Padded Front Pocket – 38" X 12 ½" with Multiple Concealed Pouches
- Removable 2" Dual Padded Shoulder Straps – Wear Like a Pack
- 2" Reinforced One-piece Wrap Around Carry Handle
- #10 Heavy Duty Zipper with Dual Zipper Heads, Fully Lockable

Confidential Information Subject to Protective Order

LEAPERS002011

App. 527

 

# QUICK GUIDE
## TO GENUINE LEAPERS/UTG OPTICS
March 21, 2014

**LEAPERS, INC.**   32700 Capitol St., Livonia, MI 48150, USA Tel: (734) 591-0012, Fax: (734) 542-7095, office@leapers.com

Leapers, Inc. started our business 22 years ago with one 4X28 scope. Imagine how many different optics models we have introduced during the two plus decades. Hence, it is not always easy to explain scope characteristics in a clear-cut way. This quick guide focuses on our current models and is intended to provide only the simplest characteristics end consumers can check relatively easily. Whenever there is any doubt, please do not hesitate to contact a legitimate distributor or to verify with Leapers directly. Caution is always the best policy when you make your investment in shooting accessories.

| What to Check | Illustrations | | |
|---|---|---|---|
| **Logo –** <br>1) A genuine Leapers/UTG scope ALWAYS has a logo. <br>2) Depending on the model, the logo could be: <br>   a. an engraved UTG Design, or <br>   b. "ACCUSHOT", or <br>   c. "Leapers" logo plate. <br>3) 99% of our current models are either UTG or AccuShot as we are in the process of discontinuing the "Leapers" plate. Only 1 or 2 products bear this logo. <br>4) BEWARE that **ALL** COUNTERFEIT SCOPES reported to us so far were found to have the "Leapers" logo plate. | **UTG Design** | **ACCUSHOT** | **Leapers** |
| **Serial # - (S/N)** <br>1) A genuine Leapers/UTG scope ALWAYS has an engraved S/N. <br>2) Depending on the manufacturing time, the S/N could look like either of the following. (Note that these are EXAMPLES ONLY.) <br>   a. U13-040510 <br>   b. VW0091UB23 (encrypted) <br>3) To fight counterfeits, we are changing all our optics S/N to the (2)b encrypted S/N. Contact Leapers to validate any S/N that looks like an encrypted # for authenticity of the scope. | **Serial # Example 1** | **Serial # Example 2** | |
| **Illumination –** <br>1) 36-color illumination enhancing(IE) reticle is UTG proprietary, patented technology. Patent # is engraved on the scope. | | | |
| **Illumination -** <br>2) Leapers/UTG optics pioneered the red and green illumination technology in our optics in as early as 2003. Our optics then advanced directly from the red/green technology to our 36-color IE technology. We have **NEVER** made any optics with **Red, Green and Blue 3-color illumination.** See a suspicious scope with blue color, it is a counterfeit. | **RGB (Red/Green/Black)** | | **IE** |

**LEAPERS, INC.**

... **The Best Never Rest** ...



Page 1 of 1

Confidential Information Subject to Protective Order

LEAPERS014059

App. 528



Confidential Information Subject to Protective Order

LEAPERS005621

App. 529



# 5ᵗʰ Gen. Range Estimating/Reticle Intensified Adjustable Objective Scope

**R G B** (Red Green Black Reticle)

## Major Features:

- **Rugged One Piece Tube Construction for All Terrains/Weather**
  - Precision machined to exact tolerances from aircraft-grade aluminum alloy
  - Completely sealed and nitrogen filled to stop moisture ingress.
  - Perfect for all terrains and all weather conditions.
- **Sealed Windage and Elevation Housing with Tru-Hunter Turrets**
  - Windage and elevation housing features machine plate controlled seals, to eliminate risk of water ingress and fogging.
  - Tru-Hunter Turrets are manufactured in brass with easy to grip rings making adjustments simple even whilst wearing gloves.
  - Positive and precise 1/4 MOA for accurate and consistent shooting.
- **Multi Layer Lens Coating for Optimum Light Transmission**
  - Unique high tech coating applied to lens elements ensure much better light transmission to optimize optical performance.
  - Multi layer coatings ensure maximum utilization of all ambient light to optimize resolution and clarity.
- **Wide Field of View with Tactical Mil-Dot Reticle**
  - Wide field of view and edge to edge lens clarity allow for clearly picking up quarry on the peripheral edge of the sight picture.
  - The precise Tactical Mil-Dot reticle allows the shooter to estimate ranges and enhance accuracy.
- **High Quality Precision Machined Parts**
  - Guarantees smooth and accurate operation, and deliver consistent and reliable performance.
- **Power Illuminated Reticle with Red/Green Dual Illumination**
  - Adjustable intensity of the illuminated reticle gives optimum reticle clarity in variable light conditions, increasing accuracy in daylight and twilight environments.

