# EXHIBIT C

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LEAPERS, INC.,

(A Michigan Corporation),

      Plaintiff,

vs.

SMTS, LLC d/b/a TUFF ZONE,

(A Michigan Corporation);

TRARMS INC.(A California

Corporation); and SUN OPTICS

USA,(A Texas Corporation),

      Defendants.

SMTS, LLC d/b/a TUFF ZONE, (A

Michigan Corporation), TRARMS,

INC., (A California Corporation),

CHUANWEN SHI, a citizen of China,

      Counter-Plaintiffs,

vs.

LEAPERS, INC.,(A Michigan Corp),

CONTINENTAL INCORPORATED, INC.,

d/b/a CONTINENTAL ENTERPRISES,

(an Indiana Corporation),

      Counter-Defendants.

CIVIL ACTION NO.:
2:14-CV-12290-RHC-DRG
JUDGE ROBERT CLELAND
MAG. JUDGE DAVID GRAND

**CONFIDENTIAL**

*** ATTORNEYS' EYES ONLY ***

1

2                         DEPOSITION OF

3             LI WANG, a/k/a LISA WANG

4

5    DATE:              March 19, 2015

6    TIME:              10:15 a.m.

7    LOCATION:          FISHMAN STEWART YAMAGUCHI, PLLC

8                       39533 Woodward Avenue, Suite 250

9                       Bloomfield Hills, Michigan

10   REPORTED BY:       Anne E. Vosburgh, CSR-6804, RPR, CRR

11                      Litigation Services, 800.330.1112

12                      JOB NO. 238678

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1   A P P E A R A N C E S:

 2

 3

 4   FOR THE PLAINTIFF AND COUNTER-DEFENDANT LEAPERS:

 5

 6         HONIGMAN MILLER SCHWARTZ & COHN

 7         BY:  BRIAN D. WASSOM

 8         39400 Woodward Avenue, Suite 101

 9         Bloomfield Hills, Michigan  48304

10         248.566.8440

11         bwassom@honigman.com

12

13

14   FOR THE DEFENDANTS AND COUNTER-PLAINTIFFS TRARMS

15   AND TUFF Zone:

16

17         FISHMAN STEWART YAMAGUCHI

18         BY:  DOUGLAS P. LALONE

19         39533 Woodward Avenue, Suite 140

20         Bloomfield Hills, Michigan  48304

21         248.594.0600

22         dpl@raderfishman.com

23

24

25
```

Page 4

1    APPEARANCES, CONTINUED:

2

3    FOR THE DEFENDANT AND COUNTER-PLAINTIFF SUN OPTICS:

4

5           BRACKET & ELLIS, PC

6           BY:   JOSEPH F. CLEVELAND, JR.

7           100 Main Street   Fort Worth, Texas   76102-3090

8           817.339.2454

9           jcleveland@belaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
1          I N D E X   T O   E X A M I N A T I O N S

2              WITNESS:  LI WANG a/k/a LISA WANG

3

4    EXAMINATION BY:

5          MR. WASSOM:............................. 7

6          MR. LALONE:........................... 113

7    RE-EXAMINATION BY:

8          MR. WASSOM:........................... 122

9

10

11

12             I N D E X   T O   E X H I B I T S

13    NUMBER           DESCRIPTION               PAGE

14   Exhibit 43   Notice of SMTS 30(b)(6) Witness    9

15   Exhibit 44   SMTS LLC d/b/a Tuff ZONE'S        62

16                Answers to Plaintiff's

17                Interrogatories

18   Exhibit 45   SMTS d/b/a Tuff Zone's            84

19                Supplemental Answers to

20                Interrogatory Nos. 3, 4, and 7

21   Exhibit 46   Tuff Zone - Cost Per Unit         85

22                (Accused Products Asserted in

23                Complaint); A - D

24   Exhibit 47   Email 4 September 2004 Email,      95

25                wuyang_optics to Lisa Wang
```

Page 6

```
1    EXHIBITS CONTINUED:

2

3    Exhibit 48    Images                              102

4    Exhibit 49    Sales Information, Tuff Zone         103

5                  Sales by Item Detail January 2012

6                  through December 2014, three

7                  pages; T29; TZ-4 through TZ-8,

8                  TZ-10 through TZ-13, Images

9    Exhibit 50    Tuff Zone Sales by Item Detail       104

10                 January 2012 through December

11                 2014, TZ-14, pages 1 through 146

12   Exhibit 51    Tuff Zone Return List 6/2013;        106

13                 TZ-16 through TZ-65

14                     (EXHIBITS RETAINED.)

15

16

17

18

19

20

21

22

23

24

25
```

## TUFF ZONE – COST PER UNIT
## (ACCUSED PRODUCTS ASSERTED IN COMPLAINT)

| PRODUCT | NET COST |
|---|---|
| TZLT-2632MAOL | $31.40 |
| TZLT-31240ML | $50.90 |
| TZLT-3932AOL | $29.00 |
| TZLT-3932L | $25.75 |
| TZLT-3932MAOL | $31.40 |
| TZLT-3940AOL | $36.30 |
| TZLT-3940L | $28.00 |
| TZLT-3940LR | $34.40 |
| TZLT-3950 | $29.90 |
| TZLT-3950AOL | $39.00 |
| TZLT-3950L | $29.90 |
| TZLT-41640AOL | $38.00 |
| TZLT-41650AOL | $47.00 |
| TZLT-432MAOL | $28.30 |
| TZLT-432ML | $16.50 |
| TZLT-432SL | $23.40 |
| TZLT-440L | $27.90 |

