# EXHIBIT F

```
1              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF MICHIGAN
2                  SOUTHERN DIVISION

3   LEAPERS, INC.,            *
                             *
4      Plaintiff,            *
                             *
5   vs                       *
                             *
6   SMTS, LLC D/B/A TUFF ZONE, *
    TRARMS, INC., AND SUN     *
7   OPTICS, USA,             *  CIVIL ACTION NO.:
                             *  2:14-cv-12290-RHC-DRG
8      Defendants,           *
                             *
9   SMTS, LLC D/B/A TUFF ZONE, *
    TRARMS, INC. AND CHUANWEN *
10  SHI                      *
                             *
11     Counter-Plaintiffs,   *
                             *
12  vs                       *
                             *
13  LEAPERS, INC. AND        *
    CONTINENTAL INCORPORATED, *
14  INC., D/B/A CONTINENTAL   *
    ENTERPRISES,             *
15                           *
                             *
16     Counter-Defendants.   *

17

18                  CONFIDENTIAL

19              ORAL DEPOSITION

20                     OF

21              DUANE SORENSEN

22              MARCH 25, 2015

23

24

25   JOB NO.: 236720
```

DUANE SORENSEN (CONFIDENTIAL) - 03/25/2015

Page 2

```
 1          ANSWERS AND DEPOSITION OF DUANE SORENSEN,

 2  produced as a witness at the instance of the

 3  Plaintiff, taken in the above-styled and -numbered

 4  cause on the 25th day of March, 2015, from 9:05 a.m.

 5  to 2:06, before Deborah A. Copeland, a Certified

 6  Shorthand Reporter in and for the State of Texas,

 7  reported by machine shorthand at the offices of

 8  Brackett & Ellis, P.C., located at 100 Main Street,

 9  in the City of Fort Worth, County of Tarrant and State

10  of Texas, pursuant to the Rules of Federal Procedure.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DUANE SORENSEN (CONFIDENTIAL) - 03/25/2015

```
                                                              Page 3
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF

 4         MR. BRIAN D. WASSOM
           Honigman Miller Schwarz & Cohn, LLP
 5         39400 Woodward Avenue, Suite 101
           Bloomfield Hills, Michigan  48304
 6         248.566.8490
           bdw@honigman.com
 7


 8
     FOR SUN OPTICS USA
 9
           MR. JOSEPH F. CLEVELAND
10         Brackett & Ellis, P.C.
           100 Main Street
11         Fort Worth, Texas  75102
           817.338.1700
12         jcleveland@belaw.com

13
     FOR SMTS, LLC D/B/A TUFF ZONE AND TRARMS, INC.
14   (Appearing telephonically)

15         MR. DOUGLAS P. LALONE
           Rader Fishman & Grauer, PLLC
16         39533 Woodward Avenue
           Bloomfield Hills, Michigan  48304
17         248.594.0600
           dlp@raderfishman.com
18

19

20

21

22

23

24

25
```

DUANE SORENSEN (CONFIDENTIAL) - 03/25/2015

```
                                                      Page 4
 1                   I N D E X

 2

 3   Appearances                             2
     Stipulations                            6
 4
     DUANE SORENSEN
 5       Examination by Mr. Wassom              6
         Examination by Mr. Cleveland        139
 6       Examination by Mr. LaLone           147
         Further Examination by Mr. Cleveland  150
 7
     Corrigendum                          157
 8   Reporter's Certificate               159

 9


10                   E X H I B I T S
11
     NUMBER              DESCRIPTION              PAGE
12
             (All exhibits retained by counsel.)
13
     Exhibit 14   Bushnell Catalog              ---
14               (Previously marked.)

15   Exhibit 70   Picture of Scope              44

16   Exhibit 71   First Set of Interrogatories  52

17   Exhibit 72   Preliminary Witness List      52

18   Exhibit 73   Responses to First Request    85
                  For Production
19
     Exhibit 74   2014 Master Distributor Price 117
20               List

