UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAPERS, INC.,

    Plaintiff,

v.                                          Case No.  14-12290

SMTS, LLC d/b/a TUFF ZONE, et al.,

    Defendants.
_____/

**ORDER TERMINATING AS MOOT PLAINTIFF'S DISCOVERY MOTIONS**

Now pending before the court are Plaintiff's "Motion to Compel Discovery of Documents," (Dkt. # 62); "Motion to Stay, or in the Alternative Compel Discovery," (Dkt. # 63); "Motion to Compel (1) Deposition of Quian Zhang and (2) Verified Interrogatory Answers, or in the Alternative to Strike Interrogatory Answers," (Dkt. #76); and "Motion to Strike the Expert Report and Testimony of Emanuel Kapelsohn," (Dkt. # 77).  On March 25, 2016, the court issued a sealed order granting Defendants' Motion for Summary Judgment.  (Dkt. # 109.)  As such, the above-mentioned discovery motions are now moot. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Compel Discovery of Documents," (Dkt. # 62); "Motion to Stay, or in the Alternative Compel Discovery," (Dkt. # 63); "Motion to Compel (1) Deposition of Quian Zhang and (2) Verified Interrogatory Answers, or in the Alternative to Strike Interrogatory Answers," (Dkt. #76); and "Motion to Strike the Expert Report and Testimony of Emanuel Kapelsohn," (Dkt. # 77), are TERMINATED as moot.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2016

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2016, by electronic and/or ordinary mail.

                    s/Holly Monda
                    Case Manager and Deputy Clerk in the
                    Absence of Lisa Wagner
                    (313) 234-5522