IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | | |
|---|---|---|
| LEAPERS, INC.<br>(A Michigan Corporation),<br><br>　　Plaintiff<br><br>V.<br><br>SMTS, LLC d/b/a TUFF ZONE<br>(A Michigan Limited<br>Liability Company);<br>TRARMS, INC.<br>(A California Corporation); and<br>SUN OPTICS USA,<br>(A Texas Corporation),<br><br>　　Defendants | §§§§§§§§§§§§§§§§§ | CIVIL ACTION<br><br>NO. 2:14-cv-12290-RHC-DRG<br><br><br><br><br>Judge Robert H. Cleland<br><br>Magistrate Judge David R. Grand<br><br>**JURY DEMAND** |

## **FINAL JUDGMENT**

In accordance with the Court's ruling on Defendants' motion for summary judgment and in the Order Granting Agreed Motion for Severance and for the reasons set forth therein,

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Leapers, Inc. ("Leapers") shall take nothing by way of its claims against defendants SMTS, LLC d/b/a Tuff Zone ("SMTS"), TRARMS, Inc. ("TRARMS"), and Sun Optics USA ("Sun Optics").

Subject to the Order Granting Agreed Motion for Severance, all other relief not granted herein is expressly DENIED.

This final judgment disposes of all claims and all parties.

SO ORDERED this 2nd day of December, 2016.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

| /s/ Joseph F. Cleveland, Jr. | /s/ Brian D. Wassom |
|---|---|
| Joseph F. Cleveland, Jr. | Brian D. Wassom (P60381) |
| Texas State Bar No. 04378900 | WARNER NORCROSS & JUDD, LLP |
| BRACKETT & ELLIS, P.C. | 2000 Town Center, Suite 2700 |
| jcleveland@belaw.com | Southfield, MI  48075-1318 |
| 100 Main Street | Telephone:  (248) 748-5039 |
| Fort Worth, Texas  76102-3090 | E-mail:  bwassom@wnj.com |
| Telephone:  (817) 338-1700 | |
| E-mail:  jcleveland@belaw.com | ATTORNEYS FOR PLAINTIFF |
| | LEAPERS, INC. |

James K. Thome  (P25629)
VANDEVEER GARZIA, PC
1450 Long Lake Road, Suite 100
Troy, Michigan  48098
Telephone:  (248) 312-2800
E-mail:  JThome@VGpcLAW.com

ATTORNEYS FOR DEFENDANT
SUN OPTICS USA

/s/ Douglas P. LaLone
Douglas P. LaLone (P45751)
dlalone@fishstewip.com
Barbara L. Mandell (P36437)
bmandell@fishstewip.com
Melissa R. Atherton (P76532)
matherton@fishstewip.com
FISHMAN STEWART PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone:  (248) 594-0600


ATTORNEYS FOR DEFENDANTS
SMTS, LLC D/B/A TUFF ZONE AND
TRARMS, INC.