## CURRENT CHARGE DETAIL

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/21/2014 | BLM | Reviewed complaint; reviewed other litigation involving Leapers and provided Mr. LaLone with pleadings from the other case; met with Mr. LaLone and Ms. Atherton to discuss complaint and litigation strategy. | 2.80 hrs. | 1,260.00  2 |
| 07/21/2014 | DPL | Studying the Leapers complaint against TRARMS; conference with Ken about the China case and questions we have about this case; meeting with team to discuss issues and strategy for the case and working on strategy on how to move the case forward in Trarms' best interest. | 2.75 hrs. | 1,237.50  2,8 |
| 07/21/2014 | MRA | Office conference with attorney LaLone and attorney Mandell regarding action items, specifically, review complaint to spot relevant issues; create list of action items. | 1.80 hrs. | 288.00  1 |
| 07/22/2014 | DPL | Studying documents from Ken Gross; having notice of appearances filed with the court; reviewing prior riflescopes in the market for this alleged trade dress on the turrets and adjustment knobs. | 1.00 hrs. | 450.00  2,8,11 |
| 07/22/2014 | BLM | Reviewed docket for case and conferred with Mr. LaLone re stip and order granting extension; research regarding Leaper affiliates and assumed names; reviewed dockets and key documents in other federal cases involving Leapers. | 1.00 hrs. | 450.00  2,11 |
| 07/22/2014 | LNW | Drafting SMTS, LLC Retainer Agreement and Notices of Appearances. (NO CHARGE) | 0.00 hrs. | 0.00 |
| 07/23/2014 | DPL | Reviewing the Indiana complaint and related papers; contacting Ken regarding entering his appearance in the Michigan case; working on the extension for Trarms to answer the complaint. | 1.25 hrs. | 562.50  2, 3,5,11 |
| 07/23/2014 | BLM | Conferred with Mr. LaLone re case strategy; checked case docket; email exchanges with Mr. Gross regarding stipulated order and regarding attorney admission to the Eastern District of Michigan; reviewed facts from other Leapers cases. | 1.00 hrs. | 450.00  2,3 |
| 07/24/2014 | ADR | Office conference with attorney Atherton and conducting a world-wide search for patent publications of Leapers, Inc. (aka UTG Pro and TPro Trade), Trarms, Inc., and SMTS, LLC (aka TUFFZONE); conducting the search using Internet databases; obtaining copies of the publications discovered during this investigation; drafting a memo to the attorney summarizing results of the search. | 3.40 hrs. | 680.00  2,11 |

**ATTORNEYS' EYES ONLY**

67490   0001      LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      762204

| | | | | | |
|---|---|---|---|---|---|
| 07/24/2014 | MRA | Preliminary investigation relating to this litigation, specifically, conducting worldwide trademark search for LEAPERS and summarize results for attorney Mandell and attorney LaLone's review; office conference with attorney Mandell regarding Leapers' U.S. trademark application for asserted trade dress; discussions with IT department regarding capture of Leapers website as currently available. (No charge for IT Department's work for capturing LEAPER'S website.) | 2.50 | hrs. | 400.00 |
| | | | | | 2,11 |
| 07/24/2014 | BLM | Reviewed Leapers's patents and pending trade dress trademark. Searched trademark database for rejected applications in area of trade dress for scope knobs and bell. | 0.50 | hrs. | 225.00 |
| | | | | | 2,11 |
| 07/25/2014 | MRA | Review of materials received from attorney Gross, specifically, the criminal complaint and investigation; conduct worldwide trademark search for Trarms and related companies, and summarize findings; briefly review Leapers' patents uncovered by Mr. Robinovich; create timeline of events based on documentation received and/or uncovered; office conference with attorney Mandell regarding same; brief internet research to uncover Leapers documents touting the functional nature of the design; brief review of archived web pages to investigate Leapers' alleged dates of first use; summarize findings for attorney Mandell and attorney LaLone's review. | 5.10 | hrs. | 816.00 |
| | | | | | 2 |
| 07/25/2014 | ADR | Office conference with attorney Atherton and now conducting a worldwide search for patent publications of Wuyang Sporting Goods, Tina Ding, Jiangsu UTG Sporting Goods, Presma, Wuyang Longtian Precision Instruments, and Chuanwen Shi; conducting the search using Internet databases; drafting a memo to the attorney summarizing results of the search. | 2.50 | hrs. | 500.00 |
| | | | | | 2,11 |
| 07/25/2014 | BLM | Conferred with Ms. Atherton and reviewed background information on history with Leapers and Indiana criminal matter, etc.; compared U.S.P.T.O. drawing of applied-for trade dress registration with Sniper scope | 1.25 | hrs. | 562.50 |
| | | | | | 2,10 |

# ATTORNEYS' EYES ONLY

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 762204 |

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 07/28/2014 | DPL | Conference call with Lisa Wang of Tuff Zone regarding the facts of the case and our meeting this Friday; reviewing the results of our team's investigation of Leaper's patents and trademarks in order to understand what rights Leapers has in the world; conducting strategy meeting with the RFG team on how to proceed; conference with Ken Gross regarding the criminal claims and the China law suit and asking for certain papers for same; discussing with Ken Gross the possibility of us filing a Rule 12b motion to dismiss some of Leaper's claims and to force Leaper's to clarify what the trade dress is they are claiming in this suit. | 3.25 | hrs. | 1,462.50 |
| | | | | 2,3,5 | |
| ~~07/28/2014~~ | ~~MLV~~ | ~~Discussion with attorney Atherton regarding possible letter of protest to be filed against application for scope/sight trade dress and content of same.~~ | ~~0.30~~ | ~~hrs.~~ | ~~99.00~~ |
| 07/28/2014 | MRA | Conduct case law research to identify elements of trade dress and trademark infringement, and summarize findings for attorney Mandell and attorney LaLone's review; discussion with attorney Visser regarding letter of protest and strategy in supplying same; office conference with attorney LaLone and attorney Mandell regarding strategy and necessary next steps. | 3.50 | hrs. | 560.00 |
| | | | | 2,5 | |
| 07/28/2014 | BLM | Reviewed Ms. Atherton's legal memorandum on standards for proving trade dress infringement; reviewed sample letter of protest to USPTO re application for functional trade dress. Met with Mr. LaLone and Ms. Atherton re strategy. | 1.50 | hrs. | 675.00 |
| | | | | 2 | |
| 07/29/2014 | BLM | Reviewed email and correspondence | 0.10 | hrs. 1 | 45.00 |
| 07/30/2014 | MRA | Office conference with attorney Mandell regarding scope and strategy in drafting Motion to Dismiss for failure to state a claim; review relevant treatise and case law relating to trade dress standards in the Sixth Circuit, finding persuasive and instructive case law relating to secondary meaning, functionality and pleading standards; draft section of motion relating to secondary meaning and trade dress pleading standards. | 3.40 | hrs. | 544.00 |
| | | | | 2 | |
| 07/30/2014 | BLM | Conferred with Ms. Atherton re content of motion to dismiss. | 0.40 | hrs. | 180.00 |

**ATTORNEYS' EYES ONLY**

# RADER, FISHMAN & GRAUER PLLC

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/2014 | MRA | Continue preparing Motion to Dismiss, specifically, draft section relating to functionality of trade dress; conduct research to determine relevant dilution standards and supporting case law outlining fame requirements; draft section of motion relating to dilution, outlining the relevant legal standards, pointing out analogous and instructive Sixth Circuit case law, and highlighting Leapers' deficient claims; conduct research relating to false advertising claim, and potentially relevant elements and causes of action; conduct research relating to state law claims, including Michigan Consumer Protection Act, and common law and state trademark infringement to determine the relevant elements and applicability of same. | 7.00 hrs. | 1,120.00 |
| | | | 2,5 | |
| 07/31/2014 | DPL | Preparing for meeting with Lisa Wang tomorrow at her office in Michigan; continuing to review papers from Ken Gross regarding the criminal case and Trarms patent suit in China; reviewing case law from associate on the elements of Leaper's case. | 1.50 hrs. | 675.00 |
| | | | 2,5,6 | |

**Total Fees Billed For This Invoice**        $13,242.00

**Non-metered phone, fax, postage & copy costs**  $463.47

# ATTORNEYS' EYES ONLY

| September 30, 2014 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **18,573.40** |
| | | | |
| **Fees** | **TOTAL** | $ | **17,416.00** |
| | Case-in-Chief | $ | 16,516.00 |
| | Counterclaims | $ | - |
| | Related Case | $ | 900.00 |
| | | | |
| **Hours** | **TOTAL** | | **55.25** |
| | Case-in-Chief | | 53.25 |
| | Counterclaims | | 0.00 |
| | Related Case | | 2.00 |
| | | | |
| **Expenses** | **TOTAL** | $ | **547.84** |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **609.56** |
| | Case-in-Chief | $ | 578.06 |
| | Counterclaims | $ | - |
| | Related Case | $ | 31.50 |
| | | | |
| **Total Sought** | | $ | **17,641.90** |

ATTORNEYS' EYES ONLY

**RADER,**

**FISHMAN**

**& GRAUER**
PLLC

September 30, 2014

| | | |
|---|---|---|
| **Invoice no.** | 764282 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | August 31, 2014 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
2077 SOUTH VINEYARD AVE.
ONTARIO, CA 91761

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;
OUR FILE NO. 67490-0001*

| <u>Due Date</u> | <u>Current Charges</u> |
|---|---|
| **Payable Upon Receipt** | **$18,573.40** |

<u>**BILLING SUMMARY**</u>

| | |
|---|---|
| Current Fees | $17,416.00 |
| Current Expenses | $547.84 |
| Non-metered phone, fax, postage & copy costs | $609.56 |
| **Total Current Charges** | **$18,573.40** |

<u>**TRUST SUMMARY**</u>

| | |
|---|---|
| Trust Balance | $20,004.11 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,004.11 |

**\*PLEASE NOTE YOU HAVE A PAST DUE BALANCE OF $13,705.47**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

# ATTORNEYS' EYES ONLY

67490        0001         LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.        Invoice#        764282

## CURRENT CHARGE DETAIL

| 08/01/2014 | MRA | Continue preparing Motion to Dismiss, specifically, draft sections relating to unfair competition and state law claims (Michigan Consumer Protection Act, common law and state trademark infringement claims), outlining relevant legal standards and analogous case law; review and revise; discussion with attorney Mandell regarding same; finalize for attorney Mandell and attorney LaLone's review. | 5.50 hrs. | 880.00 |

2,5

| 08/01/2014 | DPL | Continuing to prepare for meeting at Lisa Wang's office here in Michigan; attending several hour meeting at Lisa Wang's office and reviewing the claims in the case and working over the facts of the case; reviewing her notes concerning Mr. Shi and considering our defenses and strategy for this case and the criminal case and the case in China; having Lisa translate some to the documents Ken Gross provided so as to help us with our time line of relevant events for organizing our understanding of the case. (No charge for travel time to and from Lisa Wang's office). | 3.50 hrs. | 1,575.00 |

2,5,6

| 08/01/2014 | BLM | Began editing brief in support of motion to dismiss; telephone with Mr. Cleveland (lead counsel for Sun Optics USA) | 2.75 hrs. | 1,237.50 |

3

| 08/03/2014 | BLM | Edited and finalized draft of motion to dismiss and brief in support. | 5.00 hrs. | 2,250.00 |

3

| 08/03/2014 | DPL | Conference with co-counsel Barb to discuss our motion to dismiss under Rule 12(b)6 and reviewing the answer by Sun Optics; reviewing draft of our motion to dismiss and commenting on same to Barb. | 1.00 hrs. | 450.00 |

2

| 08/04/2014 | DPL | Reviewing notes from Ken Gross and samples of Leaper's advertising of the functional grip; conference with counsel for Sun Optics about the status of the case and how they are proceeding; reviewing and revising Trarms' motion to dismiss Leaper's complaint. | 1.50 hrs. | 675.00 |

2,3, 6

| 08/04/2014 | BLM | Reviewed emails; email exchange with Mr. Cleveland; conferred with Mr. LaLone re strategy; worked on draft of motion to dismiss. | 0.50 hrs. | 225.00 |

1,2,3

| 08/05/2014 | DPL | Working on the Trarms Rule 12(b)6 motion to dismiss and conference with Barb regarding same. | 1.50 hrs. | 675.00 |

3

| 08/06/2014 | BLM | Reviewed information from opposing counsel (patents reflecting alleged Leapers trade dress and USPTO office action); attention to motion to dismiss; conferred with Mr. Atherton re motion to dismiss; prepared for and engaged in telephone call with Mr. LaLone, Mr. Gross and client. | 1.70 hrs. | 765.00 |

1,2,3

## ATTORNEYS' EYES ONLY

67490        0001        LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.        Invoice#        764282

| 08/07/2014 | MRA | Office conference with attorney Mandell regarding necessary edits to brief; review brief for consistency; revise as necessary; finalize; discussions with paralegal regarding filing of same, preparation of revised exhibits. | 2.65 hrs. | 424.00 |

2,3

| 08/07/2014 | BLM | Worked on finalizing brief for filing; telephone call to former prosecutor in Indianapolis re assistance in dismissing criminal matter and about bringing civil claims for violation of civil rights against Prosecutor and/or Continental Enterprises; conference call with counsel for Sun Optics and Mr. LaLone; reviewed motion and brief drafted by Sun Optics and other prior art that it has found. | 3.30 hrs. | 1,485.00 |

*work on Indiana case; reduced by .3*

- .3        - 135.00
3.0 hrs        1,350.00

2

| 08/08/2014 | DPL | Finalizing our review of the motion to dismiss and having same filed and served on the parties; drafting email to Ken regarding the status of the case and our recommendation for settlement terms; meeting with associate and providing her with instructions on organizing evidence that we can then provide to the criminal attorney for use in Mr. Shi's criminal case. | 1.00 hrs. | 450.00 |

*work on Indiana case; reduced by .25*

- .25        -112.50
.75 hrs        337.50

2,3

| 08/08/2014 | MRA | Internal discussions regarding Motion to Dismiss, namely, confirming filing of motion and brief; office conference with attorney LaLone regarding strategy and tasks relating to next steps. | 0.90 hrs. | 144.00 |

2,3

| 08/11/2014 | MRA | Discussion with attorney Hallin regarding Continental Enterprises, and possible grounds for disqualification motion; office conference with legal assistant regarding additional research. | 0.85 hrs. | 136.00 |

2,3

| 08/12/2014 | DPL | Reviewing emails from Ken regarding the status of the criminal case; responding to Ken and laying out a plan for helping Mr. Shi in the criminal matter. | 0.25 hrs. | 112.50 |

| 08/19/2014 | MRA | Office conference with attorney LaLone regarding status of case, strategy and necessary next steps and research to be conducted. | 2.30 hrs. | 368.00 |

1,2

| 08/19/2014 | DPL | Meeting with associate to review the evidence we have gathered on scopes with scalloped configurations by third parties; providing instructions regarding additional searching to perform; conferring with Ken Gross on the criminal matter and the evidence we have gathered that may help Mr. Shi in the criminal case; conference with Lisa Wang on the status of the evidence she has gathered so far in this case; reviewing numerous emails from Joe Cleveland, counsel for Sun Optics, on prior art they have located and making sure we have his evidence in our prior art book; conference with Joe Cleveland regarding same. | 2.75 hrs. | 1,237.50 |

*work on criminal case; reduced by .2*

- .2        - 90.00
2.55 hrs        1,147.50

2,6

**ATTORNEYS' EYES ONLY**

67490     0001       LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.     Invoice#       764282

| 08/21/2014 | MRA | Prepare correspondence to Tuff Zone regarding additional required documents and forwarding Leapers' U.S. trademark application; discussion with Ms. Fishman regarding translation of Chinese documents and background of case. | 1.20  hrs. | 192.00 |
| | | | **1,2,11** | |
| 08/21/2014 | BLM | Reviewed draft email to Tuffzone seeking documents; reviewed prosecution file for Leapers' TM application; reviwed Sun Optics' motion to amend motion. | 0.40  hrs. | 180.00 |
| | | | **2,6** | |
| 08/21/2014 | TM | Office conference with attorney Atherton to review file history and relevant documents; review, analyze and translate Chinese language documents. (Translation) | 1.45  hrs. | 159.50 |
| | | | **2** | |
| 08/22/2014 | DPL | Reviewing email from Ken Gross about a meeting with the Indiana Prosecutor and responding to same; studying the criminal complaint and pointing out defects in same to Ken Gross; working with associate to continue organizing our evidence Leapers has no trade dress rights. | 1.25  hrs. | 562.50 |
| | | *work on criminal case; reduced by 1.00* | -1.00 | -450.00 |
| | | | .25 hrs   **11** | 112.50 |
| 08/24/2014 | MRA | Conduct online research to support arguments that Leapers' trade dress is functional and diluted; specifically, review third-party websites for similar features and references to functional nature of same; prepare summary of findings. | 4.45  hrs. | 712.00 |
| | | | **2** | |
| 08/24/2014 | TM | Continue review, analysis and translation of Chinese language documents; email translations/findings to Attorneys Lalone and Atherton. (Translation) | 1.90  hrs. | 209.00 |
| | | | **11** | |
| 08/25/2014 | MRA | Review of evidence showing the functional and diluted nature of Leapers' trade dress, specifically, reviewing binder reflecting research prepared by legal assistant, and revising where necessary; summarize contents of same; office conference with attorney LaLone presenting same and discussing necessary revisions. | 3.90  hrs. | 624.00 |
| | | | **1,2** | |
| 08/26/2014 | DPL | Meeting with associate to review the results of our prior art invetsigation and the organizization of it into a book for use in presenting to the court and the Prosecutor in Indiana; studying our Chinese translations of the emails between Leapers and Trarms. | 1.00  hrs. | 450.00 |
| | | | **2,5** | |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 764282 |

| 08/29/2014 | DPL | Reviewing new art from our investigation into US patents showing scopes with scalloped designs and organizing the relevant patents into areas of relevance to this case; having the patents placed into our big collection of prior art references so that we now have a completed collection of art to use in this case that is based on our stage 1 investigation; providing instructions to have this collection electronically scanned into our system with dividers placed between each of the categories (turrets, objective adjustment, distance adjustment). | 2.75 hrs. | 1,237.50 |

2,11

**Total Fees Billed For This Invoice**      **$17,416.00**

| 08/31/2014 | Online Legal Research - Vendor:LEXIS-NEXIS | 460.09 |
| 08/31/2014 | Online Research for the mark "LEAPERS" - Vendor: CT CORSEARCH | 87.75 |

**Total Expenses Billed For This Invoice**      **$547.84**

**Non-metered phone, fax, postage & copy costs**      **$609.56**

# ATTORNEYS' EYES ONLY

| October 31, 2014 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **12,704.81** |
| | | | |
| **Fees** | **TOTAL** | $ | **11,678.00** |
| | Case-in-Chief | $ | 11,678.00 |
| | Counterclaims | $ | - |
| | Related Case | $ | - |
| | | | |
| **Hours** | **TOTAL** | | **37.10** |
| | Case-in-Chief | | 37.10 |
| | Counterclaims | | 0.00 |
| | Related Case | | 0.00 |
| | | | |
| **Expenses** | **TOTAL** | $ | **618.08** |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **408.73** |
| | Case-in-Chief | $ | 408.73 |
| | Counterclaims | $ | - |
| | Related Case | $ | - |
| | | | |
| **Total Sought** | | $ | **12,704.81** |

ATTORNEYS' EYES ONLY

**RADER,**

**FISHMAN**

**& GRAUER**
PLLC

39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

October 31, 2014

| | | |
|---|---|---|
| **Invoice no.** | 766057 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | September 30, 2014 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
2077 SOUTH VINEYARD AVE.
ONTARIO, CA  91761

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| **Payable Upon Receipt** | **$12,704.81** |

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $11,678.00 | |
| Current Expenses | $618.08 | |
| Non-metered phone, fax, postage & copy costs | $408.73 | |
| **Total Current Charges** | | **$12,704.81** |

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,008.66 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,008.66 |

**\*PLEASE NOTE YOU HAVE A PAST DUE BALANCE OF $13,705.47**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: RADER, FISHMAN & GRAUER PLLC,  P.O. BOX 4597  CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS TO:  FLAGSTAR BANK  5151 CORPORATE DR., TROY, MI 48098*
*ABA: 272471852     SWIFT: N/A     ACCOUNT NO.: 101973859*

## ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 09/02/2014 | DPL | Studying Leapers' two opposition briefs and having same reported out the client; corresponding with Ken regarding same. | 0.75 hrs. | | 337.50 |
| 09/02/2014 | BLM | Reviewed plaintiff's briefs; email exchange with Mr. LaLone and Ms. Atherton. | 0.40 hrs. | [1] | 180.00 |
| 09/04/2014 | MRA | Review of Leapers' response to Trarms and Tuff Zone's Motion to Dismiss, noting potential arguments, reviewing cited case law, and notes for discussion; office conference with attorney LaLone and attorney Mandell regarding Leapers' motion and strategy in responding to same. | 2.30 hrs. | [1,2,3] | 368.00 |
| 09/04/2014 | DPL | Conference with our team to discuss the drafting of our reply brief that is in response to Leaper's opposition brief on our motion to dismiss Leaper's law suit; providing instructions to the team on arguments to make in the reply brief; having the cases in Leaper's brief shepardized and having a search done for decisions by our judge Judge Cleland; reviewing the collection of prior art scopes to show numerous companies are selling scopes with scallops and providing instructions on same for use with the court; reviewing decisions by this court on dismissing cases by other parties and looking at using these cases in our reply brief. | 2.50 hrs. | [2,3] | 1,125.00 |
| 09/04/2014 | BLM | Meeting with Mr. LaLone and Ms. Atherton regarding strategy in connection with Reply Brief; researched Judge Cleland's opinions (1) granting motions to dismiss and (2) trade dress infringement. | 1.80 hrs. | | 810.00 |
| 09/05/2014 | DPL | Conference call with Sun Optic's counsel, Joseph Cleveland, about the strategy for our reply brief that is due in 2 weeks concerning our motion to dismiss Leaper's complaint; reviewing case law from our judge to better understand his prior rulings to dismiss complaints; providing instructions to secretary and having her add additional patents to our prior art collection that shows scopes with scallops are well known in the industry and that no one owns that feature on a scope. | 1.50 hrs. | [2,3] | 675.00 |
| 09/08/2014 | MRA | Review and compare motion for Summary Judgment and Leapers' opposition of same; summarize arguments in both briefs and formulating potential reply arguments; office conference with attorney LaLone and attorney Mandell regarding strategy in responding to same; review prior art document and provide feedback to legal assistant with instructions to revise. | 5.30 hrs. | [2] | 848.00 |
| 09/08/2014 | BLM | Conferred with Mr. LaLone and Ms. Atherton regarding contents of Reply Brief. | 0.90 hrs. | [1,3] | 405.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 766057 |

| 09/10/2014 | MRA | Formulate and draft reply brief, specifically, preparing introduction and arguments relating to the lack of specificity of the trade dress and addressing case law cited by Leapers; prepare remaining sections addressing all Counts and Leapers' arguments relating to same. | 3.20 hrs. | 512.00 |

2,3

| 09/11/2014 | MRA | Review and revise brief as necessary; review citations for accuracy and consistency; review of prior art documents with legal assistant; update to attorney LaLone and attorney Mandell. | 4.15 hrs. | 664.00 |

2,3

| 09/11/2014 | BLM | Conferred with Mr. LaLone and Ms. Atherton regarding strategy for reply brief and oral argument and began editing draft reply brief. | 1.00 hrs. | 450.00 |

3

| 09/12/2014 | BLM | Edits to reply brief. | 1.50 hrs. | 675.00 |

3

| 09/15/2014 | DPL | Reviewing and marking up draft of Trarm's Reply brief for its motion to dismiss; studying the proposed set of exhibits my assistant organized for this reply brief; revising the brief and adding in citations to the new set of exhibits that we will be filing with the court; reviewing stack of patents and selecting a group to be used as an exhibit for this reply brief to support our position that others claim ownership to scallop on scopes and that Plaintiff has failed to meet its burden of identifying a specific mark in which it owns; conference with counsel for Sun Optics regarding our reply brief; drafting email to Sun Optics counsel and providing him and Ken Gross with a draft copy; conference with associate regarding edits to our brief. | 4.50 hrs. | 2,025.00 |

2,3,8

| 09/16/2014 | MRA | Final review of exhibits for inclusion in brief; discussion with legal assistant regarding same; discussion with attorney LaLone regarding finalizing brief, final review of same. | 2.35 hrs. | 376.00 |

