# FISHMAN STEWART 2017 INVOICES

| Type | Invoice | Date | Fees | Costs/Other | Total |
|------|---------|------|-----:|------------:|------:|
| BILL | 807844 | 2/27/2017 | 8,260.30 | 289.11 | 8,549.41 |
| BILL | 809554 | 3/31/2017 | 22,843.00 | 801.80 | 23,644.80 |
| BILL | 809704 | 4/19/2017 | 24,961.50 | 949.61 | 25,911.11 |
| BILL | 810724 | 5/24/2017 | 506.50 | 54.52 | 561.02 |
| TOTALS | | | 56,571.30 | 2,095.04 | 58,666.34 |

ATTORNEYS' EYES ONLY



**Fishman | stewart** PLLC
INTELLECTUAL PROPERTY

39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

February 27, 2017

|  |  |  |
|---|---|---|
| **Invoice no.** | 807844 | DPL |
| **Our file no.** | 67490 | 0001 |
| **Billing through** | January 31, 2017 | |

TRARMS, INC.
ATTN: SHI CHUANWEN
13626 MONTE VISTA AVE., STE. E
CHINO, CA 91710

*File Title:*

LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., (LEAPER'S MICHIGAN SUIT); CASE NO. 2:14-CV-12290; OUR FILE NO. 67490-0001

| **Due Date** | **Current Charges** |
|---|---|
| Payable Upon Receipt | $8,549.41 |

**BILLING SUMMARY**

| | | |
|---|---|---|
| Current Fees | $8,260.30 | |
| Non-metered phone, fax, postage & copy costs | $289.11 | |
| **Total Current Charges** | | **$8,549.41** |

**TRUST SUMMARY**

| | |
|---|---|
| Trust Balance | $20,089.72 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,089.72 |

*****PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $56,685.50**

If you have paid the past due balance, please pay only the "Current Charges". Thank you.

PLEASE SEND CHECKS TO: FISHMAN STEWART PLLC, P.O. BOX 74008661 CHICAGO, IL 60674-8661
OR SEND ACH & WIRE PAYMENTS TO: BANK OF AMERICA 730 15TH ST NW, WASHINGTON D.C. 20005-1012 USA
ACCOUNT NAME: FISHMAN STEWART PLLC    ACCOUNT NO.: 226005695456    SWIFT: BOFAUS3N
WIRE ABA: 026009593    ACH ABA: 054001204

ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Ref | Amount |
|---|---|---|---|---|---|
| 01/03/2017 | MRA | Review of order taxing costs in Leapers case; review of bill of costs as submitted; discussion with Attorney Mandell and Attorney LaLone regarding same. | 0.35 hrs. | | 87.50 |
| 01/03/2017 | BLM | Conferred with Ms. Atherton regarding responding to message from Clerk regarding invoice for deposition transcript; reviewed emails. | 0.40 hrs. | | 188.00 |
| 01/04/2017 | MRA | Telephone call to clerk regarding bill of costs; discussion with Attorney Mandell and Attorney LaLone regarding same. | 0.40 hrs. | | 100.00 |
| 01/04/2017 | BLM | Reviewed Order from Court setting deadlines; reviewed Clerk's statement of taxable costs and reviewed rules regarding objections thereto and met with Ms. Atherton re same. | 0.50 hrs. | | 235.00 |
| 01/06/2017 | LCONNE | Services in connection with downloading the USDC's Amended Taxed Bill of Costs and forwarding to responsible attorneys. (Paralegal) | 0.39 hrs. | 11 | 46.80 |
| 01/06/2017 | LCONNE | Services in connection with compiling a binder for Judge Cleland that contains a courtesy copy of Defendant Trarms' Motion for an exceptional Case Finding and an Award of Attorney Fees and Costs and Brief in Support, drafting a cover letter and forwarding same by first-class mail. (Paralegal) | 1.20 hrs. | 11 | 144.00 |
| 01/11/2017 | LCONNE | Services rendered in connection with reviewing Court Docket, Updating E-Filing Requirements, investigating Appearance and Notification Issues and obtaining documents from the Court. (Paralegal) | 2.65 hrs. | 11 | 318.00 |
| 01/11/2017 | BLM | Reviewed and docketed court notice regarding hearing date, place and time on motion for fees; conferred with Mr. LaLone regarding telephone call from Mr. Wassom. | 0.20 hrs. | 8 | 94.00 |
| 01/24/2017 | BLM | Email exchange with Mr. Wassom regarding confidentiality of Mr. LaLone's declaration. Email exchange with Mr. Cudari regarding RICO claim. | 0.20 hrs. | 5 | 94.00 |
| 01/26/2017 | BLM | Email to clients regarding scheduling of hearing on costs; checked Local Rules and prepared a summary of all of the upcoming due dates for the various briefs and page limits and advised Mr. Pitegoff and team of same. | 0.50 hrs. | 8,11 | 235.00 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | Notes | Amount |
|---|---|---|---|---|---|
| 01/27/2017 | BLM | Reviewed Leapers' Motion to Unseal Exhibit J to Motion for Exceptional Case Finding and circulated same; follow up research on support for treating legal fees and hourly rates as confidential and email to team re same. | 1.20 hrs. | | 564.00 |
| 01/30/2017 | LCONNE | Services rendered in connection with downloading responses filed with the USDC, forwarding them to responsible attorneys and preparing for mediation conference. | 1.20 hrs. | 11 | 144.00 |
| 01/30/2017 | MRA | Begin to outline response to Leapers' opposition to attorney fees; office conferences with Attorney Mandell and Attorney LaLone regarding same. | 4.20 hrs. | | 1,050.00 |
| 01/30/2017 | BLM | Reviewed Leapers' brief in opposition to motion for fees and costs and conferred with Mr. LaLone and Ms. Atherton regarding responding to same; made list of key points we made that Leapers did not address. | 2.50 hrs. | | 1,175.00 |
| 01/30/2017 | SNJ | Review Plaintiff Leapers' Opposition to Trarms' Motion for an Exceptional Case Finding and an Award to Attorney Fees and Costs; discussion with Attorney Atherton regarding Reply. (Paralegal) | 0.30 hrs. | 7,11 | 45.00 |
| 01/31/2017 | SNJ | Conduct research regarding Reply to Plaintiff Leapers' Opposition to Trarms' Motion for an Exceptional Case Finding and an Award of Attorney Fees and Costs. (Paralegal) | 1.20 hrs. | 7,11 | 180.00 |
| 01/31/2017 | DPL | Conferring with Melissa and Barb regarding Trarms' Reply Brief draft and providing direction on production of invoices th The Court but keeping them sealed from Leapers and updating our fee request to include our claim for TTAB fees that Trarms incurred to defend against Leapers' TM Application. | 1.25 hrs. | 3 | 625.00 |
| 01/31/2017 | BLM | Email exchanges with Mr. Perry and Ms. Atherton regarding accuracy of assertions by Leapers in Leapers' brief in opposition to our motion for fees. Conferred with Mr. LaLone and Ms. Atherton re production of underlying invoices. | 0.40 hrs. | 5,8 | 188.00 |
| 01/31/2017 | MRA | Begin to draft reply to Leapers' motion opposing attorney fees; directions to clerk Freda and paralegal regarding legal research to be conducted and additional fees to be calculated, and supporting documents to be compiled and created. | 6.50 hrs. | 11 | 1,625.00 |

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 01/31/2017 | NFREDA | Office conference with Attorney Atherton and Attorney LaLone regarding Leapers Response in Opposition to Motion for An Exceptional Case; generated summary table for each individual invoice; calculated the total hours billed for each matter in each invoice; marked up Indiana counsel invoices. (Clerk) | 7.00 hrs. | 11 | 1,050.00 |
| 01/31/2017 | LCONNE | Services rendered in connection with reviewing ProLaw in regards to deadlines to respond to several motions and assisting Clerk in locating costs for the response to Motion for Exceptional Case. (Paralegal) | 0.60 hrs. | 11 | 72.00 |

**Total Fees Billed For This Invoice** $8,260.30

Non-metered phone, fax, postage & copy costs $289.11

**ATTORNEYS' EYES ONLY**



**Fishman | stewart** PLLC
INTELLECTUAL PROPERTY

39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

March 31, 2017

**Invoice no.** 809554    DPL
**Our file no.** 67490    0001
**Billing through** February 28, 2017

TRARMS, INC.
ATTN: SHI CHUANWEN
13626 MONTE VISTA AVE., STE. E
CHINO, CA 91710

*File Title:*

    *LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., (LEAPER'S MICHIGAN SUIT);*
    *CASE NO. 2:14-CV-12290; OUR FILE NO. 67490-0001*

| Due Date | Current Charges |
|---|---|
| Payable Upon Receipt | $23,644.80 |

| BILLING SUMMARY | | |
|---|---:|---:|
| Current Fees | $22,843.00 | |
| Current Expenses | $2.29 | |
| Non-metered phone, fax, postage & copy costs | $799.51 | |
| **Total Current Charges** | | **$23,644.80** |