1 of 4



## A. Range Estimating

Regular mil-dot reticle found on the market usually has 4 dots on each direction of the cross hair, giving you 9 different aiming points for either windage or elevation. If you count the 2 inner tips of the opposite duplex cross hairs, you get 11 aiming points. Leapers's own 24 Mil-Dot Reticle (TRE) has 6 dots on each direction of the cross hair, giving you 13 aiming points or 15 including the inner tips of the duplex cross hairs.

* Range estimating requires common knowledge/experience about your target's actual width or height.
* 1 mil in a scope reticle is the distance from the center of one dot to the center of the next dot
* Set your scope at the highest power. View the target through the scope. Place the center of the dot against one edge of the target and measure to the opposite edge of the target.
* Once the target has been measured in mils, depending on the scope model, a formula is available to estimate the distance of the target. An example formula for 4X32 Mini is provided here for your reference:

$$\frac{\text{Height or Width of Target in Meters} \times 333}{\text{Height or Width of Target in Mils}} = \text{Range in Meters (1M = 1.0936 Yards)}$$

* For accurate range estimating the size of the target must be known.
* Below is an example of range estimate chart for reference:

*Note: Each model will comes with its own formula and a pre-calculated mil-dot table of most used distance estimates to aid the user.*

2 of 4

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS006542

App. 530



# GOLDEN IMAGE
## GOLDEN IMAGE FULL SIZE SCOPE INSTRUCTIONS



| Model | 4X32 | 4X40 | 4X32AO |
|---|---|---|---|
| Magnification: | X4 | X4 | X4 |
| Objective Dia.: | 32 mm | 40 mm | 32 mm |
| Field of View @100yds: | 34 ft | 34 ft | 34 ft |
| Eye Relief: | 3.2 ins | 3.2 ins | 3.2 ins |
| Exit Pupil: | 8 mm | 8 mm | 8 mm |
| Click Value @ 100yds: | 0.25 ins | 0.25 ins | 0.25 ins |
| Length: | 11.3 ins | 11.7 ins | 11.8 ins |
| Weight: | 10.6 oz | 11.5 oz | 12.9 oz |
| Parallax Setting | Y1 - 100yds Y2 - 35yds | Y1 - 100yds Y2 - 35yds | 10yds-infinity |

## Major Features:

**Rugged Construction for All Terrains/Weather**
- Precision machined to exact tolerances from aircraft-grade aluminum alloy.
- Completely sealed and nitrogen filled to stop moisture ingress.
- Perfect for all terrains and all weather conditions.

**Sealed Windage and Elevation Housing with Finger Adjustable Turrets**
- Windage and elevation housing features O-ring seal, to eliminate risk of water ingress and fogging.
- Finger adjustable turrets are manufactured with easy to grip design.
- Positive and precise 1/4 MOA for accurate and consistent shooting.

**Wide Field of View**
- Wide field of view and edge to edge lens clarity makes this a true hunting scope, clearly picking up quarry on the peripheral edge of the sight picture.

**Fast Focus Eye Piece**
- Ergonomic design for ease of use.
- One step action to achieve focus in aiming.

1 of 4

## A. Mil-dot Estimating (for Mil-dot Models Only)

- Range estimating requires common knowledge/experience about your target's actual width or height.
- 1 mil in a scope reticle is the distance from the center of one dot to the center of the next dot.