A



EXHIBIT 46.
L. WANG
3-19-15

**ATTORNEYS EYES ONLY**

**App. 683**

| | |
|---|---|
| TZLT-62450AOL | $56.90 |
| TZLT-632 | $16.00 |
| TZLT-632LR | $29.40 |
| TZLT-632MAOL | $28.30 |

**ATTORNEYS EYES ONLY**

B

## TUFF ZONE – UNITS SOLD
## (ACCUSED PRODUCTS ASSERTED IN COMPLAINT)

| PRODUCT | UNITS |
|---|---|
| TZLT-1428L (1-4X28 Compact Size Scope, Red/Green/Blue Mil-Dot, 30mm Dia Tube. Lo... | 86 |
| TZLT-2632MAOL (2-6X32 Compact Scope w/ Adjustable Objective, Red and Green Reticl... | 130 |
| TZLT-31240ML (3-12x40 Compact Size Scope. 1" Dia., Red/Green Sharp Mil-Dot Reticl... | 499 |
| TZLT-3932AOL (3-9X32 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil-D... | 86 |
| TZLT-3932L (3-9X32 Full Size Scope, 1" Dia, Red&Green Mil-Dot. Rings Included) | 24 |
| TZLT-3932MAOL (3-9x32 Compact Size Scope. 1" Dia., Adjustable AO, Red/Green Sharp... | 242 |
| TZLT-3940AOL (3-9X40 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil-D... | 189 |
| TZLT-3940L (3-9X40 Full Size Scope, 1" Dia, Red&Green Mil-Dot. Rings Included) | 22 |
| TZLT-3940LR (3-9X40 Full Size Rubberized Scope. 1" Dia. Red/Green Sharp Mil-Dot R... | 37 |
| TZLT-3950 (3-9X50 Full Size Scope. 1" Dia. Locking Turret. Rings Included  ) | 151 |
| TZLT-3950AOL (3-9X50 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil-D... | 81 |
| TZLT-3950L (3-9X50 Full Size Scope. 1" Dia. Red/Green/Blue Sharp Mil-Dot Reticle.... | 176 |
| TZLT-41640AOL (4-16X40 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil... | 113 |
| TZLT-41650AOL (4-16X50 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil... | 218 |
| TZLT-420 (4x20 AR 15 Scope. Adapter Included. Red/Green Mil-dot Reticle.  ) | 131 |
| TZLT-420L (4x20 AR15 Scope w/ Light, Adapter Included. Red/ Green Mil-Dot Reticle) | 15 |
| TZLT-432 (4X32 Scope, Sharp Mil-Dot Reticle) | 16 |
| TZLT-432MAOL (4x32 Compact Size Scope. 1" Dia., Adjustable AO, Red/Green Sharp Mi... | 73 |
| TZLT-432ML (4x32 Compact Size Scope. 1" Dia., Red/Green Sharp Mil-Dot Reticle.Rin... | 389 |
| TZLT-432SL (4x32 Compact Size Scope. 1" Dia., Red/Green Sharp Mil-Dot Reticle.Rin... | 22 |
| TZLT-440L (4X40 Full Size Scope, 1" Dia, Adjustable AO, Red/Green/Blue Mil-Dot Re... | 13 |
| TZLT-62450AOL (6-24X50 Full Size Scope. 1" Dia. Adjustable AO, Red/Green/Blue Mil... | 271 |
| TZLT-632 (6x32 Compact Size Scope, 1" Dia. Sharp Mil-Dot Reticle. Rings Included.) | 819 |
| TZLT-632LR (6X32 Rubberized Compact Scope. 1" Dia. Sharp Mil-Dot Reticle. Rings I... | 49 |
| TZLT-632MAOL (6X32 Compact Size Scope, 1" Diameter, Adjustable AO, Red/Green Shar... | 63 |
| **TOTAL** | 3,915 |

**ATTORNEYS EYES ONLY**

## TUFF ZONE – PRICE LIST
## (ACCUSED PRODUCTS ASSERTED IN COMPLAINT)

| PRODUCT | SELLING PRICE |
| --- | --- |
| TZLT-3950AOL | $49.99 |
| TZLT-3940AOL | $47.99 |
| TZLT-3950L | $45.99 |
| TZ-S394 | $42.99 |
| TZLT-3950 | $39.99 |
| TZLT-3932AOL | $39.99 |
| TZ-S39L | $99.99 |
| TZLT-62450AOL | $69.99 |
| TZLT-41640AOL | $45.99 |
| TZ-S312B | $99.99 |
| TZLT-3940LR | $48.99 |
| TZLT-440L | $34.99 |
| TZLT-41650AOL | $59.99 |
| TZLT-3940L | $43.99 |
| TZLT-3932L | $38.99 |
| TZLT-31240ML | $59.99 |
| TZLT-432MAOL | $38.99 |
| TZLT-3932MAOL | $42.99 |
| TZLT-432ML | $35.99 |
| TZ-SC39 | $42.99 |
| TZLT-432SL | $35.99 |
| TZLT-632AML | $38.99 |
| TZ-SC39B | $42.99 |
| TZLT-632LR | $39.99 |
| TZLT-420 | $35.99 |
| TZLT-632 | $20.99 |
| TZLT-1428L | $69.99 |
| TZLT-2632MAOL | $42.99 |

ATTORNEYS EYES ONLY