21   Exhibit 75   Sun Optics 2014 Catalog       91

22   Exhibit 76   Series of Photographs         93

23   Exhibit 77   Photos of Scopes              94

24   Exhibit 78   Page 454 Sun Optics Catalog   96

25   Exhibit 79   Sun Optics Catalog            98
```

App. 1289

DUANE SORENSEN (CONFIDENTIAL) - 03/25/2015

Page 5

| 1 | Exhibit 80 | Sun Opitcs Incorporation Papers | 98 |
| 2 | Exhibit 81 | Photo-Shot Show Booth | 99 |
| 3 | Exhibit 82 | Collection of Documents | 100 |
| 4 | Exhibit 82A | CAD Drawing | 109 |
| 5 | Exhibit 83 | CAD Drawing | 105 |
| 6 | Exhibit 83A | CAD Drawing | 109 |
| 7 | Exhibit 84 | CAD Drawing with Picture | 107 |
| 8 | Exhibit 85 | Picture of Scope | 111 |
| 9 | Exhibit 86 | E-mail From Ding Xioaquan | 111 |
| 10 | Exhibit 87 | E-mail from Chuanwen Shi | 111 |
| 11 | Exhibit 88 | Collection of Invoices | 117 |
| 12 | Exhibit 89 | Collection of Purchase Orders | 117 |
| 13 | Exhibit 90 | 2015 Master Distributor Price List | 124 |
| 14 | Exhibit 91 | 2015 Wholesale Price List | 124 |
| 15 | Exhibit 92 | Sun Optics Distributor Price List | 124 |
| 16 | Exhibit 93 | Sales By Product | 126 |
| 17 | Exhibit 94 | Tax Returns-2012 and 2013 | 126 |
| 18 | Exhibit 95 | Photo of Sun Optics Scope | 138 |
| 19 | Exhibit 96 | Photo of Bushnell Scope | 138 |
| 20 | Exhibit 97 | B Square Catalogue | 150 |
| 21 | Exhibit 98 | Schmidt-Bender Catalogue | 151 |
| 22 | Exhibit 99 | Japan Optics, Limited Catalog | 153 |
| 23 | Exhibit 100 | 2014 Leapers Catalogue | 154 |
| 24 | | | |
| 25 | | | |



P.O. Box 2225, Burleson, TX 76097
817-783-6001/6433 • FAX: 817-783-6553
info@sunopticsusa.com • sunopticsusa.com

EXHIBIT
PENGAD 800-631-6989
75
3-25-15 dc

"Confidential Attorney Eyes Only"          Sun Optics-000034



## Swivel Sets

- USA Manufactured
- Available in 1" and 1-1/4" Configurations
- Unique Dual Wood Screw Kits Available
- Solid Steel
- Satin Black Finish



| SKU | Description |
|-----|-------------|
| 10260 | 1-1/4" Loop Swivel Set |
| 10261 | 1" Loop Swivel Set |
| 10262 | 1" Loop Swivel Set with Front & Rear Stock Screws/Stud/Spacer |
| 10263 | 1-1/4" Swivel Set with 1/2" Front & 3/4" Wood Rear Stock Screws |
| 10264 | 1-1/4" Loop Swivel Set with Front & Rear Stock Screws/Stud/Spacer |
| 10266 | 1" Swivel Set with 1/2" Front & 3/4" Wood Rear Stock Screws |
| 10267 | 1" Loop swivel with shotgun barrel band set |
| 10268 | 1" Loop swivel with lever action barrel band set |

### Sun Optics USA
**P.O. Box 2225, Burleson, TX 76097**
**817-783-6001/6433 • FAX: 817-783-6553**
**info@sunopticsusa.com • sunopticsusa.com**

#### WARRANTY

Sun Optics USA products are sold through the finest retailers, distributors and online merchants. Regardless of where you purchase your Sun Optics USA products, we will guarantee your complete satisfaction. Sun Optics USA will repair or replace any of its products that prove defective in workmanship or materials. Simply return the product to the below address for repair.
3606 S. I35 W, Alvarado, TX 76009 • 817.783.6001/6433 • FAX 817.783.6553 • info@sunopticsusa.com

"Confidential Attorney Eyes Only"          Sun Optics-000033

App. 1338



**SUN OPTICS U S A**

# AIRGUN ACCESSORIES
# TOOLS & SHOOTING ACCESSORIES

### Bubble Levels

- Insures bore and reticle alignment at a glance shot after shot
- Attaches to any 11mm or standard dovetail base
- Quick & easy viewing

**11mm**
ST1005

**Std. Dovetail**
ST1006

### Recoil Stop Block

- 11mm Stop Block
- Self Sealing Dual Nylon Stops
- Heavy Duty Recoil Pin
- Compact Design
- Satin Black



SM7005

### Universal Offset Spud

- Provides higher mounting of the bore sighter when aligning scopes and sights on shotguns and military rifles



S11031

### Brass Drifts

- Set of two knurled solid brass punches
- Drive out gunsights and large pins without damage
- Diameters of 1/4" and 3/8"



ST0018

### Scope Mount Drill Jig

- Pro gunsmith quality
- Aligns holes with bore using a precision ground arbor inserted into the receiver in place of the bolt
- No measuring required
- Includes #31 drill bit and 6X48 tap



ST1878

### High Pressure Hand Pump Desiccant Kit

- Fits all Benjamin Sheridan & Airforce PCP Airgun Pumps
- Two Silicone Packets
- Easy Installation
- Keeps Pump Internal Parts Clean and Moisture Free



SP1200

### Picatinny Sling Swivel Stud Adapter

- No gunsmithing required for installation
- Deluxe push button QD sling swivel with 1.25" loop and Picatinny QD mount
- Manufactured from solid steel stock with black satin finish
- May be used with or without attached Picatinny mount

S11003





22   817.783.6001/6433   •   sunopticsusa.com

"Confidential Attorney Eyes Only"          Sun Optics-000032



### Solid Steel 1" and 30mm Quick Release Rings

- No gunsmithing required for installation
- Quick detach, spring loaded adjustable levers