2,3

| 09/16/2014 | DPL | Conference with Ken Gross on an update of the civil and criminal cases; providing Ken with a draft of our reply brief; reviewing and making final edits to the reply brief and adding in case law from our Judge Cleland who is in charge of this case; reviewing case law from Joe Cleveland, Sun Optic's counsel, and deciding not to use the case law in our reply brief. | 1.50 hrs. | 675.00 |

2,5,8

| 09/16/2014 | BLM | Reviewed results of cite-checking and made further edits to Reply Brief. | 0.50 hrs. | 225.00 |

3

| 09/17/2014 | BLM | Final edits to Reply Brief to fit within required seven-page limit. | 0.50 hrs. | 225.00 |

3

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 766057 |

| 09/18/2014 | DPL | Drafting emails to Charlie Shi and to Lisa Wang and discussing various issues of the case including the evidence we have submitted in our Reply brief to show Leapers has failed to show a specific mark it owns and thus has not met its plausibility requirement for pleading its case; reviewing Sun Optic's reply brief; responding to numerous emails from Lisa Wang regarding evidence we have in our possession here at RFG. | 1.25 hrs. | 562.50 |

2,3,6

| 09/19/2014 | BLM | Reviewed Sun Optics' brief; reviewed correspondence from SMTS | 0.20 hrs. | 90.00 |

1,2

| 09/26/2014 | DPL | Conference call with Lisa Wang to review the strategy of our hearing with the court on October 7th and discussing the evidence we have and will be presenting at the hearing; conference call with opposing counsel to discuss their case. | 1.00 hrs. | 450.00 |

2,6

**Total Fees Billed For This Invoice**    $11,678.00

## EXPENSES

| 09/30/2014 | ~~Expedited Delivery - Vendor: FEDERAL EXPRESS CORP.~~ | ~~18.99~~ |
| 09/30/2014 | Online Legal Research - Vendor: LEXIS-NEXIS | 599.09 |

**Total Expenses Billed For This Invoice**    $618.08

**Non-metered phone, fax, postage & copy costs**    $408.73

# ATTORNEYS' EYES ONLY

| November 24, 2014 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **17,864.34** |
| | | | |
| **Fees** | **TOTAL** | $ | **17,220.00** |
| | Case-in-Chief | $ | 17,220.00 |
| | Counterclaims | $ | - |
| | Related Case | $ | - |
| | | | |
| **Hours** | **TOTAL** | | **61.95** |
| | Case-in-Chief | | 61.95 |
| | Counterclaims | | 0.00 |
| | Related Case | | 0.00 |
| | | | |
| **Expenses** | **TOTAL** | $ | **41.64** |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **602.70** |
| | Case-in-Chief | $ | 602.70 |
| | Counterclaims | $ | - |
| | Related Case | $ | - |
| | | | |
| **Total Sought** | | $ | **17,864.34** |



39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

November 24, 2014

**Invoice no.** 767212    DPL
**Our file no.** 67490    0001
**Billing through** October 31, 2014

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| <u>Due Date</u> | <u>Current Charges</u> |
|---|---|
| **Payable Upon Receipt** | **$17,864.34** |

---

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $17,220.00 | |
| Current Expenses | $41.64 | |
| Non-metered phone, fax, postage & copy costs | $602.70 | |
| **Total Current Charges** | | **$17,864.34** |

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,012.96 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,012.96 |

**\*PLEASE NOTE YOU HAVE A PAST DUE BALANCE OF $12,704.81**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: RADER, FISHMAN & GRAUER PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098*
*ABA: 272471852 SWIFT: N/A ACCOUNT NO.: 101973859*

## ATTORNEYS' EYES ONLY

67490      0001      LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      767212

## CURRENT CHARGE DETAIL

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2014 | MRA | Review of Judge Cleland's order; discussion with attorney LaLone regarding follow up research relating to Continental Enterprises and criminal action; summarize findings for attorney LaLone and attorney Mandell's review. [2,3,5] | 2.40 hrs. | 384.00 |
| 10/03/2014 | DPL | Researching the opponent Continental Enterprises and all of the complaints filed against them and the blogs that cite bad things they have done to other consumers; reviewing the cases Continental Enterprises has been mentioned in; reviewing the criminal complaint and the researching the prosecutor in Indiana; reviewing the motion to dismiss Charlie's criminal attorney has filed in Indiana; reviewing the Opinion and Order Judge Cleland issued today in our Civil case in Detroit; drafting email to Ken and Charlie outlining the ruling by the court today; reviewing research by Associate on the cases were Continental has been a part of. [2,3,5] | 2.50 hrs. | 1,125.00 |
| 10/06/2014 | BLM | Reviewed Judge's opinion and order, granting in part and denying in part motion to dismiss; reviewed follow-up emails, including Ms. Atherton's research regarding criminal case in Indiana. [2,3] | 0.50 hrs. | 225.00 |
| 10/07/2014 | DPL | Travel to court in Detroit; attending status conference with Judge Cleland and laying out our case before him and identifying the issues that a key in this case including asking the case be bifurcated so that liability and damages are separated; post-hearing meeting with counsel for Sun-Optics to lay out the strategy for the case and for the discovery we are going to serve on Leapers; travel back to the office; drafting email to Ken, Charlie and Lisa regarding the hearing today and our next steps in this case to attack Leapers alleged trade dress claims. [2,3,6,9] | 2.80 hrs. | 1,260.00 |
| 10/07/2014 | BLM | Reviewed emails to team regarding what transpired at court; prepared emails concerning proposed counterclaims. [2,5] | 0.20 hrs. | 90.00 |
| 10/08/2014 | DPL | Reviewing draft of Sun Optics Rule 12(b) motion for a more definite statement and having Trarms added to the motion; reviewing email from Sun Optics and its sample discovery and meeting with associate regarding drafting new discovery requests to be served on Leapers and Continental. [2,8] | 1.30 hrs. | 585.00 |
| 10/09/2014 | BLM | Reviewed emails between counsel. [1] | 0.10 hrs. | 45.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 767212 |

| 10/14/2014 | MRA | Conference call with attorney LaLone and litigation team regarding status of case and preparation of discovery requests; begin to prepare interrogatories, specifically prepare approximately 15 interrogatories for attorney LaLone and counsel of SunOptics' review. | 5.95 hrs. | 952.00 |

 2,4 

| 10/15/2014 | MRA | Continue to prepare interrogatories, specifically prepare approximately 25 interrogatories; review and revise; finalize; office conference with attonrey LaLone and attorney Mandell; transmit draft interrogatories to litigation team. | 7.90 hrs. | 1,264.00 |

2,4

| 10/15/2014 | BLM | Conferred wtih Ms. Atherton and edited interrogatories. | 0.80 hrs. | 360.00 |

4

| 10/15/2014 | DPL | Drafting interrogatories to be served on Leapers and providing my rough set to Melissa; meeting with Melissa to discuss her first full draft of interrogatories to be served on Leapers; drafting document requests and Request To Admit to be served on Leapers; reviewing Sun Optic's draft of set of document requests; providing instructions to Melissa regarding now drafting a set of document requests; reviewing Sun Optics motion it served on Leapers yesterday for a more definite statement of what constitutes the Leapers Mark. | 2.75 hrs. | 1,237.50 |

2,4

| 10/16/2014 | MRA | Prepare draft requests for admission and document requests; conduct research relating to timing of filing answer to Leapers' complaint; discussion with attorney LaLone regarding preparation of complaint; prepare draft answer to complaint. | 7.70 hrs. | 1,232.00 |

2,4

| 10/16/2014 | DPL | Continuing to draft and revise Trarms' Interrogatories to be served on Leapers; meeting with Melissa regarding the final set of interrogatories; conference call with Sun Optic's counsel regarding the discovery we are serving and providing him with comments to his set of document requests; conference with Melissa and instructing her to draft an answer to Leapers complaint. | 1.70 hrs. | 765.00 |

2,4

| 10/17/2014 | MRA | Discussion with attorney Mandell and attorney LaLone regarding preparation of answer and strategy relating to same; conference call with local counsel; finalize document requests. | 5.40 hrs. | 864.00 |

1,2,8

| 10/17/2014 | BLM | Reviewed emails; checked court rules on duty to answer complaint notwithstanding pending motion for a more definite statement and telephone calls with co-counsel Mr. Thomey and Mr. Cleveland re same. Telephone call with Mr. LaLone and conferred with Ms. Atherton re strategy. | 0.70 hrs. | 315.00 |

1,2,8, 10

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 767212 |

| 10/17/2014 | DPL | Revising our rough draft set of document requests; drafting additional document requests and conference with Melissa regarding same and reviewing our final definition section for same and authorizing them to be served on Leapers; corresponding with Ken Gross and Sun Optics counsel about questions Sun Optics raised about the development of our products; drafting a set of Request For Admissions to be served on Leapers; reviewing a draft answer to Leapers' Complaint; conference with Melissa regarding same. | 3.20 hrs. | 1,440.00 |

2,4

| 10/18/2014 | DPL | Drafting detailed email to Charlie laying out the current status of the case, the next course of action we are proposing in the discovery process, and confirming with Charlie the steps we are taking; contacting Sun Optic's counsel about them conducting a survey and to find out if Leapers has provided an explanation of what they consider to not be an infringing design; reviewing Sun Optics proposed Protective order; making comments to same and sending it back to Sun Optics for approval. | 1.70 hrs. | 765.00 |

2,8

| 10/20/2014 | DPL | Reviewing correspondence from Charlie and Ken; reviewing additional set of interrogatories to be served on Leapers; reviewing 2nd set of document request to be served by the defendants on Leapers covering all topic on liability in this case. | 1.20 hrs. | 540.00 |

2,4

| 10/20/2014 | MRA | Final review of 130 document requests on behalf of all defendants; prepare requests for admission for attorney LaLone's review; coordinate and prepare interrogatories for Sun Optics and Tuff Zone; review and revise; finalize; discussion with attorney LaLone regarding same. | 4.70 hrs. | 752.00 |

2,4

| 10/20/2014 | BLM | Reviewed emails from opposing and co-counsel. | 0.20 hrs. | 90.00 |

1

| 10/21/2014 | MRA | Discussion with attorney LaLone in preparation for conference call; conference call with Ms. Wang and Mr. Shi regarding strategy, status of case and next steps; follow up discussion with attorney LaLone. | 1.80 hrs. | 288.00 |

2,6

| 10/21/2014 | DPL | Reviewing PO from Sun Optics and approving same for filing; preparing for and conducting lengthy conference call with Lisa and Charlie to discuss their case and strategy for moving forward; working with Melissa to draft a proposed declaration template for third parties to sign to confirm scallops on a scope are functional and that they have no secondary meaning. | 1.50 hrs. | 675.00 |

2,6

| 10/22/2014 | DPL | Reviewing and approving Sun Optic's protective order that will protect confidential documents that may be exchanged between the parties; reviewing and finalizing Trarms' Request To Admit that will be served on Leapers. | 0.80 hrs. | 360.00 |

2,4

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 767212 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/24/2014 | DPL | Conference call with Sun Optic's counsel in Texas to discuss use of a trademark expert to disprove Leapers claim it has secondary meaning in scallops in a scope; conference with Melissa to work on the template declarations Trarms will use to get third parties to sign to show scallops on scopes are functional; working on the topics for Trarms' Rule 30(b)6 deposition notice on Leaper's corporate people. | 1.50 hrs. | 675.00 |
| 10/27/2014 | BLM | Discussed overall case strategy with Mr. LaLone. | 0.30 hrs. | 135.00 |
| 10/31/2014 | MRA | Review of Leapers response to defendants' motion for a more definite statement, making notes for discussion with attorney LaLone. | 0.90 hrs. | 144.00 |
| 10/31/2014 | DPL | Review Leaper's brief in opposition to our motion for a more definite statement and studying Leaper's 4-point definition of its claimed trade dress; conferring with Melissa regarding same and providing list of task we need to look into for our reply brief that is due in 10 days. | 0.75 hrs. | 337.50 |
| 10/31/2014 | BLM | Reviewed Leapers' opposition brief to motion for a more definite statement and forwarded comments to co-counsel; met with Mr. LaLone and Ms. Atherton regarding admissions in Leapers' brief. | 0.70 hrs. | 315.00 |

**Total Fees Billed  For This Invoice**     **$17,220.00**

## EXPENSES

| 10/16/2014 | Disbursement in connection with mileage and parking for Trarms hearing at court in Detroit - Vendor: DOUGLAS P. LALONE | 41.64 |

**Total Expenses Billed  For This Invoice**     **$41.64**

**Non-metered phone, fax, postage & copy costs**     **$602.70**

# ATTORNEYS' EYES ONLY

| December 31, 2014 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **13,641.82** |
| | | | |
| **Fees** | **TOTAL** | $ | **13,180.50** |
| | Case-in-Chief | $ | 12,593.00 |
| | Counterclaims | $ | 497.50 |
| | Related Case | $ | 90.00 |
| | | | |
| **Hours** | **TOTAL** | | **47.85** |
| | Case-in-Chief | | 45.90 |
| | Counterclaims | | 1.75 |
| | Related Case | | 0.20 |
| | | | |
| **Expenses** | **TOTAL** | $ | - |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **461.32** |
| | Case-in-Chief | $ | 440.76 |
| | Counterclaims | $ | 17.41 |
| | Related Case | $ | 3.15 |
| | | | |
| **Total Sought** | | $ | **13,548.67** |

**ATTORNEYS' EYES ONLY**

*39533 Woodward Ave., Ste. 140*
*Bloomfield Hills, Michigan 48304*
*Tel: (248) 594-0600*
*Fax: (248) 594-0610*
*Tax ID No. 38-3275695*

December 31, 2014

| | | |
|---|---|---|
| **Invoice no.** | 770123 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | November 30, 2014 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA  91730-6101
USA

*File Title:*

    *LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
    *OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| **Payable Upon Receipt** | **$13,641.82** |

---

**BILLING SUMMARY**
| | | |
|---|---|---|
| Current Fees | $13,180.50 | |
| Non-metered phone, fax, postage & copy costs | $461.32 | |
| **Total Current Charges** | | **$13,641.82** |

---

**TRUST SUMMARY**
| | |
|---|---|
| Trust Balance | $20,016.30 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,016.30 |

# ATTORNEYS' EYES ONLY

67490       0001       LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.       Invoice#       770123

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/01/2014 | MRA | Conference call with attorney LaLone and litigation team regarding status of case and strategy to respond to Leapers' response to Trarms and Sun Optics12(e) motion for a more definite statement; follow up conversation with attorney LaLone; draft preliminary witness list for attorney LaLone's review. | 2.95 hrs. | 472.00 |
| 11/01/2014 | DPL | Lengthy call with Sun Optic's counsel regarding strategy, settlement, discovery and experts; drafting Trarms preliminary witness list; reviewing the reports from the criminal proceeding and gathering names of potential witnesses; reviewing draft of our proposed witness list; drafting email to Charlie and Lisa regarding any other witnesses we should add. | 2.25 hrs. | 1,012.50 |
| 11/03/2014 | MRA | Review and revise witness list incorporating additional witnesses as provided by Mr. Shi; finalize for attorney LaLone's review; further review and drafting of additional document requests; review and revise for attorney LaLone's review; discussion with Ms. Wang. | 3.40 hrs. | 544.00 |
| 11/03/2014 | DPL | Reviewing emails from Charlie on additional witnesses to add to our witness list and having it updated; conferring with Sun Optics on their list; responding to Lisa on questions she has on the status of the case and our next steps for gathering evidence; having our witness list filed with the court; having Leaper's web site captured and looking at it for any false statements. | 1.75 hrs. | 787.50 |
| 11/04/2014 | MRA | Review of Leapers product models pictured in Exhibit B of complaint and compare to Leapers' trade dress definition; identify models that Leapers may allege as infringing; summarize same for attorney LaLone and attorney Mandell's review. | 1.25 hrs. | 200.00 |
| 11/06/2014 | DPL | Working with Melissa to prepare a proposed stipulation for resolving some of the issues that regarding our motion for a more definite statement and strategy for further focusing Leaper's claims; reviewing Leapers request for a 30 day extension to answer discovery; having Barb follow up with Ken and Leapers on this request. | 1.25 hrs. | 562.50 |
| 11/06/2014 | MRA | Discussions with legal assistant regarding compilation of relevant information for incorporation into stipulation; prepare proposed stipulation incorporating same; review and revise; finalize for discussion with attorney LaLone and attorney Mandell. | 3.20 hrs. | 512.00 |
| 11/06/2014 | BLM | Prepared for hearing with the court. | 0.80 hrs. | 360.00 |

**ATTORNEYS' EYES ONLY**

67490     0001     LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.     Invoice#     770123

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 11/07/2014 | BLM | Prepared for and engaged in hearing with the court; conferred with co-counsel pre and post hearing; email exchange with opposing counsel. | 1.50 hrs. | [1,2] | 675.00 |
| 11/07/2014 | MRA | Office conference with attorney Mandell regarding status of case; phone conference with attorney Cleveland regarding strategy; discussions regarding case. | 0.60 hrs. | [1,2] | 96.00 |
| 11/11/2014 | BLM | Conferred with Mr. LaLone re strategy. | 0.10 hrs. | [1] | 45.00 |
| 11/12/2014 | MRA | Discussion with attorney LaLone regarding draft stipulation in response to 2(e) motion for a more definite statement, specifically, review of draft as necessary; revise. | 2.40 hrs. | | 384.00 |
| 11/12/2014 | DPL | Studying Leaper's opposition brief and Melissa's proposed stipulation; working through Leapers' complaint exhibits, page by page, and categorizing each accused part and each Leapers' part into the proper category on our proposed Stipulation; conference with Melissa regarding same. | 1.75 hrs. | [2] | 787.50 |
| 11/13/2014 | DPL | Continuing to draft the proposed stipulated order to define Leapers' trade dress and the parts that are not accused. | 1.00 hrs. | | 450.00 |
| 11/13/2014 | MRA | Conduct brief case law research to identify other cases in which Leapers and Continental Enterprises was involved; office conference with attorney LaLone regarding revisions to draft joint stipulation; review and finalize; correspondence to Mr. Gross, Ms. Wang and Mr. Shi regarding same. | 3.50 hrs. | [2,5,6] | 560.00 |
| 11/14/2014 | BLM | Telephone with Mr. Cleveland; edits to stipulation; email exchanges with co counsel and clients and forwarded final proposed stipulation to opposing counsel. | 0.70 hrs. | [1,2] | 315.00 |
| 11/14/2014 | MRA | Office conferences with attorney Mandell regarding status of stipulation; update stipulation in accordance with attorney Thome's requests. | 1.00 hrs. | [1,2,3] | 160.00 |
| 11/15/2014 | DPL | ~~Reviewing email from Ken Gross regarding the Indiana case and the selection of counsel in that case;~~ responding to Ken's email and providing him with a case status update with the events of this week including the proposed stipulation we sent to Leapers yesterday; providing instructions to co-counsel regarding getting the PO entered, serving round 2 of discovery, and the next step of working out the Rule 12e stipulation by this Friday. | 0.75 hrs.   − .2   .55 hrs | [2,4, 11] | 337.50 − 90.00 247.50 |
| 11/17/2014 | BLM | Reviewed emails for this case from the past few days. | 0.20 hrs. | [1] | 90.00 |

*Work on Indiana Case; reduced by .2*

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 770123 |

| 11/18/2014 | DPL | Finalizing the Defendants' 2nd set of document requests (1-148) and serving same on Leapers; corresponding with Charlie Shi regarding our call with Leapers tomorrow; corresponding with Sun Optics and Leaper's counsel. | 1.00 hrs. | 450.00 |

2,4

| 11/18/2014 | BLM | Researched and circulated Court's standard protective order to co counsel and opposing counsel; reviewed and responded to email. | 0.50 hrs. | 225.00 |

| 11/19/2014 | DPL | Conference with opposing counsel to work through the proposed stipulation that we proposed and not reaching any agreement on the language; conferring with the court regarding extending the time period for us to file a stipulation with the court; conferring with Sun Optics counsel regarding how to proceed. | 1.00 hrs. | 450.00 |

2,8

| 11/19/2014 | MRA | Conference call with attorney LaLone, attorney Mandell, opposing counsel and Sun Optics' counsel regarding draft stipulation and revisions to same; follow up discussions regarding same; review of draft stipulation sent by Sun Optics; review of cases involving Continental Enterprises and employees thereof. | 2.60 hrs. | 416.00 |

2,5

| 11/19/2014 | BLM | Telephone calls with co-counsel and then conference call with opposing counsel/co-counsel regarding strategy and stipulation. | 1.50 hrs. | 675.00 |

1

| 11/20/2014 | MRA | Discussion with attorney LaLone regarding preparation of Rule 36 request for inspection; prepare same; review and revise; finalize; review relevant case law regarding malicious prosecution and similar cases involving Continental Enterprises in other jurisdictions. | 1.60 hrs. | 256.00 |

*(handwritten: work relates to Counterclaims)*

*(handwritten: .6 hrs case-in-chief 96.00 / 1.0 hrs counterclaims 160.00)*

| 11/21/2014 | BLM | Reviewed emails; reviewed and reviewed R.34 inspection request; conferred with Mr. LaLone and Ms. Atherton regarding strategy and then telephone call with Mr. Gross re same. | 1.20 hrs. | 540.00 |

2

| 11/21/2014 | DPL | Conference call with Ken and the team to discuss claims against Continental and outlining what those claims require; revising the proposed stipulation from Sun Optics; conference with their counsel regarding same; reviewing and finalizing and having served Trarms' Rule 34 notice of inspection of Leaper's premisis. | 1.50 hrs. | 675.00 |

*(handwritten: work relates to counterclaims)*

*(handwritten: .75 hrs case-in-chief 337.50 / .75 hrs counterclaims 337.50)*

2

| 11/21/2014 | MRA | Discussion with attorney LaLone regarding revised stipulation and request for inspection of premises; review and revise; finalize; correspondence to attorney Gross regarding case law. | 2.50 hrs. | 400.00 |

2,3

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 770123 |

| 11/18/2014 | DPL | Finalizing the Defendants' 2nd set of document requests (1-148) and serving same on Leapers; corresponding with Charlie Shi regarding our call with Leapers tomorrow; corresponding with Sun Optics and Leaper's counsel. | 1.00 hrs. | 450.00 |

2,4

| 11/18/2014 | BLM | Researched and circulated Court's standard protective order to co counsel and opposing counsel; reviewed and responded to email. | 0.50 hrs. | 225.00 |

10

| 11/19/2014 | DPL | Conference with opposing counsel to work through the proposed stipulation that we proposed and not reaching any agreement on the language; conferring with the court regarding extending the time period for us to file a stipulation with the court; conferring with Sun Optics counsel regarding how to proceed. | 1.00 hrs. | 450.00 |

2

| 11/19/2014 | MRA | Conference call with attorney LaLone, attorney Mandell, opposing counsel and Sun Optics' counsel regarding draft stipulation and revisions to same; follow up discussions regarding same; review of draft stipulation sent by Sun Optics; review of cases involving Continental Enterprises and employees thereof. | 2.60 hrs. | 416.00 |

2,5

| 11/19/2014 | BLM | Telephone calls with co-counsel and then conference call with opposing counsel/co-counsel regarding strategy and stipulation. | 1.50 hrs. | 675.00 |

1

| 11/20/2014 | MRA | Discussion with attorney LaLone regarding preparation of Rule 36 request for inspection; prepare same; review and revise; finalize; review relevant case law regarding malicious prosecution and similar cases involving Continental Enterprises in other jurisdictions. | 1.60 hrs. | 256.00 |

2,5

| 11/21/2014 | BLM | Reviewed emails; reviewed and reviewed R.34 inspection request; conferred with Mr. LaLone and Ms. Atherton regarding strategy and then telephone call with Mr. Gross re same. | 1.20 hrs. | 540.00 |

2,3

| 11/21/2014 | DPL | Conference call with Ken and the team to discuss claims against Continental and outlining what those claims require; revising the proposed stipulation from Sun Optics; conference with their counsel regarding same; reviewing and finalizing and having served Trarms' Rule 34 notice of inspection of Leaper's premisis. | 1.50 hrs. | 675.00 |

2,5

| 11/21/2014 | MRA | Discussion with attorney LaLone regarding revised stipulation and request for inspection of premises; review and revise; finalize; correspondence to attorney Gross regarding case law. | 2.50 hrs. | 400.00 |

2,8

# ATTORNEYS' EYES ONLY

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 770123 |

| 11/25/2014 | MRA | Discussion with attorney LaLone regarding preparation of declarations in support of functionality and lack of secondary meaning; prepare same, specifically, declarations for customers, distributors and enthusiasts; review and revise; finalize; discussion with attorney LaLone regarding same; revise in accordance with discussion and distribute to team. | 3.80 hrs. | 608.00 |

2

| 11/26/2014 | BLM | Reviewed and revised draft declarations. | 0.30 hrs. | 135.00 |