**TRUST SUMMARY**
| | |
|---|---:|
| Trust Balance | $20,093.83 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,093.83 |

**\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $60,234.91**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

*PLEASE SEND CHECKS TO: FISHMAN STEWART PLLC, P.O. BOX 74008661 CHICAGO, IL 60674-8661*
*OR SEND ACH & WIRE PAYMENTS TO: BANK OF AMERICA 730 15TH ST NW, WASHINGTON D.C. 20005-1012 USA*
*ACCOUNT NAME: FISHMAN STEWART PLLC    ACCOUNT NO.: 226005695456    SWIFT: BOFAUS3N*
*WIRE ABA: 026009593    ACH ABA: 054001204*

ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Initials | Description | Hours | Notes | Amount |
|---|---|---|---|---|---|
| 02/01/2017 | SNJ | Continue research regarding Reply to Plaintiff Leapers' Opposition to Trarms' Motion for an Exceptional Case Finding and an Award of Attorney Fees and Costs. (Paralegal) | 4.30 hrs. | 7,11 | 645.00 |
| 02/01/2017 | MRA | Additional conference with Attorney Mandell Attorney LaLone regarding brief, deadlines and strategy; revise brief and conduct additional legal research. | 4.00 hrs. | | 1,000.00 |
| 02/01/2017 | DPL | Reviewing case law relating to burdens of proof for paying attorneys' fees and discussion with Melissa about our reply brief that is due next week and how to respond to various points raised by Leapers' opposition brief. | 0.25 hrs. | | 125.00 |
| 02/01/2017 | NFREDA | Marked up invoices provided by California counsel to correspond to the values included within the Invoice Tables; began drafting a summary of the adjustments made to the Invoice Tables for Attorney Atherton. (Clerk) | 2.00 hrs. | 11 | 300.00 |
| 02/02/2017 | NFREDA | Updated Invoice Tables to adjusted values after a secondary review and verified that all calculations were done correctly using adjusted values; generated summary table for remaining Fishman Stewart Invoices; scanned and uploaded Redacted Indiana Counsel Invoice and Redacted California Counsel Invoice. (Clerk) | 5.33 hrs. | 11 | 799.50 |
| 02/02/2017 | MRA | Review of legal research and documents prepared and compiled by clerk Freda and paralegal; update reply brief to incorporate same; discussions with clerk Freda regarding strategy to update tables to support request. | 6.00 hrs. | | 1,500.00 |
| 02/02/2017 | KLM | Office conference with attorney Atherton regarding documents to be prepared in connection with Leapers v. Trarms matter; review and prepare documents for attorney Atherton's review. | 0.60 hrs. | 8,11 | 75.00 |
| 02/02/2017 | SNJ | Continue research regarding Reply to Plaintiff Leapers' Opposition to Trarms' Motion for an Exceptional Case Finding and an Award of Attorney Fees and Costs. (Paralegal) | 4.70 hrs. | 7,11 | 705.00 |
| 02/03/2017 | MRA | Prepare supplemental declaration to support brief; discussion with Attorney LaLone regarding additional fees to incorporate into brief; instructions to clerk Freda; continue to revise supplemental declaration and reply brief. | 6.25 hrs. | 11 | 1,562.50 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/03/2017 | LCONNE | Services rendered in connection with creating a link to download Leapers' Motions and sending the link to the client. (Paralegal) | 0.60 hrs. | 11 | 72.00 |
| 02/03/2017 | NFREDA | Finished generating invoice summaries for each of the individual invoices; prepared the invoice summaries for integration into the redacted invoices; created table showing the total fees for each case and the number of hours corresponding to those fees; cross-checked interest tables against redacted invoices; drafted a brief description of the adjustments made to the invoice tables, the reason for making the adjustments, and the net result of the adjustments; drafted email to Attorney Atherton regarding same. (Clerk) | 4.00 hrs. | 11 | 600.00 |
| 02/04/2017 | NFREDA | Telephone conversation with Attorney Atherton regarding updated invoice tables and further instructions; generated Table 7 breaking down all TTAB invoices; generated Invoice Summary tables for each of the TTAB invoices as well as for the Fishman Stewart 1/31/17 invoice; further updated master table, Tables 1, 2, 3, and 6 to include Fishman Stewart 1/31/17 invoice; updated interest calculations to include TTAB invoices. (Clerk) | 3.25 hrs. | 11 | 487.50 |
| 02/05/2017 | NFREDA | Telephone conversation with Attorney Atherton regarding updated invoice tables and minor alterations to same. (Clerk) | 0.66 hrs. | 11 | 99.00 |
| 02/05/2017 | MRA | Review of clerk Freda's updated attorney fee calculations; discussion regarding same; update supplemental declaration and corresponding exhibits; update reply brief; correspondence and instructions to legal assistant regarding filing. | 2.20 hrs. | | 550.00 |
| 02/05/2017 | DPL | Reviewing Leapers' 25 page opposition brief in opposition to Trarms' Motion For Fees; reviewing our draft Reply Brief and case support for same; editing our brief and proving associate with issues to follow up with tomorrow. | 1.75 hrs. | | 875.00 |