- Set your scope at the highest power. View the target through the scope. Place the center of the dot against one edge of the target and measure to the opposite edge of the target.
- Once the target has been measured in mils, a formula is available to estimate the distance of the target.

$$\frac{\text{Height or Width of Target in Meters} \times 200}{\text{Height or Width of Target in Mils}} = \text{Range in Meters (1M = 1.0936 Yards)}$$

- For accurate range estimating the size of the target must be known.
- Below is an example of range estimate chart for reference:

Range in Meters (1M=1.0936 Yards)

[Range estimate chart with multiple columns of numeric values]

For example, if the actual target you are aiming is 38" tall and measures 3 mils at the highest magnification power, its range is 61 meters (67 yards).

**Note:** Each model comes with its own formula and a pre-calculated mil-dot table of most used distance estimates to aid the user.

2 of 4

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS006343

App. 531



# OPTICS

**INNOVATION · QUALITY · VALUE · SERVICE**

32700 Capitol Street, Livonia, MI 48150 U.S.A.    Email: office@leapers.com

**OPTICS** 005

## MOST VERSATILE APPLICATION

### BIG GAME HUNTING

### TACTICAL SOLUTION

### PREDATOR HUNTING

## & EXPERT REVIEW

**TOM GAYLORD** has been testing and writing about airguns for 14 years. He indicates, unlike firearms which kick on to the rear, a spring-piston air rifle kicks both ways, but much harder in the forward direction. This two-way snap has proven brutal on scopes. The hardest-recoiling airgun in the business is Webley's Patriot, or what Beeman calls the Kodiak. It can bruise the shoulder of a careless shooter in just a handful of shots, or give you a headache, if you hold it too tightly while shooting. Webley's Patriot was used to perform the test on Leapers 3-9X40 Full Size TS Scope (SCP-394AOMDLTS). The Patriot is a 9-lb. break barrel spring rifle that generates as much as 30 foot-pounds when shooting the heaviest pellets. 750 shots were fired with 100 shots per session.

The scope passed the first test with flying colors. Nothing inside moved or became loose in the slightest. Other brands of scopes have failed dramatically after being subjected to far less abuse. The red/green-illuminated reticle was still working perfectly also. The second test was to determine if the scope's reticle adjustments still worked. A simple way to do this is to shoot at a target, holding on the same aim point for every shot, and adjusting the reticle around the target. If the pellet moves in the same direction as the adjustment, the scope works. In Tom's test, the aim point for every shot was the center of the bullseye. Adjustment were positive and reliable.

Confidential Information Subject to Protective Order

LFAPFRS002064

028

# OPTICS

www.leapers.com  Tel: (734) 542-1500  Fax: (734) 542-7095

## GOLDEN IMAGE VALUE BUY!

- Built on True Strength Platform, Completely Sealed and Nitrogen Filled, Shockproof, Fogproof and Rainproof
- Precision Machining Workmanship for the Most Dependable Wear-resistance Windage/Elevation Adjustment
- Mil-dot Range Estimating Reticle for Optimal Aiming and Shooting Performance

**TS TRUE STRENGTH**

**BONUS!** Rings and Flip-open Lens Caps included with All Models

**SCP-392AOMDTS** — 1" 3-9X32 Full Size AO Scope, Sapphire Lens, Finger Adjustable Turrets, Flip-open Lens Caps

**SCP-432AOMDTS** — Master Sniper 1" 4X32 Full Size AO Scope, Sapphire Lens, Finger Adjustable Turrets, Flip-open Lens Caps, 2" Sun Shade and RGWM-25L2 AccuShot Tactical Rings

**SCP-432FW** — 1" 4X32 Full Size, Sapphire Lens, Finger Adjustable Turrets, Flip-open Lens Caps, RGWM-25L2 AccuShot Tactical Rings, Pre-adj @ 100 Yds — NEW

**SCP-432FD** — 1" 4X32 Full Size, Sapphire Lens, Finger Adjustable Turrets, Flip-open Lens Caps, RGPM-25M2 Low Profile .22/Airgun Rings, Pre-adj @ 35 Yds — NEW