- Thin line design/2 screw ring cap
- Steel recoil key
- Torx head ring cap screws
- Heavy duty rock solid
- Fits Weaver type/Picatinny bases

| | 1 inch | 30mm |
|---|---|---|
| | SM102- L | SM302- L |
| | SM104- M | SM304- M |
| | SM106- H | SM306- H |

### Solid Steel 1" and 30mm Hex Clamp/Recoil Key

- No gunsmithing required for installation
- Thin line design/2 screw ring cap
- Steel recoil key
- Torx head ring cap screws
- Heavy duty rock solid
- Fits Weaver type/Picatinny bases

| | 1 inch | 30mm |
|---|---|---|
| | SM112- L | SM312- L |
| | SM114- M | SM314- M |
| | SM116- H | SM316- H |






## AIRGUN RINGS

### Variable Air Sport Rings

- Recoil key
- Fits 9.5mm through 13mm rails
- Torx 4 screw cap
- Lightweight aircraft aluminum
- Satin black finish

| 1 inch | 30mm |
|---|---|
| SM5010- L | SM5030- L |
| SM5015- M | SM5035- M |
| SM5020- H | SM5040- H |

*L=Low/M=Medium/H=High*



### Fixed Ring

- 11mm dovetail
- Thin profile 4 screw design
- Perfect for minimal space scope mounting applications
- Recoil key
- Lightweight aircraft aluminum
- Satin black finish
- Economical 1" airgun ring



SM0039

### Adjustable Airgun Rings & Airgun Ring/Base Combos

- No gunsmithing
- Complete windage & elevation adjustment with ring 'pitch' angulation feature
- 11mm or standard dovetail rings available
- Windage lock screws
- Lightweight aircraft aluminum
- Satin black finish

| 11mm | Standard Dovetail |
|---|---|
| SM0101- 1" | SM0201- 1" |
| SM0130- 30mm | SM0230- 30mm |
| SM7101- 1" | |
| SM0037- 1" | |
| SM0137- 30mm | |
| SM7130- 30mm | |
| SM7701- 1" High | |
| SM7702- 1" Ultra High | |



"Confidential Attorney Eyes Only"    Sun Optics-000031

**App. 1340**



## ADAPTORS

### 11MM to Picatinny/Weaver™

- 3 or 4 screw clamp system
- Recoil pin
- Rear elevation adjustment on SM7021
- Lightweight aircraft aluminum
- Satin black finish

SM002 (3 Screw)
SM7015 (4 Screw)
SM7021 (Rear Elevation)



### .22 to Weaver™

- 2 Piece mount
- Lightweight aircraft aluminum
- Satin black finish



SM7025

### Ruger to Weaver™

- Cam system lock on mount
- Securely fits most Ruger Ranch rifles
- Precision steel machined clamps
- Lightweight aircraft aluminum
- Satin black finish



SM4504-M-77 "Big Bore" Rifles
SM4507-M-77/Ranch Rifles

## RINGS

### Sport Rings

- Wrap around design
- Torx cap screws
- Picatinny style cross clamp screw
- Secure thumb nut
- Lightweight aircraft aluminum
- Satin black or stainless finish

| 1 inch | 30mm |
|--------|------|
| SM052-L | SM062-L |
| SM053-SL | SM064-M |
| SM054-M | SM066-H |
| SM055-SM | |
| SM056-H | |
| SM057-SH | |



### .22 RINGS

- Wrap around design
- Torx cap screws
- Lightweight aircraft aluminum
- Satin black or stainless finish

| 1 inch | 30mm |
|--------|------|
| SM752-L | SM762-L |
| SM754-M | SM764-M |
| SM755-SM | SM766-H |
| SM756-H | |




*L=Low/M=Medium/H=High/S=Stainless Finish*

### TAC-X Ringsets

- No gunsmithing required for installation
- 30mm with 1" inserts
- 6 screw wide ring cap design
- Recoil key
- Heavy duty clamping system
- Black satin finish

SM1434-M
SM1436-H
SM1438-EXTRA H



### Picatinny Tri-Rail Rings

- Picatinny tri-rail design
- 30mm with 1" machined inserts
- Heavy duty 4 screw ring cap
- Extra high height
- Large steel cross bolt




SM0010

**"Confidential Attorney Eyes Only"**          **Sun Optics-000030**

**App. 1341**



# NO GUNSMITHING SCOPE MOUNTS

## Universal Shotgun Rib Cantilever Mount

- Attaches to ribbed shotguns up to 3/8" Wide
- Perfectly contours to match receiver
- Installs using 3 included mounting plates
- Lightweight aircraft aluminum
- Satin black finish



SM6175    Cantilever

## Rifle Receiver One Piece Bases

- One piece design
- Contoured & tapered for perfect fit
- Lightweight aircraft aluminum
- Satin black or stainless finish
  (where applicable)



| | |
|---|---|
| SM5504 | Rem 4, 6, 74, 76, 7400, 7600 |
| SM1510 | Mauser 98 |
| SM1512 | Mauser 96 |
| SM5536 | Marlin 336 |
| SM5526 | Browning BAR |
| SM5514 | Ruger 10/22 Black |
| SM5515 | Ruger 10/22 Stainless |

## Two Piece Tactical Rifle Bases

- Multi-slot extra long base sections
- Std. dvtl. specifications picatinny style
- CNC machined T-6160 aircraft aluminum
- Mounting screws



| | |
|---|---|
| SM2500 | Remington 700 |
| SM2510 | Winchester 70 |
| SM2520 | Browning A-Bolt |
| SM2558 | Savage Arms |

## Ruger Mini-14

- Installs by replacing bolt stop coverplate
- Single knob for coverplate attachment
- Locking dual screw leveling system
- Lightweight aircraft aluminum
- Satin black or stainless finish



| | |
|---|---|
| SM4502 | Black |
| SM4506 | SS |




## Savage 340, 840, 890, & 822 Hornet

- Attaches using firearm's existing 4 drilled & tapped holes
- Lightweight aircraft aluminum
- Satin black

SM4460



"Confidential Attorney Eyes Only"          Sun Optics-000029