**Total Fees Billed For This Invoice** $13,180.50

**Non-metered phone, fax, postage & copy costs** $461.32

**ATTORNEYS' EYES ONLY**

| January 31, 2015 Invoice Summary | | | | |
|---|---|---|---|---|
| **Total Billed to Client** | | | $ | **43,192.88** |
| | | | | |
| **Fees** | | TOTAL | $ | **41,732.25** |
| | | Case-in-Chief | $ | 18,768.75 |
| | | Counterclaims | $ | 22,963.50 |
| | | Related Case | $ | - |
| | | | | |
| **Hours** | | TOTAL | | **124.70** |
| | | Case-in-Chief | | 52.70 |
| | | Counterclaims | | 72.00 |
| | | Related Case | | 0.00 |
| | | | | |
| **Expenses** | | TOTAL | $ | - |
| | | | | |
| **Non-Metered Expenses** | | TOTAL | $ | **1,460.63** |
| | | Case-in-Chief | $ | 656.91 |
| | | Counterclaims | $ | 803.72 |
| | | Related Case | $ | - |
| | | | | |
| **Total Sought** | | | $ | **43,192.88** |

ATTORNEYS' EYES ONLY



**RADER,**

**FISHMAN**

**& GRAUER**
PLLC

January 31, 2015

| | | |
|---|---|---|
| **Invoice no.** | 772010 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | December 31, 2014 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA  91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| <u>Due Date</u> | <u>Current Charges</u> |
|---|---|
| **Payable Upon Receipt** | **$43,192.88** |

| <u>BILLING SUMMARY</u> | | |
|---|---|---|
| Current Fees | $41,732.25 | |
| Non-metered phone, fax, postage & copy costs | $1,460.63 | |
| **Total Current Charges** | | **$43,192.88** |

| <u>TRUST SUMMARY</u> | |
|---|---|
| Trust Balance | $20,021.60 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,021.60 |

**\*PLEASE NOTE YOU HAVE A PAST DUE BALANCE OF $13,641.82**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

# ATTORNEYS' EYES ONLY

67490    0001    LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.    Invoice#    772010

## CURRENT CHARGE DETAIL

| 12/01/2014 | MRA | Review of co-counsel's revised declarations; incorporate feedback of all team members; finalize and circulate declarations for team review; office conference with attorney LaLone regarding same and next steps; finalize revised declaration and circulate. | 1.90 hrs. | 380.00 |
|---|---|---|---|---|

**[2]**

| 12/01/2014 | BLM | Reviewed email exchanges and revised model declaration. | 0.30 hrs. | 135.00 |
|---|---|---|---|---|

| 12/02/2014 | BLM | Reviewed emails regarding declarations; protective order, etc. | 0.10 hrs. | 45.00 |
|---|---|---|---|---|

**[1]**

| 12/03/2014 | MRA | Review of Leapers' proposed stipulation; discussions with attorney Mandell and attorney LaLone regarding same; finalize and transmit to Sun Optics' counsel; discussion with attorney LaLone regarding finalizing declarations and sending to client; prepare same and transmit; follow up correspondence to Sun Optics' counsel. | 1.50 hrs. | 300.00 |
|---|---|---|---|---|

**[2,8]**

| 12/03/2014 | BLM | Reviewed Plaintiff's edits to stipulation. | 0.10 hrs. | 45.00 |
|---|---|---|---|---|

| 12/04/2014 | BLM | Reviewed emails and edits to stipulation and declaration. | 0.40 hrs. | 180.00 |
|---|---|---|---|---|

**[1]**

| 12/05/2014 | BLM | Conferred with Mr. LaLone re strategy in connection with answer/counterclaim /stipulation; Telephone call with Mr. LaLone and co-counsel for Sun Optics and reviewed various iterations of stipulations; RICO research; conferred with Ms. Atherton and telephone call to attorney in Swododa v. Manders, Pastrick and Continental Enterprises. | 3.00 hrs. | 1,350.00 |
|---|---|---|---|---|

*Work relates to Counterclaims*

2.0 hrs case-in-chief    900.00
1.0 hrs counterclaims    450.00

**[2,5]**

| 12/05/2014 | DPL | Conference with Sun Optic's counsel regarding the revisions to the stipulation and going back and forth on various revisions of the stipulation; reaching an agreement to same and having it filed with the court; conference with Lisa and Charlie to discuss the declarations we prepared and our strategy for having them signed and our strategy for moving forward with a summary judgment motion; having a letter prepared to Leaper's counsel confirming our inspection of parts at their office; having a letter prepared to Leaper's counsel regarding placing them on notice to not harass Trarms and Tuff Zone at the trade show in Las Vegas next month. | 1.50 hrs. | 712.50 |
|---|---|---|---|---|

**[2,3,5]**

# ATTORNEYS' EYES ONLY

67490       0001       LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.       Invoice#       772010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/05/2014 | MRA | Follow up with Sun Optics counsel to finalize and confirm filing of stipulation; discussion with attorney LaLone regarding next steps; conference call with attorney LaLone, Ms. Wang and Mr. Shi regarding progress and strategy in the case; prepare deposition notice to Leapers; review and revise; finalize for attorney Mandell and attorney LaLone's review; office conference with attorney Mandell regarding potential counterclaims and related strategy. | 5.80 hrs. | 1,160.00 |

2,5,6,8

| 12/08/2014 | BLM | Reviewed and revised Notice of Deposition to Leapers; research on bringing a RICO claim against Continental Enterprises. | 0.90 hrs. | 405.00 |

Work relates to counterclaims

· 7 hrs case-in-chief  315.00
· 2 hrs Counterclaims  90.00

| 12/09/2014 | BLM | Research in connection with RICO claim against members of Continental Enterprises. | 0.30 hrs. | 135.00 |

Work relates to counterclaims

.3 hrs counterclaims  135.00

| 12/11/2014 | MRA | Prepare letter relating to trade show; finalize for attorney Mandell and attorney LaLone's review. | 1.60 hrs. | 320.00 |

3, 5

| 12/11/2014 | DPL | Reviewing our letter to Leapers regarding seeking an restraining order from them to not harass Tuff Zone or Trarms at any future trade shows; reviewing and revising our Rule 45 subpoena on Continental Enterprises; reviewing and revising Trarms' Rule 30(b)6 deposition notice on Leapers and the list of topics we are to depose Leaper's corporate witness on. | 1.25 hrs. | 593.75 |

2,3,5

| 12/11/2014 | BLM | Edits to Answer and Counterclaim and discussed same with Ms. Atherton; RICO research in connection with Counterclaim; edited letter to opposing counsel drafted by Ms. Atherton. | 3.00 hrs. | 1,350.00 |

Work relates to counterclaims

1.0 case-in-chief   450.00
2.0 counterclaims   900.00

| 12/12/2014 | MRA | Review of opposing counsel's objections to our request for inspection and discussion with attorney LaLone regarding same; brief telephone call with Ms. Wang regarding letter to opposing counsel; finalize 30(b)(6) deposition notice and transmit to opposing parties. | 1.25 hrs. | 250.00 |

2,6

| 12/12/2014 | DPL | Reviewing Leaper's letter objecting to our Rule 34 inspection of Leaper's premises; conferring with Melissa regarding responding to same; finalizing Trarms' letter to Leapers regarding not harassing the defendants at any trade show. | 0.40 hrs. | 190.00 |

2,3,6

| 12/12/2014 | BLM | Research on Continental Enterprises in connection with prospective RICO counterclaim. | 0.60 hrs. | 270.00 |

Work relates to counterclaims

· 6 hrs counterclaims   270.00

| 12/15/2014 | MRA | Conduct research relating to elements of potential counter claims, specifically, review of Michigan state jury instructions and relevant case law; conference with attorney LaLone and attorney Mandell. | 2.00 hrs. | 400.00 |

2,5

67490     0001     LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.     Invoice#     772010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/2014 | DPL | Reviewing Leaper's request for an extension for time to answer the 2nd set of document requests; corresponding with Charlie regarding same and the protective order and what that means and how that impacts the case; reviewing the proposed PO that Leapers filed with the court today; revising and finalizing our letter to Leapers regarding it not harassing Trarms and having it served on Leapers; meeting with our internal team to discuss the causes of action and proofs that are needed; working on Rule 45 subpoena on Continental and their employee; working on Trarms' answer to the complaint and our counterclaims; corresponding with Sun Optics re various discovery issues. | 2.75 hrs. | 1,306.25 |
| 12/15/2014 | BLM | Conferred with Mr. LaLone and Ms. Atherton re case strategy. Reviewed email; reviewed legal memorandum regarding abuse of process claim; reviewed and commented on plaintiff's objections to on-site inspection. | 2.80 hrs. | 1,260.00 |
| 12/16/2014 | MRA | Office conference with attorney LaLone regarding response to Leapers' objections to Defendants' inspection; prepare letter in response to same; finalize for attorney LaLone and attorney Mandell's review. | 2.60 hrs. | 520.00 |
| 12/16/2014 | BLM | Reviewed insurance coverage information and email to Mr. Gross; reviewed and revised correspondence to opposing counsel. | 1.00 hrs. | 450.00 |
| 12/17/2014 | MRA | Discussion with attorney LaLone regarding preferred format for production of documents by Leapers. | 0.40 hrs. | 80.00 |
| 12/17/2014 | DPL | Revising and finalizing and serving my letter to Leaper's regarding their objections to our request to inspect their parts at their office; phone call with Leapers' counsel regarding same; drafting follow up email to Leapers' counsel regarding the agreement we reached today; conferring with Barb regarding drafting a response to Leapers' request for an extension of time to answer our 2nd set of document requests; drafting our reply letter agreeing to a 30 day extension is they produce documents; conferring with Charlie on getting his evidence of harm and the claims against Leapers. | 2.75 hrs. | 1,306.25 |
| 12/17/2014 | BLM | Reviewed and revised communications to opposing counsel and conferred with Mr. LaLone re same. | 0.90 hrs. | 405.00 |
| 12/18/2014 | MRA | Review of Leapers' responses to Trarms' first set of interrogatories; conduct research to identify elements for potential counter claims; summarize same for discussion with attorney Mandell and attorney LaLone. | 3.25 hrs. | 650.00 |

*Handwritten annotations:*
- 12/15/2014 DPL entry: box with "2,4"
- 12/15/2014 BLM entry: "work relates to counterclaims"; "2.3 hrs case-in-chief 1,035.00 / .5 hrs counterclaims 225.00"
- 12/16/2014 BLM entry: box with "2,8"
- 12/17/2014 MRA entry: box
- 12/17/2014 DPL entry: box with "2,4"
- 12/18/2014 MRA entry: box with "2,4,5"

**ATTORNEYS' EYES ONLY**

67490     0001     LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.    Invoice#    772010

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/2014 | BLM | Reviewed email re Leapers' alleged false advertising; conferred with Mr. LaLone and Ms. Atherton regarding strategy; reviewed plaintiff's answers to interrogatories; reviewed email exchanged with new opposing counsel. | 2.00 hrs. | 900.00 |

2,4,5

| 12/19/2014 | MRA | Continue to conduct research relating to potential counter claims, specifically, searching for analogous nad instructive case law. | 4.00 hrs. | 800.00 |

*work relates to counterclaims*

4.0 hrs counterclaims 800.00

| 12/19/2014 | BLM | Background research on counterclaims, history of Leapers and Trarms, Continental; conferred with Ms. Atherton re counterclaims and strategy and began drafting motion/letter to court re Shot show. | 7.50 hrs. | 3,375.00 |

*work relates to counterclaims*

1.0 hrs case-in-chief 450.00
6.5 hrs counterclaims 2,925.00

3,5

| 12/21/2014 | MRA | Prepare counter complaint, specifically, outlining factual allegations and elements for each cause of action; review and revise; finalize. | 6.00 hrs. | 1,200.00 |

*work relates to counterclaims*

6.0 hrs counterclaims 1,200.00

| 12/22/2014 | MRA | Conference call with attorney Mandell, attorney LaLone and opposing counsel regarding assurances in shot show; review potential counter claims. | 4.25 hrs. | 850.00 |

*work relates to counterclaim*

3,5

.75 hrs case-in-chief 150.00
3.5 hrs counterclaims 700.00

| 12/22/2014 | DPL | Conference with opposing counsel about our request for Leapers to not assist the Prosecutor in taking any action at the Jan. 2015 Shot Show; reviewing and finalizing letter to the Court regarding same and requesting a 1:30 phone hearing with the court today; conference call with Ken Gross and Joe Cleveland of Sun Optics regarding same; conference with Melissa and Barb in preparation for our phone hearing today; reviewing potential counterclaims to bring against Leapers and Continental; conference with Judge Cleland about the our request to have Leapers not harass the defendants at the shot show; follow up meeting with our team about our counter claims that will be filed next week. | 4.75 hrs. | 2,256.25 |

4.0 hrs case-in-chief 1,900.00
.75 hrs counterclaims 356.25

2,3,5,8

*work relates to counterclaim*

| 12/22/2014 | BLM | Conference call with opposing counsel. Conference call with co-counsel. Finalized letter to the court. Conference call with all counsel and the court. Reviewed and revised draft answer and counterclaims. | 7.20 hrs. | 3,240.00 |

2,3,5

| 12/23/2014 | DPL | Attending lengthy call with Charlie Shi regarding our counter complaint, the facts supporting it, his arrest, his relationship with Leapers, his conception documents, and other proofs; follow up meeting with Melissa regarding same and our next steps for working on the counterclaim that is due next week. | 3.25 hrs. | 1,543.75 |

*work relates to counterclaim*

3.25 hrs counterclaims 1543.75

**ATTORNEYS' EYES ONLY**

| 12/23/2014 | MRA | Telephone conference with attorney LaLone, attorney Mandell, Ms. Fishman and Mr. Shi regarding facts of case; conduct additional research regarding 1983 claim; update counter claims incorporating facts from telephone conference with Mr. Shi; review and revise; finalize for attorney LaLone and attorney Mandell. | 8.50 hrs. | 1,700.00 |

*work relates to Counterclaims*

*8.5 hrs counterclaims 1,700.00*

| 12/23/2014 | TM | Participate in telephone conference with client and attorneys Lalone, Mandell and Atherton; translate and assist in analyzing and sorting data/evidence regarding this matter. | 2.35 hrs. | 258.50 |

*work relates to counterclaims*

*2.35 hrs counterclaims 258.50*

| 12/23/2014 | BLM | Conferred with Ms. Atherton regarding counterclaims; interview of Mr. Shi. | 2.20 hrs. | 990.00 |

*work relates to counterclaims*

*2.2 hrs counterclaims 990.00*

| 12/28/2014 | DPL | Reviewing numerous emails from Charlie, Lisa and Ken regarding our counterclaims and the support for them in preparation of our counterclaims we are filing this month; reviewing correspondence with Brad and Charlie leading up to Charlie's arrest and investigating possible claims Charlie may have against Leapers regarding same. | 1.50 hrs. | 712.50 |

*work relates to Counterclaims*

*1.5 hrs counterclaims 712.50*

| 12/29/2014 | DPL | Conference with Melissa regarding our counterclaims and adding claims for tortious interference with business and unjust enrichment; beginning to review our draft answer and counterclaims in detail and editing same for Charlie's review; sending draft to Charlie and Lisa for their review in preparation for our call tomorrow; reviewing emails from Charlie and Lisa about evidence of Leapers scallops changing. | 2.75 hrs. | 1,306.25 |

*work relates to Counterclaims*

*2.75 hrs counterclaims 1,306.25*

| 12/29/2014 | MRA | Finalize counterclaims; review client's e-mails regarding facts and potential counter claims; update counterclaims to incorporate additional facts; discussions with attorney Mandell and attorney LaLone regarding same. | 5.85 hrs. | 1,170.00 |

*work relates to counterclaims*

*5.85 hrs counterclaims 1,170.00*

| 12/29/2014 | BLM | Reviewed emails and conferred with Mr. LaLone and Ms. Atherton regarding strategy and counterclaims. | 1.10 hrs. | 495.00 |

*work relates to counterclaims*

*1.1 hrs counterclaims 495.00*

| 12/30/2014 | MRA | Revise counterclaims to include Leapers' letters to Trarms' counsel in support of tortious interefeence claim; final review of counter complaint, reviewing for accuracy and consistency. | 2.50 hrs. | 500.00 |

*work relates to counterclaims*

*2.5 hrs counterclaims 500.00*

| 12/30/2014 | DPL | Reviewing the next draft of the answer and counterclaims; lengthy call with Lisa and Charlie to review our draft of the complaint and making changes with Melissa for the next draft; reviewing the exhibits to be attached to the complaint. | 1.75 hrs. | 831.25 |

*work relates to Counterclaims*

*1.75 hrs counterclaims 831.25*

| 12/30/2014 | BLM | Edits to counterclaims; conference call with clients. | 6.00 hrs. | 2,700.00 |

*work relates to counterclaims*

*6.0 hrs counterclaims 2,700.00*

**ATTORNEYS' EYES ONLY**

67490       0001       LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.       Invoice#       772010

| 12/31/2014 | BLM | Telephone call with Department of Justice attorney about Continental's activities with police and prosecutor; attention to confidentiality issues; attention to research cause of action under Lanham Act and finalized counterclaim. | 3.70 hrs. | 1,665.00 |

*work relates to counterclaims*

*3.7 hrs counterclaims   1,665.00*

| 12/31/2014 | MRA | Discussion with attorney Mandell regarding preparation of verified complaint; prepare documents for Mr. Shi and Ms. Wang's signature; telephone conference with Mr. Shi and Ms. Wang; revise countercomplaint to reflect Ms. Wang's revisions; telephone call with attorney Mandell and attorney LaLone regarding same. | 5.20 hrs. | 1,040.00 |

*work relates to counterclaims*

*5.2 hrs counterclaims   1,040.00*

**Total Fees Billed  For This Invoice**       **$41,732.25**

**Non-metered phone, fax, postage & copy costs  $1,460.63**

**ATTORNEYS' EYES ONLY**

| February 20, 2015 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **55,031.65** |
| | | | |
| **Fees** | **TOTAL** | $ | **52,824.25** |
| | Case-in-Chief | $ | 50,334.25 |
| | Counterclaims | $ | 1,607.00 |
| | Related Case | $ | 883.00 |
| | | | |
| **Hours** | **TOTAL** | | **180.55** |
| | Case-in-Chief | | 171.47 |
| | Counterclaims | | 6.60 |
| | Related Case | | 2.48 |
| | | | |
| **Expenses** | **TOTAL** | $ | **358.55** |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **1,848.85** |
| | Case-in-Chief | $ | 1,761.70 |
| | Counterclaims | $ | 56.24 |
| | Related Case | $ | 30.91 |
| | | | |
| **Total Sought** | | $ | **54,117.74** |

ATTORNEYS' EYES ONLY



39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

**RADER,**

**FISHMAN**

**& GRAUER**
PLLC

February 20, 2015

**Invoice no.** 774244    DPL
**Our file no.** 67490    0001
**Billing through** January 31, 2015

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;
OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| Payable Upon Receipt | $55,031.65 |

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $52,824.25 | |
| Current Expenses | $358.55 | |
| Non-metered phone, fax, postage & copy costs | $1,848.85 | |
| **Total Current Charges** | | **$55,031.65** |

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,026.35 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,026.35 |

**\*PLEASE NOTE YOU HAVE A PAST DUE BALANCE OF $43,192.88**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: RADER, FISHMAN & GRAUER PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597
OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098
ABA: 272471852 SWIFT: N/A ACCOUNT NO.: 101973859*

# ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| | | | | |
|---|---|---|---|---|
| 01/06/2015 | MRA | Discussion with attorney LaLone regarding summary of outstanding discovery issues; review discovery log and update same; summarize outstanding issues for attorney LaLone's review; office conference with attorney LaLone and opposing counsel regarding discovery issues. | 2.55 hrs. | 408.00 |

2,4

| | | | | |
|---|---|---|---|---|
| 01/06/2015 | BLM | Telephone call to Mr. Lisi; email exchange with Mr. Wassom; strategy discussion with Mr. LaLone and Ms. Atherton. | 0.60 hrs. | 270.00 |
| 01/06/2015 | DPL | Meeting with Melissa to review the open discovery issues we have with Leapers; conference with opposing counsel regarding various open discovery issues we have with Leapers, service of the complaint on Continental, and taking the deposition of Leapers; preparing list of action items for us to move forward to attack Leapers' case. | 1.50 hrs. | 675.00 |

2

| | | | | |
|---|---|---|---|---|
| 01/07/2015 | MRA | Conduct research relating to the Anti-Injunction Act and Younger Abstention doctrine; review cases relating to same; summarize findings for attorney LaLone and attorney Mandell's review. | 4.70 hrs. | 752.00 |

*work relates to counterclaim*

4.7 hrs counterclaims    752.00

| | | | | |
|---|---|---|---|---|
| 01/07/2015 | BLM | Reviewed all of Leapers' responses to discovery and drafted letter outlining deficiencies. | 3.70 hrs. | 1,665.00 |

4

| | | | | |
|---|---|---|---|---|
| 01/08/2015 | DPL | Reviewing the legal research on this court having the authority to enjoin the Criminal court from proceeding based upon potential violation of Charlie's constitutional rights; starting to review Leapers discovery request that they served on the defendants yesterday. | 1.50 hrs. | 675.00 |

*work relates to counterclaim*

.5 case-in-chief    225.00
1.0 counterclaim    450.00

| | | | | |
|---|---|---|---|---|
| 01/08/2015 | BLM | Reviewed Ms. Atherton's research on the Anti-Injunction Act and suggested strategy to Ms. Atherton and Mr. LaLone regarding how to enjoin criminal proceeding. | 0.70 hrs. | 315.00 |

*work relates to counterclaim*

.7 hrs counterclaims    315.00

| | | | | |
|---|---|---|---|---|
| 01/09/2015 | MRA | Inspection of Leapers' parts with attorney LaLone at Honigman. | 3.20 hrs. | 512.00 |
| 01/09/2015 | DPL | Lengthy meeting at Honigman, Leaper's counsels office, and inspecting and photographing with Melissa, 15 Leapers parts that they claim have the asserted trade dress; reviewing our summons and hand serving Continental Enterprises' counsel with a copy of our complaint against them; call with a survey expert regarding conducting a survey for this case; strategy meeting with Barb regarding open items to work on; drafting email to Ken to lay out open items and strategy for moving forward. | 3.50 hrs. | 1,575.00 |

3.3 hrs case-in-chief    1485.00
.2 hrs counterclaims    90.00

*work relates to counterclaim*

8

67490    0001    LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.    Invoice#    774244

| 01/09/2015 | BLM | Telephone call with Mr. LaLone and with survey expert; strategy discussion with Mr. LaLone; prepared litigation to-do list; discussed with Ms. Atherton the results of Leapers' inspection; email to Mr. Gross re planned items. | 2.20 hrs. | 990.00 |
|---|---|---|---|---|

2,8

| 01/12/2015 | MRA | Review of attorney LaLone's e-mails; update ownership report; prepare Continental document requests; review and revise; finalize for attorney Mandell and attorney LaLone's review; telephone conference with Ms. Wang, attorney Gross, attorney Mandell and attorney LaLone; conduct research relating to notice. | 5.30 hrs. | 848.00 |
|---|---|---|---|---|

1,2,6

| 01/12/2015 | BLM | Conferred with Mr. Hallin re grievances to be filed against Continental and its attorneys; conference call with Mr. LaLone, Ms. Atherton, Mr. Gross and clients; telephone to Mr. Hanlon of the Faegre firm. | 1.90 hrs. | 855.00 |
|---|---|---|---|---|

*work on Indiana case; reduced by .6*

-.6    -270
1.3 hrs    5,8    585

| 01/12/2015 | DPL | Reviewing numerous emails from Charlie, Lisa and Ken and responding to them; continuing to review Leapers new discovery request that they served on the Defendants; preparing for call today with Ken and Charlie; reviewing Leapers' request to answer the complaint on 1-30-15. | 0.75 hrs. | 337.50 |
|---|---|---|---|---|

1,2,8

| 01/13/2015 | MRA | Review and revise document requests to Continental; formulate and prepare interrogatories to Continental; review and revise; brief internet research relating to Continental; finalize documents for attorney Mandell and attorney LaLone's review. | 4.50 hrs. | 720.00 |
|---|---|---|---|---|