| Date | Initials | Description | Hours | Ref | Amount |
|---|---|---|---|---|---|
| 02/06/2017 | DPL | Reviewing Leapers Motion To Unseal Trarm's Exhibit J- the declaration of Doug LaLone; conferring with associate regarding our opposition brief; reviewing the standing protective order and then drafting an outline of our opposition brief to this new motion; working on edits to our Reply brief that is due today for our Motion For Fees; revising and approving my new declaration in support of the Reply brief; reviewing the exhibits and approving our Reply to be filed today. | 2.75 hrs. | | 1,375.00 |
| 02/06/2017 | BLM | Reviewed and revised reply brief in support of attorneys fees and costs. | 1.75 hrs. | | 822.50 |
| 02/06/2017 | MRA | Finalize brief, supporting declaration and exhibits for submission in response to Leapers' opposition to motion for fees; discussion with Attorney LaLone regarding same; discussion with Attorney LaLone regarding response strategy to motion to unseal declaration. | 6.50 hrs. | | 1,625.00 |
| 02/06/2017 | LCONNE | Services rendered in connection with revising, preparing for e-filing and filling our Reply to Leapers' Opposition to our Motion for Exceptional Case, filing certain documents under seal, and forwarding documents to opposing counsel via email. (Paralegal) | 3.50 hrs. | 11 | 420.00 |
| 02/06/2017 | SNJ | Review Reply to Plaintiffs' Motion in Opposition to Defendants' Motion for Exceptional Case Finding and an Award of Attorney Fees and Costs. (Paralegal) | 1.30 hrs. | 7,11 | 195.00 |
| 02/07/2017 | LCONNE | Services rendered in connection with printing, copying and binding our Reply to Trarms Opposition to our Motion to Make an Exceptional Case to send to Judge Cleland as a courtesy copy. (Paralegal) | 1.85 hrs. | 11 | 222.00 |
| 02/08/2017 | MRA | Review of Leapers' motion to unseal Exhibit J; review of cited case law; review of attorney LaLone's instructions relating to same; begin to prepare brief in opposition of same. | 1.70 hrs. | | 425.00 |
| 02/09/2017 | MRA | Further review of cases cited by Leapers; draft response to brief to unseal and corresponding exhibits for attorney LaLone and attorney Mandell's review. | 3.50 hrs. | | 875.00 |
| 02/10/2017 | MRA | Update exhibits for submission in connection with motion to unseal; review of attorney Mandell's revisions; implement same; review of attorney LaLone's revisions and implement same. | 0.90 hrs. | | 225.00 |