### DATA TABLE

| Item | SCP-392AOMDTS | SCP-432AOMDTS | SCP-432FW | SCP-432FD |
|---|---|---|---|---|
| Magnification | 3X - 9X | 4X | 4X | 4X |
| Tube Diameter | 1" | 1" | 1" | 1" |
| Objective Diameter | 32mm | 32mm | 32mm | 32mm |
| Field of View @100 Yards | 39.0' - 13.0' | 34.0' | 34.0' | 34.0' |
| Eye Relief | 3.3" - 3.1" | 3.2" | 3.2" | 3.2" |
| Exit Pupil | 10.0 - 3.5 mm | 8.0 mm | 8.0 mm | 8.0 mm |
| Click Value @100 Yards | 1/4" | 1/4" | 1/4" | 1/4" |
| Length | 12.8" | 12.8" | 300mm | 300mm |
| Weight | 13.2oz | 13.1oz | 10.8oz | 10.8oz |
| Parallax Setting | 6 Yds - Infinity | 7.5 Yds - Infinity | 100 Yds | 35 Yds |
| Batteries | N/A | N/A | N/A | N/A |

Confidential Information Subject to Protective Order — LEAPERS00087

# UTG® SCOPE ACCESSORIES
## ESSENTIAL TOOLS FOR PRECISION AIMING

## PARALLAX FINE TUNING

Get this smart tool to aid your precision target shooting. Easy to install, easy to use and easy to hit the bull's eye!

### SWAT BIG WHEEL

**NEW** SCP-SW60B
New Gen 60mm Add-on Side AO Wheel

**DESCRIPTION**
parallax and fine tune the adjustment to reach the optimal setting.

Quick Reference AO Numbers

Inner Rubber Ring for Firm Grip onto AO Knob

SCP-SW100B
New Gen 100mm Add-on Side AO Wheel

## LENS GLARE PROTECTION

Lens glare not only causes confusion to the shooter, but may block some targeting areas during aiming. Great and practical tools here we provide to address such issue. Front and rear for best protection.

### SUNSHADE

**DESCRIPTION**
onto the objective tube of the scope.

2.4" Tactical Sunshade for 40MM Objective UTG Scopes

### EYESHADE

**DESCRIPTION**
the fitting eye mask level concentration on the target glares usually associated with very bright and windy ambient conditions.

**NEW** SCP-ES352
Eye shade for proper eye relief and glare prevention.

ES352
ES403





Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS006779

App. 536

# RANGE ESTIMATING / RETICLE INTENSIFIED/ ADJUSTABLE OBJECTIVE SCOPE



1 of 4

Confidential Attorney Eyes Only Information Subject to Protective Order

**Major Features:**

> **Rugged One Piece Tube Construction for All Terrains/Weather**
> - Precision machined to exact tolerances from aircraft-grade aluminum alloy.
> - Completely sealed and nitrogen filled to stop moisture ingress.
> - Perfect for all terrains and all weather conditions.

> **Sealed Windage and Elevation Housing and Turrets**
> - Windage and elevation housing features machine plate controlled seals, to eliminate risk of water ingress and fogging.
> - ==Turrets are manufactured with easy to grip finger adjusting design, making adjustments simple even whilst wearing gloves.==
> - Positive and precise 1/4 MOA for accurate and consistent shooting.

> **Multi Layer Lens Coating for Optimum Light Transmission**
> - Unique high tech coatings applied to lens elements ensure much better light transmission to optimize optical performance.
> - Multi layer coatings ensure maximum utilization of all ambient light to optimize resolution and clarity.

> **Wide Field of View with Tactical Mil-Dot Reticle (For Range Estimating Models Only)**
> - Wide field of view and edge to edge lens clarity allow for clearly picking up quarry on the peripheral edge of the sight picture.
> - The precise Tactical Mil-Dot reticle allows the shooter to estimate ranges and enhance accuracy.

> **High Quality Precision Machined Parts**
> - Guarantees smooth and accurate operation, and deliver consistent and reliable performance.

> **Illuminated Reticle with Red or Red/Green Dual Illumination (For Reticle Intensified Models Only)**
> - Adjustable intensity of the illuminated reticle gives optimum reticle clarity in variable light conditions, increasing accuracy in daylight and twilight environments.