App. 1342



## NO GUNSMITHING SCOPE MOUNTS

### Mauser 96, 98/Mosin-Nagant Scout Mounts

- Scope mount replaces rear sight
- Elevation adjustment
- Scout scope ready
- Lightweight aircraft aluminum
- Satin black finish



| SM8522 | Mosin-Nagant |
| SM8561 | Mauser 98 |
| SM8559 | Mauser 96 |

### HK 300, 630, 770, 940, SL6, SL7

- Secures to firearm with 2 thumb Screws
- Quick detach
- Return to zero capability
- Lightweight aircraft aluminum
- Satin black finish



SM4300

### Rossi 92/Puma Lever Action

- Offset reveiver mount
- Single knob attaches to firearm's receiver
- Lightweight aircraft aluminum
- Satin black finish



SM4411

### Shotgun Saddle Mounts

- Full length rail
- Perfectly contoured to receiver
- Installs using existing ports
- Lightweight aircraft aluminum
- Satin black finish



| SM4800 | Rem 1100/1187, RH12 |
| SM4812 | Rem 870, 12, 3.5 Mag |
| SM4805 | Rem 870/1100/1187 LH/RH 12 Ga |
| SM4822 | Rem 870/1100/1187 LH/RH 20 Ga |
| SM4585 | Mossberg 835/535/Mav. 91 12 Ga |
| SM4500 | Mossberg 500/Mav. 88 12 Ga |
| SM4600 | Baikal Pump 12 Ga |

| SM4212 | Win Super X2/SX3/FX3 |
| | Browning Gold 12 |
| | Silver Series/A5 (post 2011) |
| SM4900 | Win 1200-1500/SXP 12 Ga |
| SM4305 | Benelli Nova 12 Ga |
| SM4250 | Browning BPS 12 Ga |

18   817.783.6001/6433   •   sunopticsusa.com

"Confidential Attorney Eyes Only"          Sun Optics-000028



# NO GUNSMITHING SCOPE MOUNTS

## SKS

- Adjustable lockdown system
- Uses rear retaining pin
- Lightweight aircraft aluminum
- Satin black finish
- Fits directly over dust cover



SM8569

## HK91/93/94/MP5/Cetme

- Saddle design fits over firearm receiver
- Recoil proof side plates & clamp knob
- Lightweight aircraft aluminum
- Satin black finish



SM8513

## Springfield M1A

- Quick detach
- Return to zero capability
- Large clamp knob
- Lightweight aircraft aluminum
- Satin black finish



SM8514

## FN-FAL

- Replaces firearms dust cover
- Fits perfectly on receiver with zero movement
- Lightweight aircraft aluminum
- Satin black finish



SM8500

## Springfield 1903-A3

- Receiver mount
- Replaces magazine cut-off
- Quick detach
- Lightweight aircraft aluminum
- Satin black finish

SM8477

## SMLE

- Lightweight aircraft aluminum
- Satin black
- Mounts over firearms receiver
- Attaches to ejector and rear sight pin
- Attaches using ejector screw & included clamp
- Fits .303 caliber only



SM8564    MKI
SM8565    MKIII

"Confidential Attorney Eyes Only"    Sun Optics-000027

App. 1344



## NO GUNSMITHING SCOPE MOUNTS

### Ruger MKI/MKII Universal

- Universal mount slides on to receiver
- Return to zero capability
- Lightweight aircraft aluminum competitor preferred
- Satin black or stainless finish



SM4877    Matte Black



SM4878    Matte Stainless

---

### Pre-drilled/Tapped Frame Handgun Scope Mounts

- One piece base
- Multi-slot dovetail base
- Contoured for exact fit
- Lightweight aircraft aluminum
- Satin black or stainless finish



| SM4873 | RUGER MKI/MKII-BLK | SM4406 | S&W K/L/N - SS |
| SM4874 | RUGER MKI/MKII-SS | SM4214 | BROWNING BUCKMARK |
| SM4405 | S&W K/L/N - BLK | | |

---

### AK-47/MAC-90

- Receiver mount
- Attaches with included steel trigger & hammer bolt
- Lightweight aircraft aluminum
- Satin black or stainless finish



SMB600

### AK47 Side Mount

- QD design/fits most AK with side attach feature
- Full receiver length mounting rail with accessory rail
- Lightweight aircraft aluminum construction
- Satin black finish



SM6601

"Confidential Attorney Eyes Only"        Sun Optics-000026

App. 1345

# NO GUNSMITHING SCOPE MOUNTS

## Quad Rail for AR/AK/SKS/Mini-14/Ruger 10/22

- No gunsmithing required for installation
- Precision CNC machined quad rail
- 4 mil-spec picatinny rails with QD swivel attach
- Positive fit, function and reliability
- T6160 aircraft grade aluminum alloy construction



SMQRAR    SMQRAK    SMQRRM14    SMQRSKS    SMQRR1022

## Universal Barrel Tri-Rail Mounts

- No gunsmithing required for installation
- Fits most 12 ga. shotguns and standard rifle barrels
- 5 slots/2.5" in length
- Flashlight/laser compatible
- Manufactured from aircraft aluminum

    

SM5RB ( .51"-.78" BBL )    SM5SG ( .75"-1 1" BBL )

## Specialty Scope Mount

- 30mm ring with 1" inserts
- Six screw ring cap design
- Picatinny rail ring caps
- Heavy duty
- Integral mounting system



1" Inserts Included

CM2125W30EP

## Flip-to-Side Scope Mounts

- 30n ring with 1" insert
- Two heights; high will co-witness with AR type sights
- Adapts to any Picatinny or standard dovetail
- Perfect for magnifiers with 1X sights
- Positive lock system



CRFTS2 (Low)

CRFTS1 (High)

"Confidential Attorney Eyes Only"        Sun Optics-000025

App. 1346



## NO GUNSMITHING SCOPE MOUNTS

### AR Carry Handle Adapter

- Adapts any flat top to carry handle configuration