2,4,5

| 01/13/2015 | BLM | Conferred with Ms. Atherton regarding subpoena to gun shops in Indianapolis; telephone call to criminal attorney. | 0.20 hrs. | 90.00 |
|---|---|---|---|---|

| 01/14/2015 | MRA | Prepare subpoena and documents requests for Rajo's Gun Shop; review and revise; finalize; update deficiency letter to reflect request for gun parts; complete notice research; finalize and transmit to attorney Mandell and attorney LaLone. | 4.75 hrs. | 760.00 |
|---|---|---|---|---|

| 01/14/2015 | DPL | Interviewing two survey experts for conducting a survey on behalf of the defendants; conducting a call with Amie Carter of Faegre, Charly's criminal attorney, regarding the case; conference with Joe Clevland, Sun Optics' counsel, about use of experts and working selection of same; drafting email to Charlie about use of experts and our next steps. | 2.75 hrs. | 1,237.50 |
|---|---|---|---|---|

2,5,8

| 01/15/2015 | MRA | Discussion with IT director regarding upcoming discovery process; review attorney LaLone and attorney Mandell's changes to discovery requests for Continental; incorporate feedback; finalize. | 0.80 hrs. | 128.00 |
|---|---|---|---|---|

2, 11

**ATTORNEYS' EYES ONLY**

67490    0001        LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.    Invoice#    774244

| | | | | |
|---|---|---|---|---|
| 01/15/2015 | BLM | Reviewed and revised discovery to Continental and discovery to gun shop; reviewed and revised deficiency letter to opposing counsel re Leapers' production; reviewed proposal from survey expert and provided comments to Mr. LaLone. | 2.40 hrs. [2] | 1,080.00 |
| 01/16/2015 | MRA | Review of expert resumes and brief research regarding specific candidates. | 1.70 hrs. | 272.00 |
| 01/16/2015 | BLM | Reviewed CVs from prospective experts; edited interrogatories to Continental and subpoena to gun shop; conferred with Ms. Atherton re discovery and telephone call to Indiana counsel. | 1.00 hrs. | 450.00 |
| 01/18/2015 | DPL | Corresponding with Charlie about his draft answers to Leapers interrogatories and document requests and inspecting same; providing Charlie instructions about the document production process; meeting with our internal team to discuss the Leapers production of today; responding to Leapers regarding their request to answer the complaint the same date as Continental answers the complaint. | 1.25 hrs. | 562.50 |
| 01/19/2015 | BLM | Reviewed email; edits to discovery; conference call among co-counsel; background review of prospective experts. | 3.75 hrs. [1] | 1,687.50 |
| 01/19/2015 | MRA | Conduct research regarding potential survey experts and summarize cases relating to same; telephone conference with attorney Mandell, attorney LaLone and litigation team regarding same; finalize interrogatory and request for documents for Continental. | 6.50 hrs. [5] | 1,040.00 |
| 01/20/2015 | MRA | Finalize discovery requests with instructions to legal assistant to serve same; conference calls with three potential experts and discussions with attorney LaLone and attorney Mandell regarding same; correspondence to Mr. Shi regarding potential expert; begin to prepare responses to Leapers' Interrogatories to Trarms, specifically, formulate and draft specific objections and answers to Interrogatories 1-10. | 6.80 hrs. | 1,088.00 |
| 01/20/2015 | DPL | Interviewing a technical expert and a survey expert and considering other potential experts; conferring with Sun Optics regarding same; reviewing number CV's and reports of various survey experts for us to consider; corresponding with Charlie regarding same. | 2.75 hrs. | 1,237.50 |
| 01/20/2015 | BLM | Interviewed prospective experts; began drafting deficiency letter in response to plaintiff's responses to second set of document requests; addressed issues with respect to discovery to Continental and third party subpoena to gun shop. | 6.00 hrs. | 2,700.00 |
| 01/21/2015 | MRA | Formulate objections and responses to Leapers' interrogatories; review and revise. | 1.90 hrs. | 304.00 |

**ATTORNEYS' EYES ONLY**

67490      0001      LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      774244

| 01/21/2015 | DPL | Conference with Charlie to discuss expert witness issues; corresponding with Lisa regarding scope exhibitors at the shot show and gathering evidence for our expert to study at the show; working Sun Optics and the expert on retention and scope of work issues; corresponding with Sun Optics on our joint defense and fees issues; conference with our team on the intake of 10,000 documents from Leapers yesterday and providing direction on how to proceed with the intake, marking and review of same; working on preparation for the Tina Ding Rule 30 deposition and documents and outline for same; conferring with Barb about filing a motion against Continental. | 3.25 hrs. | 1,462.50 |
| --- | --- | --- | --- | --- |

[1,5,6]

| 01/21/2015 | BLM | Research regarding discoverability of Continental's documents; reviewed email; expert information, conferred regarding depositions, etc. | 1.10 hrs. | 495.00 |
| --- | --- | --- | --- | --- |

[5]

| 01/22/2015 | DPL | Conference with Lisa regarding the shot show and the survey experts; working with experts on their tasks and retention; conference with Sun Optics regarding the strategy for the experts. | 1.00 hrs. | 450.00 |
| --- | --- | --- | --- | --- |

[6,8]

| 01/22/2015 | MRA | Office conference with attorney LaLone and attorney Mandell regarding strategy going forward; follow up internal discussions to facilitate strategy. | 0.60 hrs. | 96.00 |
| --- | --- | --- | --- | --- |

| 01/22/2015 | BLM | Strategy discussion with Mr. LaLone and Ms. Atherton; worked on correspondence to Leapers' counsel regarding deficiencies in responses to document requests; conferred with Ms. Hosmer re motion to disqualify Continental. | 2.00 hrs. | 900.00 |
| --- | --- | --- | --- | --- |

[3]

| 01/22/2015 | KH | Correspond with Attorney Barbara L. Mandell regarding the fire arm dealer declaration and the potential for gathering signed declarations. | 0.10 hrs. | 30.00 |
| --- | --- | --- | --- | --- |

| 01/22/2015 | GWH | Leapers PROD001 Import - Ingestion into EDiscovery solution 5719 documents for review. Database field mapping, import index information, images, OCR text. Process data for OCR search capabilities. (Greg Houck, RFG's IT Manager) | 6.00 hrs. | 900.00 |
| --- | --- | --- | --- | --- |

[11]

| 01/23/2015 | JLB | Conference with Melissa R. Atherton regarding defense to LEAPERS INC. to trade dress infringement suit, discuss document discovery. | 0.30 hrs. | 141.00 |
| --- | --- | --- | --- | --- |

[1,7]

| 01/23/2015 | MRA | Discussion with attorney LaLone and IT director regarding document review strategy; discussion with attorney LaLone and attorney Mandell regarding retention of possible experts. | 2.30 hrs. | 368.00 |
| --- | --- | --- | --- | --- |

[11]

| 01/23/2015 | BLM | Conferred with Mr. LaLone concerning strategy and concerning survey expert to retain; first draft of Rule 11 letter to opposing counsel; edited joint defense agreement. | 5.60 hrs. | 2,520.00 |
| --- | --- | --- | --- | --- |

[3]

**ATTORNEYS' EYES ONLY**

RADER, FISHMAN & GRAUER PLLC

67490     0001     LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.     Invoice#     774244

| 01/26/2015 | MRA | Formulate and prepare objection and answers to approximately 13 document requests on Trarms' behalf; review of document requests for discussion in call. | 3.45 hrs. | 552.00 |
| 01/26/2015 | DPL | Revising and finalizing Trarms 2nd set of document request on Continental; reviewing Barb's comments to same; preparing for call with Lisa and Charlie to discuss the answers to Leapers document requests and interrogatories; conducting lengthy call with Lisa and Charlie regarding their answers to the interrogatories; working on revised draft of same. | 2.75 hrs. [6] | 1,237.50 |
| 01/26/2015 | BLM | Edited requests for production of documents; edited responses to interrogatories; conferred with Ms. Atherton re responses to document requests; conferred with Ms. Hosmer re motion to disqualify Continental. | 1.00 hrs. [8] | 450.00 |
| 01/26/2015 | KH | Correspond with attorneys Barbara L. Mandell and Douglas P. LaLone regarding: (1) the fire arm customer, dealer and enthusiast declarations; and (2) our motion to disqualify Continental Enterprises as counsel. | 0.50 hrs. [3] | 150.00 |
| 01/27/2015 | KH | Participate in interoffice conferences with attorneys Barbara L. Mandell and Douglas P. LaLone regarding: (1) the fire arm customer, dealer and enthusiast declarations; and (2) our motion to disqualify Continental Enterprises as counsel. Correspond with Attorney LaLone and Leslie N. Wolfolk regarding Counter-Plaintiffs' Second Requests for Production of Documents and Things to Defendant Continental Enterprises. | 1.00 hrs. [3] | 300.00 |
| 01/27/2015 | KFB | Reviewing the Compliant filed by Leapers and the Answer including counterclaims for background and context of the case. Reviewing the Federal trademark application filed by Leapers seeking trade dress protection on the scallop design. | 0.70 hrs. [1,7,8] | 140.00 |
| 01/27/2015 | MRA | Conduct inspection of the products alleged in Leapers' complaint, specifically examining, photographing and documenting same; meeting with document review team regarding document review strategy; discussions with attorney LaLone regarding same. | 6.75 hrs. | 1,350.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 774244 |

| 01/27/2015 | DPL | Conducting lengthy call with our survey expert on its design and the questions that will be asked, controls used, etc.; gathering materials the expert requested; conference with associate about securing declarations for from scope experts to support our functionality claim; preparing for a scope inspection at Honigman's office; travel to Honigman's office and inspecting 10 more scopes from Leapers and having it photographed and the evidence cataloged; revising our settlement letter to Leapers and meeting with Barb regarding same and corresponding with Ken regarding same; drafting email to Leapers' counsel about their document production and Continental withdrawing as counsel from this case; meeting with Melissa to review and revise her tag pallet which will be used to mark Leapers documents in our document production system as our team reviews Leapers document production. | 4.50 hrs. | 2,025.00 |

| 01/27/2015 | BLM | Reviewed email; met with Ms. Atherton re topics for document reviewers; met with Mr. LaLone and Ms. Atherton regarding product review at opposing counsel's office; edits to settlement letter; conferred with Mr. LaLone re strategy (motion to disqualify Continental); email exchange with Ms. Peele Carter. | 1.50 hrs.<br>-.2<br>1.3 hrs | 675.00<br>-90.00<br>585.00 |

*work on Indiana case; reduced by .2*  [1, 8]

| 01/28/2015 | MRA | Continuing case overview with the document review team and setting out the key documents we are looking for in LEAPERS' production; review LEAPERS document requests and drafting our responses to same assigning batches of the 7,000 documents from LEAPERS for our associates for review. | 5.10 hrs. | 816.00 |

| 01/28/2015 | KFB | Participating in a case overview with Attorney LaLone, Attorney Atherton, Attorney Wen, Attorney Glime and A. Calvert, and specifically reviewing the elements Leapers must show in the case such as ownership, non-functional design, secondary meaning in the trade dress and likelihood of confusion. Reviewing potential disclosures that may be found in the documents produced by Leapers that correspond to the various elements Leapers must prove in the case, as well as relating to damages and the counterclaims. | 1.30 hrs. | 260.00 |

[7,8]

| 01/28/2015 | BLM | Reviewed email; conferred with Ms. Hosmer re drafting motion to disqualify Continental; edits to draft letter to opposing counsel regarding resolution of case; edits to and supplemented R. 30-b-6 deposition topics; met with Ms. Atherton regarding anticipated motion to dismiss and regarding document review. | 1.40 hrs. | 630.00 |

# ATTORNEYS' EYES ONLY

67490      0001         LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      774244

| 01/28/2015 | KFB | Examining approximately 150 documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and counterclaims. Tagging each document as they relate to the aforementioned categories. | 2.00 hrs. | 400.00 |

[7]

| 01/28/2015 | DPL | Working on our drafts of our answers to Leapers' document requests; conducting lengthy call with Charlie to review his answers to the document requests; working on drafts of our settlement letter. | 2.25 hrs. | 1,012.50 |

| 01/29/2015 | BLM | Telephone call with Amie Peele Carter re coordinating strategy; began research on motion to disqualify Continental; finalized letter to opposing counsel re settlement. | 2.60 hrs. | 1,170.00 |

*work on Indiana case; reduced by .38*      -.38   [3]   -170.00
2.22 hrs.      1,000.00

| 01/29/2015 | KH | Conduct necessary legal research to locate analogous cases wherein counsel was disqualified for fee-splitting with a non-lawyer private investigator and/or for being a necessary trial witness. Correspond with Attorney Barbara L. Mandell regarding same. Review Leapers' Motion to Dismiss Counterclaims III, IV, V & VIII, or, Alternatively, for a Stay of Proceedings. Correspond with Attorneys Barbara L. Mandell and Douglas P. LaLone regarding same. Review the draft fire arm customer, dealer and enthusiast declarations. Begin preparing a list of known individuals likely to execute said declarations. | 3.00 hrs. | 900.00 |

[3]

| 01/29/2015 | MRA | Telephone conference with Indiana counsel, attorney LaLone and attorney Mandell; review of settlement letter and conduct brief research relating to same; update letter for attorney Mandell and attorney LaLone's review. | 4.80 hrs. | 768.00 |

*work on Indiana case; reduced by .8*      -.8      -128.00
4.0 hrs      640.00

| 01/29/2015 | DPL | Conference with Charlie's criminal counsel and working through issues in the cases; conference with Barb regarding filing a motion to disqualify Continental's lawyers from this case; conference with Sun Optics counsel about gathering evidence and conference with our technical expert about his report and the scopes he needs to acquire; conference with opposing counsel regarding the motions they want to file; working with associates regarding their review of Leapers' documents; finalizing our settlement letter to Leapers; conference with Ken Gross on gathering Trarms documents and then sending them to us. | 3.25 hrs. | 1,462.50 |

*work on criminal case; reduced by .5*      -.5      -225.00
2.75 hrs      1237.50

[3,8]

## ATTORNEYS' EYES ONLY

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 774244 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/29/2015 | KFB | Examining approximately 450 documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and counterclaims. Tagging each document as they relate to the aforementioned categories. | 5.30 hrs. [7] | 1,060.00 |
| 01/29/2015 | GWH | Continuing document import of LEAPERS' PROD0002 for EDiscovery. (IT SUPPORT) | 1.00 hrs. [11] | 150.00 |
| 01/29/2015 | CWW | Participate in document review in preparation for my review of LEAPERS' documents. | 1.00 hrs. [7] | 260.00 |
| 01/30/2015 | MRA | Inspection and conference call with Lisa and Charlie regarding their responses to LEAPERS' document requests and drafting our answers to same; meeting with Mr. LaLone regarding same. | 4.25 hrs. [6] | 850.00 |
| 01/30/2015 | DPL | Lengthy call with Sun Optics counsel and our survey expert and working through the survey questions; conferring with Melissa about her photo shoot today at Leapers' counsels' office where she photographed more of Leapers' parts; several hour call with Charlie and Lisa about the their responses to Leapers' document requests and working on answering these requests; providing instructions to assistant regarding having documents uploaded to the experts' drop box; phone call with opposing counsel for Leapers regarding their stipulated extension to answer the complaint and approving their stipulation; conferring with Leapers counsel about the Tina Ding deposition being moved to March 4th; revising our deposition notice of her; revising and finalizing our settlement letter to Leapers. | 4.25 hrs. [6,8] | 2,018.75 |
| 01/30/2015 | KFB | Examining approximately 490 LEAPERS documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 5.00 hrs. [7] | 1,000.00 |
| 01/30/2015 | KH | Correspond with Attorneys Douglas P. LaLone and Barbara L. Mandell regarding Counter-Plaintiffs' Response to Leapers' Motion to Dismiss Counterclaims III, IV, V & VIII, or, Alternatively, for a Stay of Proceedings. Review Counter-Plaintiffs' Counterclaims and Leapers' Answer and Affirmative Defenses thereto. Correspond with potential fire arm enthusiast/ customer declarants. | 2.50 hrs. [5] | 750.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 774244 |

| 01/31/2015 | KFB | Examining approximately 420 LEAPERS documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 4.00 hrs. | 800.00 |
| | | 7 | | |
| 01/31/2015 | CWW | Examined approximately 400 documents for relevancy, confidentiality, and the reason why the document is relevant, such as ownership, functionality, likelihood of confusion, secondary meaning, defenses and various counterclaims; tag each document as the relate to the aforementioned categories. | 4.00 hrs. | 1,040.00 |
| | | 7 | | |

**Total Fees Billed For This Invoice** **$52,824.25**

## EXPENSES

| 01/22/2015 | Subpoena Fees for Rajo's Guns- Vendor: BBI & ASSOCIATES, LLC | 65.00 |
| 01/28/2015 | Online Legal Research for various issues regarding functionality, secondary meaning and disqualification of Continental's counsel - Vendor: LEXIS-NEXIS | 293.55 |

**Total Expenses Billed For This Invoice** **$358.55**

**Non-metered phone, fax, postage & copy costs** **$1,848.85**

# ATTORNEYS' EYES ONLY

| March 31, 2015 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **73,649.01** |
| | | | |
| **Fees** | TOTAL | $ | **70,692.50** |
| | Case-in-Chief | $ | 67,988.25 |
| | Counterclaims | $ | - |
| | Related Case | $ | 2,704.25 |
| | | | |
| **Hours** | TOTAL | | **255.86** |
| | Case-in-Chief | | 245.34 |
| | Counterclaims | | 0.00 |
| | Related Case | | 10.52 |
| | | | |
| **Expenses** | TOTAL | $ | **482.27** |
| | | | |
| **Non-Metered Expenses** | TOTAL | $ | **2,474.24** |
| | Case-in-Chief | $ | 2,379.59 |
| | Counterclaims | $ | - |
| | Related Case | $ | 94.65 |
| | | | |
| **Total Sought** | | $ | **70,850.11** |

ATTORNEYS' EYES ONLY



39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

**RADER,**

**FISHMAN**

**& GRAUER**
PLLC

March 31, 2015

**Invoice no.** 777254    DPL
**Our file no.** 67490    0001
**Billing through** February 28, 2015

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| **Payable Upon Receipt** | **$73,649.01** |

---

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $70,692.50 | |
| Current Expenses | $482.27 | |
| Non-metered phone, fax, postage & copy costs | $2,474.24 | |
| **Total Current Charges** | | **$73,649.01** |

---

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,028.48 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,028.48 |

*PLEASE SEND CHECKS TO: RADER, FISHMAN & GRAUER PLLC,  P.O. BOX 4597  CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS  TO:  FLAGSTAR BANK  5151 CORPORATE DR.,  TROY, MI 48098*
*ABA: 272471852     SWIFT: N/A     ACCOUNT NO.: 101973859*

# ATTORNEYS' EYES ONLY

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|---|--------|
| 02/02/2015 | MRA | Review of catalogs provided by Mr. Shi and instructions to legal assistant regarding same; finalize objections and answers to Trarms' responses to Leapers' document requests for review by attorney LaLone and attorney Mandell; prepare requests for admissions with respect to possibly abandoned Leapers' parts; draft additional interrogatories and document requests; begin finalizing Trarms' responses to Leapers' interrogatories. | 6.90 hrs. | | 1,380.00 |
| 02/02/2015 | AAG | Review of 100 documents as part of document review project and marking them in IPRO. | 1.00 hrs. | 7 | 150.00 |
| 02/02/2015 | KFB | Reviewing approximately 330 documents produced by Leapers, including various individual documents having a page count of 48 pages, 64 pages, 174 pages, 182 pages, 148 pages, 190 pages, 188 pages, 198 pages, 178 pages, 180 pages and 130 pages, respectively. Examining the documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 5.50 hrs. | 7 | 1,100.00 |
| 02/02/2015 | BLM | Reviewed Answer to Counterclaims and Motion to Dismiss/Stay; telephone call with all counsel on case; reviewed email; email exchange with Ms. Amie Peele Carter re taking the Fifth Amendment in connection with deposition and document discovery; email to Mr. Gross. | 1.30 hrs. | 3, 5 | 585.00 |
| 02/03/2015 | AAG | Continue work on document review project reviewing 150 documents and marking them in IPRO. | 2.50 hrs. | 7 | 375.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| 02/03/2015 | DPL | Conference with Lisa regarding staying counts 3-8 of the case until this court rules on if Leapers owns any enforceable rights in the scopes; conference with Sun Optics counsel regarding our response to Leapers' request to extend discovery; responding to Leapers request for same; reviewing Leapers letter to the court requesting a phone hearing on scheduling dates; conference with Ken to propose staying claims 3-8 and any 5th Amendment rights; conferring with Charlie's criminal attorney on 5th Amendment issues; reviewing potential scopes by Leapers that are being sold and having 4 models purchased; conference with survey expert about photos he needs and getting those to him; conference with the technical expert and making sure he gets the scopes he needs to test; providing third party with affidavit to sign; studying Leapers' 600 page office action response and conference with team about filing a petition to protest this application. | 5.25 hrs.  3,5,6 | 2,493.75 |
| 02/03/2015 | KFB | Reviewing and examining approximately 330 documents of varying page counts produced by Leapers for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 2.30 hrs.  7 | 460.00 |
| 02/03/2015 | MRA | Multiple telephone conferences with attorney LaLone and attorney Mandell, with functionality expert, Ms. Wang, Indiana criminal attorney; review of Leapers' response filed with the Trademark Office and discussions and brief research regarding same; update discovery requests. | 5.25 hrs.  5 | 1,050.00 |
| 02/03/2015 | MLV | Review Office Action issued by Examiner and response to Office Action filed by Leapers responding to functionality refusal and non-distinctiveness refusal, with evidence to show acquired distinctiveness; discussion with attorneys Mandell and LaLone regarding possible letter of protest to be filed, possible denial of letter based on procedural basis; and evidence to be submitted to demonstrate functionality of product design. | 0.85 hrs.  5 | 280.50 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2015 | BLM | Conferred with Mr. LaLone and Ms. Atherton re strategy in connection with motion to dismiss/stay; edited requests for admission to Leapers; reviewed correspondence to court filed by Leapers; reviewed Leapers' response to USPTO Office Action; reviewed background on Leapers' technical expert and author of declaration to USPTO; conference call among Indiana counsel and Michigan counsel and Mr. Gross regarding impact of criminal proceedings on discovery; reviewed email from opposing and co-counsel. | 4.80 hrs. | 2,160.00 |
| 02/04/2015 | GWH | IT task of batching of PROD002 documents for review by Melissa (Greg Houck, IT Director) | 0.25 hrs. | 37.50 |
| 02/04/2015 | AAG | Continue document review project reviewing next 50 documents in batch and marking them in IPRO. | 0.50 hrs. | 75.00 |
| 02/04/2015 | GWH | Leapers PROD003 Import - Ingestion into EDiscovery solution 299 documents for review. Database field mapping, import index information, images, OCR text. Process data for OCR search capabilities. Modified import file to include additional required fields. | 3.00 hrs. | 450.00 |
| 02/04/2015 | KFB | Examining approximately 50 documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 1.00 hrs. | 200.00 |
| 02/04/2015 | DPL | Conducting test with the survey expert of the survey; gathering information he has requested; meeting with Melisa to discuss taking new photos of the Exemplary Leapers part; finalizing my letter to the court regarding discovery; working on draft of Trarms' document request and interrogatory answers. | 4.75 hrs. | 2,256.25 |
| 02/04/2015 | BLM | Edited letter to Court; met with Ms. Atherton re strategy; reviewed emails. | 1.40 hrs. | 630.00 |
| 02/04/2015 | MRA | Instructions to IT director regarding uploading additional documents to document management system; review of letter to court and revise same for attorney LaLone and attorney Mandell's review; confirm which of Leapers parts are for sale/discontinued; prepared Tuff Zone's responses to Leapers' document requests. | 6.75 hrs. | 1,350.00 |
| 02/05/2015 | AAG | Continue work on document review project reviewing the next 150 Leaper documents in batch. | 2.50 hrs. | 375.00 |
| 02/05/2015 | MRA | Leapers; pictures; finalizing documents; discussion with attorney LaLone and attorney Visser regarding Letter of Protest; finalize document requests. | 6.95 hrs. | 1,390.00 |

Handwritten annotations: Red box marks "5", "11", "7", "11", "3". On last row: "reduced by .5" / "-.5" / "6.45" and "-100.00" / "1,290.00"