**ATTORNEYS' EYES ONLY**

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/10/2017 | DPL | Reviewing and revising Melissa's draft of Trarm's brief in opposition to Leapers' motion to unseal the financial information Trarms submitted for its Motion For Fees against Leapers; giving Melissa instructions regarding filing our brief on Monday. | 0.50 hrs. | | 250.00 |
| 02/10/2017 | BLM | Reviewed and revised brief in opposition to motion to unseal Exhibit J and conferred with Ms. Atherton re same. | 0.50 hrs. | | 235.00 |
| 02/13/2017 | MRA | Final review of response to motion to unseal Exhibit J and corresponding exhibit; review of documents to confirm designation of documents in exhibit; discussions with Attorney LaLone and Attorney Mandell regarding same. | 1.90 hrs. | | 475.00 |
| 02/13/2017 | LCONNE | Services rendered in connection with revising Trarms Response to Motion to Unseal, e-filing it with the USDC along with Exhibit A being filed as a seal document, and forwarding same to the clients. (Paralegal) | 1.20 hrs. | 11 | 144.00 |
| 02/13/2017 | BLM | Reviewed and revised final draft of opposition to motion to unseal and conferred with Ms. Atherton re same. | 0.60 hrs. | | 282.00 |
| 02/13/2017 | DPL | Contacting court clerk regarding seeking extensions for Trarms motion to dismiss and to transfer this case to Indiana; having the stipulations drafted and filed. | 0.40 hrs. | 5 | 200.00 |
| 02/15/2017 | LCONNE | Services rendered in connection with starting the process of gathering materials to create work binders for the responsible attorneys who are involved with the hearing regarding Motion for Exceptional Case. (Paralegal) | 1.20 hrs. | 11 | 144.00 |
| 02/24/2017 | MRA | Review of brief provided by Mr. Pitegoff's office; review of relevant legal standards and cited case law to ensure accuracy; begin to revise brief, focusing on sections relating to the legal standards and the parties' agreement to litigate in Michigan. | 7.45 hrs. | 5 | 1,862.50 |
| 02/26/2017 | MRA | Continue to revise and draft brief in opposition to motion to transfer, namely, focusing on the convenience of non-party witnesses, the ability of the courts to compel attendance of witnesses, access to evidence, the court's ability to deal with applicable law, the locus of operational facts, and the trial efficiency and interests of justice; revise introduciton and statement of facts. | 8.60 hrs. | 5 | 2,150.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/28/2017 | MRA | Review of order denying motion to unseal and order regarding hearing; review of order regarding hearing for exceptional case; discussions with Attorney LaLone and Attorney Mandell regarding same. | 0.95 hrs. | 237.50 |
| 02/28/2017 | DPL | Reviewing Judge Cleland's Order denying Leapers' Motion to Unseal my declaration in support of Trarms' Motion For Fees; Reviewing Judge Cleland's Order Holding the Fee motion will be governed by the Octane Fitness Standard; meeting with team to talk over the Judge's 9 page order and roadmap of issues he wants us to present at oral arguments next Wednesday; corresponding with Charlie regarding same. | 1.25 hrs. | 625.00 |
| 02/28/2017 | BLM | Reviewed and circulated Court's Order DN 139, Denying Without Prejudice Motion to Unseal; reviewed Court's Order DN 140, Framing Issues for Oral Argument and circulated same; met with Mr. LaLone and Ms. Atherton to determine how best to address the Court's questions; inquired of co-counsel re same. | 1.40 hrs. | 658.00 |

**Total Fees Billed For This Invoice**        $22,843.00

| | | |
|---|---|---|
| 02/01/2017 | Online Research - Vendor: LEXISNEXIS | 2.29 |

**Total Expenses Billed For This Invoice**        $2.29

**Non-metered phone, fax, postage & copy costs**        $799.51

ATTORNEYS' EYES ONLY



**Fishman | stewart** PLLC
INTELLECTUAL PROPERTY

39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

April 19, 2017

Invoice no. 809704    DPL
**Our file no.** 67490    0001
**Billing through** March 31, 2017

TRARMS, INC.
ATTN: SHI CHUANWEN
13626 MONTE VISTA AVE., STE. E
CHINO, CA 91710

*File Title:*
    LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., (LEAPER'S MICHIGAN SUIT);
    CASE NO. 2:14-CV-12290; OUR FILE NO. 67490-0001

| Due Date | Current Charges |
|---|---|
| Payable Upon Receipt | $25,911.11 |

| BILLING SUMMARY | | |
|---|---|---|
| Current Fees | $24,961.50 | |
| Current Expenses | $75.96 | |
| Non-metered phone, fax, postage & copy costs | $873.65 | |
| **Total Current Charges** | | **$25,911.11** |

| TRUST SUMMARY | |
|---|---|
| Trust Balance | $20,093.83 |
| Trust Retainer Applied to Charges on This Invoice | $0.00 |
| Trust Credits Balance | $20,093.83 |

\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $83,879.71

If you have paid the past due balance, please pay only the "Current Charges". Thank you.