**A. Range Estimating:**

Regular mil-dot reticle found on the market usually has 4 dots on each direction of the cross hair, giving you 9 different aiming points for either windage or elevation. If you count the 2 inner tips of the opposite duplex cross hairs, you get 11 aiming points. Our own 24 or 40 Mil-Dot Reticle (TRE) has 6 or 10 dots on each direction of the cross hair, giving you 13 or 21 aiming points

- Range estimating requires common knowledge/experience about your target's actual width or height.
- 1 mil in a scope reticle is the distance from the center of one dot to the center of the next dot.



- Set your scope at the highest power. View the target through the scope. Place the center of the dot against one edge of the target and measure to the opposite edge of the target.
- Once the target has been measured in mils, depending on the scope model, a formula is available to estimate the distance of the target. An example formula for 3-12X40 Full Size Scope is provided here for your reference:

$$\frac{\text{Height or Width of Target in Meters} \times 1000}{\text{Height or Width of Target in Mils}} = \text{Range in Meters (1M = 1.0936 Yards)}$$

- For accurate range estimating the size of the target must be known.
- Each model comes with its own formula and a pre-calculated mil-dot table of most used distance estimates to aid the user.

--- 2 of 4 ---

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS006781

**Major Features:**

> **Rugged One Piece Tube Construction for All Terrains/Weather**
> - Precision machined to exact tolerances from aircraft-grade aluminum alloy.
> - Completely sealed and nitrogen filled to stop moisture ingress.
> - Perfect for all terrains and all weather conditions.

> **Sealed Windage and Elevation Housing and Turrets**
> - Windage and elevation housing features machine plate controlled seals, to eliminate risk of water ingress and fogging.
> - Turrets are manufactured with easy to grip finger adjusting design, making adjustments simple even whilst wearing gloves.
> - Positive and precise 1/4 MOA for accurate and consistent shooting.

> **Multi Layer Lens Coating for Optimum Light Transmission**
> - Unique high tech coatings applied to lens elements ensure much better light transmission to optimize optical performance.
> - Multi layer coatings ensure maximum utilization of all ambient light to optimize resolution and clarity.

> **Target Turrets with Unique Zero Locking and Zero Resetting Features**
> - Most ingenious design to offer user friendly functions.
> - Easy and repeatable Zero Locking and Zero Resetting provides the most needed protection and convenience.

> **Wide Field of View with Tactical Mil-Dot Reticle (For Range Estimating Models Only)**
> - Wide field of view and edge to edge lens clarity allow for clearly picking up quarry on the peripheral edge of the sight picture.
> - The precise Tactical Mil-Dot reticle allows the shooter to estimate ranges and enhance accuracy.

> **High Quality Precision Machined Parts**
> - Guarantees smooth and accurate operation, and deliver consistent and reliable performance.

> **Illuminated Reticle with Red or Red/Green Dual Illumination (For Reticle Intensified Models Only)**
> - Adjustable intensity of the illuminated reticle gives optimum reticle clarity in variable light conditions, increasing accuracy in daylight and twilight environments.

**A. Range Estimating:**

Regular mil-dot reticle found on the market usually has 4 dots on each direction of the cross hair, giving you 9 different aiming points for either windage or elevation. If you count the 2 inner tips of the opposite duplex cross hairs, you get 11 aiming points. **Our own 24 Mil-Dot Reticle (TRE) has 6 dots on each direction of the cross hair, giving you 13 aiming points or 15 including the inner tips of the duplex cross hairs.**

- Range estimating requires common knowledge/experience about your target's actual width or height.
- 1 mil in a scope reticle is the distance from the center of one dot to the center of the next dot.



- Set your scope at the highest power. View the target through the scope. Place the center of the dot against one edge of the target and measure to the opposite edge of the target.
- Once the target has been measured in mils, depending on the scope model, a formula is available to estimate the distance of the target. An example formula for 3-9X50 Full Size Scope is provided here for your reference:

$$\frac{\text{Height or Width of Target in Meters} \times 500}{\text{Height or Width of Target in Mils}} = \text{Range in Meters (1M = 1.0936 Yards)}$$

- For accurate range estimating the size of the target must be known.
- Each model comes with its own formula and a pre-calculated mil-dot table of most used distance estimates to aid the user.

---

2 of 4

---

Confidential Attorney Eyes Only Information Subject to Protective Order

LEAPERS006939

App. 539