- Rear peep sight with windage and elevation adjustment
- Positive locking recoil key
- Quick detach design
- Scope mount compatible
- Made from lightweight aircraft aluminum



SM8530

SM9430-Carry handle and front sight kit

### AR Flat Top Sights

- Front and rear sight
- Windage/elevation on rear sight
- Fits Picatinny/Weaver type rails
- Manufactured from lightweight aircraft aluminum



SM9400

### Flat Top Riser

- Fits colt AR style & clones
- Rock solid design-recoil key
- Co-witness with front sight
- Return to zero capability
- Lightweight aircraft aluminum
- Satin black finish



| SM5100 | 5" FLAT TOP RISER |
| SM5101 | 2.25" MICRO FLAT TOP RISER |
| SM5108 | 8" FLAT TOP RISER |

### AR-15/M-16 NATO Carry Handle

- NATO/Stanag M-16
- Attaches to gun's carry handle with large thumb knob
- Return to zero capability
- Lightweight aircraft aluminum
- Satin black finish



SM8526

### One Piece Picatinny Style Tactical Bases

- Full receiver length bases
- Std. dvtl. specifications/picatinny style
- CNC machined T-6160 aircraft aluminum
- Tapered tip and tail
- Mounting screws



| SM1500 | REMINGTON 700 S/A |
| SM1502 | REMINGTON 700 L/A |
| SM1518 | SAVAGE ARMS L/A |
| SM1558 | SAVAGE ARMS S/A |
| SM1511 | WIN. 70 S/A |
| SM1513 | WIN. 70 L/A |
| SM1524 | FN/CLONES |
| SM4503 | RUGER ALL AMERICAN |

### 20 MOA Tactical Bases

- No gunsmithing required for installation
- Precision CNC machined tactical base
- Unique design to fit left and right hand rifles
- Secure perfect fit offers precise scope retention
- Compatible with Weaver type or Picatinny rings

SM2600-SAVAGE ARMS S/A
SM2601-SAVAGE ARMS L/A
SM2700-REMINGTION 700 S/A
SM2701-REMINGTION 700 L/A



14   817.783.6001/8433   •   sunopticsusa.com

"Confidential Attorney Eyes Only"

Sun Optics-000024

App. 1347

## BIPODS • FIXED/TILT AND ACCESSORIES

- QD attach
- Exceptional performance
- Extra long mounting platform
- Large diameter mounting bolt
- One touch spring loaded legs

- Fits tightly against fore end
- Rubber tipped legs
- Tilt models feature adjustable platform
- Fixed and "tilt" models available

| | |
|---|---|
| CBP-6 | 6"-9" Fixed |
| CBP-9 | 9"-13" Fixed |
| CBS-6/9 Tilt | 6"-9" Tilt |
| CBS-9/13 Tilt | 9"-13" Tilt |
| CBS-13/23 Tilt | 13"-23" Tilt |
| ST-1007 | Picatinny Bipod Adaptor |



- Extra long base
- Adapts all Sun Optics USA bipods to Picatinny rails
- Sling swivel adaptable
- Heavy duty construction



ST1007

"Confidential Attorney Eyes Only"    Sun Optics-000023

App. 1348



## BINOCULARS

### Porro Prism Binoculars

- Wide angle porro prism
- Durable rubber armored construction
- Fully multi-coated precision lenses
- 100% waterproof, shockproof & fogproof
- Full size for clear long range view
- Fold down eyecups
- Right eye diopter
- Carrying case/neck strap



| | |
|---|---|
| CB22735 | 7X35 |
| CB22840 | 8X40 |
| CB22750 | 7X50 |
| CB221050 | 10X50 |
| CB221250 | 12X50 |
| CB2082450 | 8-24X50 |

### Roof Prism Binoculars

- BAK-4 prism
- Fully multi-coated optics
- Center focus
- No-slip, non-glare rubber armored
- Dry nitrogen filled
- 100% waterproof, shockproof & fogproof
- Twist up eyecups (full size models only)
- Carrying case/strap




| | |
|---|---|
| CB520825WP | 8X25 |
| CB521025WP | 10X25 |
| CB520842WP | 8X42 |
| CB521042WP | 10X42 |
| CB521242WP | 12X42 |

## SPOTTING SCOPE

- Focus down to 10 yards
- Fully multi-coated optics
- Large porro prism
- Rubber armored
- Integral sliding sunshade
- Adjustable strap for easy viewing
- Easy focus



CV16-2060608

### Bighorn Hunter Spotting Scope

- 20-60x80 spotting scope
- Precision ground, fully multi-coated lens
- Lens covers
- Weather resistant Cordura cover
- Deluxe tripod
- Waterproof
- Shockproof
- Fogproof



CV25206080

"Confidential Attorney Eyes Only"

Sun Optics-000022

App. 1349

## LASER KITS

### Micro Green Laser

- Strong 5MW green laser
- 532 wavelength
- Cold temperature adaptable
- On/Off switch with pressure cord
- Windage/elevation adjustable
- Dual mounting system/std. dvtl./.22

### Micro Red Laser

- 650 mm wavelength
- 5 MW red laser
- Compact design
- On/Off button & pressure cord
- Windage/elevation adjustable
- Dual mounting system/std. dvtl./.22

### Green Laser

- Strong 5MW green laser
- 532 wavelength
- Cold temperature adaptable
- On/Off switch with pressure cord
- Windage/elevation adjustable
- Mounting system included



CLGL2    CLRL2    CLGL5

## FLASHLIGHT KIT

- 200 lumen lamp
- Bright/dim/strobe selections
- Pressure cord
- Mounting system included
- Waterproof/fogproof/shockproof

CLS-200

## TACTICAL FORE END GRIPS

- 3W LED 250 lumen lamp
- 2-stage light/constant/strobe and green laser with windage and elevation
- Heavy-duty construction
- Positive locking recoil key
- Uses 2 CR-123a batteries
- Waterproof
- Shockproof
- Fogproof