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/2015 | DPL | Working on Trarms discovery responses and TuffZone's responses; conference with Lisa on deposition dates she is open for; conference with Sun Optics counsel on the survey and deposition dates; drafting email to opposing counsel about proposed deposition dates; conference with expert about the survey photos and working with Melissa to take new photos; preparing for phone hearing with the judge and attending hearing regarding Leapers request for more time (Judge denied their request); responding to numerous emails from Sun Optics counsel and Leapers Counsel. | 3.75 hrs. | 1,781.25 |
| 02/05/2015 | KFB | Investigating into patents and patent applications assigned to Leapers regarding the scope design and specifically the adjustable turret and power ring components of the scope. Investigating and analyzing third party prior art that teaches the functionality of the scallop design on adjustable turrets. Specifically highlighting three (3) of the most relevant third party patents for production to Leapers in connection with the functionality of the scallop design, including US 7,415,791 (US Optics), US 8,490,317 (Trijicon) and US 8,009,958 (Trijicon). Highlighting specific passages in each of the prior art documents that substantiates the position that the scallop design on the adjustable knobs (e.g., turrets) are functional for future reference. Reviewing and examining approximately 300 Leapers documents of varying page counts produced by Leapers for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims. Tagging each document as they relate to the aforementioned categories. | 6.50 hrs. | 1,300.00 |
| 02/05/2015 | CWW | Examined 600 Leapers documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims; tagged each document as they relate to the aforementioned categories. | 6.00 hrs. | 1,560.00 |
| 02/05/2015 | KH | Correspond with Attorney Douglas P. LaLone regarding the gun enthusiast/dealer/ customer declarations and working on gathering additional declarations. | 0.10 hrs. | 30.00 |
| 02/05/2015 | MLV | Discussion with attorneys LaLone and Atherton regarding letter of protest to be prepared, content of same, evidence to be submitted in connection with letter, and call to be placed to Petitions Office to confirm propriety of legal basis for letter of protest. | 0.50 hrs. | 165.00 |

**6**

**3,5**

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/2015 | AAG | Continue work on document review project reviewing final 500 Leapers documents in assigned batch. | 7.50 hrs. | 1,125.00 |
| 02/06/2015 | MRA | Conference calls with attorney LaLone and legal team regarding strategy in responding to Trarms' interrogatories; office conference with attorney LaLone regarding same; telephone calls with Ms. Wang and attorney Gross regarding responses to Leapers' interrogatories and document requests; review responses for accuracy and consistency; revise; finalize with instructions to legal assistant to serve same. | 6.70 hrs. | 1,340.00 |
| 02/06/2015 | DPL | Conference call with the TM survey expert and going over the draft of the survey with him; follow up calls with the survey expert on various issues; conference call with the criminal attorney regarding 5th Amendment issues and Trarms' discovery responses; revising the Trarms and TuffZone responses; conference with Lisa to review certain discovery responses with her; corresponding with opposing counsel on numerous discovery issues; conference with Ken to talk over Trarms discovery responses. | 5.75 hrs.  [5,6] | 2,731.25 |
| 02/09/2015 | MRA | Final review of Trarms interrogatory responses; brief discussion with Mr. Shi regarding same; discussion with legal assistant regarding outstanding tasks; draft correspondence to Judge Cleland regarding Leapers' and Continental's draft motion to stay; discussions with attorney Mandell regarding same. | 3.40 hrs. | 680.00 |
| 02/09/2015 | BLM | Reviewed email; reviewed interrogatory answers; edits to stipulated order and email to all counsel attaching same; discussed strategy with Ms. Atherton; email exchanges with Mr. Gross re stipulation; conferred with Ms. Atherton re stipulation and re interrogatory answers. | 2.31 hrs. | 1,039.50 |
| 02/09/2015 | AJC | Reviewed batch of documents from Leapers' first production, numbered LEAPERS002932 through LEAPERS003589. | 3.25 hrs. | 325.00 |
| 02/10/2015 | AJC | Continued to review batch of documents received from Leapers counsel, numbered LEAPERS003613 through LEAPERS004556 | 4.50 hrs. | 450.00 |
| 02/10/2015 | BLM | Prepared edited stipulated order re stay and consulted with Mr. LaLone re same; forwarded to all counsel; engaged in further email exchanges with opposing counsel and made further edits to stipulated order; obtained final sign off and submitted order to Court for entry. | 1.25 hrs.  [1] | 562.50 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2015 | CWW | Examined over 600 Leapers documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims; tagged each document as they relate to the aforementioned categories. | 6.00 hrs. | 1,560.00 |
| 02/11/2015 | MRA | Internal discussions regarding case; review of Leapers' subpoena of June Shi and correspondence to clients regarding same; update re-notice of Leapers deposition. | 2.15 hrs. | 430.00 |
| 02/11/2015 | BLM | Addressed content of Mr. Shi's settlement overture to Leapers; reviewed and responded to emails from Mr. Gross and from opposing counsel; reviewed witness list and deposition scheduling; addressed questions from Ms. Atherton re discovery. | 1.25 hrs. | 562.50 |
| 02/12/2015 | MRA | Brief review of previously prepared prior art documents; discussion with legal assistant regarding revisions to same; call to United States Patent and Trademark Office regarding submission of letter of protest. | 0.80 hrs. | 160.00 |
| 02/12/2015 | BLM | Reviewed email; conferred with Ms. Atherton re organization of document review and other issues; reviewed draft secondary meaning survey and conferred with Ms. Atherton re same. | 0.75 hrs. | 337.50 |
| 02/12/2015 | DPL | Reviewing correspondence from opposing counsel and conference with Barb to discuss the drafts of the Stay Order we are proposing to focus this case on Leapers not having any rights in scallops in a scope. | 1.25 hrs. | 593.75 |
| 02/13/2015 | BLM | Reviewed and forwarded Leapers' expert reports; reviewed emails; background search on Leapers' survey expert. | 0.90 hrs. | 405.00 |
| 02/16/2015 | KFB | Composing and organizing a case strategy in preparation for deposing opposing witnesses with Attorney LaLone and Attorney Atherton. Analyzing documents produced by Leapers for potential use as a deposition Exhibit in connection with functionality, secondary meaning and likelihood of confusion. | 0.80 hrs. | 160.00 |
| 02/16/2015 | AAG | Attend conference call to provide details regarding document review project. | 0.50 hrs. | 75.00 |

Handwritten annotations:

- (02/11/2015 MRA entry) reduced by .9 — -180.00 — 1.25 hrs — 250.00
- (02/11/2015 BLM entry) 1,8
- (02/12/2015 MRA entry) reduced by .3 — 3 — -.3 — -60.00 — .5 hrs — 100.00
- (02/12/2015 DPL entry) 5

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| 02/16/2015 | MRA | Office conference with attorney LaLone regarding status of case; review of Leapers' secondary meaning survey; review Leapers' 30(b)(6) deposition notice, update for attorney LaLone's review; additional office conference with attorney LaLone, attorney Mandell, attorney Bonner, attorney Wen and attorney Glime regarding document review strategy and helpful documents; additional strategy meeting with attorney LaLone and attorney Mandell; correspondence to Mr. Shi and Ms. Wang with Leapers' expert reports; review of prior art document in preparation for document production. | 4.70 hrs. | 940.00 |
| 02/16/2015 | DPL | Conference with Joe Cleveland of Sun Optics about Leapers' two reports and the defects in same, the status of our survey expert's work and the scheduling of the depositions this month; conferring with Ken on the settlement discussions Charlie is having with Tina; meeting with the internal team to discuss briefly their review of the 7,000 Leapers documents over the past few weeks and which documents are likely to be best to use in Tina Ding's deposition next week; meeting with Barb and Melissa to review the list of open tasks we have to tackle and the preparations for Tina Ding's deposition and June Shi's deposition; revising the Rule 30(b)6 deposition notice to Leapers to have updated topics and having same served on Leapers. | 3.75 hrs. | 1,781.25 |
| 02/16/2015 | BLM | Conferred with Ms. Atherton re Leapers' expert reports; reviewed emails; attended team meeting regarding discovery and experts; email to Mr. Polack re discovery from Continental. | 1.60 hrs. | 720.00 |
| 02/17/2015 | MRA | Office conference with attorney LaLone regarding potential settlement considerations for Mr. Shi and Leapers; discussion with attorney LaLone regarding prior art documents. | 1.10 hrs. | 220.00 |
| 02/17/2015 | BLM | Conferred with Ms. Carter re criminal matter and status of settlement of civil case; reviewed email exchanges re settlement terms and discussed same with Mr. LaLone; email exchanges with opposing counsel for Continental, Mr. Polak, re discovery to Continental; reviewed Dr. Jukam's draft survey. | 1.00 hrs. | 450.00 |
| 02/18/2015 | MRA | Discussion with attorney LaLone regarding deposition preparation strategy; discussion with legal support regarding same. | 1.30 hrs. | 260.00 |

*Handwritten annotations:* "5" (boxed, next to 720.00 row); "reduced by .1"; "~ .1   −45.00"; ".9 hrs   405.00"

**ATTORNEYS' EYES ONLY**

67490   0001   LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.   Invoice#   777254

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/2015 | DPL | Drafting a settlement term sheet and having numerous conferences with Ken and Aime regarding changes and making several changes to this document; corresponding with opposing counsel regarding the dep schedule they proposed; conference with Sun Optics about the settlement terms; conferring with Lisa about the settlement terms; meeting with Melissa to give her and the team direction on the documents we need to select and inspect for the Tina Ding dep next week. | 3.25 hrs. [5,6] | 1,543.75 |
| 02/18/2015 | BLM | Reviewed email; reviewed settlement agreement terms. | 0.50 hrs. [1,8] | 225.00 |
| 02/19/2015 | MRA | Review of relevant documents for potential deposition exhibits for use in connection with Ms. Tina Ding's deposition; prepare letter of protest to object to the issuance of Leapers' pending TM application. *reduced by 4.0* | 7.80 hrs. −4.0 3.8 hrs | 1,560.00 −800.00 760.00 |
| 02/19/2015 | BLM | Reviewed emails; reviewed and revised email to Mr. Shi regarding letter of protest; conferred with Mr. LaLone re settlement strategy; reviewed subpoenas and subpoena return from gun shop. *reduced by .1* | 1.10 hrs. −.1 1.0 hrs | 495.00 −45.00 450.00 |
| 02/19/2015 | DPL | Finishing my review of the remaining few hundred documents that our team has tagged as relevant for our preparation of the Tina Ding deposition; providing instructions to have 500 more Leapers documents that were just produced to be reviewed and tagged in IPRO in preparation for our deposition; conference with our survey expert regarding the results of our survey; preparing email to team about the results of our survey and the status of Manny's expert report; reviewing drafts of our Letter Of Protest and conferring with Charlie and Ken on same; instructing Melissa to file same and proofing the exhibits to be appended to the Letter; conferring with opposing counsel on future depositions; drafting email to Charlie laying out the open task items that we have to complete; reviewing and signing the Common Interest Agreement; checking on payment by Trarms of Jukam's bill; working with Lisa and Charlie to gather more business records in response to Leapers document requests. *reduced by 1.12* [6] | 5.75 hrs. −1.12 4.63 hrs | 2,731.25 −531.25 2,200.00 |
| 02/19/2015 | GWH | IT work to ingest, discovery and processing of custodian documents, from Charlie Shi, Trarms, RFG, and Ethusiasts. (IT Director) | 5.00 hrs. [11] | 750.00 |
| 02/20/2015 | GWH | Ingestion of custodian documents in preparation for document production PROD001. | 4.00 hrs. [11] | 600.00 |

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| 02/20/2015 | CWW | Examined over 1000 pages of documents for relevancy, confidentiality, and the reasons why the document is relevant such as ownership, functionality, likelihood of confusion, secondary meaning, defenses, and various counterclaims; tagged each document as they relate to the aforementioned categories. | 6.20 hrs. | 1,612.00 |

~~02/20/2015 MLV Review letter of protest prepared by attorney Atherton; revise as necessary to more clearly delineate bases for letter and arguments raised; discussion with attorneys Atherton and LaLone regarding client's instructions regarding basis for letter and evidence to be submitted in connection with same.~~ ~~0.60 hrs.~~ ~~198.00~~

| 02/20/2015 | MRA | Time spent reviewing documents in preparation for deposition, specifically, advertising, aquiescence and ownership-related documents; office conferences with legal team regarding document production; approval of documents for upload into document production system; further revisions to letter of protest; file with the United States Patent and Trademark Office; telephone call with Ms. Wang; prepare list of required documents to be produced by clients for attorney LaLone's review. | 7.50 hrs. | 1,500.00 |

*reduced by 2.0* · -2.0 · -400.00 · 5.5 hrs · 1,100.00 · **6**

| 02/20/2015 | KFB | Reviewing approximately 470 Leapers documents of varying page length for production to the plaintiff. In particular, examining the respective documents for confidentiality, privileges including attorney-client privilege, joint defense agreement privilege and work product, and whether the respective documents should be produced in light of privileges and relevancy. Tagging the respective documents as they relate to the aforementioned documents. | 5.00 hrs. | 1,000.00 |

| 02/20/2015 | KFB | Investigating into additional utility patent prior art concerning the functionality of the scallop design on adjustment knobs of scope such as turrets, windage/elevation knobs, power adjustment rings and magnification rings. Reviewing the documents for the scallop design as well as functional language concern the advantages of having scallops on the adjustment knobs. Specifically examining four (4) of the most relevant documents in support of functionality, including US 7,958,665, US 2013/0167425, US 6,691,447 and US 6,508,026. Annotating the documents and noting the relevant sections that discuss functionality, and indexing the documents in the prior art document production booklet. Forwarding an analysis to Attorney LaLone and Attorney Atherton for review and consideration. | 4.20 hrs. | 840.00 |

**3**

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/20/2015 | BLM | Made edits to letter of protest and addressed same with Ms. Atherton and Mr. LaLone; addressed discovery issues vis-a-vis Continental and sent Continental's counsel an email confirming agreement on discovery; met with Mr. LaLone re strategy and re experts and surveys; reviewed email. | 1.80 hrs. | 810.00 |
| 02/21/2015 | KFB | Reviewing approximately 345 documents for production to the plaintiff. In particular, examining the respective documents for confidentiality, privileges including attorney-client privilege, joint defense agreement privilege and work product, and whether the respective documents should be produced in light of privileges and relevancy. Tagging the respective documents as they relate to the aforementioned documents. | 3.20 hrs. | 640.00 |
| 02/21/2015 | MRA | Document review in preparation for Ms. Ding's deposition; specifically, review documents relating to Ms. Ding, documents produced relating to advertising expenditures and advertising, identifying relevant documents for use in deposition; further categorization of documents with attorney LaLone. | 5.90 hrs. | 1,180.00 |
| 02/21/2015 | GWH | IT review of processing and discovery jobs from LEAPERS PROD003 so that we can intake their new batch. | 1.00 hrs. [11] | 150.00 |
| 02/23/2015 | GWH | IT - Processing of documents from Leapers - PROD001 (Trarms, Charlie Shi, RFG, TuffZone, Enthusiasts) | 4.00 hrs. [11] | 600.00 |
| 02/23/2015 | DPL | Conferring with Charlie about the Tina Ding deposition and working on organizing deposition exhibits for her deposition; meeting with Melissa to work on producing documents to Leapers today and a separate production of documents from Charlie and Lisa tomorrow; conference with Lisa to talk about the case and to work on getting her documents so they can be produced; conferring with Ken on deposition matters and settlement; meeting with our IT director about production of a set of documents today; conferring with opposing counsel about rescheduling Tina's deposition; conferring with Joe Cleveland about the deposition schedule; corresponding with Charlie about the Letter Of Protest. | 5.25 hrs. [5,6,11] | 2,493.75 |
| 02/23/2015 | MRA | Discussion with Sun Optics' counsel regarding protective order; discussions with legal team regarding document production and compilation of further documents for upload into document management system; discussion with Ms. Wang regarding deposition; correspondence to Mr. Shi regarding strategy to challenge Leapers' trademark application; prepare TuffZone's documents for subsequent production. | 6.65 hrs. [5,6] | 1,330.00 |

*(handwritten annotations on first entry: "reduced by .4", "-.4   -180.00", "1.4 hrs   630.00")*

**ATTORNEYS' EYES ONLY**

67490      0001      LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      777254

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/2015 | KFB | Investigating into additional prior art documents illustrating functionality of the scallop design in connection with adjustment knobs on rifle scopes in preparation for the deposition of Tina Ding. Assessing the uncovered prior art documents for the relevancy and strength of the disclosure with respect to functional language, and noting the relevant figures and sections of the prior art documents. Forwarding the five (5) most advantageous documents to Attorney LaLone for review and consideration. | 3.50 hrs. | 700.00 |
| 02/23/2015 | BLM | Reviewed emails; reviewed Continental's responses to discovery and gave Mr. LaLone opinion on what to proceed on; reviewed declaration regarding development of alleged trade dress and discussed same with Ms. Atherton; reviewed Leapers' damages analysis and deposition scheduling. | 3.60 hrs. [1,8] | 1,620.00 |
| 02/24/2015 | DPL | Reviewing the translated declaration from Leapers about the development of their scopes; meeting with team about processing Trarms 1st set document production which is about 5,000 documents; drafting letter to Leapers counsel confirming the dates for depositions; reviewing the collection of documents for Trarms 2nd set of document production which is now being processed. | 1.75 hrs. | 831.25 |
| 02/24/2015 | BLM | Reviewed email; reviewed commentary about and email exchanges with team about Zheng declaration. | 0.80 hrs. [1,8] | 360.00 |
| 02/24/2015 | MRA | Final review of first production; prepare letter to opposing counsel with same; instructions to paralegal to transmit same; review of documents to be uploaded for second production; further review of Zheng declaration and compare with Mr. Shi's comments and other evidence; summarize conclusions. | 3.30 hrs. | 660.00 |
| 02/25/2015 | MRA | Draft Exhibit A to protective order; discussion with attorney Mandell regarding same; finalize and send to Ms. Wang and Mr. Shi; review Leapers production to identify documents that may support Leapers' claim of ownership or relate to Mr. Zheng; office conference with attorney LaLone regarding deposition schedule; review and tag documents for Trarms' second production. | 3.40 hrs. | 680.00 |

**ATTORNEYS' EYES ONLY**

| 02/25/2015 | DPL | Conferring with Joe Cleveland regarding deposition schedules; conferring with opposing counsel about organizing the experts to be taken in the same week; conference with Ken regarding the draft settlement terms from Tina; reviewing same and creating a new settlement document with her terms and then adding in our terms and rebuttal points to her terms; working back and forth with Ken and Charlie on same; corresponding with Charlie on the volume of accused units in stock and the sell off process; meeting with Melissa to work on the second production. | 4.25 hrs. | 2,018.75 |

| 02/25/2015 | BLM | Reviewed emails; searched patents owned by Lisheng Zheng; conferred with Ms. Atherton regarding Leapers' production of documents relating to invention/development of the scallops and reviewed documents; conferred with Ms. Atherton regarding terms of protective order; edited draft Exhibit A to protective order. | 1.60 hrs. 3 | 720.00 |

| 02/26/2015 | MRA | Telephone call with Ms. Wang regarding document production and deposition preparation times; review of Mr. Zheng's declaration and draft correspondence to Mr. Shi with further questions; discussion with attorney Mandell regarding same; transmit correspondence to Mr. Zheng. | 3.60 hrs. | 720.00 |

| 02/26/2015 | BLM | Met with Ms. Atherton regarding Leapers' documents and protective order; worked on questions for Mr. Shi regarding inventorship issue; reviewed emails, in particular, settlement agreement terms. | 0.90 hrs. 3 | 405.00 |

| 02/26/2015 | DPL | Working on numerous drafts of the proposed settlement document and reviewing emails from Charlie, Lisa and Ken on same; conference with our technical expert Manny about his report. | 1.00 hrs. | 475.00 |

| 02/27/2015 | BLM | Reviewed email; conferred with Mr. LaLone re strategy in terms of privilege log and discovery of emails/work product issues. | 1.00 hrs. | 450.00 |

| 02/27/2015 | MRA | Review of scheduling order and upcoming dates; instructions to legal team to prepare second production; instructions to legal assistant to prepare deposition notices for Mr. Ding, Ms. Ding, and Leapers' experts; review of Mr. Shi's communication regarding potential declarations to refute Mr. Zheng's declaration; review of Trarms' second production. | 1.60 hrs. | 320.00 |

| 02/27/2015 | GWH | IT processing of TRARMS document production NO. PROD002 and sending these documents to opposing counsel. | 1.00 hrs. 11 | 150.00 |

**ATTORNEYS' EYES ONLY**

| 67490 | 0001 | LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL. | Invoice# | 777254 |

| 02/27/2015 | DPL | Reviewing numerous emails from Charlie, Ken and Lisa; making final revisions to the settlement documents; drafting email to Leapers' counsel and sending them the settlement papers; drafting email to Charlie outlining the status of matters and the work to be completed; meeting with Melissa on the document production today and providing instructions on same; conferring with Lisa about her deposition next week and verifying what new documents she will be producing; contacting opposing counsel and resetting Lisa's deposition to her preferred day and working over other discovery issues; reviewing a third production of documents from Lisa and having them processed in IPRO and approving them for production today; drafting email to opposing counsel laying out the deposition schedule and our privilege log agreement. | 3.75 hrs. | 1,781.25 |

6

**Total Fees Billed For This Invoice**      **$70,692.50**

## EXPENSES

| 02/28/2015 | Disbursement in connection with purchasing samples of various scopes for demonstrative purposes- Vendor: AMERICAN EXPRESS | 482.27 |

**Total Expenses Billed For This Invoice**    **$482.27**

**Non-metered phone, fax, postage & copy costs**    **$2,474.24**

# ATTORNEYS' EYES ONLY

| April 30, 2015 Invoice Summary | | | | |
|---|---|---|---|---|
| Total Billed to Client | | | $ | 105,679.76 |
| | | | | |
| Fees | TOTAL | | $ | 98,411.25 |
| | Case-in-Chief | | $ | 95,673.75 |
| | Counterclaims | | $ | - |
| | Related Case | | $ | 2,737.50 |
| | | | | |
| Hours | TOTAL | | | 280.15 |
| | Case-in-Chief | | | 273.34 |
| | Counterclaims | | | 0.00 |
| | Related Case | | | 6.81 |
| | | | | |
| Expenses | TOTAL | | $ | 3,824.12 |
| | | | | |
| Non-Metered Expenses | TOTAL | | $ | 3,444.39 |
| | Case-in-Chief | | $ | 3,348.58 |
| | Counterclaims | | $ | - |
| | Related Case | | $ | 95.81 |
| | | | | |
| Total Sought | | | $ | 102,846.45 |

ATTORNEYS' EYES ONLY



**FISHMAN | STEWART YAMAGUCHI | PLLC**
INTELLECTUAL PROPERTY

*formerly* **RADER, FISHMAN & GRAUER, PLLC**

39533 Woodward Ave., Ste. 250
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

April 30, 2015

**Invoice no.** 779035    DPL
**Our file no.** 67490    0001
**Billing through** March 31, 2015

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| <u>Due Date</u> | <u>Current Charges</u> |
|---|---|
| **Payable Upon Receipt** | **$105,679.76** |

---

**BILLING SUMMARY**

| | |
|---|---|
| Current Fees | $98,411.25 |
| Current Expenses | $3,824.12 |
| Non-metered phone, fax, postage & copy costs | $3,444.39 |
| **Total Current Charges** | **$105,679.76** |

---

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,032.16 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,032.16 |

*PLEASE SEND CHECKS TO: FISHMAN STEWART YAMAGUCHI PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098*
*ABA: 272471852    SWIFT: N/A    ACCOUNT NO.: 101973859*

## ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2015 | DPL | Meeting with Melissa regarding the various open items on our task list and tasking them out; conference call with opposing counsel about their settlement offer; conferring with Ken about same; working on review of Leapers' letter concerning discovery deficiencies. | 0.75 hrs. | 356.25 |
| 03/02/2015 | MRA | Discussion with attorney LaLone regarding outstanding tasks; review Leapers' responses to Defendants' discovery requests; update deficiency letter; review and revise; finalize for attorney Mandell and attorney LaLone's review. | 6.80 hrs. | 1,360.00 |
| 03/03/2015 | MRA | Discussion with attorney LaLone regarding outstanding tasks; correspondence to Dr. Jukam regarding status of expert reports; prepare responses to Continental's deficiency letters to Trarms and Tuff Zone for attorney LaLone and attorney Mandell's review; office conference with attorney LaLone and attorney Mandell regarding additional discovery requests. | 5.80 hrs. | 1,160.00 |
| 03/03/2015 | DPL | Reviewing emails from opposing counsel about deposition dates and their answers to Trarms requests for admission; reviewing their Leapers answers to Trarms requests for admission and meeting with Melissa and Barb to go over a final set of discovery additional issues in this case so as to close out other open areas in our discovery plan; conference call with Sun Optic's counsel regarding the deposition schedule and the hiring of a rebuttal expert to counter Leaper's survey expert. | 2.25 hrs. | 1,068.75 |
| 03/03/2015 | BLM | Reviewed email; met with Mr. LaLone and Ms. Atherton re additional discovery requests and other strategy questions. | 1.10 hrs. [1] | 495.00 |
| 03/04/2015 | DPL | Preparing a revised settlement term sheet in response to my call with opposing counsel last week; conference call with Jack Jacoby regarding him drafting a rebuttal report to Leapers' survey expert report; contacting Charlie and requesting permission to hire Jack Jacoby. | 1.50 hrs. | 712.50 |