PLEASE SEND CHECKS TO: FISHMAN STEWART PLLC, P.O. BOX 74008661 CHICAGO, IL 60674-8661
OR SEND ACH & WIRE PAYMENTS TO: BANK OF AMERICA 730 15TH ST NW, WASHINGTON D.C. 20005-1012 USA
ACCOUNT NAME: FISHMAN STEWART PLLC    ACCOUNT NO.: 226005695456    SWIFT: BOFAUS3N
WIRE ABA: 026009593    ACH ABA: 054001204

ATTORNEYS' EYES ONLY

## CURRENT CHARGE DETAIL

| Date | Atty | Description | Hours | Codes | Amount |
|---|---|---|---|---|---|
| 03/01/2017 | MRA | Conduct research regarding possible impact of finding of exceptionality on other actions, including Indiana case, motion to transfer and dismiss; review of causes of actions recited in amended complaint; prepare chart summarizing same. | 3.80 hrs. | 5 | 950.00 |
| 03/01/2017 | BLM | Met with Ms. Atherton regarding her findings from her research into collateral estoppel effects of a finding that the case is exceptional (in response to the Court's questions in preparation for hearing) | 0.30 hrs. | 5 | 141.00 |
| 03/02/2017 | MRA | Discussion with Attorney LaLone regarding request for bill of costs from Leapers; review of bill of cost handbook; correspondence to Attorney LaLone and Attorney Mandell regarding same; begin preparation for oral argument regarding motion for fees. | 1.80 hrs. |  | 450.00 |
| 03/03/2017 | DPL | Per Jeff's request drafting an extension of time and having same served on the parties. | 0.40 hrs. | 8,11 | 200.00 |
| 03/03/2017 | BLM | Conferred with Mr. LaLone regarding issues in connection with exceptional case hearing. | 0.30 hrs. |  | 141.00 |
| 03/05/2017 | MRA | Prepare outline in preparation for oral argument. | 3.90 hrs. |  | 975.00 |
| 03/06/2017 | DPL | Preparing for the hearing this Wednesday and working on our hearing outline; having a book organized of our summary judgment motion papers; meeting with internal team in preparation for our hearing and laying out the arguments and evidence we will use for our hearing. | 3.25 hrs. |  | 1,625.00 |
| 03/06/2017 | MRA | Office conference with attorney Mandell and attorney LaLone; discussion with Indiana counsel regarding securing Continental's invoices to Leapers and producing them to the Court. | 4.85 hrs. | 5 | 1,212.50 |
| 03/06/2017 | BLM | Reviewed oral argument outlines; met with Mr. LaLone and Ms. Atherton regarding preparation for oral argument and telephone with Mr. Perry and colleagues concerning responding to Judge Cleland's questions; reviewed Federal Rules on stays of awards of attorneys fees and, alternatively, regarding securing money with clerk of the court pending appeal. | 2.50 hrs. | 5,8 | 1,175.00 |
| 03/06/2017 | LCONNE | Services in connection with discussions with responsible attorneys regarding documents needed for Motion for Exceptional Case Hearing. (PARALEGAL) | 1.20 hrs. | 11 | 144.00 |

**ATTORNEYS' EYES ONLY**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/07/2017 | LCONNE | Services in connection with assisting attorneys in preparation for the Court hearing scheduled on March 8, 2017 for Motion for Exceptional Case including preparing Motion binder and Mr. LaLone's trial workbook. (PARALEGAL) | 6.60 hrs. | 11 | 792.00 |
| 03/07/2017 | BLM | Reviewed Continental's billing records; telephone to Mr. Perry and Ms. Carter regarding using billing records at oral argument; conferred with Mr. LaLone and Ms. Atherton regarding issues for addressing at oral argument. | 1.00 hrs. | | 470.00 |
| 03/07/2017 | MRA | Finalize research regarding timing of motion with respect to appeal. | 9.35 hrs. | 3 | 2,337.50 |
| 03/07/2017 | DPL | Preparing for hearing tomorrow by reviewing our Motion for an exception al case, Leapers' opposition brief and our reply brief; working on our outline and setting up my trail book for presentation of the arguments; reviewing draft of Trarms' brief we are filing tomorrow answering the Judge's questions from his order DN140; meeting with team in preparation for our hearing. | 2.75 hrs. | | 1,375.00 |
| 03/08/2017 | LCONNE | Services in connection with preparing for e-filing, revising Exhibit 1, e-filing with the USDC and forwarding to responsible attorneys. (PARALEGAL) | 1.10 hrs. | 11 | 132.00 |
| 03/08/2017 | BLM | Update from Mr. LaLone and Ms. Atherton regarding hearing on motion for fees. | 0.25 hrs. | | 117.50 |
| 03/08/2017 | MRA | Further preparation for hearing on motion pleading; finalize for filing with the court providing answers to the Judge's inquiries; travel and attend fee motion hearing in Port Huron. | 8.50 hrs. | | 2,125.00 |
| 03/08/2017 | DPL | Early morning preparation at our office for the hearing today on Trarms' fee motion; finalizing and having filed Trarms Response To The Court's Order (DN140) Setting Applicable Standard And Outlining Issues For Oral Argument; reviewing Continental's invoices relating to the arrest of Charlie Shi and having some appended to our Response today; travel to Port Huron for our hearing today; attending and arguing at 2.5 hour hearing before Judge Cleland regarding Trarm's fee motion on an exceptional case; travel back to office in Bloomfield Hills, MI (no charge for 2.0 hours travel back to the office). | 8.75 hrs. | | 4,375.00 |
| 03/09/2017 | MRA | Review of Leapers' supplemental filing; discussion with attorney Mandell and attorney LaLone regarding next steps. | 0.55 hrs. | | 137.50 |