- Storage compartment
- Removable side plates to accommodate flush lit pressure switch
- Fits Picatinny style fore ends
- Solid locking pin
- Comfortable, quick lit design

- 3W LED 250 lumen lamp
- 2 stage light/constant/strobe
- Positive locking recoil key
- Uses 2 CR-123A batteries
- Waterproof
- Shockproof
- Fogproof

CVFG-GREEN LASER
CVFR-RED LASER

CVF-1

CVFL

sunopticsusa.com • 817.783.6001/6433    11

"Confidential Attorney Eyes Only"          Sun Optics-000021



## ILLUMINATED LASER SIGHTS

- 3w, 250 lumen LED clear or green light source
- 532 mm wavelength
- 5 mw green laser/windage & elevation
- Positive locking battery compartment
- Selector switch and on/off button (CLF-CG/GG)
- Selector switch and on/off button with strobe (CLF-SG)
- Two pressure cords (rifle length/pistol length)
- Steel quick detach mounting system
  with locking recoil key
- Uses (2) CR123A battery power



CLFGG (GREEN LAMP)

CLFCG (CLEAR LAMP)
CLFSG (CLEAR LAMP/STROBE)

- 3w, 250 lumens LED clear or green light source
- 640 mm wavelength
- 5 mw red laser/windage & elevation
- Positive locking battery compartment
- Selector switch and on/off button
- Auto activated pressure cord
- Steel quick detach mounting system
  with locking recoil key
- Uses (2) CR123A battery power





CLFMF6LX (Clear Lens)

CLFGR (Green lens)

## COMPACT LASER/LIGHT

- 3w, 250 lumen LED light source
- 5 mw red or green laser/windage/elevation
- 3-way selector switch
- Constant on/pulse/strobe switch
- Multi position recoil key
- Fits compacts to large frame handguns
- Positive locking battery compartment
- Compact design
- Uses (2) CR123A battery power



CLFCSG (green)

CLFCSR (red)

10    817.783.8001/6433    •    sunopticsusa.com

"Confidential Attorney Eyes Only"        Sun Optics-000020

## 1X TACTICAL SIGHTING DEVICE

- Precision ground, fully multi-coated lenses with wide band coating
- Red/Green 13 IR reticle
- Super lighweight
- Rubber armored
- 1/4 MOA posi-click windage/elevation
- Nitrogen filled
- Waterproof
- Shockproof
- Fogproof
- Integral mounting system



CD11TS1X

## SUN SHOT MICRO-SIGHT

- Heavy duty construction
- Larger hood design
- 2 MOA green dot
- Windage/elevation adjustments
- Precision ground lens
- Waterproof
- Shockproof
- Fogproof



MD100

## TACTICAL SIGHTING DEVICE

- 30mm tube design
- Red/green range finding IR reticle
- 7 stage rheostat
- Extended ring
- Turret straps
- Lens flip cover
- Waterproof
- Shockproof
- Fogproof



CD13TS30WH

## ELECTRONIC SIGHTING DEVICES

- 30mm tube design
- Red and green multi-reticle selection
- 11 stage rheostat
- Includes sun shade flash kill & 30mm rings
- Waterproof
- Shockproof
- Fogproof



CD13RD30MD

- Tri-rail design
- Red range finding IR reticle
- 7 stage rheostat
- Integral mounting system
- Lens flip covers
- Waterproof
- Shockproof
- Fogproof



CD13RDM39

- Tri-rail design
- Red 2 MOA dot
- 2X removable booster
- 7 stage rheostat
- Integral mounting system
- Waterproof
- Shockproof
- Fogproof



CD12RM242

"Confidential Attorney Eyes Only"        Sun Optics-000019

App. 1352



## ELECTRONIC MICRO SIGHTING DEVICES

- Super compact design
- Precision ground lens
- Built in front lens protector
- Fast target acquisition
- 3 models – 3 MOA dot/shotgun circle dot/ tactical T3 reticle
- 5 stage IR red/green reticle
- Integral mounting system
- No parallax



CD13RD003A-3 MOA dot reticle



CD13SG002W-shotgun circle w/dot reticle



CD13ES004T-T3 reticle

## DUAL COLOR RETICLE ELECTRONIC SIGHTING DEVICE

- Full or micro size sight
- 65 MOA circle w/1 MOA dot
- 6 stage red and green reticle
- Removable shade hood



EL1100 (MICRO SIZE)



EL1300 (FULL SIZE)

## SINGLE COLOR RETICLE W/RED OR GREEN LASER ELECTRONIC SIGHTING DEVICE

- Full or micro size sight
- 65 MOA circle w/1 MOA dot
- 6 stage red or green reticle
- Red or green laser/windage and elevation
- Removable shade hood



EL1200 (MICRO SIZE)
(green reticle/red laser)



EL1400 (FULL SIZE)
(red reticle/green laser)

## ELECTRONIC REFLEX SIGHTS

- Heavy duty construction
- Stainless steel windage/elevation internal parts
- 4 unique reticle selections
- Glass aperture
- 5 stage IR red/green rheostat
- Aperture cover
- Waterproof
- Shockproof
- Fogproof



CD13RHG



CD13RD2

8  817.783.6001/6433  •  sunopticsusa.com

"Confidential Attorney Eyes Only"          Sun Optics-000018

## TRI-RAIL TACTICAL SCOPE

- One piece tube design
- Precision ground, fully multi-coated lenses
- Integral Picatinny mounting rails
- Mil-Dot reticle (R/G IR)

- Fast focus ocular
- Posi-clik 1/4 MOA windage/elevation adjustments
- 100 yd. parallax

- Nitrogen filled
- Waterproof
- Shockproof
- Fogproof



| CS12RM428 | CS12RM432 | CS12RM3932 | CS12RM2628 | CS12RM428IR | CS12RM3932IR |

| MODEL | MAG | EXIT PUPIL | RETICLE | OBJ DIA | FOV | EYE RELIEF | CLICK | LENGTH | WEIGHT |