**ATTORNEYS' EYES ONLY**

| 03/04/2015 | BLM | Drafted email to Continental's counsel regarding production of Continental's documents; reviewed his response and drafted proposed letter to send him; reviewed and revised Ms. Atherton's draft of letters to opposing counsel raising deficiencies in Trarms' and Tuff Zone's discovery responses; addressed issue with Ms. Atherton regarding disposition of Leapers production of document relevant to prosecution. | 1.10  hrs. | 495.00 |
|---|---|---|---|---|

6

| 03/04/2015 | MRA | Review of Leapers productions to draft additional discovery requests including interrogatories and document requests; summary of findings to attorney Mandell and attorney LaLone; follow up correspondence to Indiana criminal team; review of Trarms' document production to answer opposing counsel's concerns regarding same. | 4.25  hrs. | 850.00 |
|---|---|---|---|---|

work on Indiana case; reduced by .2

-- .2        -40.00
4.05 hrs        810.00

| 03/05/2015 | MRA | Discussion with legal assistant regarding research project; review of opposing counsel's protest to format of discovery, review production and update attorney LaLone with facts to counter same; discussion with IT team regarding production; phone call with attorney Mandell and Indiana team regarding protective order. | 1.30  hrs. | 260.00 |
|---|---|---|---|---|

5

| 03/05/2015 | BLM | Reviewed email; reviewed legal authority on trade dress; telephone call with Ms. Atherton and Ms. Amie Peele Carter regarding various litigation issues and documents produced by Leapers that could impact criminal prosecution. | 1.25  hrs. | 562.50 |
|---|---|---|---|---|

work on Indiana case; reduced by .4

-- .4        -180.00        1
.85 hrs        382.50

| 03/06/2015 | GWH | Ingestion and discovery of custodian documents in preparation for TRARMS PROD004. (IT Manager) | 2.00  hrs. | 300.00 | 11 |
|---|---|---|---|---|---|
| 03/06/2015 | GWH | Import of Leapers document production LEAPERS PROD006. (IT Manager) | 1.50  hrs. | 225.00 | 11 |
| 03/06/2015 | GWH | Working on export of document production TRARMS PROD004. (IT Manager) | 1.00  hrs. | 150.00 | 11 |
| 03/06/2015 | MRA | Discussion with legal team regarding document production; office conference with attorney LaLone and attorney Mandell regarding strategy; correspondence to opposing counsel and litigation team; review documents and mark for fourth production; telephone call with Ms. Wang regarding status of case, deposition scheduling and preparation scheduling; review of final document production for completeness and draft letter to opposing counsel regarding Trarms' third production. | 4.80  hrs. | 960.00 |

6

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/2015 | DPL | Corresponding with Ken regarding the status of the settlement discussions; conference with Lisa to discuss the production of her documents and reviewing the new documents she produced today; conferring with IT person regarding the production of our 3rd document production to Leapers today; meeting with team to discuss open items that need to be handled; conference with Joe Cleveland regarding status of depositions and our expert's reports; conference with our rebuttal expert Jacoby regarding his rebuttal report; reviewing and revising and having served our Rule 30(b) 6 and Rule 30(b)1 deposition notices to Leapers; providing instructions to IT person on intake and production of Tuff Zone's next production that came in today. [6,8,11] | 3.50 hrs. | 1,662.50 |
| 03/06/2015 | BLM | Met with Mr. LaLone and Ms. Atherton regarding case status and strategy; email exchange with Mr. Jacoby; addressed amendment to settlement terms with Mr. LaLone based on Ms. Carter's email.  Email exchange with Mr. Polak re production of Continental documents and privilege log. | 2.00 hrs. | 900.00 |
| 03/09/2015 | MRA | Review of Dr. Jacoby's expert reports; conference call with attorney Mandell and Dr. Jacoby regarding same; review and revise; review of Leapers' most recent document production; inquiries to IT department regarding uploading Ms. Wang's documents to document management system; review of Mr. Shi's e-mail regarding dates of first sale and incorporate into files for analysis in relation to Leapers' claim of damages; inquiries to Mr. Cleveland (of Sun Optics) regarding deposition particulars in Phoenix; instructions to legal assistant to prepare deposition notices; draft a new set of Requests for Admission; review and revise. [4] | 5.50 hrs. | 1,100.00 |
| 03/09/2015 | BLM | Reviewed emails; telephone call with Ms. Atherton and Dr. Jacoby; drafted confidentiality agreements for Dr. Jacoby and Dr. Jukam; reviewed and made suggested revisions to Dr. Jacoby rebuttal report; conference call with Mr. Cleveland, Ms. Atherton and Dr. Jukam; reviewed and made suggested revisions to Dr. Jukam's draft expert report; conferred with Ms. Atherton re discovery issues, including last date for service. | 4.40 hrs. | 1,980.00 |
| 03/09/2015 | GWH | Discovery, processing and import of TUFFZONE documents. (IT Manager) [6,11] | 1.00 hrs. | 150.00 |

**ATTORNEYS' EYES ONLY**

| 03/10/2015 | MRA | Review of Mr. Kapelsohn's draft report; review of current status of Leapers' trademark application and report same to attorney Mandell and attorney LaLone; telephone conference call with attorney LaLone and attorney Mandell. | 1.95 hrs. | 390.00 |
|---|---|---|---|---|
| 03/10/2015 | DPL | Reviewing Leapers' survey expert's report and preparing comments to same; conferring with Barb and looking at her edits to Jack Jacoby's rebuttal report; adding comments to Jack 18 page report and sending them to him for reconsideration; reviewing Leapers' new declarations and asking Melissa to draft new discovery on same. | 3.25 hrs. | 1,543.75 |
| 03/10/2015 | BLM | Telephone call with opposing counsel; reviewed Jukam Report and exhibits; reviewed Manny Report; conferred with Ms. Atherton re discovery issues; reviewed email. | 3.00 hrs. | 1,350.00 |
| 03/11/2015 | MRA | Finalize final set of discovery requests, including interrogatories, requests for admission and document requests; internal discussion with technology team regarding preparation of documents for production. | 4.95 hrs. | 990.00 |
| 03/11/2015 | DPL | Working through drafts of Jacoby's expert report and communicating with the team about final edits to same; working through drafts of Dr. Jukam's report regarding our survey results and approving the final draft; responding to email from Sun Optic's counsel regarding discovery issues. | 3.75 hrs. | 1,781.25 |
| 03/11/2015 | GWH | Five document production searches and exports completed for deposition preparation. (IT Manager) | 1.00 hrs. 11 | 150.00 |
| 03/12/2015 | GWH | Document production TUFFZONE PROD003. (IT Manager) | 1.00 hrs. 11 | 150.00 |
| 03/12/2015 | BLM | Worked on discovery; telephone with Mr. LaLone re discovery issues; telephone with opposing counsel re Qian deposition and settlement discussion; arrangement for settlement conference call; prepared for Ms. Wang's deposition preparation; email with co-counsel; reviewed draft of expert report from Mr. Kapelsohn. | 5.00 hrs. | 2,250.00 |

1,4,6

**ATTORNEYS' EYES ONLY**

| Date | Atty | Description | Hours | Amount |
|------|------|------------|-------|--------|
| 03/12/2015 | MRA | Additional review of discovery requests; review and revise as necessary; finalize; prepare documents produced by Tuff Zone for attorney Mandell's review in preparation for Ms. Wang's deposition preparation; finalize Tuff Zone and Trarms' response to Leapers' deficiency letter; finalize document production on Tuff Zone's behalf and instruct legal assistant to send same; finalize deposition notices for Leapers' experts. | 6.55 hrs. | 1,310.00 |
| 03/12/2015 | DPL | Reviewing and finalizing Trarms' letter to Leapers in response to Leapers' 2/17/15 discovery deficiency letter; having Melissa review a few items and serving this letter; reviewing and revising Tuff Zone's second set of interrogatories and document requests on Leapers; revising Trarms new requests for admissions that are being served on Leapers today; starting to review Manny's expert report on functionality. | 4.75 hrs. | 2,256.25 |
| 03/13/2015 | MRA | Conduct deposition preparation with attorney Mandell and Ms. Wang; discussions regarding expert reports; instructions to legal assistant to finalize and serve discovery requests and deficiency response letters; review Leapers' settlement agreement; discussion with attorney Mandell and attorney Gross regarding same. | 6.90 hrs. | 1,380.00 |
| 03/13/2015 | GWH | Discovery, processing and ingestion of Charlie Shi documents for review. (IT Manager) | 2.50 hrs. | 375.00 |
| 03/13/2015 | BLM | Prepared for and met with Ms. Wang in preparation for her deposition; reviewed email; reviewed draft expert reports; telephone with Mr. Gross re settlement issues. | 5.50 hrs. | 2,475.00 |
| 03/14/2015 | MRA | Review of approximately 800 documents provided by Trarms for relevance, privilege and whether they should be produced to Leapers. | 4.20 hrs. | 840.00 |
| 03/15/2015 | BLM | Reviewed and annotated Leapers' proposed settlement agreement; reviewed email. | 0.80 hrs. | 360.00 |
| 03/15/2015 | DPL | Reviewing Sun Optics draft of the summary judgment motion to dismiss Leapers suit; starting to draft a deposition outline for the Tina Ding deposition this week; continuing to review a 1 foot stack of documents from Leapers and narrowing the potential exhibits that may be used for Tina Ding's deposition. | 6.75 hrs. | 3,206.25 |
| 03/16/2015 | GWH | Document production TRARMS PROD004. (IT Manager) | 2.00 hrs. | 300.00 |

**ATTORNEYS' EYES ONLY**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/2015 | GWH | Discovery process on additional TRARMS documents (~8800 files) (IT Manager) | 1.00 hrs. [11] | 150.00 |
| 03/16/2015 | MRA | Assist attorney LaLone with preparing for Ms. Tina Ding's deposition; continue to formulate and prepare responses to Leapers' document requests and interrogatories; review and revise; finalize for attorney Mandell and attorney LaLone's review. | 8.80 hrs. | 1,760.00 |
| 03/16/2015 | BLM | Reviewed and responded to email; conference call with Mr. LaLone and Ms. Carter re depositions and settlement issues; conferred with Ms. Atherton re discovery issues; email to opposing counsel; drafted edits to settlement agreement; reviewed and edited outline for deposition of Tina Ding. | 2.80 hrs. [1,5,8] | 1,260.00 |
| 03/16/2015 | DPL | Continuing to prepare the deposition outline for Tina Ding; reviewing numerous exhibits and narrowing the potential exhibits we may need for Tina Ding's deposition; meeting with Joe Cleveland to discuss the preparation for Tina Ding's deposition; reviewing Leapers' interrogatory answers and complaint and outlining questions to ask Tina Ding. | 5.50 hrs. | 2,612.50 |
| 03/17/2015 | DPL | Early morning preparation for the deposition of Tina Ding including continued work on her deposition outline and organization of her exhibits; attending and taking an 8 hour deposition of Tina Ding at Honigman's office; short follow up meeting after the deposition with Charlie Shi to discuss the preparation of his deposition for tomorrow. | 9.25 hrs. | 4,393.75 |
| 03/17/2015 | BLM | Reviewed email; met with Mr. LaLone and Ms. Atherton re strategy; pre-deposition discussion with Mr. LaLone and Mr. Cleveland; reviewed accused products sold by Tuff Zone; researched Trarms's obligation to designate under Rule 30b6, telephone to Ms. Wang; reviewed motion for summary judgment draft. [6] | 4.00 hrs. | 1,800.00 |
| 03/17/2015 | MRA | Assist in preparing DPL for Ding deposition; prepare and finalize document requests; research regarding 30(b)(6) designation and mandatory nature of same. | 5.25 hrs. | 1,050.00 |
| 03/18/2015 | MRA | Assist attorney LaLone in preparing for Mr. Shi's deposition; discussion with attorney Mandell and attorney Kubiatowski (of Faegre) regarding production of documents; telephone call to Ms. Wang regarding interrogatories. [5,6,8] | 7.40 hrs. | 1,480.00 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/18/2015 | DPL | Early morning meeting with Mr. Shi to prepare him for his deposition today; defending Mr. Shi at his Rule 30(b)1 and 30(b)6 deposition today; attending phone hearing with Judge Cleland regarding Leapers' complaint Mr. Shi took the 5th amendment; redirecting Mr. Shi at his deposition to address the judge's points he raised; meeting into the evening with Mr. Shi to discuss the settlement agreement with Leapers and the prior art scopes that scallops on a scope; drafting response to Leapers Rule 30(b)6 deposition notice and identifying other individuals to testify on behalf of Trarms. | 8.75 hrs. | 4,156.25 |
| 03/18/2015 | BLM | Met with Mr. LaLone and Ms. Atherton regarding various strategic issues; addressed production issues with Ms. Atherton; telephone call with Ms. Atherton and Faegre criminal attorney re issues concerning taking the Fifth Amendment; reviewed and revised discovery responses. | 2.40 hrs. | 1,080.00 |
| 03/19/2015 | GWH | Discovery on 13,000 documents provided by client. (IT Manager) | 3.00 hrs. | 450.00 |
| 03/19/2015 | DPL | Meeting with Lisa Wang and preparing her for her deposition this morning; defending Lisa at her deposition today from 1-6pm; meeting with Joe Cleveland into the evening and reviewing the draft of our motion for SJ and making edits to the motion in view of the depositions of this week. | 8.50 hrs. | 4,037.50 |
| 03/19/2015 | MRA | Assist in preparation of Summary Judgment Motion with attorney Cleveland (Sun Optics), specifically, preparing arguments, reviewing Tina Ding's deposition transcript. | 4.75 hrs. | 950.00 |
| 03/19/2015 | BLM | Reviewed email; edits to settlement agreement; met with Ms. Atherton and Mr. LaLone re status and strategy. | 2.60 hrs. | 1,170.00 |
| 03/20/2015 | BLM | Reviewed email; edits to settlement agreement; telephone call with Mr. Wassom re same; conference with Mr. LaLone re issues with respect to settlement agreement; reviewed interrogatory answers. | 1.80 hrs. | 810.00 |
| 03/20/2015 | MRA | Discussion with attorney LaLone regarding status and outstanding tasks; prepare final witness list for attorney Mandell and attorney LaLone's review; finalize responses to Leapers' interrogatories and document production; send to Ms. Wang and Mr. Shi for review. | 3.10 hrs. | 620.00 |

## ATTORNEYS' EYES ONLY

| 03/20/2015 | DPL | Conference with Ken and Charlie to discuss the case and settlement discussions; meeting with Barb to review and revise the settlement agreement and having it sent to Leapers. | 1.25 hrs. | 593.75 |
| 03/21/2015 | DPL | Reviewing the expert report of Leapers survey expert and our rebuttal expert report by Dr. Jacoby; preparing a 4 page outline for Sun Optics counsel to ask my questions on Monday when he is taking Riva Kupritz's deposition in Phoenix. | 3.25 hrs. | 1,543.75 |
| 03/23/2015 | MRA | Discussion with attorney LaLone regarding tasks for the week; discussion with IT team regarding uploading of Mr. Shi's most recently produced documents; follow up with Mr. Shi regarding declarations; finalize draft witness list for attorney LaLone and attorney Mandell's review. | 2.60 hrs. | 520.00 |
| 03/23/2015 | DPL | Attending the deposition of Riva Kupritz by phone while co-counsel Joe Cleveland is taking the deposition live in Phoenix, AZ; drafting follow up questions for Joe and phone calls with him during the breaks of the deposition; reviewing documents from Charlie that he produced yesterday; conference with Melissa regarding our draft of the witness list and editing same; corresponding with Charlie regarding the drafts of the declarations he gathered. | 4.75 hrs. | 2,256.25 |
| 03/23/2015 | BLM | Reviewed email; reviewed and revised witness list and discovery responses; began reviewing draft motion for summary judgment. | 1.00 hrs. | 450.00 |
| 03/24/2015 | DPL | Preparing outline for the Peter Kokalis deposition today, he is Leapers' technical expert; attending several hour deposition of Mr. Kokalis by phone; conferring with Mr. Cleveland regarding same and our follow up questions for the deposition. | 3.50 hrs. | 1,662.50 |
| 03/24/2015 | MRA | Review of Trarms' declarations and other recently produced documents; discussion with attorney LaLane and attorney Mandell regarding same; finalize Tuff Zone's interrogatories and document production responses; follow up e-mail to Ms. Wang regarding same. | 1.70 hrs. | 340.00 |
| 03/24/2015 | BLM | Reviewed emails; considered approach with respect to USPTO opposition; reviewed evidence from Sun Optics of early scopes; reviewed declarations from Charlie and conferred with Ms. Atherton re same. | 1.50 hrs. −.3 1.2 hrs | 675.00 −135.00 540.00 |

6

reduced by .3

| 03/25/2015 | MRA | Discussion with attorney LaLone regarding status of case; attend a portion of Mr. Sorenson's deposition by phone; final review of Trarms and Tuff Zone's responses to Leapers' interrogatories and discovery requests; correspondence to clients regarding same; review of attorney LaLone's revisions and incorporate changes; finalize for attorney LaLone's final review. | 6.00  hrs. | 1,200.00 |
|---|---|---|---|---|
| 03/25/2015 | DPL | Attending the deposition of Duane Sorenson, Sun Optics owner, via teleconference and cross examining him; organizing the exhibits for this deposition; working on the deposition outline for David Ding; working on and finalizing Leapers second set of document requests to SMTS and Trarms; working and finalizing the second set of interrogatories to SMTS and Trarms; drafting email to Leapers and serving them with these 4 sets of discovery responses; conferring with Joe Cleveland this evening regarding the preparation of our expert Mr. Kapelsohn for his deposition tomorrow morning and reviewing issues with Mr. Kapelson into the late evening. | 8.75  hrs.  [4] | 4,156.25 |
| 03/25/2015 | BLM | Reviewed emails; reviewed declarations supplied by Mr. Shi; reviewed and revised interrogatory answers (Tuff Zone); listened to portion of deposition of Sun Optics witness. | 1.30  hrs.  [4,8] | 585.00 |
| 03/26/2015 | MRA | Discussion with attorney Mandell regarding Conifer Insurance lawsuit; review court filings for complaint; review Mr. Shi's most recent declarations and update witness list to reflect same. | 3.50  hrs. <br> reduced by 1.3  −1.3 <br> 2.2 hrs | 700.00 <br> −260.00 <br> 440.00 |
| 03/26/2015 | DPL | Preparing for the Manny Kapelsohn deposition this morning by providing Joe with some more catalogs; attending by phone the 5 hour deposition of Manny Kapelsohn; follow up call with Joe Cleveland regarding the deposition preparation for our survey expert Dr. Jukam; conferring with Ken and Charlie regarding the law suit by Conifer Ins. company against Continental, Leapers, Shi, Trarms, and SMTS; corresponding with Joe about the deposition today and the law suit Confer Ins. filed; finalizing our witness list; corresponding with Amie on numerous issues.  reduced by .8 | 7.25  hrs. <br> −.8 <br> 6.45 hrs  [5,8] | 3,443.75 <br> −380.00 <br> 3,063.75 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/26/2015 | BLM | Reviewed email; reviewed and forwarded Leapers' edits to settlement agreement and summarized problem areas for Mr. Gross; telephone with attorney for Conifer Insurance; telephone with lawyer with expertise in the area of insurance declaratory judgments; telephone with Lisa Wang; conference call with Mr. LaLone and Mr. Gross re issues relating to declaratory judgment action and settlement terms; email exchanges with Amie Peele Carter regarding meeting with Assistant Prosecutor and documents needed; reviewed emails; reviewed Supreme Court decision on trademark priority ("tacking") issue raised by Leapers. | 5.00 hrs. −1.0 *4.0 hrs* | 2,250.00 −450.00 *1,800.00* 6 |

*reduced by 1.0*

| 03/27/2015 | MRA | Discussions with attorney Mandell and attorney LaLone regarding witness list; finalize same for attorney LaLone's review; review of attorney LaLone's revisions; research regarding age to purchase air soft guns in select states and research of Leapers' products to determine whether it manufactures paintball guns or air soft guns. | 3.40 hrs. 3 | 680.00 |

| 03/27/2015 | BLM | Reviewed insurance company complaint against Continental; addressed settlement issues; reviewed email; forwarded insurance company complaint to Ms. Carter, etc., with comments, reviewed witness list; reviewed evidence submitted to the USPTO re Leapers' application and conferred with Mr. Atherton re same. | 2.20 hrs. −1.45 *.75 hrs* | 990.00 −652.50 *337.50* |

*reduced by 1.45*

| 03/27/2015 | DPL | Early morning preparation for the deposition of Dr. Jukam; attending by phone the deposition of our survey expert Dr. Jukam and preparing cross examination questions and finding exhibits for use in his deposition; follow up call with Joe Cleveland regarding the David Ding deposition; beginning to prepare for the David Ding deposition on Monday my reviewing a 1 foot stack of documents and selecting those that may be exhibits; working on and filing and having served Trarms and SMTS' Trial Witness List; conferring with Melissa on the new trademark Letter Of Protest a 3rd Party just filed against Leapers' trademark application. | 5.75 hrs. −.91 *4.84 hrs* | 2,731.25 −431.25 *2,300.00* |

*reduced by .91*

| 03/29/2015 | DPL | Preparing for the deposition of David Ding in the afternoon by reviewing several hundred documents that Leapers produced; continuing to prepare the deposition outline for David Ding; late night meeting with Sun Optics counsel and discussing and revising my deposition outline for David Ding. | 4.75 hrs. | 2,256.25 |

**ATTORNEYS' EYES ONLY**

| 03/30/2015 | DPL | Early morning preparation for the deposition of David Ding; travel to Honigman's office; taking the 8 hour deposition of David Ding, Leapers VP; returning to office and preparing for John Xie's deposition tomorrow; conference call with Mr. Xie's lawyer about the deposition tomorrow. | 9.25 hrs. | 4,393.75 |
|---|---|---|---|---|
| 03/30/2015 | MRA | Discussion with attorney LaLone regarding necessary steps and tasks for deposition preparation; complete same. | 1.60 hrs. | 320.00 |
| 03/30/2015 | BLM | Reviewed email; conferred with Ms. Atherton regarding meeting between Faegre attorneys and assistant prosecutor. [5,8] | 0.80 hrs. | 360.00 |
| 03/31/2015 | MRA | Discussion with attorney LaLone and Sun Optics counsel regarding strategy and next steps; discussion with legal assistant regarding necessary internet research; correspondence to Sun Optics' counsel regarding supplemental letter of protest; review of Mr. Shi's deposition transcript. | 1.45 hrs. | 290.00 |
| 03/31/2015 | BLM | Met with Mr. LaLone re depositions/case status; met with Ms. Atherton re attorneys-eyes-only status for SMTS documents; email exchanges with counsel for Conifer Insurance and with Ms. Wang and Mr. Gross; reviewed email. [6] | 0.80 hrs. −.2 .6 hrs | 360.00 −90.00 270.00 |
| 03/31/2015 | DPL | Early morning preparation for the John Xie deposition today; travel to Honigman's office and attending the deposition of John Xie; cross examining Mr. Xie; returning to office and meeting with Mr. Cleveland regarding Sun Optics preparing and filing a Letter Of Protest against Leapers TM application and having Melissa provide the underlying data to support same. | 4.25 hrs. −.25 4.0 hrs | 2,018.75 −118.75 1,900.00 |

*reduced by .2* (handwritten annotation next to BLM 03/31/2015 entry)

*reduced by .25* (handwritten annotation next to DPL 03/31/2015 entry)

**Total Fees Billed  For This Invoice**    **$98,411.25**

| 03/13/2015 | Online Research - Vendor: LEXIS-NEXIS | 36.68 |
|---|---|---|
| 03/13/2015 | Online Research - Vendor: LEXIS-NEXIS | 1,086.87 |
| 03/17/2015 | Online Research - Vendor: LEXIS-NEXIS | 97.65 |
| 03/17/2015 | Online Research - Vendor: LEXIS-NEXIS | 2,602.92 |

**Total Expenses Billed  For This Invoice**    **$3,824.12**

**Non-metered phone, fax, postage & copy costs**    **$3,444.39**

# ATTORNEYS' EYES ONLY

| May 31, 2015 Invoice Summary | | | | |
|---|---|---|---|---|
| **Total Billed to Client** | | | **$** | **62,138.30** |
| | | | | |
| **Fees** | | **TOTAL** | **$** | **60,037.00** |
| | | Case-in-Chief | $ | 58,642.00 |
| | | Counterclaims | $ | - |
| | | Related Case | $ | 1,395.00 |
| | | | | |
| **Hours** | | **TOTAL** | | **183.10** |
| | | Case-in-Chief | | 178.45 |
| | | Counterclaims | | 0.00 |
| | | Related Case | | 4.65 |
| | | | | |
| **Expenses** | | **TOTAL** | **$** | **-** |
| | | | | |
| **Non-Metered Expenses** | | **TOTAL** | **$** | **2,101.30** |
| | | Case-in-Chief | $ | 2,052.47 |
| | | Counterclaims | $ | - |
| | | Related Case | $ | 48.83 |
| | | | | |
| **Total Sought** | | | **$** | **60,694.47** |