**ATTORNEYS' EYES ONLY**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/09/2017 | DPL | Corresponded with Charlie and provided a summary of the hearing we had yesterday and the next steps; reviewing Leapers pleading they flied last night and outlined a response for Melissa to prepare. | 0.75 hrs. | 375.00 |
| 03/09/2017 | BLM | Met with Ms. Atherton and Mr. LaLone regarding hearing and strategy going forward; reviewed filing by Mr. Wassom; email to Mr. Shi and reviewed Mr. LaLone's email. | 0.70 hrs. | 329.00 |
| 03/10/2017 | MRA | Discussion with legal assistant regarding docketing; review of additional pleadings filed by Leapers; begin to prepare response. | 3.00 hrs. 11 | 750.00 |
| 03/10/2017 | DPL | Call with the court clerk regarding the judge's request for the scopes we had at the hearing; drafting letter to judge and opposing counsel about producing the scopes and making arrangements to have them delivered; reviewing Leapers' pleading it filed yesterday. | 0.40 hrs. | 200.00 |
| 03/10/2017 | BLM | Addressed with Mr. LaLone Judge Cleland's request for delivery of scopes to chambers; reviewed Mr. Wassom's second post-hearing submission to the Court and conferred with Ms. Atherton re same. | 0.30 hrs. | 141.00 |
| 03/13/2017 | LCONNE | Services in connection with travel to courthouse and delivering exhibits (scopes) to Judge Cleland for review. (PARALEGAL) | 4.25 hrs. 11 | 510.00 |
| 03/13/2017 | MRA | Begin to prepare supplemental court filing addressing Leapers' arguments at hearing and subsequent filings. | 2.50 hrs. | 625.00 |
| 03/14/2017 | MRA | Continue to prepare supplemental filing, namely, conduct legal research to find persuasive and instructive authority to support brief, review of advertisements Leapers' produced, review of relevant deposition transcripts. | 3.30 hrs. | 825.00 |
| 03/15/2017 | MRA | Finalize response for Mr. LaLone to review. | 1.40 hrs. | 350.00 |
| 03/15/2017 | BLM | Reviewed and revised supplemental memorandum prepared by Ms. Atherton and conferred with her regarding same. | 0.70 hrs. | 329.00 |
| 03/20/2017 | DPL | Reviewing and finalizing TRARMS' RESPONSE TO LEAPERS' SUPPLEMENTAL FILINGS [DN 142 and 143] and having it filed with the court; revising Trarms motion to increase the size of our brief in opposition to Leapers' Motion To Dismiss; reviewing Jeff's draft of Trarms' Brief in opposition Leapers Motion To Dismiss, finalizing same and having it filed today. | 2.25 hrs. | 1,125.00 |