|-------|-----|-----------|---------|---------|-----|-----------|-------|--------|--------|
| CS12RM428 | 4X | 7mm | Mil-Dot | 32mm | 25.5' | 2.75" | 1/4 MOA | 7.9" | 14.2 oz |
| CS12RM432 | 4X | 8mm | Mil-Dot | 32mm | 29' | 3.4" | 1/4 MOA | 10.1" | 15 oz |
| CS12RM3932 | 3X-9X | 10.7-3.6mm | Mil-Dot | 32mm | 38.15-13' | 3.5-2.75 | 1/4 MOA | 10.3" | 17.8 oz |
| CS12RM2628 | 2X-6X | 14-4.7mm | Mil-Dot | 32mm | 42-15' | 3.7-2.95 | 1/4 MOA | 8.5" | 14.5 oz |
| CS12RM428/IR | 4X | 7mm | Mil Dot/IR | 28mm | 25.5' | 2.75" | 1/4 MOA | 7.9" | 14.7 oz |
| CS12RM3932IR | 3X-9X | 10.7-3.6mm | Mil-Dot/IR | 32mm | 38.15-13' | 3.5-2.75" | 1/4 MOA | 10.3" | 18 oz |

## TACTICAL PRECISION PRISMATIC SIGHTS

- Precision ground fully multi-coated lenses
- Red/green/blue IR selection
- Tactical glass etched reticle with range finding capabilities
- 1/4 MOA posi-clik windage and elevation
- Fast focus ocular
- 3x, 4x, and 5x hooded and sunshade with flashkill models available
- Integral mounting system
- Nitrogen filled
- Waterproof
- Shockproof
- Fogproof



PS30432IRFO–Military reticle with rangefinding capabilities/Fiber optic sights

PS32530IR–Military reticle with rangefinding capabilities

PS30432IR–Military reticle with rangefinding capabilities

PS30332IR–Military reticle with rangefinding capabilities

"Confidential Attorney Eyes Only"        Sun Optics-000017

**App. 1354**



## SHORTY FORTY

- Most compact 3-9x40AO
- 1" tube design
- Precision ground, fully multi-coated lenses with wide band coating
- Duplex reticle
- Fast focus ocular
- Posi-clik brass finger dial
- windage/elevation
- Nitrogen filled
- Waterproof
- Shockproof
- Fogproof

## COMPACT RIFLE SCOPES

- Compact riflescopes
- 1" tube design
- Precision ground, fully coated optics
- 7 stage rheostat
- Dry nitrogen filled
- IR red mil-dot reticle
- Waterproof
- Shockproof
- Fogproof



CSP263940AO          CS242628IRC          CS243942IRC

| MODEL | MAG | EXIT PUPIL | RETICLE | OBJ DIA | FOV | EYE RELIEF | CLICK | LENGTH | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| CSP263940AO | 3X-9X | 7.0-2.3mm | Duplex | 40mm | 15'-4.8' | 4.0-3.5" | 1/4 MOA | 9.44" | 15 oz |
| CS242628IRC | 2X-6X | 84-92mm | Mil-Dot | 28mm | 14'-4.67' | 3.75-2.95" | 1/4 MOA | 7.08" | 8.9 oz. |
| CS243942IRC | 3X-9X | 100-89mm | Mil-Dot | 42mm | 13-4.4' | 36.8-12.5" | 1/4 MOA | 7.30" | 10.4 oz |

## HANDGUN/SCOUT HUNTING SCOPES

- 1" tube design
- Precision ground, fully multi-coated optics
- True handgun/scout relief
- Dry nitrogen filled
- Duplex reticle
- Waterproof
- Shockproof
- Fogproof



CS281720
CS282528
CS282532
CS282732
CS282528IR
CS28432 Scout
CS282732 Scout

| MODEL | MAG | EXIT PUPIL | RETICLE | OBJ DIA | FOV | EYE RELIEF | CLICK | LENGTH | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| CS281720 | 1.7X | 11.8mm | Duplex | 20mm | 17.3' | 16" | 1/4 MOA | 8.8" | 8.9 oz |
| CS282526 | 2.5X | 11.2mm | Duplex | 32mm | 11.5' | 17.7" | 1/4 MOA | 8.8" | 8.9 oz |
| CS282532 | 2.5X | 12.8mm | Duplex | 32mm | 11.5' | 18.3" | 1/4 MOA | 8.5" | 11.7 oz |
| CS282732 | 2X-7X | 17.7-5.9 | Duplex | 32mm | 18.9-6.4' | 10.6-6.7" | 1/4 MOA | 11" | 8.9 oz |
| CS282528IR | 2.5X | 11.2 | Duplex | 28mm | 11.5' | 17.7" | 1/4 MOA | 8.8" | 9.0 oz |
| CS28432 | 4X | 8mm | Duplex | 32mm | 10' | 9.3" | 1/4 MOA | 10" | 8.9 oz |

"Confidential Attorney Eyes Only"          Sun Optics-000016

**App. 1355**



## ULTRA VARIABLE 30mm IR/5-30X56

- One piece tube design
- Precision ground, fully multi-coated lens with wide band coating
- Mil-dot reticle
- Fast focus ocular
- 1/4 MOA Posi-Clik windage/elevation
- 4" eye relief
- Nitrogen filled
- Waterproof, shockproof, fogproof

CS4053056IR

## AIR-A-TAC RIFLE SCOPE

- Precision ground, fully multi-coated lenses with band coating
- Red/Green/Blue/Black IR Micro Mil-Dot glass etched reticle
- 1" one piece tube
- AO to 5 yds. (3-9x50)
- Fast focus ocular
- Posi-clik locking target turrets
- Sunshade
- Nitrogen filled
- Waterproof
- Shockproof
- Fogproof



CS873950AO

CS8741650AO

CS8762450AO

## TAC IV 30MM TACTICAL SCOPE

- 30mm mono tube design
- Fast focus eyepiece
- Precision ground, fully multi-coated lenses with wide band coating
- Return to zero target turrets with covers
- Side parallax (CS2731250 excluded)
- Dry nitrogen filled
- Sunshade included
- Mil-dot reticle
- Sharp edge-to-edge clarity at every power
- Zoom ratio up to 4X magnification
- Black satin finish
- Waterproof
- Shockproof
- Fogproof



 

CS2731250    CS2741650    CS2762450    CS2783250

| MODEL | MAG | EXIT PUPIL | RETICLE | OBJ DIA | FOV | EYE RELIEF | CLICK | LENGTH | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| CS4053056IR | 5X-30X | 9.8-1.86mm | Mil-Dot | 56mm | 23.4-3.9 | 3.75-3.25 | 1/8 MOA | 16.8 | 33 oz. |
| CS873950AO | 3X-9X | 10-5.5mm | Mil-Dot | 50mm | 39.3-13.1' | 3.3"-3.1" | 1/4 MOA | 13.5" | 22 oz. |