ATTORNEYS' EYES ONLY



**fishman | stewart**
**yamaguchi | PLLC**
INTELLECTUAL PROPERTY

*formerly* **RADER, FISHMAN & GRAUER, PLLC**

39533 Woodward Ave., Ste. 250
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

May 31, 2015

| | | |
|---|---|---|
| **Invoice no.** | 780286 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | April 30, 2015 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
*OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| **Payable Upon Receipt** | **$62,138.30** |

**BILLING SUMMARY**
| | | |
|---|---|---|
| Current Fees | $60,037.00 | |
| Non-metered phone, fax, postage & copy costs | $2,101.30 | |
| **Total Current Charges** | | **$62,138.30** |

**TRUST SUMMARY**
| | |
|---|---|
| Trust Balance | $20,036.24 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,036.24 |

**\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $88,066.46**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: FISHMAN STEWART YAMAGUCHI PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098*
*ABA: 272471852 SWIFT: N/A ACCOUNT NO.: 101973859*

**ATTORNEYS' EYES ONLY**

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/2015 | BLM | Edited new discovery drafted by Ms. Atherton; reviewed and edited Jukam survey report; email exchanges regarding, and edits to Jacoby report; email exchanges with opposing counsel and co-counsel; finalized Jacoby report; conferred with Mr. LaLone re status; conferred with Ms. Atherton re deposition preparation. | 4.40 hrs. | 1,980.00 |
| 04/01/2015 | MRA | Office conference with attorney LaLone regarding status of case and tasks to be completed; summarize same; review of documents with instructions to IT team to ensure all documents are ready for attorney review and subsequent production. | 3.55 hrs. | 710.00 |
| 04/01/2015 | DPL | Meeting with Melissa to review open task items including the preparation for depositions in California, review of any new Trarms documents, production of Trarms and SMTS's net profit documents; conference call with Amie regarding the depositions last week and the status of the prosecution case; having the deposition exhibits and transcripts from this week organized | 1.25 hrs. | 593.75 |
| 04/01/2015 | BLM | Telephone call with Mr. Gross; began review of Lisa Wang deposition; met with Mr. LaLone and Ms. Atherton regarding case strategy; reviewed Conifer complaint and exhibits; completed acknowledgements of service and drafted letter to Conifer counsel; prepared correspondence to Mr. Gross. | 2.50 hrs. | 1,125.00 |
| 04/02/2015 | MRA | Discussion with attorney Mandell regarding production strategy and update correspondence to Mr. Shi regarding same; review and revise Sun Optics' letter of protest; finalize for attorney Mandell and attorney LaLone's review. | 2.70 hrs. | 540.00 |
| 04/02/2015 | GWH | Import of Charlie Shi docs (approx. 10,000 files) into EDiscovery solution for review. | 3.00 hrs. | 450.00 |
| 04/02/2015 | BLM | Worked on correspondence; conferred with Ms. Atherton regarding document review issues; conferred/edited letter of protest. | 1.00 hrs. | 450.00 |
| 04/02/2015 | KFB | Formulating headers with Attorney Atherton describing the advertising by Leapers that displays the functionality of the scallops of the turrets and power rings. | 0.50 hrs. | 100.00 |
| 04/06/2015 | GWH | Ingestion of additional data in EDiscovery solution. Discovery, Processing, Export/Import of custodian Charlie Shi docs. | 2.50 hrs. | 375.00 |

*Handwritten annotations:*

- Next to DPL 04/01/2015 entry: 5,6,8
- Next to BLM 04/01/2015 entry: -1.0, ~450.00; 1.5 hrs, 675.00; 6,8; "reduced by 1.0"
- Next to MRA 04/02/2015 entry: -2.3, -460.00; .4 hrs, 80.00; "reduced by 2.3"
- Next to GWH 04/02/2015 entry: 11
- Next to BLM 04/02/2015 entry: 5
- Next to GWH 04/06/2015 entry: 11

**ATTORNEYS' EYES ONLY**

| Date | Atty | Description | Hours | | Amount |
|------|------|-------------|-------|--|--------|
| 04/06/2015 | GWH | Import of Leapers PROD007 and PROD008 documents. | 1.00 hrs. | [11] | 150.00 |
| 04/06/2015 | BLM | Reviewed Leapers' Motions and conferred with Mr. LaLone re strategy; email to Mr. Polak; email exchange with Mr. Wassom; reviewed emails; email to Ms. Carter; reviewed Leapers' privilege log. | 0.80 hrs. | [1] | 360.00 |
| 04/06/2015 | MRA | Review of opposing party's privilege log; review attorney LaLone's inquiries regarding upcoming deadlines and deposition trranscripts and follow up; discussion with IT department regarding uploading new documents; review of documents. | 3.70 hrs. | [1,11] | 740.00 |
| 04/07/2015 | MRA | Discussion with attorney LaLone regarding task list for the week and strategy to employ in executing same; discussion with attorney LaLone regarding document production and strategy to employ; discussion with IT department regarding same; final review of documents for attorney LaLone's review. | 1.65 hrs. | | 330.00 |
| 04/07/2015 | DPL | Reviewing Leapers' two discovery motions and conference with Barb on our response to same; call with Ken to confirm our strategy to stay the case against Charlie and Trarms; conference with Joe Cleveland of Sun Optics on our strategy to stay the case, file a motion to severe and for Summary Judgment. | 1.50 hrs. | | 712.50 |
| 04/07/2015 | BLM | Email exchanges with Continental's counsel; conferred with Mr. LaLone re strategy in connection with Leapers' motions and conference call with Mr. LaLone and Mr. Cleveland re same and conference call with Mr. LaLone and Mr. Gross re strategy question; reviewed memorandum on Indiana law; email exchanges with Ms. Carter and prepared list of questions for Ms. Carter's team. | 2.00 hrs. −.75 1.25 hrs | [1,8] | 900.00 −337.50 562.50 |
| 04/08/2015 | MRA | Additional review of documents for production; discussion with attorney LaLone regarding same; discussion with legal assistant regarding preparation of transcripts; correspondence to Sun Optics counsel and Mr. Shi; prepare Tuff Zone's responses to Leapers' Third Document Request. | 3.10 hrs. | [6] | 620.00 |
| 04/08/2015 | GWH | Ingestion of additional documents into ediscovery solution for review. | 1.00 hrs. | [11] | 150.00 |
| 04/08/2015 | DPL | Conference with team to discuss the criminal case and the civil case and strategy for responding to the 2 Leapers motions. | 1.50 hrs. | [5] | 712.50 |

*work on Indiana case; reduced by .75*

**ATTORNEYS' EYES ONLY**

| 04/08/2015 | BLM | Worked on opposition briefs to Leapers' motions to compel. Prepared for and telephone call with co counsel (Ken Gross and Faegre lawyers) re strategy; reviewed emails. | 4.50 hrs. **3,8** | 2,025.00 |
| 04/09/2015 | GWH | Preparing document Production TRARMS PROD007 | 1.00 hrs. **11** | 150.00 |
| 04/09/2015 | BLM | Legal research in connection with opposition to motion to compel or stay; email exchanges with Faegre lawyers re strategy; research assignment to Ms. Jodoin; consuted with Ms. Atherton regarding discovery responses; edited Mr. LaLone's letter re discovery deficiencies in terms of definition of Leapers' trade dress. | 3.80 hrs. **3** | 1,710.00 |
| 04/09/2015 | DPL | Reviewing Leapers' answers to Trarms, TuffZone and Sun Optics' discovery request; drafting a 4 page discovery deficiency letter to Leapers in preparation for our motion to compel them to divulge more information on the Criminal case and the Trade Dress; conferring with Joe Cleveland on our Summary Judgment motion; reviewing documents with Melissa and approving our next batch of documents to be produced to Leapers today. | 4.75 hrs. **3,5** | 2,256.25 |
| 04/09/2015 | MRA | Discussion with attorney LaLone regarding daily tasks; follow up correspondence to Ms. Wang and Mr. Shi regarding document production; final review of document production; instructions to IT team regarding same; review of production and prepare letter to opposing counsel; proof read attorney LaLone's deficiency letter; prepare Trarms' responses to Leapers' most recent discovery requests; case law research to support interrogatory response strategy. | 5.25 hrs. **6,11** | 1,050.00 |
| 04/10/2015 | DPL | Reviewing numerous emails about the Zhang deposition next week, Shi taking the 5th, and responding to Leapers 2 motions; having Barb draft a letter to Leapers accepting the stay for Shi and Trarms; providing instructions to Melissa regarding sending Amie materials for the Criminal case. | 1.75 hrs. −.1 1.65 hrs **3** | 831.25 −47.50 783.75 |
| 04/10/2015 | MRA | Discussion with attorney Mandell regarding research to employ regarding experts as Rule 30(b)(6) witnesses; conduct research; continue drafting responses to Leapers' Requests For Admission to Trarms. | 4.20 hrs. | 840.00 |

*work on Indiana case; reduced by .1*

# ATTORNEYS' EYES ONLY

| 04/10/2015 | BLM | Legal research for brief in opposition to motion to compel/stay;conferred with Mr. LaLone re strategy; reviewed email; reviewed Charlie Shi transcript; telephone call among co-counsel; drafted letter to opposing counsel. | 5.50  hrs. | 2,475.00 |
| | | 1,3 | | |

| 04/10/2015 | SNJ | Conduct research regarding 5th Amendment issue; correspondence with attorney Mandell regarding same | 8.10  hrs. | 972.00 |
| | | 3 | | |

| 04/13/2015 | BLM | Worked on opposition brief; email exchanges with opposing counsel and co counsel regarding motion to stay and Zhang deposition; conferred with Mr. LaLone and Ms. Atherton regarding discovery and case strategy. | 6.50  hrs. | 2,925.00 |
| | | 3 | | |

| 04/13/2015 | MRA | Research regarding 30(b)(6) issues; review of discovery; review of Sun Optics motion to dismiss; finalize discovery responses for Trarms and Tuff Zone. | 6.25  hrs. | 1,250.00 |
| | | 6 | | |

| 04/14/2015 | MRA | Final review of SMTS' draft responses to Leapers last set of document requests; correspondence to Ms. Wang regarding same; Review Motion for Summary Judgment and corresponding exhibits, identifying confidential and attorney eyes only documents. | 5.45  hrs. | 1,090.00 |
| | | 6 | | |

| 04/14/2015 | DPL | Drafting email to Leapers confirming no deps or discovery is going forward and we will agree to a stay; lengthy call with Brain and Barb to discuss our motion to compel and our position on same; starting to review Sun Optic's motion for a Summary Judgment and the evidence to be attached to this motion. | 1.25  hrs. | 593.75 |
| | | 3 | | |

| 04/14/2015 | BLM | Worked on brief in opposition to motion for a stay; conference call with Mr. LaLone and opposing counsel. | 7.70  hrs. | 3,465.00 |
| | | 3 | | |

| 04/14/2015 | SNJ | Conduct research regarding sanctions for failure to meet and concur prior to filing of a motion; correspondence with attorney Mandell regarding same. (Discounted) | 2.00  hrs. | 240.00 |
| | | 3 | | |

| 04/15/2015 | DPL | Reviewing the latest draft of the Summary Judgment motion and providing my edits to this 36 page brief; conferences with Sun Optic's counsel regarding same and having Melissa gather evidence to be used with the brief. | 2.75  hrs. | 1,306.25 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/2015 | BLM | Finalized draft of Brief in Response to Motion to Stay. Began work on Brief in Opposition to Motion to Compel and conferred with Ms. Atherton re content. Conferred with Mr. LaLone re strategy in connection with Trarms's discovery responses; email exchanges with Faegre counsel. [3,5,8] | 5.00 hrs. | 2,250.00 |
| 04/15/2015 | MRA | Discussion with attorney LaLone regarding outstanding tasks for Motion for Summary Judgment; discussion with legal assistant regarding progress in compiling exhibits; conduct research to complete outstanding cites in Motion; identify additional exhibits and forward to Sun Optics' counsel; prepare documents for transfer to criminal team. [5] | 7.90 hrs. | 1,580.00 |
| 04/16/2015 | MRA | Discussion with criminal counsel regarding documents sent and strategy in providing additional documents; discussion with attorney LaLone regarding same; review Leapers documents to determine which are improperly designated AEO, report same to attorney LaLone and attorney Mandell; review of draft summary judgment; review and revise; conduct case law for requested citations and insert same. [5] | 5.95 hrs. | 1,190.00 |
| 04/16/2015 | DPL | Working through another draft of the Summary Judgement motion and providing our comments to Sun Optics; reviewing Lisa Wang's deposition transcript and designating to Leapers which portions are to remain AEO; conference with Lisa regarding status of case and the designation of her transcript portions and making TuffZone's documents available to the Prosecutor; same sending email to Leapers requesting the Prosecutor be added to the Protective Order; having the John Xie exhibits organized; conference with Ken on status of the case. [5,6,8] | 4.25 hrs. | 2,018.75 |
| 04/16/2015 | BLM | Legal research and drafted brief in opposition to motion to compel against Trarms and SMTS and conferred with Mr. LaLone re same. Conferred with Mr. LaLone re releasing Leapers' documents to the prosecutor; final edits to brief in opposition to motion to stay or to compel and for sanctions; reviewed email. [3,5] | 5.50 hrs. | 2,475.00 |

**ATTORNEYS' EYES ONLY**

| 04/17/2015 | MRA | Discussion with attorney LaLone and attorney Mandell regarding strategy for summary judgment motion and outstanding tasks; review of Patent and Trademark Office website and circulate most recent refusal to register; correspondence to team regarding same; additional review to draft Motion for Summary Judgment; implement attorney LaLone's changes; proof read answers to Tuff Zone and Trarms' responses to Leapers' most recent document requests; finalize and serve on opposing counsel. | 6.30 hrs. | 1,260.00 |

6

| 04/17/2015 | DPL | Finalizing my edits to Trarms Motion for summary judgment; numerous phone conferences with Sun Optics counsel and providing them with information for the brief; conferring with counsel for Leapers on the Prosecutor's request for information; reviewing Sun Optics motion for increasing the size of our brief; revising and finalizing Trarms answers to Leapers 3rd set of document requests and first set of Requests For Admission; revising and finalizing SMTS' answers to Leapers last set of document requests. | 8.75 hrs. | 4,156.25 |

6

| 04/17/2015 | BLM | Reviewed and revised motion for summary judgment and opposition briefs to Leapers' motions; reviewed email; conferred with Mr. LaLone and Ms. Atherton re strategy; reviewed USPTO decision refusing registration. | 4.20 hrs. | 1,890.00 |

| 04/20/2015 | DPL | Revising and finalizing Trarms brief in opposition to Leapers' motion for a stay; Revising and finalizing Trarms brief in opposition to Leapers' motion to compel Trarms to produce more documents; conference with opposing counsel regarding our motion for summary judgment and the request for the prosecutor to review document; conferring with Amie regarding same. | 3.75 hrs. | 1,781.25 |

5,8

| 04/20/2015 | BLM | Attended to final edits to and filing of opposition briefs; telephone conference with Mr. LaLone and Mr. Wassom; telephone conference with Mr. LaLone and Amie Peele Carter; reviewed email. | 3.10 hrs. | 1,395.00 |

5,8

| 04/20/2015 | MRA | Discussion with attorney LaLone regarding preparation of brief noting confidential designations; begin to prepare same, specifically review exhibits and brief for documents marked confidential or for attorney eyes only; instructions to paralegal to continue to identify same. | 2.20 hrs. | 440.00 |

**ATTORNEYS' EYES ONLY**

| 04/21/2015 | BLM | Reviewed Sun Optics' Response to Leapers' Motion to Stay; entered edits to settlement agreement and circulated same; conferred with Mr. LaLone re settlement and mediation; reviewed email. | 1.20  hrs. | 540.00 |

| 04/21/2015 | MRA | Review of brief with confidential designations of deposition transcripts and prepare redacted version of same; finalize for attorney LaLone's review; send correspondence to client's reporting motions as filed. | 1.90  hrs. | 380.00 |

| 04/22/2015 | AJC | Gathering and scanning invoices from March depositions, calculating what the client owes to Litigation Services and drafting email to send to client regarding these invoices. (NO CHARGE) | 0.00  hrs. | 0.00 |

| 04/22/2015 | BLM | Drafted letter to opposing counsel challenging privilege log listing Continental- related documents; researched and reviewed other cases granting motions to compel against Continental and conferred with Ms. Atherton re same; reviewed email. | 2.80  hrs. | 1,260.00 |

3,5

| 04/24/2015 | MRA | Review of draft settlement agreement; revise to update status of Leapers' trademark application; finalize for attorney Mandell and attorney LaLone's review. | 0.40  hrs. | 80.00 |

| 04/24/2015 | AJC | Upon receipt of additional invoices from DPL, scanned said invoices into the system and added to existing PDF of open invoices pertaining to depositions and experts. Re-drafted email to client and totaled amount owed to reflect addition of invoices. Made changes to charges according to DPL's notations on invoices. (NO CHARGE) | 0.00  hrs. | 0.00 |

| 04/24/2015 | DPL | Responding to emails from Charlie and Amie; starting to draft Trarms motion to compel Leapers to produce interrogatory answers on secondary meaning issues. | 0.75  hrs. | 356.25 |

3,5,8

| 04/27/2015 | MRA | Office conference with attorney LaLone and attorney Mandell regarding tasks for the day; review of Leapers' most recent responses to Defendants' discovery requests and identify deficient responses for discussion with attorney Mandell and attorney LaLone; brief review of documents produced by Leapers to determine content and identify key documents; discussion with attorney LaLone and attorney Mandell regarding same; review of Indiana court website to find public documents similar to the ones produced in order to find related criminal proceedings. | 2.90  hrs.    − .5    2.4 hrs | 580.00    − 100.00    480.00 |

*work on Indiana case; reduced by .5*

# ATTORNEYS' EYES ONLY

| 04/27/2015 | BLM | Met with Mr. LaLone and Ms. Atherton re strategy and reviewed emails; met with Ms. Atherton to review potentially significant new documents produced by Leapers. | 0.60 | hrs. | | 270.00 |
|---|---|---|---|---|---|---|
| 04/28/2015 | AJC | Located and downloaded Leapers' 9th document production for IT department. (NO CHARGE) | 0.00 | hrs. | | 0.00 |
| 04/28/2015 | GWH | Ingestion of Leaper's document productions PROD009, PROD010 and PROD011. Import of metadata, images, ocr, natives including modification of import files. | 3.00 | hrs. | 11 | 450.00 |
| 04/28/2015 | DPL | Responding to Leapers' request for a 2 week extension to answer our SJ motion; reviewing Leapers note to the court on same; working on our motion to compel Leapers. | 0.50 | hrs. | 3 | 237.50 |
| 04/28/2015 | MRA | Additional review of Leapers most recent document production (over 2,000 documents) in document management system, tag as necessary and organize for future use; identify additional key documents for attorney LaLone and attorney Mandell's review. | 1.10 | hrs. | | 220.00 |
| 04/28/2015 | BLM | Reviewed reply brief filed by Leapers in support of motion to compel and follow up comment re same; reviewed Mr. Wassom's email to court clerk and conferred with Mr. LaLone. | 0.30 | hrs. | 3 | 135.00 |
| 04/29/2015 | DPL | Reviewing orders from the court to permit our enlarged summary judgment brief to be filed and to extend Leapers answer due date; conference with Sun Optics counsel about the amended PO to allow the Prosecutor to sign on and see documents from this case. | 0.25 | hrs. | 5 | 118.75 |
| 04/29/2015 | BLM | Conferred with Mr. LaLone re strategy; reviewed Leapers' sales documents. | 0.20 | hrs. | | 90.00 |
| 04/30/2015 | MRA | Discussion with Ms. Wang regarding status of case and documents to be produced; prepare summary of status of confidential designations associated with each deposition transcript; correspondence to Sun Optics' counsel regarding same. | 0.60 | hrs. | 6 | 120.00 |
| 04/30/2015 | BLM | Reviewed Leapers' reply briefs; email to counsel for Continental; met with Mr. LaLone; email exchange with counsel to Leapers; email with Ms. Carter. | 1.30 | hrs. | 5 | 585.00 |

**Total Fees Billed  For This Invoice**      $60,037.00

**Non-metered phone, fax, postage & copy costs**   $2,101.30

# ATTORNEYS' EYES ONLY

| June 30, 2015 Invoice Summary | | | |
|---|---|---|---:|
| **Total Billed to Client** | | $ | **30,002.06** |
| | | | |
| **Fees** | **TOTAL** | $ | **28,987.50** |
| | Case-in-Chief | $ | 28,328.75 |
| | Counterclaims | $ | - |
| | Related Case | $ | 658.75 |
| | | | |
| **Hours** | **TOTAL** | | **80.90** |
| | Case-in-Chief | | 79.50 |
| | Counterclaims | | 0.00 |
| | Related Case | | 1.40 |
| | | | |
| **Expenses** | **TOTAL** | $ | - |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **1,014.56** |
| | Case-in-Chief | $ | 991.51 |
| | Counterclaims | $ | - |
| | Related Case | $ | 23.05 |
| | | | |
| **Total Sought** | | $ | **29,320.26** |

ATTORNEYS' EYES ONLY



**fishman|stewart yamaguchi|PLLC**
INTELLECTUAL PROPERTY

*formerly* RADER, FISHMAN & GRAUER, PLLC

39533 Woodward Ave., Ste. 250
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

June 30, 2015

**Invoice no.** 782406   DPL
**Our file no.** 67490   0001
**Billing through** May 31, 2015

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

*LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290; OUR FILE NO. 67490-0001*

| **Due Date** | **Current Charges** |
|---|---|
| **Payable Upon Receipt** | **$30,002.06** |

---

**BILLING SUMMARY**
Current Fees       $28,987.50
Non-metered phone, fax, postage & copy costs    $1,014.56
**Total Current Charges**      **$30,002.06**

---

**TRUST SUMMARY**
Trust Balance      $20,039.18
Trust Retainer Applied to Charges on This Invoice    $0.00

Trust Credits Balance      $20,039.18

**\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $69,572.49**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: FISHMAN STEWART YAMAGUCHI PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597
OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098
ABA: 272471852    SWIFT: N/A    ACCOUNT NO.: 101973859*

# ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2015 | BLM | Reviewed email, in particular, email re status of criminal matter and views of prosecutor; email exchanges re same. [5] | 0.50 hrs. | 225.00 |
| 05/04/2015 | GWH | Importing Leapers' documents into IPRO. (IT Director) [11] | 1.00 hrs. | 150.00 |
| 05/05/2015 | BLM | Reviewed Leapers' Motion to Compel Deposition of Zhang, etc.; conferred with Mr. LaLone re same; email exchanges with Mr. Gross and Ms. Carter. [3,5] | 0.50 hrs. | 225.00 |
| 05/06/2015 | BLM | Reviewing email exchanges between counsel. [1] | 0.20 hrs. | 90.00 |
| 05/07/2015 | MRA | Discussion with attorney Mandell and attorney LaLone regarding tasks for the week; follow up correspondence to Ms. Wang regarding documents to produce and outstanding task; review most recent motions filed and instructions to legal assistant to docket same; instructions to legal assistant to compile binders with motions; discussion with attorney LaLone regarding likelihood of confusion Daubert motions and brief research relating to same; discussion with Sun Optics counsel regarding Daubert motion strategy and confirmation e-mail regarding same. [3,6] | 3.10 hrs. | 620.00 |
| 05/07/2015 | DPL | Reviewing sample Daubert motions we have which may be used to draft our own motion to strike Plaintiff's survey expert; conferring with Sun Optics regarding same and helping them draft our own motion to strike Leapers' survey experts report on consumer confusion; having Melissa pull cases to support this motion; corresponding with Amie regarding the defendants agreeing to let the Prosecutor have access to documents in this case as long as they are not AEO financial documents. [3] | 2.75 hrs. _−.7_ 2.05 hrs. _reduced by .7_ | 1,306.25 − 331.25 975.00 |
| 05/07/2015 | BLM | Reviewed email; conferred with Ms. Atherton re motion to compel and information needed from Ms. Wang; email exchange with Mr. Gross re responding to Conifer Insurance complaint. [3,5,6] | 0.60 hrs. | 270.00 |
| 05/08/2015 | MRA | Review of Leapers' most recent document production, specifically categorizing and organizing same in document management system for future use; summary of production for attorney Mandell and attorney LaLone's review. | 0.90 hrs. | 180.00 |
| 05/08/2015 | BLM | Reviewed email with opposing counsel. | 0.50 hrs. | 225.00 |