ATTORNEYS' EYES ONLY

| Date | Initials | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/20/2017 | MRA | Review of attorney LaLone's revisions to supplemental filing; respond to attorney LaLone's inquiries; instructions to legal assistant regarding filing. | 0.45 hrs. | | 112.50 |
| 03/21/2017 | DPL | Finalizing and approving for filing Trarms' brief in response to Leapers 2 papers they recently filed in order to further support our motion for attorneys fees and an exceptional case; corresponding with Jeff regarding same. | 0.25 hrs. | | 125.00 |
| 03/21/2017 | LCONNE | Services in connection with revising, e-filing and forwarding to Opposing Counsel Trarms' Response to Leapers' Supplemental Filings [DN 142 and 143]. (PARALEGAL) | 0.80 hrs. | 11 | 96.00 |
| 03/21/2017 | BLM | Conferred with Mr. LaLone and Ms. Atherton regarding issues in our supplemental memorandum. | 0.10 hrs. | | 47.00 |
| 03/24/2017 | MRA | Review of Leapers' reply to Trarms' response regarding Leapers arguments at oral argument and in subsequent supplemental filings. | 0.20 hrs. | | 50.00 |
| 03/24/2017 | BLM | Reviewed Leapers' response to our supplemental memorandum to the court. | 0.10 hrs. | | 47.00 |
| 03/30/2017 | MRA | Follow up from telephone call with Sun Optics' counsel, namely, review of relevant trademark treatise to identify specific section for Sun Optics' review. | 0.20 hrs. | 5,8 | 50.00 |

**Total Fees Billed For This Invoice**　　$24,961.50

## EXPENSES

| 03/31/2017 | Travel Expenses - Mileage and other travel expense to and from Courthouse in Port Huron, MI for hearing - Vendor: DOUGLAS P. LALONE | 75.96 |
|---|---|---|

**Total Expenses Billed For This Invoice**　　$75.96

**Non-metered phone, fax, postage & copy costs**　　$873.65



Fishman | stewart PLLC
INTELLECTUAL PROPERTY

39533 Woodward Ave., Ste. 140
Bloomfield Hills, Michigan 48304
Tel: (248) 594-0600
Fax: (248) 594-0610
Tax ID No. 38-3275695

May 24, 2017

**Invoice no.** 810724    DPL
**Our file no.** 67490    0001
**Billing through** May 21, 2017

TRARMS, INC.
ATTN: SHI CHUANWEN
13626 MONTE VISTA AVE., STE. E
CHINO, CA 91710

*File Title:*

LEAPERS, INC. V. SMTS, LLC DBA TUFF ZONE, ET AL., (LEAPER'S MICHIGAN SUIT); CASE NO. 2:14-CV-12290; OUR FILE NO. 67490-0001

| **Due Date** | **Current Charges** |
|---|---|
| Payable Upon Receipt | $561.02 |

| **BILLING SUMMARY** | | |
|---|---|---|
| Current Fees | $506.50 | |
| Current Expenses | $36.79 | |
| Non-metered phone, fax, postage & copy costs | $17.73 | |
| **Total Current Charges** | | **$561.02** |

**TRUST SUMMARY**
Trust Balance      $0.00
Trust Retainer Applied to Charges on This Invoice      $0.00

Trust Credits Balance      $0.00

**\*PLEASE NOTE THIS MATTER HAS A PAST DUE BALANCE OF $68,613.77**

**If you have paid the past due balance, please pay only the "Current Charges". Thank you.**

PLEASE SEND CHECKS TO: FISHMAN STEWART PLLC, P.O. BOX 74008661 CHICAGO, IL 60674-8661
OR SEND ACH & WIRE PAYMENTS TO: BANK OF AMERICA 730 15TH ST NW, WASHINGTON D.C. 20005-1012 USA
ACCOUNT NAME: FISHMAN STEWART PLLC    ACCOUNT NO.: 226005695456    SWIFT: BOFAUS3N
WIRE ABA: 026009593    ACH ABA: 054001204

ATTORNEYS' EYES ONLY

## **CURRENT CHARGE DETAIL**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2017 | MRA | Review of correspondence from client; correspondence to opposing counsel regarding taxable costs. | 0.95 hrs. | 237.50 |
| 04/03/2017 | BLM | Conferred with Ms. Atherton regarding strategy to compel Leapers to pay taxable costs; reviewed and revised Ms. Atherton's proposed email to Mr. Wassom. | 0.20 hrs. | 94.00 |
| 04/04/2017 | MRA | Review of correspondence from opposing counsel regarding taxable costs; internal correspondence regarding same. | 0.70 hrs. | 175.00 |

**Total Fees Billed For This Invoice**     **$506.50**

## **EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 04/11/2017 | Travel Expenses - Vendor: LISA M. CONNER - To deliver sample scopes to the client | 36.79 |

**Total Expenses Billed For This Invoice**     **$36.79**

**Non-metered phone, fax, postage & copy costs**     **$17.73**