| CS8741650AO | 4X-16X | 10-3.1mm | Mil-Dot | 50mm | 22.4-6.6' | 3.3"-3.1" | 1/4 MOA | 15.2" | 25 oz. |
| CS8762450AO | 6X-24X | 8.3-2.1mm | Mil-Dot | 50mm | 16.2-3.6' | 3.3"-3.1" | 1/4 MOA | 16" | 28 oz. |
| CS2731250 | 3X-12X | 16.7-4.2mm | Mil-Dot | 50mm | 27.5-6.6' | 4.8-3.3" | 1/4 MOA | 14" | 18 oz. |
| CS2741650 | 4X-16X | 12.5-3.1mm | Mil-Dot | 50mm | 23.5-5.8' | 3.2-2.75" | 1/4 MOA | 14.6" | 19.3 oz. |
| CS2762450 | 6X-24X | 8.3-2.1mm | Mil-Dot | 50mm | 17.5-4.5' | 3.5-2.75" | 1/8 MOA | 16.5" | 21 oz. |
| CS2783250 | 8X-32X | 6.3-1.6mm | Mil-Dot | 50mm | 11.5-3.5' | 3-2.7" | 1/8 MOA | 16" | 21 oz. |

"Confidential Attorney Eyes Only"          Sun Optics-000015

App. 1356



## HUNTER PLUS CROSSBOW SCOPE

- One piece tube design
- Precision ground, fully multi-coated lens with wide band coating
- Rangefinding crossbow reticle
- Fast focus ocular
- Posi-click brass finger dial windage/elevation
- 4" eye relief
- 50 yd. parallax
- Nitrogen filled
- Waterproof, shockproof, fogproof



CSPCB432

## VARMINT SEEKER 30mm RIFLE SCOPE

- One piece tube design
- Precision ground, fully multi-coated lens with wide band coating
- Fine crosshair with dot reticle
- Fast focus ocular
- Side focus parallax
- 1/4 MOA Posi-Click windage/elevation
- Precise target turrets
- 4" eye relief
- Nitrogen filled
- Waterproof, shockproof, fogproof



KSAP41650

KSAP62450

KSAP83250

## TACTICAL 30mm CQB/3-GUN MATCH SCOPE

- One piece tube design
- Precision ground, fully multi-coated lens with wide band coating
- CQB T3 w/Dot IR Red/Green reticle
- Fast focus ocular
- Locking target turrets
- 1/2 MOA Posi-Clik windage/elevation
- 4" eye relief
- Nitrogen filled
- Waterproof, shockproof, fogproof



CS401624IR

| MODEL | MAG | EXIT PUPIL | RETICLE | OBJ DIA | FOV | EYE RELIEF | CLICK | LENGTH | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| CSPCB432 | 4X | 8mm | CB | 32 | 28' | 3.75 | 1/4 | 8" | 9.4 |
| KSAP41650 | 4-18 | 75.5-81.6mm | FCR/DOT | 50 | 26.5'-7.2' | 4"-3.5" | 1/4 | 14.5 | 29 oz |
| KSAP62450 | 6-24 | 8.3-2.1mm | FCR/DOT | 50 | 18.8'-5.2' | 4"-3.5 | 1/4 | 15.6 | 26 oz |
| KSAP83250 | 8-32 | 6.3-1.8mm | FCR/DOT | 50 | 13.0'-3.5 | 3.75"-3.25" | 1/4 | 14.8 | 27 oz |
| CS401624IR | 1-6 | 10-4mm | T-3/IR | 24 | 115-9.2 | 4.5-3.75 | 1/2 | 10.9 | 18.5 |

4    817.783.6001/6433    •    sunopticsusa.com

"Confidential Attorney Eyes Only"    Sun Optics-000014



# 2014 CATALOG

# SUN OPTICS USA

SCOPE MOUNTS • OPTICS
SHOOTING ACCESSORIES

"Confidential Attorney Eyes Only"    Sun Optics-000013



其余

齿型放大图

技术要求

刻度盘

"Confidential Attorney Eyes Only"

EXHIBIT
82
3-25-15 dc
PENGAD 800-631-6989

Sun Optics-000375



"Confidential Attorney Eyes Only"

Sun Optics-000376



其余 ▽

技术要求
1 所有回转表面的同轴度为φ0.05
2 去毛刺
3 黑色阳极氧化

护圈

"Confidential Attorney Eyes Only"

Sun Optics-000377

App. 1362



"Confidential Attorney Eyes Only"

Sun Optics-000378



"Confidential Attorney Eyes Only"

Sun Optics-000379



"Confidential Attorney Eyes Only"

Sun Optics-000380



"Confidential Attorney Eyes Only"



"Confidential Attorney Eyes Only"

Sun Optics-000382



"Confidential Attorney Eyes Only"

Sun Optics-000383



其余 ▽

齿型放大图

技术要求

1 去毛刺
2 黑色阳极氧化
3 刻线宽0.2深0.6 刻字美观, 无断笔等不良现象;
4 侧面刻线4等份

刻度盘

10254 310

常州国际光学仪
器有限公司

"Confidential Attorney Eyes Only"

Sun Optics-000384

App. 1369



"Confidential Attorney Eyes Only"

Sun Optics-000385



"Confidential Attorney Eyes Only"

Sun Optics-000386



其余 ▽

技术要求

1. 铀上所有回转表面的同轴度为 ⌀0.05;
2. 去毛刺; 黑色阳极氧化。

目镜框

10052370

"Confidential Attorney Eyes Only"

Sun Optics-000387

App. 1372



"Confidential Attorney Eyes Only"

Sun Optics-000388



"Confidential Attorney Eyes Only"

Sun Optics-000389



"Confidential Attorney Eyes Only"

Sun Optics-000390



"Confidential Attorney Eyes Only"



"Confidential Attorney Eyes Only"

Sun Optics-000392



"Confidential Attorney Eyes Only"

Sun Optics-000397

App. 1378



"Confidential Attorney Eyes Only"

Sun Optics-000398

**App. 1379**



"Confidential Attorney Eyes Only"

Sun Optics-000396



"Confidential Attorney Eyes Only"

Sun Optics-000395



"Confidential Attorney Eyes Only"

Sun Optics-000394



"Confidential Attorney Eyes Only"

Sun Optics-000393



"Confidential Attorney Eyes Only"

Sun Optics-000399



"Confidential Attorney Eyes Only"

Sun Optics-000400



其余

齿型见型材截面图

技术要求

齿型放大图

调节筒

山姆电器
南通 有限公司

"Confidential Attorney Eyes Only"    Sun Optics-000201





调节筒型材
截面图

附

山姆电器
南通 有限公司

"Confidential Attorney Eyes Only" Sun Optics-000202



其余

技术要求

轴上所有回转表面的同轴度为……
2 去毛刺:
……黑色阳极氧化:

目镜框

山姆电器
南通 有限公司

"Confidential Attorney Eyes Only"          Sun Optics-000203



其余

目镜框
型材截面图

山姆电器
南通 有限公司

"Confidential Attorney Eyes Only"          Sun Optics-000204



其余

技术要求

调倍扭圈

山姆电器
南通 有限公司

"Confidential Attorney Eyes Only"          Sun Optics-000205

App. 1390