**ATTORNEYS' EYES ONLY**

| 05/11/2015 | DPL | Reviewing, revising and authorizing to be filed Defendants' Daubert Motion which will be used to strike and have thrown out Leapers' Survey Expert's report on confusion; conferences with Joe and Barb regarding same; conference with opposing counsel regarding the prosecutor signing on to the PO; reviewing Continental's privilege log and having Melissa look into if the documents identified thereon are work product. | 2.75 hrs. | 1,306.25 |
|---|---|---|---|---|

3

| 05/11/2015 | BLM | Reviewed email; conferred with Mr. LaLone re motions; reviewed and revised motion to strike Leapers' expert report; reviewed correspondence from Conifer Insurance attorney re court conference; reviewed Continental's Privilege Log and conferred with Mr. LaLone and Ms. Atherton regarding same; research assignment to Ms. Atherton regarding whether privilege reasonably claimed for certain emails from Leapers to Continental. | 1.40 hrs. | 630.00 |
|---|---|---|---|---|

reduced by .2

-.2       - 90.00
1.2 hrs      540.00

3

| 05/11/2015 | MRA | Review of Continental's privilege log; review of cases involving challenges to Continental's privilege, compile sample motions for attorney Mandell and attorney LaLone's review. | 1.80 hrs. | 360.00 |
|---|---|---|---|---|

3

| 05/12/2015 | DPL | Reviewing Leapers' motion to strike our technical expert, Kapelsohn; meeting with team on how to respond to several motions that are pending; conferring with Sun Optic's counsel about drafting the opposition brief to Leapers' motion to exclude Kapelsohn; conferring with counsel for Conifer Insurance about the insurance defense case against Shi,et.al.; working on edits to answer to the Conifer Ins. complaint; corresponding with Conifer's counsel about the case being transferred to Fed. Court in MI. | 1.25 hrs. | 593.75 |
|---|---|---|---|---|

-.5       - 237.50
.75 hrs      356.25

3

reduced by .5

| 05/12/2015 | BLM | Reviewed and revised draft Answer to Conifer Insurance Complaint; arranged for preparation of Appearances; conferred with Mr. LaLone re content of Answer and Continental's removal of case to federal court; began reviewing motion to strike Kapelsohn report; met with Mr. LaLone and Ms. Atherton re strategy on various motions (motions to compel, etc.) | 2.70 hrs. | 1,215.00 |
|---|---|---|---|---|

3,5

| 05/12/2015 | MRA | Review of Motion to Strike the testimony of Emanuel Kapelsohn and corresponding exhibits; reminder correspondence to Ms. Wang with request for documents; office conference with attorney LaLone and attorney Mandell regarding same; begin research relating to work product doctrine. | 4.25 hrs. | 850.00 |
|---|---|---|---|---|

3

**ATTORNEYS' EYES ONLY**

| 05/13/2015 | MRA | Discussion with attorney Mandell regarding research relating to interrogatory verifications; conduct research relating to same, specifically searching for case law in the Sixth Circuit; summarize findings for attorney Mandell and attorney LaLone's review; discussion with attorney Mandell regarding scope of work product research; conduct research in compliance with strategy and topics discussed; prepare summary of findings and strategy to attack Continental's privilege log. | 5.40 hrs. | 1,080.00 |
| | | 3 | | |
| 05/13/2015 | BLM | Reviewed and drafted comments on response to Leapers' Motion to Strike Kapelsohn's Report; met with Ms. Atherton re research in connection with our Motion to Compel documents re Continental; conferred with Mr. LaLone re strategy in connection with Continental's removal of Conifer Insurance complaint to federal court and reviewed rules re removal; reviewed emails. | 2.90 hrs. | 1,305.00 |
| | | 3,5 | | |
| 05/14/2015 | MRA | Discussion with attorney LaLone regarding outstanding tasks; discussion with Ms. Wang regarding verification; review of opposing counsel's redesignation of documents and protective order as it applies to Indiana counsel; brief research regarding private investigator privilege in Michigan and summary regarding same. | 1.75 hrs. | 350.00 |
| | | 3,5,6 | | |
| 05/14/2015 | BLM | Reviewed email; considered issue re sharing confidential documents with Faegre, reached out to counsel to Swoboda; research on privilege of investigator claimed by Leapers vis-a-vis Continental; completed letter to Leapers and Continental | 1.20 hrs. | 540.00 |
| | | 5 | | |
| 05/15/2015 | DPL | Having the interrogatory verification pages for SMTS and Trarms served on Leapers; conferring with Barb about her draft of our opposition brief to Leapers' motion to compel the Zang deposition and why that should not go forward; reviewing the memo from Melissa and our outline for responding to Leapers' motion to strike our expert Kapelsohn; reviewing case law in Indiana that supports our motion; drafting email to Joe to laying out our opposition brief and providing our support for same. | 1.25 hrs. | 593.75 |
| | | 3,5,6 | | |

| 05/15/2015 | MRA | Construct additional arguments to oppose Leapers' motion to strike Kapelsohn's testimony; conduct research into prior cases involving Kokalis where his expert reports were challenged on similar grounds and such motions were unsuccessful; create chart outlining Leapers' arguments to exclude Kapelsohn's motion and find same issues with Kokalis' report; finalize chart for attorney LaLone and attorney Mandell's review. | 2.05  hrs. | 410.00 |
| 05/15/2015 | BLM | Met with Mr. LaLone and worked on drafting the brief in opposition to motion to compel deposition of Qian Zhang; email exchange with counsel regarding our proposed motion to compel documents listed on privilege logs. | 2.00  hrs. | 900.00 |
| 05/17/2015 | MRA | Begin to prepare outline for motion disputing Leapers and Continental's privilege log; identify relevant legal standards, specifically, conducting research to determine same. | 2.20  hrs. | 440.00 |
| 05/18/2015 | MRA | Discussion with attorney Mandell regarding work product outline; revisions and additions to outline; conference call with attorney Mandell, attorney LaLone and opposing counsel regarding privilege logs. | 2.80  hrs. | 560.00 |
| 05/18/2015 | BLM | Worked on brief in opposition to motion to compel Zhang deposition. Prepared for and telephone call with opposing counsel (and follow up meeting with Mr. LaLone and Ms. Atherton) regarding compelling production of documents underlying Leapers and Continental's privilege logs. | 4.10  hrs. | 1,845.00 |
| 05/19/2015 | MRA | Discussion with clerk Tintor regarding redesigation of Leapers documents to AEO and strategy to employ in completing task; discussion with attorney Mandell regarding letter to Continental; in-depth review of Continental's discovery log, specifically identifying all mis-identified entries; review of criminal complaint to identify any potential waiver issues; review case in this district that relates to similar issues to identify other potentially problematic entries on Continental's discovery log. | 5.90  hrs. | 1,180.00 |

**ATTORNEYS' EYES ONLY**

| 05/19/2015 | BLM | Completed draft of brief in opposition to motion to compel; reviewed analysis of recent Federal Circuit decison on trade dress and functionality; conferred with Mr. Atherton on content of letter to Continental and Leapers re inappropriately logging documents as privileged; reviewed court order transferring Conifer case to Judge Cleland; conferred with Mr. LaLone re strategy. | 2.40  hrs.  3,5 | 1,080.00 |
|---|---|---|---|---|
| 05/20/2015 | MRA | Discussion with Sun Optics counsel regarding information regarding Trarms and Tuff Zone's sales; compile information; discussion with attorney Mandell regarding same; correspondence to attorney Cleveland regarding same; discussion with attorney LaLone regarding status of Conifer Insurance case. | 1.70  hrs.  5,6 | 340.00 |
| 05/20/2015 | DPL | Reviewing and finalizing our opposition to Leapers' motion to compel the Zang deposition; conference with Lisa about her net profits; contacting Sun Optics about the sales by our clients and the draft of the opposition brief to Leapers' motion to strike Kapelsohn, our expert. | 1.00  hrs.  3 | 475.00 |
| 05/20/2015 | BLM | Reviewed email; edited letter to opposing counsel re privilege logs; conferred with Ms. Atherton regarding privilege log letter. | 1.10  hrs.  3 | 495.00 |
| 05/20/2015 | AJC | Located and downloaded most recent documents uploaded to FSY's secure transfer site by FSY's client, Charlie Shi; provided Attorney Atherton with links to downloads so she will have the ability to access the said documents. | 0.75  hrs. | 75.00 |
| 05/21/2015 | MRA | Correspondece with Sun Optics' counsel; discussion with attorney LaLone regarding privilege log letter; revise in accordance with instructions; finalize; review of opposing counsel's e-mail and compile relevant exhibits for attorney Mandell's review; review of draft motion in opposition of Leapers' Motion to Strike Kapelsohn. | 0.90  hrs.  3 | 180.00 |
| 05/21/2015 | BLM | Finalized brief in opposition to motion to compel Zhang deposition; edited brief in opposition to motion to strike Kapelsohn report; email exchange with opposing counsel re motion for summary judgment and confidentiality of documents; finalized letter to opposing counsel re documents on Leapers' and Continental's privilege logs. | 3.80  hrs.  3 | 1,710.00 |

**ATTORNEYS' EYES ONLY**

| 05/21/2015 | DPL | Revising our letter to Leapers regarding defects in their privilege log and the documents they are improperly withholding; meeting with Melissa regarding same; having same served on Leapers. | 1.00 hrs. | 475.00 |
|---|---|---|---|---|
| 05/22/2015 | MRA | Final review of Defendants' opposition brief to Leapers' Motion to Compel Zhang; review of Motion in Opposition to Strike Kapelsohn, review of previous notes and memorandum regarding same, revise and finalize for attorney LaLone and attorney Mandell's review; brief review of Leapers' most recent production with instructions to IT team to upload into document management system. | 3.20 hrs. | 640.00 |
| 05/26/2015 | BLM | Reviewed declarations submitted by Leapers in connection with opposition to motion for summary judgment. Reviewed email and correspondence from opposing counsel and from co-counsel. | 0.80 hrs. | 360.00 |
| 05/27/2015 | MRA | Review of Leapers' opposition to Defendants' motion for summary judgment and corresponding exhibits. | 0.80 hrs. | 160.00 |
| 05/27/2015 | DPL | Reviewing Leapers' opposition to Trarm's summary judgment motion; starting to outline my comments for our reply brief; conferring with Sun Optics regarding our reply brief; providing instructions to Melissa on filing a motion to compel Leapers to produce documents that have been withheld on its privilege log. | 2.50 hrs. | 1,187.50 |
| 05/27/2015 | BLM | Reviewed Leapers' brief in opposition to motion for summary judgment. Reviewed Emails from Ms. Carter and from co-counsel. | 1.00 hrs. | 450.00 |
| 05/28/2015 | MRA | Time spent discussing response strategy for our reply brief we must now file; reviewing documents and arguments per Mr. LaLone's request. | 3.30 hrs. | 660.00 |
| 05/28/2015 | BLM | Reviewed email from Mr. Shi and others, Met with Mr. LaLone and Ms. Atherton regarding content of reply brief in support of motion for summary judgment; researched several cases cited by Leapers. | 2.00 hrs. | 900.00 |
| 05/29/2015 | MRA | Time spent preparing outline, reviewing documents; document strategy.  Review of Mr. Shi's e-mail with points of dispute of Leapers' motion; update outline for motion challenging Continental's privilege log; conduct additional legal research regarding privilege log and summary judgment motion. | 4.20 hrs. | 840.00 |

**ATTORNEYS' EYES ONLY**

67490   0001      LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL.      Invoice#      782406  Page 7

| 05/29/2015 | BLM | Email exchanges with Mr. Shi and Ms. Carter; reviewed legal authority in connection with summary judgment; email exchange with and telephone call with Mr. Gross and Ms. Atherton; discussed Wuyang documents to produce; reviewed and revised outline for summary judgment reply brief. | 2.20 hrs. | 990.00 |
|---|---|---|---|---|
| 05/31/2015 | MRA | Begin to prepare motion challenging Continental's privilege log, namely formulating potential arguments. | 2.60 hrs. | 520.00 |

**Total Fees Billed For This Invoice**      **$28,987.50**

**Non-metered phone, fax, postage & copy costs**   **$1,014.56**

**ATTORNEYS' EYES ONLY**

| July 24, 2015 Invoice Summary | | | |
|---|---|---|---|
| **Total Billed to Client** | | $ | **27,480.16** |
| | | | |
| **Fees** | **TOTAL** | $ | **26,354.00** |
| | Case-in-Chief | $ | 25,055.25 |
| | Counterclaims | $ | - |
| | Related Case | $ | 1,298.75 |
| | | | |
| **Hours** | **TOTAL** | | **85.20** |
| | Case-in-Chief | | 82.125 |
| | Counterclaims | | 0.00 |
| | Related Case | | 3.075 |
| | | | |
| **Expenses** | **TOTAL** | $ | **203.77** |
| | | | |
| **Non-Metered Expenses** | **TOTAL** | $ | **922.39** |
| | Case-in-Chief | $ | 876.93 |
| | Counterclaims | $ | - |
| | Related Case | $ | 45.46 |
| | | | |
| **Total Sought** | | $ | **26,135.95** |

ATTORNEYS' EYES ONLY



fishman | stewart
yamaguchi | PLLC
INTELLECTUAL PROPERTY

*formerly* **RADER, FISHMAN & GRAUER, PLLC**

39533 Woodward Ave., Ste. 250
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

July 24, 2015

| | | |
|---|---|---|
| **Invoice no.** | 784293 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | June 30, 2015 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
9002 HYSSOP DR.
RANCHO CUCAMONGA, CA 91730-6101
USA

*File Title:*

    *LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., CASE NO. 2:14-CV-12290;*
    *OUR FILE NO. 67490-0001*

| <u>Due Date</u> | <u>Current Charges</u> |
|---|---|
| **Payable Upon Receipt** | **$27,480.16** |

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $26,354.00 | |
| Current Expenses | $203.77 | |
| Non-metered phone, fax, postage & copy costs | $922.39 | |
| **Total Current Charges** | | **$27,480.16** |

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,042.77 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,042.77 |

**\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $99,574.55**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: FISHMAN STEWART YAMAGUCHI PLLC, P.O. BOX 4597 CAROL STREAM, IL 60197-4597*
*OR SEND ACH & WIRE PAYMENTS TO: FLAGSTAR BANK 5151 CORPORATE DR., TROY, MI 48098*
*ABA: 272471852 SWIFT: N/A ACCOUNT NO.: 101973859*

## ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| 06/01/2015 | MRA | Review of approximately 270 documents to determine whether they should be produced; office conference with attorney Mandell and attorney LaLone regarding same; prepare search terms for attorney Mandell and attorney LaLone's review; communication to client regarding same. | 5.65 hrs. | 1,130.00 |

| 06/01/2015 | DPL | Conference with Lisa about our Reply brief for the Motion For Summary Judgment; conferring with Melissa about the Leapers documents and processing of same; working with expert to pay their bill; emailing Charlie about conducting search of documents in Chinese. | 1.25 hrs. [6] | 593.75 |

| 06/01/2015 | BLM | Met with Ms. Atherton and Mr. LaLone to review new documents and whether to produce and regarding case strategy; reviewed case emails. | 1.40 hrs. | 630.00 |

| 06/02/2015 | BLM | Reviewed documents and met with Ms.Atherton regarding potentially helpful ones and telephone call with Ms. Carter re same; worked with Ms. Atherton on document search terms; reviewed declaration of Ms. Rifkin. | 1.20 hrs. [5,8] | 540.00 |

| 06/02/2015 | GWH | Managing and processing of documents from Sun Optics by uploading same to our IPRO document management system. | 0.75 hrs. [11] | 112.50 |

| 06/02/2015 | MRA | Review documents for Mr. Shi and Mr. Gross' review. Discussion with attorney Mandell and attorney LaLone regarding search terms for Mr. Shi's emails; prepare batch of documents to review, review same marking for attorney Gross and Mr. Shi's review. | 6.30 hrs. [11] | 1,260.00 |

| 06/02/2015 | GWH | Managing intake of Leapers Production No. 13 into our IPRO document management system. | 0.75 hrs. [11] | 112.50 |

| 06/03/2015 | MRA | Discussion with attorney Mandell and attorney LaLone regarding relevant documents; prepare e-mail to Mr. Shi regarding same; review of Sun Optics' reply brief; office conference with attorney Mandell and attorney LaLone regarding reply brief; begin to prepare same, specifically, conducting legal research to identify relevant legal standards; reviewing Leapers' opposition motion and outlining points to refute. | 5.90 hrs. | 1,180.00 |

**ATTORNEYS' EYES ONLY**

| 06/03/2015 | BLM | Reviewed and revised reply brief in support of summary judgment (initial draft from Sun Optics' counsel) and conferred with Mr. LaLone and Ms. Atherton re improving same; reviewed Leapers' opposition to motion to strike Kupritz report and email exchange with Sun Optics' counsel re same. | 1.90 hrs. | 855.00 |
| --- | --- | --- | --- | --- |
| | | 3 | | |
| 06/03/2015 | GWH | Managing reproduction of Chinese Documents for Mr. Shi so that Ken can review same. | 1.00 hrs.  11 | 150.00 |
| 06/04/2015 | BLM | Reviewed cases and conferred with Ms. Atherton regarding edits to reply brief in support of summary judgment. | 2.00 hrs. | 900.00 |
| 06/04/2015 | MRA | Prepare Summary Judgment reply brief. Specifically, preparing legal arguments refuting Leapers' response motion. | 9.20 hrs. | 1,840.00 |
| 06/05/2015 | DPL | Meeting with Melissa and Barb to review strategy for our redraft of the Reply brief for our motion for summary judgment as the Sun Optic's brief was not sufficient; reviewing 6 page letter from Continental's counsel on their privilege log defects; reviewing leapers' reply brief to strike Kapelsohn's report. | 1.50 hrs.   3 | 712.50 |
| 06/05/2015 | MRA | Continue to draft reply brief; review and revise; finalize for attorney Mandell & attorney LaLone's review. | 6.85 hrs. | 1,370.00 |
| 06/05/2015 | BLM | Met with Mr. LaLone and Ms. Atherton in connection with reply brief and other issues. | 2.00 hrs. | 900.00 |
| 06/06/2015 | MRA | Final review and revisions to summary judgment reply brief. | 1.50 hrs. | 300.00 |
| 06/06/2015 | SNJ | Conduct research regarding summary judgment in trade dress cases; communication with attorney Atherton regarding same. | 4.20 hrs. | 504.00 |
| 06/07/2015 | BLM | Edited reply brief in support of motion for summary judgment. | 2.00 hrs. | 900.00 |
| 06/08/2015 | MRA | Discussion with attorney LaLone and attorney Mandell regarding reply brief; implement changes as provided by attorney LaLone; review and revise; finalize for Sun Optics' review. | 2.60 hrs. | 520.00 |
| 06/08/2015 | BLM | Reviewed email, worked on reply brief; reviewed Leapers' Reply Brief in Support of Motion to Strike Kapelsohn's report; reviewed Continental's Answer and Affirmative Defenses to Conifer Insurance complaint. | 0.50 hrs.   3 | 225.00 |

**ATTORNEYS' EYES ONLY**

| 06/08/2015 | DPL | Reviewing draft of our reply brief for our motion for summary judgment and working with sun optics to work on edits of same including looking to the record for additional support; conference with Melissa regarding her edits to the reply brief. | 3.75 hrs. | 1,781.25 |
| 06/09/2015 | BLM | Reviewed email containing translation of Leapers' document reporting on Chinese patent proceeding and alleged forgery; reviewed correspondence from Mr. Polak and Mr. Wassom regarding respective privilege logs; email regarding Conifer Insurance matter. | 1.30 hrs. | 585.00 |
| 06/09/2015 | MRA | Discussion with attorney LaLone regarding necessary follow up research regarding survey samples; review trademark treatise to determine same; discussion with attorney LaLone regarding same. | 0.40 hrs. | 80.00 |
| 06/09/2015 | DPL | Working on Trarms' draft of the reply brief on the motion for summary judgment that is due today; conferences with Sun Optic's counsel to discuss our changes to the brief; reviewing case law on certain points to provide support for our reply brief; contacting opposing counsel regarding concurrence to file a larger brief and not getting concurrence; drafting an ex parte motion under LR 7.1 to increase the size of the brief; reviewing numerous translations from Ken for various Chinese documents. | 6.75 hrs. | 3,206.25 |
| 06/11/2015 | MRA | Review of Indiana state database for Leapers' trademark application and forward to Indiana counsel; review Motion to Dismiss brief to be submitted in connection with criminal proceeding; follow up correspondence to Indiana counsel regarding SNIPER license agreement; discussion with attorney LaLone regarding research. | 1.60 hrs. | 320.00 |
| 06/11/2015 | DPL | Reviewing and editing 20 page motion to dismiss the criminal case; conference with Barb regarding same; relaying our changes to Amie; reviewing the new decision in Indiana where the court dismissed a criminal case against Sui because Leapers has no trademark rights in scallops; corresponding to the team about same and conferring with Sun Optics about supplementing our MSJ with this new court ruling; reviewing draft of our reply brief for our motion to strike Plaintiff's survey expert, Kupritz, report; conferring with Sun Optics counsel about same and preparing edits to same; having a notice prepared for filing with the court the ruling by the Indiana judge. | 3.75 hrs. | 1,781.25 |

Handwritten annotations:

06/11/2015 MRA — reduced by .475 — −.475 / 1.125 hrs — −95.00 / 225.00 — **5**

06/11/2015 DPL — reduced by .8 — −.8 / 2.95 hrs — −381.25 / 1400.00 — **3**

**ATTORNEYS' EYES ONLY**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/2015 | BLM | Edited versions of Motion to Dismiss criminal proceedings; met with Mr. LaLone and Ms. Atherton regarding same and regarding additional facts to include (e.g. regarding obsolescence of sample scopes supporting criminal complaint and fact that Leapers has not promoted its trade dress either on packaging or in advertising). | 3.30 hrs. | 1,485.00 |
| 06/12/2015 | DPL | Revising our Notice of the Indiana case and conferring with Sun Optics on same; reviewing our draft of the Reply brief to support striking Leapers' survey expert, Kupritz, opinion on confusion; providing edits to Sun Optics and having them file the reply brief today. | 1.00 hrs. | 475.00 |
| 06/12/2015 | BLM | Reviewed and revised Reply on Motion to Strike Kupritz's testimony; edited notice of Indiana decision. | 0.80 hrs. | 360.00 |
| 06/15/2015 | MRA | Review of Leapers' most recent production of documents and summarize same for attorney LaLone and attorney Mandell's review; discussion with attorney LaLone regarding outstanding tasks. | 1.10 hrs. | 220.00 |
| 06/15/2015 | BLM | Reviewed email; conferred with Ms. Atherton regarding summary judgment issue. | 0.50 hrs. | 225.00 |
| 06/16/2015 | MRA | Discussion with attorney Mandell regarding Mr. Shi's case and strategy relating to same. | 0.20 hrs. | 40.00 |
| 06/16/2015 | BLM | Reviewed emails, including motion to dismiss criminal case and exhibits. | 0.60 hrs. | 270.00 |
| 06/17/2015 | BLM | Reviewed email; telephone with Mr. Cleveland re strategy; email to team re same. | 0.20 hrs. | 90.00 |
| 06/22/2015 | BLM | Email exchange with Mr. Cleveland; reviewed Mr. Wassom's email to clerk. | 0.10 hrs. | 45.00 |
| 06/23/2015 | BLM | Reviewed email from court clerk and email exchanges among co-counsel re strategy. | 0.10 hrs. | 45.00 |
| 06/25/2015 | BLM | Reviewed Leapers' opposition to Notice of Decision from state court judge; conferred with Mr. LaLone re strategy; reviewed email from Ms. Carter re developments in criminal matter. | 0.30 hrs. | 135.00 |
| 06/26/2015 | DPL | Conferring with Sun Optics about pretrial tasks that are on our docket and our strategy for moving forward with them; corresponding with opposing counsel on their copyright claim and their request to settle same. | 1.00 hrs. | 475.00 |

*Handwritten annotations:*
- 06/11/2015: reduced by 1.3 — ~1.3 | -585.00 ; 2.0 hrs | 900.00
- 06/12/2015 (DPL): 5
- 06/12/2015 (BLM): 3
- 06/25/2015: 5
- 06/26/2015: reduced by .5 — -.5 | -237.50 ; .5 hrs | 237.50

**Total Fees Billed For This Invoice**    $26,354.00

**ATTORNEYS' EYES ONLY**